UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA,, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTHA WILLIAMS, et al., <br><br> Defendants. | Case No. 24-cv-06324-JSC <br><br> **PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on April 8, 2025, the Court ORDERS the following pretrial deadlines:

| | |
|---|---|
| Plaintiffs' Summary Judgment Motion: | May 29, 2025 |
| Plaintiffs' Motion to Supplement Record (if any): | May 29, 2025 |
| Supplement Record Opposition(s): | June 20, 2025 |
| Plaintiffs' Supplement Record Reply: | June 27, 2025 |
| Hearing on Motion to Supplement Record: | July 10, 2025 at 10:00 a.m. |
| Federal Defendants SJ Oppo/Cross-Motion: | July 28, 2025 |
| Intervenors' SJ Oppo/Cross-Motion: | August 11, 2025 |
| Plaintiffs' Oppo/Reply: | September 24, 2025 |
| Federal Defendants' Reply: | October 24, 2025 |
| Intervenors' Reply: | November 7, 2025 |
| Hearing: | January 8, 2025 at 10:00 a.m. |

The pleadings in connection with the motion to supplement the record shall have the following page limits:

| | |
|---|---|
| Motion and Opposition(s): | 15 pages |

| | |
|---|---:|
| Reply: | 10 pages |

The summary judgment pleadings shall have the following page limitations:

| | |
|---|---:|
| Motions/Oppositions/Cross-Motions: | 40 pages |
| Replies: | 25 pages |

The Court cautions the parties that less is more, and to the extent the Defendants/Intervenors' briefs cover the same subject matter they will be far less effective.

**IT IS SO ORDERED.**

Dated: April 8, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

2