1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADDENDUM OF DECLARATIONS
IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

# INDEX OF ADDENDUM OF DECLARATIONS

Illeene Anderson ................................................................. ADD001

Lori Ann Burd ................................................................... ADD012

Christina Celano ................................................................ ADD020

Kara Clauser .................................................................... ADD032

Georgia Davis ................................................................... ADD052

Bill Haskins .................................................................... ADD060

John Hess ....................................................................... ADD065

Chris Irwin ..................................................................... ADD071

Chris Nagano .................................................................... ADD077

Bryan Newman .................................................................... ADD084

Jeffrey Miller .................................................................. ADD091

Juliet Whitsett (TX) ............................................................ ADD107

James D. Williams ............................................................... ADD114

Andy Wood ....................................................................... ADD120

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., | Case No.: 3:24-cv-06324-JSC |
| *Plaintiffs,* | **DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** |
| v. | |
| PAUL SOUZA, et al., | Date: January 8, 2026 |
| *Defendants,* | Time: 10:00 am |
| and | Place: Courtroom 8 |
| CROPLIFE AMERICA, | 450 Golden Gate Ave. |
| | San Francisco, California |
| *Intervenor-Defendant.* | Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD001

I, Ileene Anderson, state and declare as follows:

1.      The facts set forth in this declaration are based upon my personal knowledge. If called as a witness, I could and would testify to these facts. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2.      I am an adult citizen of the United States and reside in Los Angeles, California.

3.      I am submitting this declaration on behalf of myself and the Center for Biological Diversity, a non-profit organization of good standing.

4.      I am currently the California Deserts Director and a Senior Scientist with the Center for Biological Diversity ("Center"), where I have been employed since November 2005 and have been a member of the organization since 1999. In that capacity, my responsibilities include assessing various environmental impacts to public and private land resources primarily in southern and central California and other parts of the southwestern United States. I use my biological education and experience to evaluate effects on wildlife and wildlife habitat as well as to recommend necessary protections for wildlife.

5.      I have a Master's of Science in Biology from the California State University at Northridge. I have studied and surveyed for native animals in California for over 32 years.

6.      I was born and raised in the southern and central San Joaquin Valley of California and regularly return there to visit family and friends, as well as for work purposes to evaluate the status of rare animals and their habitats. When I was growing up, my family regularly went on local vacations that included camping in some of the nearby wild places. On those trips and trips to see my relatives in Fresno, one of my educational pastimes was identifying the different crops that were growing along our travel routes because the San Joaquin Valley had been primarily converted to agriculture. In my childhood of the 1960's and 1970's, many of the crops were annual crops, mostly vegetables or cotton, with alfalfa as a cover crop. There were some fruit orchards as well. These days when I drive to see my relatives, I still pay attention to the crops grown in the San Joaquin Valley and have noticed an increase in perennial crops including nuts and grapes.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD002

7.    I have also noticed a marked decrease in the number of insects. When I was a kid growing up in the southern San Joaquin Valley during the spring, summer, and fall, we would need to clean the windshield of our car frequently because of the number of insects that got hit by the car, making the windshield harder to see through. Now when I drive along those same roads at the same time of year, oftentimes, I do not need to clean my windshield at all. Insects play a vital role in supporting other species including birds, mammals, and reptiles. I am harmed when the pesticides being used on crops reduce the population of all insects including critical pollinators. I worry about the reduction in native pollinators too, because those species which live in the area provide benefits to non-commercial crops as well as wildlife.

8.    I live in Los Angeles and regularly visit places to observe native wildlife in central and southern California. While I personally enjoy travelling to places to see rare animals in central and southern California, I also do so to evaluate habitat for rare animals.

9.    Because of the high number of endemic plant and animal species that are found in California and nowhere else in the world, I enjoy targeting places where I might be able to see rare and endangered plants and animals, because it brings me great joy to be able to view these species, too many of which are teetering on the brink of extinction.  I intend to continue visiting these areas regularly in the future and travel in the San Joaquin Valley at least several times a year to visit family and friends, for personal trips to explore wildlife, or for work to evaluate plant and wildlife habitat.

10.    The Center is committed to protecting endangered species and wild places. We recognize that rare species need habitat protection in order to recover and thrive at levels that ensure non-extinction. I rely upon the Center to represent my interests in protecting threatened and endangered species.

11.    I am harmed by the impact of pesticides on numerous rare and threatened and endangered species that I have worked on both in the field and in securing conservation of their habitat for years. The pesticide malathion has the potential to adversely affect a broad range of endangered species including numerous species I have worked on protecting over the years.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD003

While this declaration focuses on my interests in California species I am harmed more broadly when pesticides, including malathion, are used in other states because their use negatively affects my ability to see and appreciate threatened and endangered species in other states.

12.    I am very concerned about a suite of rare species that have virtually been extirpated from the San Joaquin Valley of California primarily due to habitat conversion to agriculture and only persist along the peripheries of their historic ranges. Along with their habitat conversion, they now are documented to suffer from pesticides including malathion. The mammal species include the federally and California state listed endangered giant kangaroo rat (*Dipodomys ingens*), and the federally endangered and California state listed threatened San Joaquin kit fox (*Vulpes macrotis mutica*). The giant kangaroo rat is affected by pesticides, including malathion primarily in and around their remaining habitat that is adjacent to agricultural fields. I am harmed when the pesticide in this case is applied in and around the San Joaquin Valley without regard to impacts on the giant kangaroo rat and other federally listed species. As granivores, these kangaroo rats eat seeds of plants that may be exposed to pesticides. The health of these imperiled small mammals is harmed by toxic food and impacts from the pesticides to the plants and pollinators that produce their much-needed food, in addition to the fact that they have already lost over 90% of their habitat to conversion to agriculture.

13.    The highly imperiled San Joaquin kit fox is one of my favorite animals because it is a smart and adorable mammal. I have visited habitat for the San Joaquin kit fox on many occasions and at many locations. I regularly visit habitat for the kit fox including along the Kern River, the west side of the San Joaquin Valley near Taft, and along State Highway 33, along Poso Creek in Kern County. I also enjoy seeing and documenting the urban kit fox populations that reside within the boundaries of the city of Bakersfield, California. In my most recent field visits I did not see any San Joaquin kit foxes, but I saw its habitat and I searched for burrows that a San Joaquin kit fox would use, because they are very distinctive. I regularly visit San Joaquin kit fox habitat in search of the species and will be making be visiting their habitat in spring 2025 once the kit fox pups are large enough to leave their natal burrows but prior to them dispersing. It is easier to see a family of foxes than individuals, and the pups are so cute as they play together.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD004

14.     The preferred prey of the San Joaquin kit fox are kangaroo rats, other small rodents and insects. If its prey is directly affected by pesticides, the kit foxes will also potentially be affected by consuming rodents and insects that have been exposed to pesticides.  When rodent or insect populations are reduced due to effects of pesticides, including malathion, the ability for the San Joaquin kit fox to find adequate prey will be reduced, that could result in starvation at worst or substandard health at best. I am harmed when kit foxes are adversely affected by the pesticide in this case particularly when they find inadequate prey due to malathion use.

15.     I have visited habitat for the giant kangaroo rat on many occasions and several locations.  While in its habitat, I locate giant kangaroo rat territories, called precincts, which are obvious on the landscape because giant kangaroo rats clip the vegetation around their burrows. However, I did not see any giant kangaroo rats likely because they are primarily nocturnal and I was surveying during daylight into dusk. I intend to visit giant kangaroo rat habitat regularly into the future to view their precincts and try to view their nocturnal activities.

16.     I am concerned about the federally listed endangered and state listed fully protected and endangered blunt-nosed leopard lizard (*Gambelia sila*) another animal endemic to the San Joaquin Valley Desert and adjacent areas. The blunt-nosed leopard lizard's habitat has been significantly reduced from habitat conversion to agriculture. The remaining habitat for the blunt-nosed leopard lizard is often surrounded by or directly adjacent to industrial agriculture, where pesticides used in agricultural practices could cause injury, harm, and/or mortality to this already highly imperiled species. I am harmed when pesticides, including malathion, are applied in and around the blunt-nosed leopard lizard's habitat without regard to the impacts on its food sources. The blunt-nosed leopard lizard is insectivorous and pesticides, which are often aerially applied, reduce the primary food source (insects) for the lizard. In addition, the blunt-nosed leopard lizard relies on burrows dug by burrowing rodents as shelter. Pesticides that harm burrowing rodents reduce the number of shelter sites for the blunt-nosed leopard lizard.

17.     I have visited habitat for the blunt-nosed leopard lizard on numerous occasions. For example, I visited a private reserve managed by the Center for Natural Lands Management in Kern County, south of State Highway 46 which is excellent occupied blunt-nosed leopard lizard

habitat. I was able to see (via binoculars) blunt nosed leopard lizards scanning for prey, but as soon as I advanced for a closer look, they dove into their burrows. I also saw a number of suitable burrows in appropriate habitat. I intend to continue to regularly visit blunt-nosed leopard lizard's habitat to try to find these lizards as they are foraging or basking.

18.     I am concerned about the federally listed threatened Kern primrose sphinx moth (*Euproserpinus euterpe*) another animal found only in the Walker Basin, in Kern County, the Carrizo Plain, in eastern San Luis Obispo County and the Cuyama Valley in Santa Barbara and Ventura Counties, all in Central California. The Kern primrose sphinx moth's habitat is disjunct but in some locations its habitat is directly adjacent to agriculture, where pesticides, including malathion may be used in agricultural practices and could cause injury, harm, and/or mortality to this already highly imperiled species. The Kern primrose sphinx moth can remain in extended diapause in its larval form for several years waiting for environmental cues (adequate precipitation) to ensure that its host plant, suncups (*Camissonia campestris*), germinate and are present to complete the sphinx moth's lifecycle. Whether in its larval stage or as a moth, the Kern primrose sphinx moth is vulnerable to pesticides, including malathion, which are often aerially applied. I am harmed when pesticides are applied in and around the Kern primrose sphinx moth's habitat and impact its lifecycle.

19.     I have visited habitat for the Kern primrose sphinx moth several times.  For example, I like to visit the Walker Basin to specifically target the Kern primrose sphinx moth's habitat in Kern County and if time permits also in the Cuyama Valley in San Luis Obispo County. As I have in the past, I target suncups along sandy washes which is the habitat for the Kern primrose sphinx moth and when I find the suncups, I look carefully for larval or moth stages of the Kern primrose sphinx moth. I hope to find Kern primrose sphinx moths because it has been a while since I have seen this species. I intend to continue to survey Kern primrose sphinx moth's habitat in the future to try to find the moths or larval stages.

20.     I am concerned about the federally listed threatened coastal California gnatcatcher (*Polioptila californica*), a non-migratory bird species that is only found along the coast of southern California and northern Baja, Mexico. The California gnatcatcher's habitat has been

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD006

significantly reduced from habitat conversion to urban, suburban, and agricultural development. The small amount of remaining California gnatcatcher habitat often lies directly adjacent to agriculture or urban/suburban development, where pesticides, including malathion, are used that could cause injury, harm, and/or mortality to this already highly imperiled species. I am harmed when pesticides are applied in and around the gnatcatcher's habitat without regard to impacts on its food source. The California gnatcatcher, as its name suggests, is insectivorous, and pesticides, which are often aerially applied, reduce the primary food source (insects) for the gnatcatcher.

21.     I have visited habitat for the California gnatcatcher numerous times, including when implementing quantitative surveys on gnatcatcher habitat characteristics in Orange County, California for four years in the late 1990's after a fire in Crystal Cove State Park.

22.     One trip to view coastal California gnatcatchers was in the fall of 2019 when I visited the Palos Verdes Peninsula. While there, I decided to wander down to the beach to see if I could spot a coastal California gnatcatcher—the Peninsula holds significant high-quality gnatcatcher habitat and has undergone significant efforts at habitat restoration that included herbicide use to eliminate non-native plants. After walking only a short way down the trail towards the beach I heard the gnatcatcher's distinctive mewing call and I was overjoyed to see a California gnatcatcher flitting around in a California sagebrush. Later in the day, when I returned to my car, another California gnatcatcher was "mewing" in some dense coastal sage scrub adjacent to the parking lot. I could see it best with my binoculars. I continue to visit California gnatcatcher habitat along the southern California coast, although in my surveys over the last couple of years in other places have not documented any gnatcatchers.

23.     I intend to visit California gnatcatcher habitat in the future to try to see and hear these sweet singing little songbirds and assess the quality of their habitat, primarily in San Bernardino and Riverside Counties, where California gnatcatcher habitat is being impacted by conversion to development and agriculture. Gnatcatcher habitat adjacent to urban and suburban development and agriculture is negatively impacted, because of the potential use of pesticides including malathion in such areas. Increasing use of pesticides adjacent to California gnatcatcher habitat reduces the number of insects that the gnatcatcher relies on as a food source, for itself and

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD007

when raising its young. Depressed populations of insects from the nearby use of pesticides decrease the populations of gnatcatchers which are already suffering from significant habitat losses. I plan to continue to survey for California gnatcatchers whenever I am in its coastal sage scrub habitat.

24.     I am concerned about the federally listed threatened Santa Ana sucker (*Catostomus santaanae*), a native California fish endemic to only four southern California rivers – the upper portion of the Tujunga Wash, the San Gabriel River and the upper reaches of the Santa Clara River in Los Angeles County, and a fluctuating but short stretch of the Santa Ana River starting at Riverside Drive and downstream, in Riverside and San Bernardino Counties. The Santa Ana sucker's habitat has been significantly reduced from alteration of hydrological regimes and invasive species. The Santa Ana sucker habitat in the Santa Ana River is primarily tertiarily treated wastewater, where the Santa Ana sucker is exposed to contaminants including pesticides. Because malathion can wash into streams and rivers from adjacent upland urbanized or agricultural areas and persist there for days, I am harmed when the Santa Ana sucker is exposed to pesticides, including malathion, which may reduce my opportunities to enjoy and appreciate it.

25.     I have visited habitat for the Santa Ana sucker numerous times.  I have participated in the Santa Ana Sucker Conservation Team since 2005.  I have participated in characterizing Santa Ana Sucker habitat along the Santa Ana River spearheaded by the U.S. Fish and Wildlife Service for over ten years. I have assisted the U.S. Geological Survey to assess the population of the Santa Ana sucker in the Santa Ana River for four years. For example, I helped monitor the Santa Ana sucker population along the Santa Ana River just downstream of Sunnyslope Creek convergence with the River. I looked for Santa Ana Sucker in the river and helped take measurements of Santa Ana suckers that were captured during the inventory. I continue to participate in the Santa Ana Sucker Conservation Team and intend to do so in the future.

26.     Vernal pool species are at risk from pesticides including malathion. Vernal pools are ephemeral water features that are typically located in topographically flat areas underlaid

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD008

with less permeable, often clay soils. During winter rains, low points on the landscape fill with

water and form shallow pools, which through slow infiltration due to clay soils and evaporation,

gradually shrink in size until they disappear by summer. While water is present, the vernal pools

host very unique plants and animals that require the formation and persistence of these

ephemeral pools.

27.    Critically imperiled endemic plants that rely on vernal pools include, but not

limited to, the federally and California endangered Orcutt grass (*Orcuttia californica var.*

*californica*),  the federally threatened and California endangered thread-leaved brodiaea

(*Brodiaea filifolia*), the federally threatened and California endangered San Diego thorn-mint

(*Acanthomintha ilicifolia*), the federally threatened spreading navarretia (*Navarretia fossalis*),

the federally and California endangered San Diego button-celery (*Eryngium aristulatum* var.

*parishii*) and the federally and California endangered San Diego mesa mint (*Pogogyne abramsii*)

as well as unlisted but very rare plants. These plants typically require insects for pollination,

which is necessary for seed production, assuring continued species recruitment in the future.

28.    Many of these species and much of their vernal pool habitat have been lost due to

conversion to urban/suburban development and agriculture because of the relatively flat nature of

the landscape. Now these species cling to existence in small set aside areas in the midst of

urban/suburban development and agricultural areas, where pesticides including malathion are in

use, and can be washed into or drift into the vernal pool waters or drift onto adjacent upland

habitat, potentially further threatening these unique and critically endangered plants and their

pollinators and harms my interests in them.

29.    Unique shrimp-like invertebrates known as fairy shrimp including but not limited

to the federally endangered San Diego fairy shrimp (*Branchinecta sandiegonensis*) and the

federally endangered Riverside fairy shrimp (*Streptocephalus woottoni*) are at risk from the local

use of pesticides, including malathion in and adjacent to the vernal pools in the small set aside

areas in the midst of urban/suburban development and agriculture.  Run off  and drift of the

pesticides into vernal pools from the urban/suburban and agricultural areas will end up in the

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD009

vernal pool habitat and negatively affect the reproductive cycle and cause mortality of the fairy shrimp species.

30.    I have visited vernal pool habitats in southern California numerous times. For many years from approximately 1991-2004 I was involved in vernal pool surveys as a consulting biologist throughout southern and central California. I am very familiar with some of the areas that are important for vernal pool species because I have been there many times over the course of many years. I intend to visit many of these vernal pool complexes to continue looking for rare and imperiled vernal pool species, including threatened and endangered invertebrates and plants.

31.    I am very concerned about the harm each of these species could suffer from spraying malathion to kill mosquitos and other insects, in addition to the agricultural uses. I understand that malathion is authorized to be used widely which is very concerning to me because most plants rely on insects for pollination and malathion is used to target insects and other invertebrates. My interest in maintaining viable populations of these very rare plants and animals has been sustained over decades. I have provided comments on numerous development and land management plans both under the National Environmental Policy Act and the California Environmental Quality Act that involve all of these species.

32.    My scientific, educational, and wildlife preservation interests have been, are being, and will continue to be adversely and irreparably injured by the Fish and Wildlife Service's flawed Endangered Species consultation process on the impacts of malathion on endangered and threatened species. In this case, these are actual, concrete injuries, and procedural injuries traceable to the failure of the U.S. Fish and Wildlife Service to fully address the impacts to these species under the Endangered Species Act from malathion.

33.    The legal violations alleged in this case cause direct injury to my aesthetic, conservation, recreational, scientific, educational, botanical and wildlife preservation interests and will continue to adversely affect and irreparably injure my interests if the U.S. Fish and Wildlife Service continues to fail to adequately address the impacts to these species under the Endangered Species Act.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD010

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3    Executed this May 9, 2025.

4

5

6  _____

7    Ileene Anderson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ILEENE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD011

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., | Case No.: 3:24-cv-06324-JSC |
| *Plaintiffs,* | **DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** |
| v. | |
| PAUL SOUZA, et al., | Date: January 8, 2026 |
| *Defendants,* | Time: 10:00 am |
| and | Place: Courtroom 8 |
| | 450 Golden Gate Ave. |
| CROPLIFE AMERICA, | San Francisco, California |
| *Intervenor-Defendant.* | Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD012

I, Lori Ann Burd, declare as follows:

1. I am over 18 years of age, have personal knowledge of the matters asserted in this declaration and if called upon to testify would state the same.

2. I am the director of the Environmental Health Program, which I founded in 2015, at the Center for Biological Diversity ("Center") and have been a member since 2012.

3. The Center's mission is to ensure the preservation, protection, and restoration of biodiversity, native species, ecosystems, public lands and water, and public health through science, policy, and law. Based on the understanding that the health and vigor of human societies, plants and wildlife, and the natural environment are deeply intertwined, the Center works to protect and to secure a future for animals and plants hovering on the brink of extinction, for the ecosystems they need to survive, and for the people that interact with, depend on, and cherish these ecosystems. One of the primary mechanisms for wildlife conservation at the Center is citizen participation in species listing and protection under the Endangered Species Act. Through citizen petitions and citizen lawsuits the Center has helped secure protection for over 740 species and over 507 million acres of designated critical habitat under the Endangered Species Act ("ESA"). The Environmental Health Program is focused on protecting biodiversity and human health from toxic substances. I am also a member of the Center for Biological Diversity.

4. In my role at the Center, I am involved in strategic decision making and setting policy priorities for the work that the Center does to reduce the threats to the environment and public health from toxic substances, including pesticides.

5. The Center's Environmental Health program works to help reduce the threats posed by pesticides and other pollutants through scientific, legal, and policy mechanisms. I strive to represent the interests of our members and work to reduce the threat that pesticides pose for them, their families, and the environment that they rely upon. I am relieved that the Center works on my and our behalf to enforce standards that help reduce the threat of pollution and pesticides and help better inform the public of the dangers of pesticides.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD013

6.      The Center cannot, of course, work on every pesticide issue in the country.  Thus, we set priorities for our pesticides work. One factor we consider in setting priorities for our pesticides work is determining the gravity and magnitude of the threats to the environment and wildlife, including species listed under the ESA. Our ability to effectively determine priorities is based on the analyses of experts, including the U.S. Fish and Wildlife Service and National Marine Fisheries Service ("Services").

7.      ESA Section 7 Consultation, 16 U.S.C. § 1536, provides that the Services are required and able to determine whether pesticides adversely affect ESA listed species, jeopardize the continued existence of ESA listed species, or adversely modify the critical habitat of ESA listed species.

8.      The Center views Section 7 Consultation as also providing it and the public with information about what reasonable and prudent measures can be taken to avoid actions that can jeopardize the continued existence or adversely modify critical habitat for ESA listed species.

9.      The information provided through an adequate Section 7 Consultation on malathion would be helpful to me, as the Director of the Center's Environmental Health Program, in determining whether our pesticides work is directed in the most efficient manner and to be effective in reducing the harms of pesticides to wildlife and the environment. This determination is a factor in my priority setting of the Center's pesticides work. The failure of the U.S. Fish and Wildlife Service to comply with Section 7 when it issued the faulty malathion biological opinion is denying me and the Center this helpful information.

10.      Combating the environmental harms posed by pesticides, including malathion, is an issue that is very important to me personally and the Center, because I understand the environmental impacts of those pesticides. I am harmed by the effects that pesticides have on the environment and to human and animal health because it diminishes my ability to enjoy the environment and wildlife. I am aware of studies linking pesticides, including malathion, to a range of environmental impacts to wildlife and human health, such as the tendency of pesticides to cause reproductive harm, cancer, neurological problems, and chronic effects.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD014

11.     I am further aware that pesticides, including malathion, can negatively affect the health of wildlife and plant life that I and the Center's other members appreciate viewing in the outdoors, my and the Center's other members experiences in nature and the outdoors, and can lead to broader ecosystem effects by adversely affecting water quality.

12.     I care deeply about the survival of all these imperiled species. Additionally, I have recreational and spiritual interest in the ability to view these species in their natural habitat that would be diminished by decreases in their population.

13.     Through my work at the Center, I am also involved in a range of activities to protect wildlife, especially pollinators, that are particularly threatened by pesticides, including malathion. The Center's native pollinators campaign ties together issues in the context of pollinator conservation to provide relevant information and action opportunities to supporters who are rightfully concerned about the health of native pollinators. One of the biggest threats to pollinators is the use of pesticides, which would likely be reduced in key habitat if the Fish and Wildlife Service revised its biological opinion in a manner that would reduce harm to ESA listed species and provide benefits to other native pollinators that face the same or similar threats due to pesticides.

14.     I live in Tucson, Arizona, and Portland, Oregon. Oregon and Arizona are two of the states where the EPA registered malathion products can be used.

15.     A significant portion of my personal and professional life is dedicated to protecting wildlife and pollinators from the impacts of pesticides. I have been working on pollinator issues for over ten years. I helped rediscover the rare western bumble bee (Bombus occidentalis) on Mt. Hood in Oregon. This species has been experiencing an alarming decline, both range-wide and locally. I have also done surveys for a yellow butterfly called the Intermountain Sulphur (Colias occidentalis pseudochristina), which faces serious threats due to pesticide applications that have eliminated several populations in the Blue Mountains of eastern Washington. In addition, I am one of the authors of a petition to list the monarch butterfly under the ESA and am particularly aware of the inadequacy of existing regulatory mechanisms that have failed to protect the monarch from threats, such as pesticides, and put the species at risk of

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD015

extinction. I am also generally aware of efforts to protect a broad range of pollinators, especially bumblebees, solitary bees, honeybees, bats, and butterflies.

16.    I am harmed by the effects of malathion on species and their habitats—many that I enjoy viewing in the wild, would like to see in the wild, and that I have worked to protect. I regularly enjoy looking for species in their natural habitats wherever I am during my travels, and especially around where I live in Arizona and Oregon. I frequently tailor travel plans to try to see butterflies, native bees, and other species. I have definite plans to continue to look for and enjoy these species in the states where I live and in my travels. In February of 2019 I went to Mexico to view overwintering monarch butterflies. I was fortunate to see thousands, if not millions, of monarchs. The experience of being surrounded by all these butterflies was one of the highlights of my life. I also look for monarchs as they migrate through Oregon. In the late spring of almost every year I travel through the Great Basin and look for fish, butterflies and bees in areas that could be impacted by malathion in the form of rangeland grasshopper spraying. Species I look for include the Lahonton cutthroat trout, Western bumblebee, and endemic butterflies. I have seen what I believe to be Lahonton cutthroat trout and Western bumblebee only once, but frequently stop to look for them in their range.  Pesticide use is a leading cause of monarch declines. I am now harmed more than ever by the impacts of pesticides on monarch butterflies, and the grave danger that if we don't reign in pesticide use in key habitats, we could lose this incredible migratory phenomenon.

17.    In Oregon, I am specifically harmed by the effects of malathion on the threatened Fender's blue butterfly (Icaricia icarioides fender) and the threatened Kincaid's lupine (Lupinus oreganus and their habitats. The Fender's blue butterfly has a very limited range in the Willamette Valley. I frequently spend time in natural areas in the Willamette Valley, visiting vineyards, wildlife refuges and rivers. Whenever I am in the Willamette Valley, I hope to see a Fender's blue butterfly, and am extremely careful never to trample a lupine, its host plant, in the Valley. One of my dear friends and colleagues dressed up as a Fender's blue butterfly for a Halloween endangered species costume contest and I was able to immediately identify the

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD016

species she was dressed as. Another colleague wrote her masters thesis on Kincaid's lupine, instilling in me a deep respect for this amazing, rare plant.

18.     I am harmed when malathion may be used in the Willamette Valley and harm the Fenders blue butterfly and Kincaid's lupine and their habitats. Mosquito adulticides including malathion pose a specific risk to Fender's blue butterfly given their potential to drift in lethal concentrations into occupied habitat. This chemical is also used on many crops grown in the Willamette Valley, and can put Fender's blue at risk of exposure and lethal effects. I plan to continue to visit habitat for these threatened and endangered species when I travel in its range, including this summer.

19.     Fender's blue butterfly is extensively monitored in the Willamette Valley to create rangewide population estimates. The U.S. Fish and Wildlife Service has created a standardized survey methodology to better account for the rare and illusive nature of these butterflies. While these data are essential to tracking population growth and recovery of the Fender's blue butterfly, it is also a vital tool to tracking harm to the species, allowing for U.S. Fish and Wildlife Service to monitor for drastic changes and die-off events from malathion spraying. If the U.S. Fish and Wildlife Service were to account for these data instead of issuing a vague incidental take statement, it could better monitor the species and ensure that any impacts from malathion are immediately mollified by reinitiation of consultation.

20.     In Arizona, I am harmed by the effects of pesticides on the threatened Chiricahua leopard frog (Rana chiricahuensis). Malathion is registered for use on agricultural crops in the vicinity of the Chiricahua leopard frog, and its continued use without specific protections negatively impact the frog and its habitat and harm my personal, aesthetic, and professional ability to observe and enjoy this species in the wild.

21.     The Center has a long history of protecting the Chiricahua leopard frog. In 1998, the Center submitted a citizen petition to list it as a federally endangered species and to designate critical habitat for it. The Center had to file lawsuits before the U.S. Fish and Wildlife Service listed the frog as threatened in 2002. In 2007, the Center became part of the stakeholders' group that developed the federal plan to recover the frog.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD017

22.     I regularly hike and recreate in southeast Arizona and have looked for, and possibly caught sign of the Chiricahua leopard frog at isolated ponds and watering holes including in my many visits to the San Pedro and Cienega creek river basins. If malathion is sprayed on fields in these areas and reaches the rivers when they are running through direct spraying, run off or drift, the Chiricahua leopard frog could be harmed, killed or even locally extirpated. This would dramatically harm my professional, recreational, and aesthetic interests. I intend to continue to look for and hope to see the frog in these and other places in southern Arizona.

23.     I am harmed when malathion is routinely applied in Arizona and Oregon in and around habitat for the Chiricahua leopard frog and Fender's blue butterfly. If these species are further impacted and their populations reduced or extirpated, my enjoyment of Oregon and Arizona's unique natural environment would be diminished.

24.     My front and back garden in my former home Portland is heavily planted with native and pollinator attractive plants in order to attract native birds and insects and I also had a garden plot intended to attract pollinators down the street. I have just moved this last year and have already planted around 40 fruit trees and bushes that will attract pollinators and expect to plant several dozen more native plants this spring and fall to attract native species. Similarly, my garden in Tucson is specifically planted to attract wildlife, particularly birds, bees, and butterflies, and is very successful in doing so. When I see that my neighbors have used pesticides I am harmed when it impacts the wildlife that I am working to attract in my own gardens. I am concerned that residential use of malathion specifically is harming wildlife.

25.     I have professional, aesthetic, recreational, and spiritual interests in the preservation of the Fender's blue butterfly, Kincaid's lupin, and Chiricahua leopard frog and their habitats. I regularly look for these species and I very much hope to see them. My interests in them are being harmed by the U.S. Fish and Wildlife Service's failure to meaningfully complete and adequate Biological Opinion on the registration of malathion with species-specific and critical habitat protections to avoid harm and prevent jeopardy and adverse modification. The Services' actions make it more likely these species will further decline or become extinct. If

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD018

that should happen, I will be deprived of my enjoyment of these species in the wild. The issuance of a biological opinion for malathion is a hugely important opportunity to protect these species, one that the Service has squandered. If the Services were to meaningfully consider the real-world impacts of malathion and the individual life history of each species and specific attributes of critical habitat, instead of constantly looking for off ramps, it could have resulted in species-specific protections for a greater variety of species and their habitats, as well as an incidental take statement that actually considered available data when making the decision to reinitiate consultation. These steps are important to ensure that my interests in the species are preserved and remain free from injury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2025 in Portland, OR.

_____
Lori Ann Bird

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF LORI ANN BURD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br>      450 Golden Gate Ave. <br>      San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD020

I, Christina R. Celano, declare as follows:

1.      I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.      I am over the age of eighteen, and I currently reside in Florida where I have lived for twenty-three years. I moved to Florida in large part because of its abundance of wildlife.

3.      I have been a member of the Center for Biological Diversity since 2009. The Center is a non-profit organization committed to the preservation, protection, and restoration of native species and the ecosystems upon which they depend. As a member of the Center, I participate in action alerts and read the newsletters to be more informed. I rely upon the Center to represent my interests in protecting endangered species and their habitat, like filing this lawsuit to gain greater protection for species and their habitats from uses of malathion. As another example, the Center petitions the U.S. Fish and Wildlife Service (FWS) to list species I care about, like the Florida Scrub Lizard (Sceloporus woodi), included in a petition that the Center submitted in 2012. In 2016, FWS found that the petition contained substantial scientific information and began a status review for this lizard. Unfortunately, that review is still pending.

4.      I work as a professional wildlife photographer in Florida.  I stand or sit in my kayak for hours at a time in the rivers, bays, and mangroves all around Florida, including downstream of major citrus producing areas, to take images of birds or any living thing that catches my eye. I currently live in northwest Florida where watermelon is grown.

5.      I am concerned about pesticide impacts on endangered and threatened species. Pesticides harm ALL species. That is what they were designed to do . . . KILL. Whatever we put into the environment ends up in our bodies. If it affects any species in a negative manner, it will eventually affect humans. I am concerned about the pesticides like malathion used on the major agricultural crops in Florida, including oranges, crops grown for livestock forage, and many different kinds of fruits, like watermelon, and vegetables. When I visit family, I see the crop dusters taking off. Because of the breadth of agriculture in Florida and the number of pesticides used I believe that the individual and cumulative effects on rare wildlife species are widespread.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD021

6.      I am also concerned about the residential uses of malathion. My mother grew roses and used malathion. She had a cancerous tumor in her calf that was removed. I do not have proof that malathion caused it, but my family does not have a history of cancer, and her calf seemed like an unusual place for a tumor. I grow flowers and have fruit trees on my property. I do not use anything on them. If they don't survive, then I feel they aren't meant to grow there.

7.      I am especially concerned about widespread use of malathion to kill mosquitos. For example, Miami-Dade county includes using malathion to kill adult mosquitos. When I lived in Key West, which still uses malathion, I requested that the mosquito control district call me so that I could shut myself in my home along with my pets. After the spraying, it made me sad to see the dead mayflies and dragonflies, such important species in our ecosystem.

8.      I am particularly concerned about the impact of malathion on the imperiled species that I regularly photograph, or seek to photograph. These include:

**Mammals**

Florida bonneted Bat (*Eumops floridanus*)

Florida Salt Marsh Vole (*Microtus pennsylvanicus dukecampbelli*)

West Indian Manatee (*Trichechus manatus*)


**Birds**

Audubon's Crested Caracara (*Polyborus plancus audubonii*)

Cape Sable Seaside Sparrow (*Ammodramus maritimus mirabilis*)

Everglade Snail Kite (*Rostrhamus sociabilis plumbeus*)

Florida Grasshopper Sparrow (*Ammodramus savannarum floridanus*)

Florida Scrub Jay (*Aphelocoma coerulescens*)

Piping Plover (*Charadrius melodus*)


**Reptiles**

Gopher Tortoise (*Gopherus polyphemus*)

Atlantic Salt Marsh Snake (*Nerodia clarkii taeniata*)

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD022

American Crocodile (*Crocodylus acutus*)

Bluetail Mole Skink (*Eumeces egregius lividus*)

Eastern Indigo Snake (*Drymarchon corais couperi*)

Sand Skink (*Neoseps reynoldsi*)

9. I am fortunate to live on sixteen acres right now and enjoy and photograph species there, including Gopher Tortoises and Bluetail Mole Skinks. Below is a photograph of each that I took.



Gopher Tortoise

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD023

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



A photograph that I took on my property of a Bluetail Mole Skink
being eaten by a snake

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD024

10.    I travel often all over Florida, including to the Everglades and the Florida Keys and kayak Florida Bay often, which is habitat for a range of endangered species. I recently returned from visiting the Keys this March. Some of the species I have photographed include:



The American Crocodile



The Wood Stork

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD025



The West Indian Manatee



As well as the Northern Harrier with the endangered Florida Salt Marsh Vole clutched in its talons.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD026

11.     The animals of the Everglades and Florida Bay provide me with an education, an income, and more joy than anything else I have experienced in my 60 plus years of life.

12.     I have snorkeled with, kayaked among, and photographed the West Indian Manatee. The experience is always amazing, and I look forward to future encounters with this imperiled mammal.

13.     My photography focuses on a number of species, including birds and pollinators. I have had the pleasure of observing several imperiled bird species, including Audubon's Crested Caracara, Cape Sable Seaside Sparrow, Everglades Snail Kite, Florida Grasshopper Sparrow, Florida Scrub Jay, Piping Plover, as well as many pollinators, including honeybees, native bees, and dragon flies.

14.     I have also observed several endangered reptile species, including, the Gopher Tortoise, American Crocodile, Bluetail Mole skink, Eastern Indigo Snake, and Sand Skink. I have seen and photographed the Atlantic Salt Marsh Snake on many occasions, sitting motionless on the bottom among mangrove roots, waiting for prey. Snakes are misunderstood and underappreciated by most of the human race. A great shame, as they are elegant in movement, fascinating to observe, beautiful in their simplicity of design, and beneficial to the ecosystem—eating many insects, rodents, and even other reptiles.

15.     I spend 330 plus days per year outside to take, or prepare to take, photographs for my living, and I travel to the habitat of the species listed in this declaration frequently. On these visits, currently and into the future, I will continue to seek out opportunities to observe and photograph all of the species listed in this declaration. Further harm to these species as a result of malathion use will harm my recreational, aesthetic, and professional interests in these species.

16.     I spend time in and around citrus fields, and live near watermelon fields, where malathion may be used. I photograph species such as the Audubon's Crested Caracara paddling in waterways that could receive runoff from malathion use for agriculture, mosquito control, or in peoples' yards and gardens. I strongly believe that the use of pesticides like malathion in and around habitat for these species is harmful and reduces the likelihood that I will be able to observe them in the future. Every species, including humans, are part of a complex ecosystem. If

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD027

we lose one species, others that depend on it for their survival will also disappear. Within the unique ecosystem of the peninsula we call Florida, indigenous species are in decline due to ignorance and unintentional or intentional poisoning from humans who do not understand how important they are to our continued existence on this planet.

17.     The use of malathion harms essential wildlife habitats and endangers all life forms and most certainly the recovery of threatened and endangered species. I find that fact to be abhorrent, and it most certainly injures my interest in seeing and enjoying these species.

18.     I am also concerned about the effects of pesticides on my health. I understand that malathion interferes with the functioning of nervous system, which controls other organs that could be harmed. Because I am concerned that exposure to pesticides will harm my health, for the last 30 plus years I have only purchased organically produced foods and personal care products.

19.     I would also be more comfortable and less concerned about negative impacts to my health from exposure, when photographing in and around agriculture fields if pesticides, including malathion, were not used. For example, I get special joy from photographing the Audubon's Crested Caracara, a species that is listed as threatened under the federal Endangered Species Act. Because the species is often found in and around citrus fields, I often find myself in close proximity to these fields when I am photographing caracaras. Sometimes I will sit down, or often lay down, on the ground to get the best photograph of these magnificent birds, but I am concerned about potential exposure to pesticides such as malathion being sprayed on the crops and used to kill mosquitos that may drift onto the nearby areas where I am sitting. These concerns, and especially the potential risks to my own health from exposure to malathion, harm me and reduce my enjoyment in photographing these species that I love.

20.     Here is an example of a photo that I took at the Kissimmee Prairie Preserve of Audubon's Crested Caracara.



21.     Because I work as a wildlife and nature photographer, I have a strong professional and economic interest in the preservation of imperiled wildlife and habitat, including the species listed in this declaration. I have been a professional photographer for about thirty years, and I depend upon intact and healthy ecosystems to provide subjects to photograph. If the species listed in this declaration or those species that depend on them suffer further declines or become extinct, I could lose my livelihood.

22.     The loss of species in the ecosystem of Florida would also negatively affect the area as a tourist destination due to the fact that many people travel here to see wildlife. A reduction in tourism would impact my ability to sell my images to these visitors.

23.     I have an aesthetic interest in protecting all of the species listed in my declaration. I find nature and all species to be stunningly beautiful. I am captivated by and joyful in witnessing species' behaviors and am ever hopeful in my efforts to view more secretive species and their behaviors.

24.     I have a moral and spiritual interest in protecting these species. I find it unconscionable when animals—individuals or whole species—perish due to the ignorance and/or greed of a few human beings. I believe that all animals have a right to live and that they should be treated with the respect they have earned for survival despite humanity's detrimental interference. I also believe that the biodiversity of Earth is of the utmost importance to all its inhabitants.

25.     As someone who is deeply concerned about the fate of imperiled wildlife, I am upset that the U.S. Fish and Wildlife Service has not adequately assessed the impacts of authorized uses of malathion on the rare species included in this declaration. It is another example, among many, of the U.S. government's failure to consider harms to wildlife and people. Without looking at the full impacts to species, the U.S. Fish and Wildlife Service has not required sufficient avoidance or mitigation to conserve these species. The agency has not taken all available steps to ensure that use of malathion does not harm or kill these species.

26.     In sum, I have professional, economic, aesthetic, spiritual, and moral interests in the preservation of the species listed in this declaration, their habitats, and other species that I photograph and enjoy. These interests are being harmed by the U.S. Fish and Wildlife Service's failure to evaluate the full impacts of malathion uses on these species. Specifically, I believe that the U.S Fish and Wildlife's failure to support its analyses, require measures to avoid and minimize harm, and follow the law makes these species more likely to suffer further population declines. If these species decline or become extinct, the loss would deprive me of the benefits I currently enjoy from the existence of these rare animals. An order from the Court requiring the U.S. Fish and Wildlife Service to fix these flaws could result in protective measures aimed at reducing impacts of malathion on these species, and would ensure that my interests in these species and the species themselves are preserved.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTINA R. CELANO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD030

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2025, in Chiefland, Florida.

_____

Christina R. Celano

1
2
3
4

Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(503) 320-3235
sparent@biologicaldiversity.org

5
6
7
8

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

9

Additional Counsel in signature block

10

Counsel for Plaintiffs
*Admitted *pro hac vice*

11

12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

13

14  | PESTICIDE ACTION NETWORK               )   Case No. 3:24-cv-06324-JSC
15  | NORTH AMERICA, et al.,                 )
    |                                        )   **DECLARATION OF**
16  |                 *Plaintiffs*,          )   **KARA CLAUSER**
    |                                        )   **IN SUPPORT OF PLAINTIFFS'**
17  |        v.                              )   **MOTION FOR SUMMARY**
    |                                        )   **JUDGMENT AND MOTION TO**
18  | PAUL SOUZA, et al.,                    )   **SUPPLEMENT**
    |                                        )
19  |                 *Defendants*,          )   Date: January 8, 2026
    |                                        )   Time: 10:00 am
20  | and                                    )   Place: Courtroom 8
    |                                        )          450 Golden Gate Ave.
21  | CROPLIFE AMERICA,                      )          San Francisco, California
    |                                        )
22  |                                        )
23  |                 *Intervenor-Defendant*. )  Honorable Jacqueline Scott Corley
    | _____ )

24
25
26
27
28

1   I, Kara Clauser, declare as follows:

2       1.      I am over 18 years of age, have personal knowledge of the matters asserted in

3   this declaration, and if called upon to testify, would state the same.

4       1.      I am a Geographic Information System ("GIS") specialist at the Center for

5   Biological Diversity ("Center"), where I have worked in this capacity for over 8 years. I hold a

6   Master of Science in geographic information systems technology and a Bachelor of Science in

7   ecology and evolutionary biology, both from the University of Arizona.

8       2.      I prepared the maps, attached as Exhibits A through H to this Declaration,

9   concerning the U.S. Fish and Wildlife Service's biological opinion assessing the insecticide

10  Malathion and its products, and related data concerning ESA-protected species and the potential

11  use of malathion, as provided in more detail below.

12      3.      To prepare the maps, I used ArcGIS Pro version 3.3.1 from Environmental

13  Systems Research Institute (ESRI), and, in my professional opinion, it is accurate with respect to

14  the data it represents. To map cotton, alfalfa, winter wheat, citrus, grapes, walnuts, almonds, corn

15  and wheat for this Declaration, I downloaded the GIS data describing their locations in the

16  continental United States for the years 2020-2024 from the United States Department of

17  Agriculture's National Croplands Data Layer ("CDL") website at

18  https://www.nass.usda.gov/Research_and_Science/Cropland/Release/index.php. I created the

19  Malathion 2019 County Use Estimates layer by downloading the 2019 Preliminary county-level

20  pesticide-use estimates table from the United States Geological Survey Pesticide National

21  Synthesis Project website at https://water.usgs.gov/nawqa/pnsp/usage/maps/county-level/. I

22  queried this table for Malathion, and then used the geoprocessing tool "Spatial Join" to transfer

23  the information from the resulting table to a shapefile of county boundaries downloaded from the

24  United States Census Bureau website at

25  https://www2.census.gov/geo/tiger/TIGER2024/COUNTY/.

26      4.      Attached to this Declaration as Exhibit A is a true and correct copy of a map I

27  created showing where cotton and alfalfa have been grown in proximity to critical habitat for the

28

Yellow-billed Cuckoo (*Coccyzus americanu*) Western Distinct Population Segment. I downloaded the GIS data describing critical habitat from the U.S. Fish and Wildlife Service's Environmental Conservation Online System (ECOS) at https://ecos.fws.gov/ecp/species/3911.

5.      Attached to this Declaration as Exhibit B is a true and correct copy of a map I created showing where almonds and walnuts have been grown in proximity to the Valley Elderberry Longhorn Beetle (*Desmocerus californicus*) presumed extant occurrences. I downloaded the GIS data describing the presumed extant occurrences for this species from the California Department of Fish and Wildlife's California Natural Diversity Database (CNDDB) at https://apps.wildlife.ca.gov/cnddb-subscriptions/downloads. This is a subscription-based dataset that was downloaded on May 16, 2025.

6.      Attached to this Declaration as Exhibit C is a true and correct copy of a map I created showing where winter wheat, grapes and citrus have been grown in proximity to the Riverside Fairy Shrimp (*Streptocephalus woottoni*) presumed extant occurrences. I downloaded the GIS data describing the presumed extant occurrences for this species from CNDDB at https://apps.wildlife.ca.gov/cnddb-subscriptions/downloads on May 16, 2025.

7.      Attached to this Declaration as Exhibit D is a true and correct copy of a map I created showing where corn and wheat have been grown in proximity to critical habitat and extant observations for the Dakota Skipper (*Hesperia dacotae*). I downloaded the GIS data describing critical habitat from ECOS at https://ecos.fws.gov/ecp/species/1028. The data describing extant observations were digitized from Figure 4.1 on page 37 of the Dakota Skipper Report on the Species Status Assessment Version 2 – September 2018 available at https://iris.fws.gov/APPS/ServCat/DownloadFile/155865. These digitized points were buffered by three miles to account for any inaccuracies caused by georeferencing and digitizing a low-resolution map.

8.      Attached to this Declaration as Exhibit E is a true and correct copy of a map I created showing where corn and cotton have been grown in proximity to both the range and critical habitat for the Cumberlandian Combshell (*Epioblasma brevidens*). I downloaded the GIS

1  data describing the range and critical habitat from ECOS at

2  https://ecos.fws.gov/ecp/species/3119.

3      9.      Attached to this Declaration as Exhibit F is a true and correct copy of a map I

4  created showing where corn, wheat and alfalfa have been grown in proximity to Rusty Patched

5  Bumble Bee's (*Bombus affinis*) "High Potential Zones," "Low Potential Zone" and "Uncertainty

6  Zones" as well as the proposed critical habitat for this species. I downloaded the GIS data

7  describing the areas from

8  https://www.arcgis.com/home/item.html?id=b2e7e0c1ddad4f50a20bcfc1bfcfbbcb, and from

9  ECOS at https://ecos.fws.gov/ecp/species/9383.

10     10.     Attached to this Declaration as Exhibit G is a true and correct copy of a map I

11  created showing where cotton has been grown in proximity to critical habitat for the Purple

12  Bankclimber (*Elliptoideus sloatianus*). I downloaded the GIS data describing critical habitat

13  from ECOS https://ecos.fws.gov/ecp/species/7660.

14  11.     Attached to this Declaration as Exhibit H is a true and correct copy of a map I created

15  showing where citrus has been grown in proximity to range and the occurrence locations for the

16  Sand Skink (*Plestiodon reynoldsi*). I downloaded the GIS data describing range of the skink

17  from ECOS at https://ecos.fws.gov/ecp/species/4094. I received the GIS data describing

18  occurrences from a Florida Natural Areas Inventory data request on March 8, 2021 at

19  https://www.fnai.org/publications/data-requests.

20

21      I declare under penalty of perjury that the foregoing is true and correct. Executed May

22  27, 2025, in Tucson, Arizona.

23

24

25

26

27  _____

28            Kara Clauser

DECLARATION OF KARA CLAUSER
Case No. 3:24-cv-06324-JSC                                    3

# Exhibit A

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC



# Exhibit B

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC

ADD038



# Exhibit C

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC

ADD040



# Exhibit D

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC



# Exhibit E

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC



# Exhibit F

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC

ADD046



# Exhibit G

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC

ADD048



# Exhibit H

Declaration of Kara Clauser

Case No. 3:24-cv-06324-JSC



Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PAUL SOUZA, et al.,<br><br>*Defendants,*<br><br>and<br><br>CROPLIFE AMERICA,<br><br>*Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC<br>**DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT**<br><br>Date: January 8, 2026<br>Time: 10:00 am<br>Place: Courtroom 8<br>    450 Golden Gate Ave.<br>    San Francisco, California<br><br>Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD052

I, Georgia Davis, state and declare as follows:

1.      The facts set forth in this declaration are based upon my personal knowledge.  If called as a witness, I could and would testify to these facts.  As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2.      I am an adult citizen of the United States and reside in Vancouver, Washington.

3.      I am submitting this declaration on behalf of myself and the Center for Biological Diversity, a non-profit organization of good standing. I have been a member of the Center since 2023.

4.      I am currently an associate paralegal and research specialist with the Center for Biological Diversity ("Center"), where I have been employed since May 2023. In that capacity, I support the environmental health program in its efforts to protect threatened and endangered species from the impacts of pesticides.

5.      I have a Bachelors in natural resource management from North Dakota State University as well as a Master of Law in environmental, natural resources, and energy law from Lewis and Clark College. As an undergraduate student and later as a laboratory technician, I assisted with research at an insect biology laboratory where I worked with mason bees, alfalfa leafcutting bees, honeybees, and common eastern bumble bees from 2015 to 2019. During this time, I also learned more about imperiled native pollinators and conservation methods that could support their populations, and I made attempts to see these species in their natural habitat by visiting national grasslands and looking for the specific plants that they depend on as a food source.

6.      I was born and raised in North Dakota, and I regularly return to visit family, including my grandparents, who I have plans to see in Mandan, ND this year and also in June 2026 when I visit the Little Missouri, Cedar River, and Sheyenne National Grasslands to see the three kinds of prairie types present in North Dakota. On this trip along with visiting family, I plan to visit critical habitat areas in North Dakota and western Minnesota in an attempt to see the threatened Dakota skipper, the endangered poweshiek skipperling, the threatened western prairie

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD053

fringed orchid, regal fritillary (recently proposed for listing, 89 Fed. Reg. 83888 (Aug. 6, 2024), and other more common pollinators and their host species.

7.    Growing up, my family regularly went camping in the wild places that make North Dakota so unique, including multiple camping and fishing trips to New Johns Lake, Lake Tschida, Sweet Briar Lake, McDowell Dam, and Thedore Roseveldt National Park. Other places we camped at included Graner Park (Bottoms), Kimball Bottoms, and Beaver Bay all along Lake Sakakawea, where I would take my insect net and walk along the shore and on the trails to see what insects I could capture.

8.    As a child, I was fascinated with the idea of seeing animals and plants that few other people had seen. I remember in fourth grade when my teacher shared the "Habitats of North Dakota Books" as part of our North Dakota Studies curriculum and I learned about the threats to animals that live in wetlands, prairies, the Badlands, riparian areas, and woodlands of the state. I became inspired to see these animals and plants and to help save these areas as an adult. I learned more in-depth about the harm of bioaccumulation from pesticide exposure and the rapid conversion of native prairie to cropland or grazing land for insects and the animals that depend on them as a food source. Even as a fourth grader, I felt a sense of alarm regarding the rapid loss of prairie habitat and species, and I asked my parents if we could go to the places where native prairie still exists during summer breaks. My parents were concerned about the same environmental issues I was and were the ones who had encouraged me to learn more about the natural world. They would take me camping and fishing near these prairie remnants.

9.    My family would camp and hike in the north and south unit of Thedore Roosevelt National Park, and I worked in Medora, ND in the summer of 2013 while I was undergraduate student on summer break. I would visit Theodore Roseveldt National Park almost every day to look for pollinators because the entrance to the south unit was less than a 5-minute drive from where I stayed. As a child and when I visited home during summer break while at college, my family would camp at New Johns Lake, which was near Oliver, Koenig, Heckers Lake, and East Lost Lake Waterfowl Production Areas (WPA) which are part of the National Wildlife Refuge System and are wetland and grassland habitats set aside for wildlife. My mother and I would go

on walks at the surrounding WPAs or take a boat ride on Heckers Lake, because it was connected to New Johns Lake via a canal and look for insects. Since the wetland and prairie ecosystems were less disturbed in those areas, we saw a wider variety of aquatic and pollinating insects compared to the surrounding cropland. On these trips, I would always be on the lookout for unique or rare insects and plants that are indicative of healthy plains ecosystem. On my last trip to Sheyenne National Grasslands in 2019, I noticed fewer insects as I was walking the trails and notably, a lack of insect pollinators as well.

10.    After graduating with my bachelor's degree in 2016, I worked as a laboratory technician in the USDA Agricultural Research Service insect biology laboratory that collaborated with the NDSU insect physiology laboratory I had worked in as an undergraduate researcher. Senior members of the lab would train incoming students on how to perform insect surveys and identify pollinators.



Georgia Davis (center) monitoring colony health for the common eastern bumblebee while working as a laboratory technician at USDA ARS Weed and Insect Biology Research in Fargo N.D.[1]

---

[1] Photo courtesy of Weed and Insect Biology Research: Fargo, ND. Picture available at https://www.ars.usda.gov/plains-area/fargo-nd/etsarc/weed-and-insect-biology-research/#.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

11.     I learned several monitoring techniques for insects, including light, pan, and malaise trapping. The most effective method for butterflies and many bees is active visual surveys, especially if they are threatened or endangered species and you want to ensure the least amount of disturbance. Malaise trapping with an open bottom tent-like structure on one side and black mesh walls on the other leading to a white mesh roof with an inverted cone with a collection jar at the apex of the tent can be suitable for capturing and identifying more common wasps (Hymenoptera) and other flying insects. Along with surveys of free-flying insects, we would set up large pollinator tents that were used for forage composition field studies and they were great practice for identifying native bees compared to alfalfa leafcutter bees. Along with my experiences during work, to improve my ability to identify different species, I would visit locations with pollinator-friendly plantings in the Fargo-Moorhead area to identify native pollinators and take pictures to confirm my positive identifications with the scientists in our lab. After numerous successful identifications I began venturing father out from my college town to look for pollinator habitat and traveled to the Sheyenne National Grasslands to camp with friends and hike the trails with the hope of spotting rare species like the Dakota skipper, Poweshiek skipperling, and western prairie fringed orchid, and other more slightly common pollinators like the regal fritillary. Since three of these species are threatened or endangered, the method for observation was to identify the species or topography that they prefer while creating the least amount of disturbance for the location.

12.     The Dakota skipper can be found on the mixed grass prairies of central North Dakota and tallgrass prairie that is more predominant in the southeast corner of the state. In either April or May, when I would be camping or fishing with family in mixed grass prairie areas as a child and teenager, I would look for little bluestem since it is the preferred food source for skipper larvae. Starting in mid-June, when I would be out on a walk through mixed grass prairie, I would look for known nectar source plants like white prairie clover, fleabanes, blanket flowers, black-eyed Susans, evening primrose, sundrops, and especially purple coneflowers because they seem to be their preferred nectar source.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD056

13.     Sheyenne National Grassland was once home to the imperiled Poweshiek skipperling, which is now likely extirpated from the site and all of North Dakota. But this small butterfly is elusive and relies on remnant prairie; they have not been found on reconstructed prairie. Sheyenne National Grasslands is a significant segment of the remaining 1% of North America's tallgrass prairie. Therefore, I always kept a special lookout to see if the species still persists in the state. On those numerous trips, I looked for smooth ox-eye and purple coneflower during mid-June to early-July while Dakota skipperlings are in their flight period and looking for nectar as a food source. Depending on whether we had an early or late spring, when the Poweshiek larvae exited diapause (hibernation), starting in either April or May, I would look for prairie dropseed, their preferred host grass for food while in their larval stage before they emerge as adults and begin flying. I spotted Poweshiek skipperling's host plants, but I did not spot the elusive butterfly. I will continue to visit these areas to spot these petite, rust and silver colored butterflies.

14.     I currently live in Washington but regularly visit places to observe native wildlife and always make a point to visit grasslands and stop at scenic locations when travelling back to North Dakota and western Minnesota to visit family and friends, hoping to see the illusive Dakota skipper and Poweshiek skipperling. On a trip to visit family in 2019, I stopped at an observation deck between Denbigh and Towner that abuts occupied critical habitat for the Dakota skipper. I hiked the nearby trail, and kept my eye out for the skipper, but unfortunately was not able to see the rare butterfly. Every time I visit these grasslands, and especially when I visit occupied sites, I try to observe the Dakota skipper, but continued threats from pesticides, including malathion, further weaken my chances of observing and appreciating these species in the wild.

15.     The Center is committed to protecting endangered species and wild places and has worked to secure protections for the Dakota skipper for over two decades. I rely upon the Center to represent my interest in protecting the Dakota skipper and ensuring that they are protected from the existential threat that pesticide drift presents to the survival of the species.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD057

16.     I am very concerned about the Dakota skipper and the threats it faces from insecticides such as malathion. Like many butterflies, Dakota skipper is extremely sensitive to the effects of insecticides such as malathion that are specifically designed to kill insects and that can drift into the skipper's occupied habitat after application. In North Dakota, malathion is often used for grasshopper control in areas that are either adjacent or within the occupied habitat of the Dakota skipper. These chemicals have demonstrated toxicity to butterfly species, and I am concerned that without species-specific protection to prevent and minimize drift, their unfettered use will push the Dakota skipper closer to extinction.

17.     While the Fish and Wildlife Service relies upon range maps for the Dakota skipper that show its presence across a majority of North Dakota, it only remains in a few isolated pockets of habitat that are interspersed between large agricultural fields or subject to nearby grasshopper control with insecticides like malathion. I am concerned that the Fish and Wildlife Service has failed to protect the skipper by focusing on this overbroad map and ignoring the few remaining pockets of skipper habitat where protections could be put in place to prevent harm from malathion.

18.     Similarly, I am concerned that the effects of malathion are pushing the last remaining populations of Poweshiek skipperling to extirpation, and decreasing my chance of ever seeing this species reintroduced in North Dakota. Malathion used on corn or in grasshopper spraying can likewise drift into occupied skipperling habitat, meaning that spraying at any time of year can be harmful to this species. The skipperling has a unique biology, and general protections that do not take into account this biology fail to protect the species.

19.     My scientific, aesthetic, recreational, and wildlife preservation interests have been, are being, and will continue to be adversely and irreparably injured by the Fish and Wildlife Service's flawed Endangered Species consultation process on the impacts of malathion on the Dakota skipper and Poweshiek skipperling and their habitats. In this case, these are actual, concrete injuries, and procedural injuries traceable to the failure of the Fish and Wildlife Service to fully address the impacts to these species under the Endangered Species Act from authorized use of malathion.

20.     If Fish and Wildlife Service were to remedy its flawed analysis, it could result in species-specific protection for the Dakota skipper and Poweshiek skipperling in its occupied habitat, which will allow those populations to continue to grow and thrive without the threat of pesticide drift that could wipe out entire populations. However, by failing to address the legal violations in this case, my conservation, recreational, scientific, educational, and wildlife preservation interests will continue to be adversely affected and irreparably injured until the Fish and Wildlife Service adequately addresses the impacts to the Dakota skipper and Poweshiek skipperling under the Endangered Species Act.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this May 14, 2025.

Georgia Davis

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF GEORGIA DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD059

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., | Case No.: 3:24-cv-06324-JSC |
| *Plaintiffs,* | **DECLARATION OF WILLIAM HASKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** |
| v. | |
| PAUL SOUZA, et al., | Date: January 8, 2026 |
| *Defendants,* | Time: 10:00 am |
| and | Place: Courtroom 8 |
| CROPLIFE AMERICA, | 450 Golden Gate Ave. |
| | San Francisco, California |
| *Intervenor-Defendant.* | Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF WILLIAM HASKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD060

I, William Haskins, declare as follows:

1.    I am over the age of 18 years of age and currently reside in Fort Bragg, California.

2.    I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

3.    I previously served as the Chief Information Officer at the Center for Biological Diversity, where I worked for almost 18 years before I retired in 2024. While I managed the Center's computer systems, networking, and website management, I also maintained the Center's extensive education webpages that house detailed information on hundreds of threatened and endangered species.

4.    The Center is a non-profit organization committed to the preservation, protection, and restoration of native species and the ecosystems upon which they depend. As a member, I rely in part upon the Center to represent my interests in protecting endangered species and their habitat.

5.    Before joining the Center, I helped start the Ecology Center and Big Sky Conservation Institute in Missoula, Montana. I also worked many years with geographic information systems that use computer-assisted mapping to analyze plant and animal populations and habitat in the Great Plains and Rocky Mountains. In addition, I worked for the Nebraska Game and Parks Commission on native prairie restoration projects.

6.    I hold a Bachelor of Science in ecology and systematics from the University of Nebraska. I took coursework and completed an undergraduate research project focusing on the native plant and animal communities of eastern Nebraska. I have a masters in environmental studies from the University of Montana.

7.    I grew up a few miles from Salt Creek in Lincoln, Nebraska. I got my degree in ecology at the University of Nebraska-Lincoln, which has its main campus adjacent to Salt Creek. I spent many days in my youth roaming around the few small undeveloped parcels of land

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF WILLIAM HASKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD061

in the Salt Creek and Little Salt Creek area that are habitat for saline-wetland dependent species like the Salt Creek tiger beetle.

8.      I visit Lincoln, Nebraska regularly, and I plan to visit the habitat for the Salt Creek tiger beetle at least every other year for the indefinite future. It's a custom of mine to join my relatives and go out in the small remnants of native Nebraska prairie, woods, riparian areas and rivers whenever I go back to visit my family in the area. We hike, photograph, botanize, ponder what once was, and generally try to absorb as much ecological information and ambiance as we can.

9.      My most recent visit to the area was in April of 2022, when I went to view the ongoing Salt Creek tiger beetle restoration efforts along Little Salt Creek north of Lincoln. The beetles are underground in April, and at any rate they are so rare that it would seem unwise to tread directly on their tiny remaining patches of saline mud-flat habitat, but I did view the area from a safe distance.

10.      A private parcel immediately adjacent to one of the areas currently occupied by Salt Creek tiger beetles was recently up for sale, and I was actively investigating purchase of the parcel.  That parcel sold to another party, but I am still actively monitoring possible purchase of properties in the area for conservation purposes.

11.      I am injured by the U.S. Fish and Wildlife Service's failures to adequately assess the negative effects to Salt Creek tiger beetle and its critical habitat from authorized uses of malathion, include terms to avoid or minimize harms to it, and otherwise issue a biological opinion that is not arbitrary.

12.      Many times, I have viewed the riparian mud-flat habitat of the Salt Creek tiger beetle. The barren, moist saline habitat of the beetle seems so tiny and precarious in a landscape overwhelmingly dominated by row crops like corn and urban development. The Little Salt Creek watershed that drains into the riverine habitat of the beetle is similarly dominated by corn and sorghum, and insecticide runoff from these lands can flow to stream banks during high water and leach into the stream banks during normal flows. Pesticides, including malathion, registered for use on nearby landscaping in residential and commercial development can also runoff into the

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF WILLIAM HASKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD062

creek and harm the Salt Creek tiger beetle. I am concerned that continued degradation of this habitat from pesticide runoff will directly impact the beetle and significantly reduce its survival, ultimately making it much harder to observe this species in the wild. This extirpation is all the more likely given that the insecticide malathion is registered for use without any restrictions that might benefit the Salt Creek tiger beetles survival.

13.    Ignoring the life history of the Salt Creek tiger beetle and failing to protect its remaining populations from malathion will further endanger the beetle and reduce its chance of recovery, harming my personal, recreational, and aesthetic interests in this highly imperiled species. Nebraska is not particularly known as a center of endemism or a hotspot of endangered species, but even as a kid I was especially fascinated by the few species in Nebraska that are rare and unique: whooping cranes that sometimes visit the Platte River on their spring migrations, blowout penstemons that live only in the Sandhills, and of course the elusive Salt Creek tiger beetle. Continued habitat destruction and continued authorized pesticide use would diminish my enjoyment of this habitat knowing that the Salt Creek tiger beetle is in danger. If we cannot even change our ways a tiny bit to recovery these species, then it strikes me that we aren't trying very hard, and for me it results in a world and human society less interesting and beautiful to live in.

14.    Over the years, I have also assisted the public with sending comments to local, state, and federal government officeholders on issues of endangered species protection. This work runs parallel with my personal and life-long interest in fighting for policies and practices that protect biological diversity, and any losses in that regard are both professional and personal.

15.    I am injured by the U.S. Fish and Wildlife Service's failures to adequately assess the negative effects to Salt Creek tiger beetle and its critical habitat from authorized uses of malathion, include terms to avoid or minimize harms to it, and otherwise issue a biological opinion that is not arbitrary because the negative environmental impacts continue from these uses of malathion.

16.    The Salt Creek tiger beetle has one of the most restricted ranges of any insect in the United States, with only 275 beetles still found in the wild. The total range of the beetle is extremely narrow, and nearly all beetles are found in 1,100-acres of critical habitat. Corn

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF WILLIAM HASKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD063

production dominates the Little Salt Creek watershed where the beetle is reliably found, and given the beetles small population size, direct mortality to even a few beetles from pesticide use could hamstring recovery efforts and greatly reduce survival. Since the range is extremely narrow, even small impacts could negatively impact the beetle while degrading the remaining suitable habitat.

17.     While the Salt Creek tiger beetle has an extraordinary life history, it is not a pollinator with a life cycle tied to crop bloom intervals. The beetle emerges from the ground in May, before the normal bloom of corn, meaning that any bloom restriction meant to protect insects would be meaningless to protect the Salt Creek tiger beetle from malathion, and could lead to direct mortality. If populations continue to decline or recovery is further hindered, it will be even harder to observe and appreciate these species in the wild, injuring my personal, recreational, aesthetic. and professional interests in their conservation.

18.     If the U.S. Fish and Wildlife Service were to have considered the Salt Creek tiger beetle's life history, it might issue species-specific protections bulletin that safeguards its habitat from pesticide runoff regardless of the time of year. It might also require other measures to ensure that residential, commercial, and alternative uses of malathion are subject to limits that prevent further harm to Salt Creek tiger beetle and its habitat.

19.     I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 12, 2025, in Fort Bragg, California. Executed on May 12, 2025, in Fort Bragg, California.

William Haskins

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF WILLIAM HASKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD064

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>PAUL SOUZA, et al.,<br><br>*Defendants,*<br><br>and<br><br>CROPLIFE AMERICA,<br><br>*Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC<br>**DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT**<br><br>Date: January 8, 2026<br>Time: 10:00 am<br>Place: Courtroom 8<br>450 Golden Gate Ave.<br>San Francisco, California<br><br>Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD065

I, JOHN HESS, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Summary Judgment challenging the February 28, 2022 Biological Opinion (BiOp) issued by the U.S. Fish and Wildlife Service ("FWS") that assesses the effects of the Environmental Protection Agency's ("EPA") registration of pesticide products containing the active ingredient malathion, used across the United States, on endangered and threatened species and critical habitats protected by the ESA ("ESA").

2.      I am a member of the Center for Food Safety (CFS), and I support the organization's efforts to avoid the adverse effects of pesticides, including malathion, on wildlife. I joined CFS because I am concerned about agricultural and environmental issues and feel responsible for the welfare of native wildlife.

3.      I reside in the city of Warrensburg, located in Johnson County, Missouri. I am a professor emeritus of biology; I have taught courses on ecology, evolutionary biology, and ornithology. I also have taught courses on scientific and technical photography that included components of wildlife photography, and particularly photography of small animals and insects. In that role, I trained professional photographers, among others. In addition to my academic work, I am an avid wildlife photographer, and I travel around the country taking photos and lecturing. I also sell my photos and author a blog about photography.

4.      My professional, economic, aesthetic, and recreational interests are being, and will be, adversely affected by FWS's flawed BiOp concluding that zero threatened or endangered species are likely to be jeopardized and that Malathion is not likely to adversely modified or destroy critical habitat for any listed species, despite its earlier analysis finding that Malathion was likely to jeopardize many species and adversely modify or destroy the critical habitats.

5.      I own approximately thirty acres, on which I am reestablishing native diversity of plants and animals. I have a sign on my property identifying it as a wildlife sanctuary, and my property is also certified through the National Wildlife Federation's backyard habitat program. My land hosts native wildflowers, pawpaw trees, persimmons, and wild plums, all of which

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD066

require pollination by insects or birds. In addition, I maintain a backyard garden that has tomatoes and zucchinis, as well as ornamentals—all of which also require pollination by insects or birds. I eat the fruits and vegetables that grow on my land in part to avoid the pesticides that are commonly applied in commercial agriculture. However, despite my efforts to protect the animals on my property from exposure to pesticides, I know that pesticides are used extensively on commercial agricultural fields two or three miles from my land—within the range of drift and runoff.

6.      I maintain my garden and land in part to attract native pollinators, and I gain a great deal of personal enjoyment from providing a habitat for them. I understand how important pollinators are to the continued health of my garden, from which I collect food, as well as to the reliability of my food supply more generally. Further, bees and other insects sustain predators such as spiders, which I value very highly. I am extremely concerned about the harm to birds, bees, and other pollinators posed by FWS's 2022 BiOp. Specifically, I am concerned that ongoing uses of Malathion will harm flowering plants near the agricultural fields that the bees rely on for pollen and nectar. The rusty patched bumble bee already has lost much of its natural habitat and is likely exposed to insecticides in addition to herbicides like Malathion.

7.      I regularly visit natural areas, such as rivers and local, state, and national parks, all over the country in order to photograph wildlife. For example, I often visit the Boundary Waters Canoe Area Wilderness and Big Bend National Park. I have photographed a variety of endangered species, including the Audubon's crested caracara (Polyborus plancus audubonii); Florida scrub jay (Aphelocoma coerulescens); piping plover (Charadrius melodus); red-cockaded woodpecker (Picoides borealis); whooping crane (Grus americana); and wood stork (Mycteria americana). I also have seen (but not photographed) the California gnatcatcher (Polioptila californica). In addition to those endangered species, I have sought, but not yet seen, many others, including the black-capped vireo (Vireo atricapilla); California condor (Gymnogyps californianus); golden-cheeked warbler (Setophaga chrysoparia); northern aplomado falcon (Falco femoralis septentrionalis); and northern spotted owl (Strix occidentalis caurina). To view and photograph endangered species, I visit their natural habitats; for example, to see the northern

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD067

aplomado falcon, I visit the Laguna Atascosa National Wildlife Refuge in Texas. I plan to continue visiting the natural habitats of endangered species to view and photograph them.

8.     I am aware that in February 2022, FWS released its final Malathion BiOp, concluding that zero threatened or endangered species are likely to be jeopardized and that Malathion is not likely to adversely modified or destroy critical habitat for any listed species. I am aware that as a part of this finding, the Malathion BiOp includes and Incidental Take Statement and provides species-specific Reasonable and Prudent Measures ("RPMs") to address incidental take of 64 listed species but did not provide such measures for 1,534 species. And I am also aware that in October 2017, FWS had a near-complete BiOp that found Malathion will likely jeopardize 1,284 species and adversely modify or destroy the critical habitats for 163 species. I understand that the negative effects of pesticides are magnified as those effects move up the food chain, such as when threatened and endangered birds forage for insects. Therefore, I remain concerned about the effects Malathion has on the wildlife I observe.

9.     I am particularly worried about threatened and endangered species of  birds that depend on invertebrates for their food source. Because Malathion kills both target pests and non-target invertebrates, I am concerned that Malathion will have detrimental impacts on food supplies for threatened and endangered birds due to the loss of terrestrial insects. In addition, I fear that birds will be exposed to Malathion when foraging for insects that consume plants with Malathion or contain residues of Malathion on their bodies. I am aware that Malathion persists in the environment for many years and  may bioaccumulate in the tissues of living organisms, such as threatened and endangered birds.

10.     Birds and other endangered species can be harmed by Malathion in numerous ways. For example, runoff and drift has caused significant damage to state natural areas, wildlife management areas, national wildlife refuges, and family farms, and in turn, to the birds that rely on these areas as habitat. And in general, pesticides such as Malathion can also kill birds directly, poison them, and reduce their food sources. FWS is required to specify reasonable and prudent measures necessary or appropriate to minimize the impact of incidental taking of ESA-protected species. Yet it is my understanding that FWS, after changing its analytical approaches, ultimately

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD068

1  concluded that zero species will be jeopardized and no critical habitat will be adversely modified

2  or destroyed. I am concerned by this change and the potential for this finding to irreparably

3  destroy much of the wildlife I observe and cherish.

4    11.    If the Audubon's crested caracara; Florida scrub jay; piping plover; red-cockaded

5  woodpecker; whooping crane; wood stork; California gnatcatcher; black-capped vireo;

6  California condor; golden-cheeked warbler; northern aplomado falcon; northern spotted owl, or

7  any other endangered species, is harmed or goes extinct because of increased exposure to

8  Malathion directly or through drift or runoff, my enjoyment of viewing and photographing

9  wildlife would greatly suffer by diminished chances of ever again seeing those animals in their

10  native habitats. The adverse effects that Malathion has on endangered species injure my

11  professional and recreational interests in viewing and photographing wildlife.

12    12.    FWS issued its BiOp without providing any reasonable measures to minimize the

13  incidental take of 1,534 species. While general measures may help mitigate some harms, they

14  fail to minimize take to account for different life histories between taxonomic groups, different

15  conservation statuses and recovery needs of different species, their life histories, or almost any

16  other species-specific concerns. All that had changed between 2017 and 2022 is FWS's

17  analytical approaches, but the dangers of Malathion did not.

18    13.    In sum, I am injured by FWS's flawed 2022 BiOp, without RPMs for 1,534 listed

19  species. Additionally, the agency's lack of adequate analysis on harms to these 1,534 species

20  harms my aesthetic, recreational, and professional interests in, among other things, viewing and

21  photographing wildlife, including threatened and endangered species, in their native habitats, and

22  providing a safe environment on my land for native pollinators and other animals. An order from

23  this Court vacating the unlawful portions of FWS's BiOp, and requiring FWS to fully comply

24  with the applicable legal and procedural requirements prior to taking any further action would

25  remedy these injuries.

26

27

28

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD069

Pursuant to 28 U.S. C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Warrensburg, Missouri on this 14 day of May, 2025.

_John Hess_
_____
John Hess

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JOHN HESS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD070

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br> 450 Golden Gate Ave. <br> San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD071

I, CHRISTOPHER SCOTT IRWIN, do hereby declare as follows:

1.      I am over the age of eighteen, have personal knowledge of the following, and could competently testify thereto if called as a witness.

2.      I currently live in Knoxville, Tennessee and am the past President of United Mountain Defense - where I worked as a staff attorney on watershed issues.

3.      I have extensive training in watershed work. I have also worked as a Peace Corp volunteer where I did natural resources management in Africa. Much of the erosion control work I did in the Peace Corp revolved around water and how it interacted with soil. I also worked for the Watersheds Stewards Project in northern California doing watershed restoration and Chinook salmon restoration work, including underwater video. My work on salmon restoration further informed me on the dangers of pollution for aquatic life. Additionally, I have experience as a white water guide on the Nolichucky and French Broad Rivers. Healthy watersheds are about stream health. All of these experiences have helped me understand and relate as to my interest in the importance of aquatic ecosystems and in mussel populations in particular.

4.      I am a member of the Center for Biological Diversity, and I follow its work closely. As a member of the Center I assisted in the Endangered Species Mural Project. As part of that project I coordinated with Gerald Dinkins, Curator of Malacology (the study of mussels) at the McClung Museum of Natural History and Culture at the University of Tennessee, who helped with an endangered species mural focused on the freshwater mussel life cycle in Knoxville Tennessee. I am particularly proud of my work on this mural, which has been well documented.[1]

---

1 Mike Blackerby, Knoxville News Sentinel, "A mural with mussel: New greenway artwork highlights area's biodiversity", July 11, 2016, http://archive.knoxnews.com/news/local/a-mural-with-mussel-new-greenway-artwork-highlights-areas-biodiversity-374bb65a-c91f-2aa4-e053-01000-386216471.html/

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD072



5.      I live next to the Tennessee River on Riverside Drive. Our river is a toxic, muddy industrial drainage ditch. I am harmed when poor water quality impacts the health of the river . Even on the hottest day in July, people are afraid to swim in the river because we all know how toxic and nasty it is. The polluted status of the Tennessee River, including contamination from pesticides, harms me because it affects my ability to enjoy the river and the ecosystem that is provides.

6.      I am harmed when the use of pesticides, such as malathion, in Tennessee harms wildlife and the environment. I know that agriculture has played a major role on the environment in Tennessee. The importance of agriculture is even represented on the state seal of Tennessee.  I am harmed when crops that are heavily grown in Tennessee, such as corn,wheat, crops for

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD073

livestock forage, tomatoes, and grapes, rely on pesticides that will harm threatened and endangered species.  I am also harmed when pesticides used to spray for mosquitoes or invasive species enter waterways directly or through runoff because those pesticides harm wildlife I have interests in.

7.      Even though the Tennessee River is highly polluted, the Tennessee Basin as a whole inone of the most biologically diverse river systems for aquatic organisms in the United States. It harbors a high number of imperiled species with many fish and mussel species considered to be at-risk.

8.      I have a long-standing interest in mussels. In addition to collecting and looking for them,I have been to the mussel population exhibit at the University of Tennessee, and years ago I interviewed one of their scientists at the mussel lab. I have also worked on a project regarding mussel populations in the Clinch River watershed.

9.      I have an intense interest in the impacts of pesticides on mussel populations as they are interesting species as well as indicator species for stream health. I grew up as a child collecting and studying mussel populations on the Tennessee River and surrounding tributaries. I would bring home dead shells to my family several times a week. My Grandfather lived on the banks of the Tennessee River. Growing up I spent countless hours collecting dead mussel shells and observing them in streams flowing into the River. I lost many a shoe deep in the muck wading out to find my shells.

10.      I have successfully observed mussels in the wild countless times. I live right next to the Tennessee River, so I visit these areas weekly, sometimes daily. My family has been in East Tennessee for at least six generations and we have fished, swum, and waded all over. One of the very first things I look for when on the water are the shells of mussels. I like getting on river banks during low water and during that time I'm always looking to see if I can find mussel shells. The Clinch River has more species of endangered freshwater mussels than any other river in North America. I also enjoy visiting the Holsten and French Broad rivers in Tennessee. My experience and relationship with mussels and their ecosystems has deep personal, aesthetic, and spiritual meaning to me. It is connected to both my personal relationship with the environment as

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD074

well as my family history.  Because of these relationships I have a deep aesthetic, personal, and spiritual interest in the health of mussels, their populations, and the ecosystems they rely upon.

11.    Additionally, I have looked for point source discharges of pollution into waterways and done conductivity testing with a YSI meter to test for water quality and water pollution all over east Tennessee. When I conduct water quality monitoring mussel populations are one of the things I look for. I did this as both a volunteer and past staff attorney for United Mountain Defense (UMD).

12.    I intend to keep visiting waterways in Tennessee for years to come, for both professional and personal reasons. I am the past President and a staff attorney for the UMD. The UMD's mission is to protect Tennessee waters, so I anticipate with certainty that I will continue to visit these areas for months and years to come. Additionally, I live next to the Tennessee River, and my Aunt lives on the Tennessee River and owns marshland where I look for mussels.

13.    Mussel populations are very important to me. I think they are neat. The history of mussels and the history of this region fascinate me. I have seen the specialized hook traps that used to be used to drag the sediment to capture them a hundred years ago. I have watched videos on the mussels describing how they used to make buttons out of them and I enjoy visiting the mussel exhibit at the University of Tennessee Museum. I have visited with Gerald Dinkens at the University of Tennessee many times and have viewed most, if not all, of the mussel species in the state as a result of those visits.  I hope to see many of those mussels in the wild in their natural habitat as well.

14.    I encounter mussels on at least a monthly basis and I look for them everywhere. I always get a little nervous when I do not see them in a stream. It makes me happy when I see them recovering in a stream or creek. Every time I find only dead small ones, I know the stream is sick and it makes me feel ill inside.

15.    I am very concerned about threatened and endangered species living in Tennessee watersheds, especially mussels, and enjoy looking for them. For example, I like to look for the pink mucket (Lampsilis abrupta), and Cumberlandian combshell (Epioblasma brevidens), which

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD075

are two of the species depicted on the mussel endangered species mural in Knoxville that I helped create.

16.     I believe all life has equal validity and when I see yet another example of humans taking priority over all other life, like with the contamination of rivers with pesticides, I am harmed. I believe all species, including mussels, have the right to exist.

17.     As an indicator species, mussels tell me how well we are doing at being stewards of the earth and what kind of planet we are handing off to the next generation. The loss of mussels is one of the indicators as to how contaminated the river is. If it were cleaner, if it had healthier mussel populations, it would be a sign that the river is not as filthy as it looks.

18.     In sum, I have environmental, recreational, and aesthetic interests in viewing federally protected wildlife, especially mussels that are negatively affected by pesticides, when federal agencies such as the U.S. Fish and Wildlife Service and Environmental Protection Agency, fail to follow environmental laws that protect imperiled wildlife and water quality. My ability to freely visit waterways is harmed by the failure of our federal government to protect aquatic wildlife from pesticide pollution. I am less able to see wildlife that is rarer because of the impact of pesticide pollution on waterways and I would be likely to visit waterways in Tennessee more often if they were less polluted with pesticides and I was more likely to see endangered species, such as mussels there.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this May 12, 2025.

_____
  Chris Irwin

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER SCOTT IRWIN IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD076

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al.,<br><br>    *Plaintiffs,*<br><br>        v.<br><br>PAUL SOUZA, et al.,<br><br>    *Defendants*,<br><br>and<br><br>CROPLIFE AMERICA,<br><br>    *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC<br>**DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT**<br><br>Date: January 8, 2026<br>Time: 10:00 am<br>Place: Courtroom 8<br>        450 Golden Gate Ave.<br>        San Francisco, California<br><br>Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD077

I, Christopher D. Nagano, make the following declaration:

1.      I am a resident of Washougal, Washington.

2.      I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

3.      I am a retired endangered species entomologist/biologist.  I am also an avid butterfly watcher, especially species that are listed under the Endangered Species Act of 1973, as amended ("ESA"). I also seek out rare or ESA listed tiger beetles to observe. I am aware of how the effects of pesticides are affecting these animals, especially insecticides like malathion.

4.      Prior to retirement, I worked as a Senior Scientist in the Endangered Species Program at the Center for Biological Diversity from 2017-2019.  At the Center, I worked on protecting insects and reptiles, including several species imperiled by global climate change.

5.      Prior to coming to the Center, I worked for 27 years, from 1989 to 2016, in the Endangered Species Program at the U.S. Fish and Wildlife Service ("USFWS" or "Service") based in Carlsbad and Sacramento, California, and Albuquerque, New Mexico. From 1989 to 1995 I was the only entomologist in the Service's Endangered Species Program. During my entire career with the USFWS I was responsible for administering and enforcing the protections of the ESA for listed butterflies, insects, and other species. As part of this responsibility, I was required to have an up-to-date comprehensive knowledge of their biology, ecology, biogeography, and especially threats to their survival and recovery in the wild.  I also completed many hundreds of ESA section 7 formal and informal consultations; I was one of the "go-to-guys" for difficult or novel section 7 issues at the Sacramento Field Office.

6.      It was one of my duties while I was with the USFWS to use my training, technical skills, and experience to review and determine if any threats, such as hunting, habitat destruction, and pesticide spraying were such that a plant or animal species should be ESA listed. Additional duties involved evaluating potential adverse effects from Federal actions on ESA proposed and listed species, whether take (as defined by ESA) would occur as a result of non-Federal actions,

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD078

and in cases of potential take—to determine if a criminal violation or civil action may have occurred and the appropriate response of the U.S. Government.

7.    Prior to going to the Service, I worked for several years in the mid-1980s as a research associate in the Entomology Section at the Natural History Museum of Los Angeles County. My areas of scientific investigation included monarch butterflies and tiger beetles. I conducted fieldwork throughout their California wintering range and inland summer habitats and visited their wintering grounds high in the mountains of central Mexico. I also had several long discussions with my then supervisor, the late Dr. Charles L. Hogue, Curator of the Entomology Section, about the effects of the California Department of Food and Agriculture's aerial Malathion spraying program to control the Medfly on resident insect population in the Los Angeles Basin.

8.    I have a Master of Environmental Studies degree from the Yale School of Forestry and Environmental Studies. My graduate research was on the international trade in butterflies and other insects. During this period, I was an intern working on imperiled insects and endangered species issues at the Environmental Defense Fund in Washington, D.C.

9.    In sum, I dedicated my career to the scientific research and protection of endangered, threatened, and imperiled butterflies and tiger beetles. And as a retired USFWS endangered species entomologist/biologist I enjoy observing and learning about ESA listed and imperiled butterflies, tiger beetles, and other insects. I share my observations and knowledge with my friends, former colleagues, and the general public in various ways, including Facebook and the internet.

10.    I am particularly interested in viewing threatened and endangered butterflies and tiger beetles in their natural habitats. Among the endangered species I have viewed that are harmed (=adversely affected) by pesticides are six listed butterflies in California and a tiger beetle in Maryland. I am gravely concerned by the failure of the U.S. Environmental Protection Agency and the USFWS to adequately analyze the adverse effects of malathion on species protected under the ESA and ensure that the appropriate ESA section 7 jeopardy or non-jeopardy determination is made for all listed and proposed species adversely affected by the EPA's

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD079

Federal action. If it is a jeopardy, then reasonable and prudent alternatives, if appropriate, should be included, or if it is a non-jeopardy, then appropriate levels of incidental take, reasonable and prudent measures, and possibly conservation measures are devised and fully implemented by the EPA.

11.    I am concerned that many ESA listed butterflies, tiger beetles, and other insects – some of which I observed alive in their natural habitats or hope to see will be gone in a matter of a few years, and that I may never see them in the wild if the Service does not correct its analyses of the effects of malathion and determine if the EPA's Federal action will jeopardize ESA listed and proposed species, and if appropriate require reasonable and prudent alternatives or reasonable and prudent measures, level of incidental take, and all appropriate conservation measures.  The loss of these ESA species, especially if this Federal action jeopardizes them, injures me greatly and diminishes my aesthetic and recreational interests and saddens me.

12.    The endangered callippe silverspot butterfly, endangered mission blue butterfly, endangered San Bruno elfin butterfly, and endangered Myrtle's silverspot butterfly are found in the San Francisco Bay Area.  When I was living in Sacramento, California, on my personal time I visited the locations where they occur several times – San Bruno Mountain in San Mateo County, and the Solano hills in Solano County.

13.    All four of these Bay Area butterflies live in rapidly dwindling habitats within extremely restricted ranges that leave them vulnerable to nearby pesticide use in agriculture, residential treatment, and mosquito spraying drifting into occupied habitat.  Insecticides do not discriminate between target and non-target organisms, and without restrictions or specific protections and measures, pesticide drift from malathion is much more likely and could lead to direct mortalities and local extirpation of butterfly populations, or even extinction of certain butterfly species.

14.    I lived in Oceanside, California, and on my personal time, I visited specific locations in southwestern San Diego County, and Palos Verdes Peninsula to observe the endangered quino checkerspot butterfly, and endangered Palos Verdes blue butterfly, respectively.

15.     The quino checkerspot butterfly probably was once the most widespread and abundant butterflies in southern California.  Today, its native grassland habitat has been reduced by livestock grazing and urban development by an estimated 95%. A few remaining populations of the butterfly are adjacent to areas where there is intensive use of pesticides, which puts them at risk of both drift and runoff.

16.     In August 1984, I visited a private beach in the Calvert Cliffs area of Maryland to observe the now ESA endangered northeastern beach tiger beetle.  Once found on sandy beaches from the Chesapeake Bay to Cape Cod, an early 20th Century entomologist reported there were "clouds" of them at Jones Beach on Long Island, New York. Today, there are a handful of populations, all of which could be imperiled by use of pesticides for mosquito control. I am hopeful of again observing this beautiful animal in its natural seashore habitat.

17.     Other endangered insects I am planning to observe in the near future are the endangered Ohlone tiger beetle and endangered Miami tiger beetle.  The Ohlone tiger beetle is found only in Santa Cruz County, California, while the Miami tiger beetle is found only in Miami-Dade County, Florida.

18.     The endangered Ohlone tiger beetle likely is an ice-age relict species on California's central coast.  It is an inhabitant of a few remnant native grasslands in Santa Cruz County. Pesticide runoff and drift into the beetle's occupied habitat significantly increases the likelihood of jeopardy or even extinction of this endangered tiger beetle.

19.     The Miami tiger beetle is restricted to a unique type of pine rockland habitat that is found only in remnant patches interspersed between developed lands in Miami-Dade county. Malathion used in and around pine rockland habitat for mosquito spraying is a potential threat to the carnivorous Miami tiger beetle through direct exposure to adults and larvae and its invertebrate prey, and without permanent protection from these threats, the beetle is at significant risk of extinction.

20.     These listed beetles and butterflies are imperiled by insecticides including malathion. I plan to return to California in future years to try to observe the Ohlone tiger beetle and as many of the listed butterflies in the Golden State as possible; I am planning on visiting

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD081

1  south Florida to try to observe the Miami tiger beetle; and I am planning on visiting the

2  Chesapeake Bay area in future years to watch the northeastern beach tiger beetle.

3       21.    I am injured by the U.S. Fish and Wildlife Service's Biological Opinion which

4  almost certainly will seriously damage ecosystems that support the listed butterflies and tiger

5  beetles, especially the insects that pollinate the butterflies' larvae food plants and adult nectar

6  plants, or the insects eaten by the tiger beetles that I take personal joy and pleasure in viewing.

7  Pesticides such as malathion are a major driver in the decline of butterflies and insects across the

8  country, and without meaningful protections against these chemicals, many species will remain

9  at-risk of harm, be pushed closer to extinction, or even be driven to extinction, which in turn

10  makes it much harder or even impossible for me to observe these animals.  Not being able to

11  observe these unique creatures injures me greatly and severely diminishes my personal,

12  recreational and aesthetic interests in them.  I feel very depressed and disheartened that they

13  continue to decline and because of unfettered pesticide use may soon no longer grace the

14  grasslands, pine rocklands, sand dunes, sandy beaches, and other habitats where they currently

15  are still extant.

16       22.    I believe U.S. Fish and Wildlife Service's failure to complete an adequate

17  jeopardy analysis on each of the affected ESA species, require reasonable and prudent

18  alternatives or reasonable prudent measures as appropriate, set measurable levels of incidental

19  take (if appropriate), and prepare conservation recommendations will have irreparable and

20  irreversible consequences and push them to extinction.  The decline, or even extinction, of these

21  species will harm my ability to view and enjoy them, which injures me greatly.

22       23.    If the U.S. Fish and Wildlife Service were to meaningfully and adequately engage

23  in a ESA section 7 formal consultation under the Endangered Species Act and produce a

24  Biological Opinion that considers the full scope of adverse effects from malathion, it should

25  result in withdrawal of authorization to use the insecticide in specific areas, via specific

26  measures, or species-specific protection bulletins that require on-the-ground application

27  measures that limit pesticide drift and runoff into occupied habitat.

28

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD082

24.    I derive significant recreational and aesthetic benefits from observing insect species in the wild, including the six ESA listed butterflies and three tiger beetles. My ability to view and enjoy these animals is entirely dependent on their continued existence. A Biological Opinion that fails to evaluate the adverse affects from malathion or account for these species unique life history could adversely affect the survival and recovery of these species in the wild, while also harming my interest and enjoyment in viewing them.

25.    The end result of an Endangered Species Act's section 7 formal consultation process is meant to be a Biological Opinion that determines if the Federal action will or will not jeopardize listed species, and if appropriate, includes reasonable and prudent alternatives or reasonable and prudent measures that eliminate jeopardy, and, if appropriate, authorizes a measurable level of incidental take, along with required measures to minimize the incidental take, and by issuing a flawed and biologically indefensible biological opinion that could jeopardize ESA listed butterflies and tiger beetles, the U.S. Fish and Wildlife has failed to accomplish its statutory responsibility. Had the U.S. Fish and Wildlife Service meaningfully engaged in the process, these six listed butterflies and three tiger beetles may have received the protective measures they need to prevent jeopardy or even their extinction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of May 2025, in Washougal, Washington.

_____

Christopher D. Nagano

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF CHRISTOPHER D. NAGANO IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD083

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br>     450 Golden Gate Ave. <br>     San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD084

I, BRYAN P. NEWMAN, do hereby declare as follows:

1.  I am over the age of twenty-one, have personal knowledge of the following, and could competently testify thereto if called as a witness.

2.  I live in Blaine, Minnesota.

3.  I am an amateur naturalist, avid bird watcher and I look for wildlife wherever I go or travel.

4.  I have strong aesthetic, recreational, and scientific interests in the rusty patched bumble bee. Near my home in Blaine, Minnesota, I look for the bees on a weekly basis in the summer. My partner and I have planted native prairie plants in our yard, including bee balm, which attracts lots of bees. I have bee identification guides, and I know how to recognize the rusty patched bumble bee. We have wooded wetlands adjacent to our home and native prairie with lots of wildflowers, and I remain hopeful that someday I will see a rusty patched bumble bee in this bee habitat near my home.

5.  I have done several "citizen science" surveys for bumble bees in the Twin Cities metropolitan area, where I have worked with scientific professionals to capture and identify numerous bee species.

6.  In the summer of 2018, I walked along the shore of Como Lake in St. Paul, Minnesota, with the goal of seeing a rusty patched bumble bee, as I had heard that the species had been found near there. I was thrilled to find one as I observed dozens of bees of various species buzzing from flower to flower in this beautiful area. I pasted below my photograph of the bee.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD085



7.      With the 2017 Endangered Species Act listing of the rusty patched bumble bee, I began to learn about the status and threats facing the bee. I was fascinated to learn that the bee is found primarily in urban areas, which confirms evidence that the bee is susceptible to pesticides and fungicides used in agricultural areas.

8.      I often make trips to Lone Lake Park in Minnetonka, Minnesota, where the rusty patched bumble bee lives. The purpose of the trips is to look for the endangered bees. While I have seen and identified numerous bees, I have not yet found any rusty patched bumble bees.

9.      After I learned that a population of rusty patched bumble bees lives in Noerenberg Memorial Gardens in Orono, Minnesota, I drove there and looked for the bees. I am pretty sure that I spotted one of the endangered bees, but I was unable to capture a photo to confirm it.

10.      I try to quickly identify any bee that I notice when I'm out and about and taking a walk. I will continue to look for the rusty patched bumble bee whenever I'm out walking and observing potential bee habitat such as patches of wildflowers, parks, neighborhoods, and near agricultural fields.

11.      If the bee were to make progress toward recovery, I would have hope of seeing the bee in additional areas, such as near my home. Such recovery progress would also give me an increased chance of seeing the bees during my other travels to areas with high quality

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD086

habitat for the bees. For example, I will travel to southeastern Minnesota for a weekend outdoors in bluff country with family and friends this summer, and I would be thrilled to spot a bee. I'll also look for rusty-patched bumblebees when I take my semi-annual trip to Waupaca, Wisconsin to visit extended family.

12.     I am especially concerned about the widespread use of the insecticide malathion to kill mosquitos and other insects. The rusty-patched bumblebee is hanging on right now in only a few areas, many of them in the Twin Cities area. Any person can purchase malathion in concentrated form in a hardware store, load it up in their tank sprayer and douse their backyard. It is so frustrating to see my neighbors spraying their yards with chemicals they buy at their local store, likely assuming that they would not be sold if they were harmful.

13.     In Minnesota a significant number of acres are used to produce corn, and, to a lesser extent, alfalfa. I am concerned about the authorized use of malathion on those crops, in particular in the bluff country of southeastern Minnesota.

14.     I do not believe that the U.S. Fish and Wildlife Service properly assessed the effects of the authorized uses of malathion on the rusty patched bumble bee. Malathion can harm the bumble bee directly because it is an insecticide and the bumble bee will be harmed when foraging where malathion has been used. The rusty patched bumble bee already has lost much of its natural habitat. Allowing use of malathion is another serious stress that can and will severely harm their recovery.

15.     In summary, I have aesthetic and recreational interests in the preservation of the rusty patched bumble bees and its habitats These interests are being harmed by the failure of the U.S. Fish and Wildlife Service to adequately assess the effects of authorized uses of malathion and require avoidance or mitigation to conserve the bumble bee in its biological opinion. Specifically, I believe that the failure of the U.S. Fish and Wildlife Service to follow the law makes the bumble bee more likely to suffer further population declines. And if it declines or becomes extinct, this loss would deprive me of the benefits I currently enjoy from their existence. A revised biological opinion, if the U.S. Fish and Wildlife Service properly assess the effects of malathion, could result in protective measures aimed at reducing impacts

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD087

of this pesticide on this species, which is important to ensure that my interests in the species are preserved and remain free from injury.

16.    I also have strong aesthetic and recreational interests in the whooping crane. I first became interested in whooping cranes (*Grus Americana*) as a child reading about endangered wildlife. I recall being fascinated by all the efforts people have made to save these amazing birds from extinction.

17.    For many years, the only cranes I saw were in zoos. I vowed to one day see the birds in the wild. That dream came true when I was in my thirties, and I saw whooping cranes in the wild at Aransas National Wildlife Refuge near Rockport, Texas.

18.    The next time I saw whooping cranes was on a road trip from Minnesota to visit family in Tennessee. That encounter was very special to me. I saw a flock of sandhill cranes fly over the road and noticed that two whooping cranes were included in the flock. I had been reading about people using ultralights to help whooping cranes migrate, and I took great joy in seeing the birds making their journey on their own and knowing that the recovery efforts were making a difference.

19.    I have gone to the Necedah National Wildlife Refuge in Necedah, Wisconsin, with the specific purpose of viewing whooping cranes and other wildlife. I saw and heard whooping cranes there on several occasions. I photographed the beautiful birds and shared the photos with my family and friends. I have also visited the nearby International Crane Foundation.

20.    I travel to central Wisconsin a few times a year for vacations and to see family, and I look for wildlife every time I go. East of the city of Tomah, I saw a whooping crane standing in an agricultural field along with several sandhill cranes. It was great to see the cranes, but I know about the threats to birds from agricultural pesticides, including malathion, and that their feeding on agricultural residue with pesticides hurts them.

21.    Nearly every year I visit central Wisconsin again to visit family or vacation, and I will continue to look for whooping cranes in the agricultural fields during my travels. For example, I often like to rent a cabin in central Wisconsin and I look for whooping cranes en

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD088

route to the cabin.

22.     I also travel to Tennessee and look for whooping cranes on those visits. I plan to continue making road trips to Tennessee to visit family and look for whooping cranes and other wildlife along the way.

23.     As an avid bird watcher, I follow posts from the birding community, where birders share rare bird sightings in Minnesota and adjacent states. I make efforts to try to find any reports about whooping crane sightings posted near where I live or travel. For example, I have driven to the Minnesota Valley National Wildlife Refuge in Scott County, Minnesota, to look for whooping cranes because a pair had been spotted by birders there. I did not see the birds but enjoyed looking for them.

24.     In 2021, I again travelled to south Texas, where I visited Aransas National Wildlife Refuge for the purpose of seeing whooping cranes. I observed and photographed several of the whooping cranes that overwinter there, and I enjoyed sharing that experience with my family.

25.     I also enjoy traveling to South Dakota during the whooping crane fall migration. On upcoming trips, I hope to catch a glimpse of the beautiful birds again.

26.     I am harmed when the authorized uses of malathion affect whooping cranes because they frequent agricultural fields where they are exposed to pesticides. Adverse effects on whooping cranes from pesticides harms my ability to appreciate them in the wild. The flyway of the western flock goes right through parts of North Dakota, South Dakota, Nebraska, Kansas, and Texas, and the eastern flock migrates through the states of Wisconsin, Illinois, Indiana, Kentucky, Tennessee, Georgia, and Florida, where malathion can be used on crops grown there. Many of the "crane cam" views of whooping cranes show them foraging in fields in the fall and I am aware that they also stopover in fields in the spring, where they have the potential to be exposed to toxic agricultural chemicals. Cranes are often seen in corn fields.

27.     In summary, I have aesthetic and recreational interests in the preservation of the whooping crane and its habitats These interests are being harmed by the failure of the U.S. Fish and Wildlife Service to adequately assess the effects of authorized uses of malathion and

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD089

require avoidance or mitigation to conserve the whooping crane in its biological opinion.

Specifically, I believe that the failure of the U.S. Fish and Wildlife Service to follow the law

makes the whooping crane more likely to suffer further population declines. And if it declines

or becomes extinct, this loss would deprive me of the benefits I currently enjoy from their

existence. A revised biological opinion, if the U.S. Fish and Wildlife Service properly assess

the effects of malathion, could result in protective measures aimed at reducing impacts of this

pesticide on this species, which is important to ensure that my interests in the species are

preserved and remain free from injury. Given the stresses the cranes already have to endure,

pesticide use in agricultural fields frequented by the cranes is another serious stress that can

and will severely harm their recovery, and my ability to appreciate them in the wild.

      I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

      Executed on this May 5, 2025, in Anoka County, Minnesota.

BRYAN P. NEWMAN

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF BRYAN P. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD090

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br>     450 Golden Gate Ave. <br>     San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD091

I, Jeffrey K. Miller, declare as follows:

1.      I am over the age of twenty-one. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.      I currently live in Ashland, Oregon. I previously lived in California for 60 years.

3.      I am a member of Pesticide Action Network North America ("PANNA"). I renewed my membership in 2024. I rely on PANNA to inform me about the ecological and health harms posed by chemicals used in industrial agriculture and to advocate for an end to reliance on hazardous pesticides.

4.      I have been a member of the Center for Biological Diversity ("CBD") since 1995 and have been employed full-time on the staff of CBD since 2001. My duties include, among other things, research, assembling endangered species listing petitions, community organizing, assisting with various conservation campaigns, educational presentations, writing press releases, contacting media, and other work to protect and restore endangered and threatened species and their habitats, primarily in California and Oregon.

5.      As an employee of CBD, I have personally been involved in CBD's Pesticides Reduction Campaign. Because federal agencies, including the Environmental Protection Agency ("EPA") and the U.S. Fish and Wildlife Service ("FWS"), have failed to comply with the Endangered Species Act ("ESA") for decades, much of my time has been spent authoring a series of reports detailing the effects of pesticides on ESA listed species that should be protected from harm from pesticides. In the absence of federal analyses CBD has analyzed on its own the harmful effects of pesticides on endangered species, including, but not limited to, determining what species were most harmed by pesticides, which pesticides posed the greatest harm to ESA listed species, what steps could be taken to educate the public and decision-makers about the threats posed by pesticides to ESA listed species, and what steps could be taken to counteract the environmental harms posed to ESA listed species.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD092

6.    In 2004, CBD released the first of two reports I helped publish on pesticide use and endangered species. *Silent Spring Revisited: Pesticide Use and Endangered Species* analyzed the effects on endangered species of EPA's registration of pesticides.[1] The report analyzed EPA's continued failure to enforce the ESA's requirements and how that illegal action affected ESA listed species. As noted in the report,

> Although the EPA by law is required to consult with the U.S. Fish and Wildlife Service on pesticide registration, it has failed to complete a single consultation in the last ten years despite repeated formal requests from the wildlife agency and the unambiguous requirements of the Endangered Species Act.

7.    *Silent Spring Revisited* analyzed the effects pesticides have on ESA listed species so that the public was more aware of these issues, something the EPA was supposed to do. For example, the report discusses kit fox poisoning by rodenticides approved by the EPA and the effects rat poisons could have on this wildlife species. The report also analyzed the effects of pesticides on the southwestern willow flycatcher (*Empidonax traillii extimus*) noting that pesticides pose a threat to the species' food base. The report also discusses the biological effects of pesticides on imperiled species, including endocrine disruption, sexual deformities and other reproductive anomalies. The report acts as a replacement to the public for the Biological Opinion they were denied when EPA failed to consult under the ESA.

8.    *Silent Spring Revisited* analyzed a range of pesticides that were harmful to wildlife and the environment, including malathion. The report detailed how malathion negatively affected aquatic life criteria and contribution to negative biological effects on wildlife and ecosystems. It also analyzed how malathion was harmful to ESA listed species, such as the California tiger salamander (*Ambystoma californiense*), California red-legged frog (*Rana aurora draytonii*), blunt-nosed leopard lizard(*Gambelia silus*), coho salmon (*Oncorhynchus kisutch*), chinook salmon (*O. tshawytscha*), sockeye salmon (*O. nerka*), chum salmon (*O. keta*), steelhead

---

[1] https://www.biologicaldiversity.org/publications/papers/Silent_Spring_revisited.pdf.

trout (*O. mykiss*), delta smelt (Hypomesus transpacificus), Barton Springs salamander (Eurycea sosorum), and Illinois cave amphipod (Gammarus acherondytes).

9.    In 2006, I worked on a CBD-issued report *Poisoning Our Imperiled Wildlife: San Francisco Bay Area Endangered Species at Risk from Pesticides.*[2] CBD was forced to divert its resources and expend resources beyond those that are normally expended to analyze the outcome of EPA's illegal activity and educate the public about the impacts of EPA's failure to engage in consultation, which would have studied and mitigated the effects of pesticides on endangered species. The report repeatedly emphasized the systemic failure at EPA to engage in consultation and how that impacted ESA listed species. For example,

> By failing to consult with the USFWS and NMFS, which have the statutory authority and responsibility to cooperate with other agencies in assessing impacts of agency actions and authority on threatened and endangered species, the EPA neglects to comply with federal law or even develop the information base for making the wise and cautious decisions about our most endangered wildlife.

10.    *Poisoning Our Imperiled Wildlife* examined the risk that toxic pesticides pose to endangered species in the nine Bay Area counties: Marin, Sonoma, Napa, Solano, Contra Costa, Alameda, Santa Clara, San Mateo and San Francisco. *Poisoning Our Imperiled Wildlife* analyzed and highlighted the dangers posed by EPA's violations of the ESA in registering pesticides. The report detailed how the use of pesticides in the Bay Area is of concern for the California red-legged frog, California tiger salamander, Delta smelt, valley elderberry longhorn beetle (*Desmocerus californicus dimorphus*), and Pacific salmonid species. It further studied the Bay Area's use of pesticides by County and areas where that use was occurring. The report compared that usage data to critical habitat of ESA listed species. After analyzing the exposure to and effects on species the report made a list of recommendations to the public. For example, the report encouraged the public to use bio-pesticides to control insect pests and to hand weed and mulch their gardens.

---

[2] https://www.biologicaldiversity.org/publications/papers/bayareapesticidesreport.pdf

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD094

11.     *Poisoning Our Imperiled Wildlife* also specifically analyzed the threats to ecological systems from malathion including the endocrine disrupting effects, damage to eyesight, abnormal brain waves, immunosuppression and delayed neurotoxicity, and very high immediate toxicity for bees, amphibians and aquatic insects. The report further noted the following regarding malathion:

> Endangered species levels of concern are exceeded for acute hazard to endangered fish, aquatic invertebrates and insects. Chronic hazard levels of concern are exceeded by most uses for endangered fish and invertebrates and are potentially exceeded for certain uses for threatened birds, mammals, amphibians and reptiles.
>
> Use of malathion in the Bay Area is of particular concern for the California red-legged frog, California tiger salamander, Delta smelt and Pacific salmon. Reported use of malathion in the Bay Area from 1999 to 2003 was over 32,000 pounds. [citation omitted] However, the San Francisco Estuary Project estimated that actual Bay Area use of malathion in 2003 alone was 200,000 pounds, when only 4,473 pounds were reported.59 Thus, actual use of malathion in the Bay Area from 1999 to 2003 may have approached over one million pounds.

The report further discussed the harm to other ESA listed species from malathion such as steelhead trout.

12.     In addition to helping to write and publish the two pesticide reports, I spend my time doing extensive advocacy, outreach and public education around the harmful effects of pesticides on imperiled wildlife. CBD, the public, and myself have all been denied important information that should be contained in the Malathion Biological Opinion, if FWS had issued one that was well-supported and in compliance with the ESA. This information would include analysis of effects specific to each plant, bird, fish, or other wildlife, and Reasonable and Prudent Measures that would actually minimize take of individual species, rather than reporting and monitoring that will only result in reinitiation of consultation if there is an increase in usage of malathion. I would use this information to inform our members and the public about on-the-ground needs to protect endangered and threatened species from malathion. I have written and distributed nearly two dozen press releases on CBD pesticide actions, resulting in more than 100 newspaper articles, as well as TV and radio interviews on CBS, KQED, and others. I also helped organize public comments to the EPA on pesticides and pesticide registrations through CBD action alerts.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD095

13.     I am also the founder and director of the Alameda Creek Alliance, a community watershed group dedicated to protecting and restoring the natural ecosystems of the Alameda Creek watershed. To restore the Alameda Creek watershed's native wildlife, plants, habitats, and ecosystems, the Alameda Creek Alliance focuses its efforts on restoring steelhead trout and salmon, indicator species of watershed health.

14.     I have worked on conservation campaigns for a wide array of imperiled wildlife species in California, including native fish, birds, raptors, amphibians, reptiles, carnivores, ungulates, rodents, insects and plants. I have written or co-written many federal Endangered Species Act listing petitions, including petitions for the mountain yellow-legged frog (*Rana muscosa*), green sturgeon (*Acipenser medirostris*), Pacific lamprey (*Entosphenus tridentatus*), Delta smelt (*Hypomesus transpacificus*), longfin smelt *(Spirinchus thaleichthys)*, Clear Lake hitch (*Lavinia exilicauda chi*), foothill yellow-legged frog (*Rana boylii*), and Siskiyou Mountains salamander (*Plethodon stormi*). I have also written, or co-written state California Endangered Species Act listing petitions for the western burrowing owl (*Athene cunicularia hypugaea*), Delta smelt, longfin smelt, mountain yellow-legged frog, Clear Lake hitch, foothill yellow-legged frog, and Cascades frog (*Rana cascadae*). Many of these imperiled species face threats from pesticides, including malathion.

15.     In 2024 I published a guide to San Francisco Bay Area wildlife through Heyday Books, which details the ecology, range, status, conservation efforts, and threats to more than 50 regional wildlife species, including mammals, marine mammals, birds, fishes, reptiles and amphibians, and invertebrates. Many of the wildlife species featured in my guide face threats from pesticides, including malathion.

16.     Personally, I am an avid amateur naturalist and birdwatcher and frequently visit habitat for rare and endangered birds and other wildlife throughout California and Oregon. To look for and observe such wildlife, I often visit habitat throughout the Central Valley, San Francisco Bay Area and Bay-Delta, the central California coast, and Southern California. I also enjoy searching for and observing other wildlife species while birdwatching. In 2018 I took up

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD096

wildlife and bird photography, in order to be able to better share the beauty and importance of California's native and imperiled bird and wildlife species with others.

17.    I go birdwatching almost every day. In the last two decades, I have seen 541 different species of birds in California alone. I lead annual birdwatching trips for the public at the Point Reyes Birding and Nature Festival in Marin County, and at the California Bird Festival at Morro Bay in San Luis Obispo County, having participated in both festivals in 2025 and intending to continue to do so in the future. I also participate annually in several Christmas bird counts throughout California, volunteer-based citizen science survey efforts coordinated by the Audubon Society to promote bird conservation and assess long-term trends in winter bird populations.

18.    Through my professional work and personal hobbies, I have become very concerned about the impacts of pesticides on endangered and threatened species. With many endangered species already suffering from habitat loss, the effects of climate change, low population numbers, and other threats, harm from the inappropriate use of toxic pesticides in and near habitat for imperiled species could push these species closer to extinction or impede their recovery. I am concerned that malathion will pose a significant threat to the recovery and continued existence of threatened and endangered species.

19.    I am aware that malathion is approved for a range of agricultural and residential uses, including widespread use to kill mosquitos. I know that wildlife species I enjoy and look for live where malathion is authorized to be sprayed and their critical habitats overlap with where the spaying is going to occur. I understand that malathion is likely to degrade their habitat and put their existence at risk. Malathion will also runoff into waterways and drift into nearby areas negatively affecting additional species. I have professional, recreational, aesthetic, informational, and spiritual interests in the species discussed below. My interests are harmed by FWS's failure to complete a Biological Opinion that analyzes the full effects on individual species and their critical habitats and that requires avoidance and mitigation of malathion's harms to conserve ESA listed species.

**San Joaquin Kit Fox**

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD097

20.     The San Joaquin kit fox (*Vulpes macrotis mutica*) is listed as an endangered species under the federal Endangered Species Act.

21.     The San Joaquin kit fox is the smallest fox in North America and is an adorable creature with distinctive large ears and long legs.

22.     The kit fox once ranged throughout the San Joaquin Valley, but now resides only at the edges, from southern Kern County in the south to Alameda, Contra Costa, and San Joaquin counties in the north.

23.     I was lucky enough to see a San Joaquin kit fox out in the open during daylight hours on a memorable occasion near Tracy, California in 2011. A San Joaquin kit fox was running across an open field next to a road I was driving on. In my decades in California, I had seen hundreds of foxes (including native gray foxes, introduced red foxes and endemic island foxes), but I could immediately tell this was a San Joaquin kit fox. I noticed its oversized ears, small size, long bushy tail and distinctive way of moving, and knew I was in the kit fox's restricted habitat area. Seeing this kit fox was an amazing experience given how rare the species is. It was exciting to see one of California's signature endemic species in the wild.

24.     I have subsequently seen and photographed San Joaquin kit foxes at Carrizo Plain, once in June 2018, twice in December 2018, and recently in January 2025. I had close encounters with a San Joaquin kit foxes at Carrizo in June 2018 and January 2025, and got the close-up photos included below.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD098

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD099

25.     I regularly visit Carrizo Plain; with trips in February 2016, June 2018, twice in December 2018, March, April and May 2019, five trips in 2020 alone, January, March and April 2021, January and March 2022, and January 2025. I have trips planned to return to Carrizo Plain in 2026. I have also looked for kit foxes in suitable habitat in Kern County (Lost Hills and Kern National Wildlife Refuge) in March and December 2018; and at Camp Roberts in July 2016 and May 2018.

26.     I often visit San Joaquin kit fox habitat while birdwatching in the Central Valley, San Joaquin Valley, Carrizo Plain, Camp Roberts and Fort Hunter Liggett. I plan to continue regularly visiting such habitat in the future. I also regularly visit kit fox habitat in eastern Alameda County in Altamont Pass and Corral Hollow, up to five times each year and will continue to do so.

27.     I am concerned that malathion will be applied in and around the San Joaquin kit fox's habitat without regard to its recovery. The kit fox's habitat is in and nearby many agricultural operations that are likely to apply these pesticides to control insects, especially mosquitos.

28.     I plan to look for San Joaquin kit fox in the wild again, but even if I do not observe the kit fox, I am happy knowing that these animals exist in the wild. I look forward to the kit fox's full recovery under the protections of the Endangered Species Act. If the small number of remaining kit foxes were reduced or extirpated because of the use of malathion, the ecological value of the Central Valley's natural environment and my appreciation of these areas would be diminished.

**Valley Elderberry Longhorn Beetle**

29.     The valley elderberry longhorn beetle (*Desmocerus californicus dimorphus*) is listed as a threatened species under the federal Endangered Species Act.

30.     The valley elderberry longhorn beetle is an attractive red and black beetle that lives in riparian zones throughout California's Central Valley, from Redding to Fresno. The valley elderberry longhorn beetle's entire life cycle is associated with elderberry trees. Females lay eggs in the bark of the tree, and the larvae hatch and burrow into the stems. For the first one-

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD100

to-two years of their lives, the larvae eat the elderberry tree's interior wood as their sole source of food. Adults emerge in the spring through distinctive exit holes and feed on the foliage until they mate.

31.     Elderberry trees can be found in riparian forests along rivers and streams in the Sacramento Valley and San Francisco Bay-Delta. Over ninety percent of such riparian forests have been cleared in the last century for agricultural and urban development. Pesticide use on otherwise undisturbed areas has also degraded the quality of riparian habitat.

32.     I have seen the related and more common California elderberry longhorn beetle on several occasions. While birdwatching in the Central Valley in 2009, I found longhorn beetle drill holes in elderberry trees that were likely made by valley elderberry longhorn beetles, based on their location, specifically along the American River Parkway adjacent to the lower American River. I subsequently began looking for longhorn beetle drill holes in elderberry trees while birdwatching within other suitable habitat for the valley elderberry longhorn beetle in the Central Valley, such as along the Cosumnes River, Putah Creek, the Llano Seco Unit of the North Central Valley Wildlife Management Area, and the Colusa National Wildlife Refuge.

33.     I have also visited the Sacramento River in April 2016; Cosumnes River Preserve in February 2018; Yolo Bypass in April 2018 and August 2022; and the American River in February 2019 in search of the valley elderberry longhorn beetle and plan to continue to search for the beetle in future trips in 2026. I regularly visit Central Valley rivers and riparian areas with valley elderberry longhorn beetle habitat, about three-to-four times a year, and plan to continue doing so in the future for birdwatching and salmon restoration activities. Additionally, I regularly attend an annual birdwatching festival in the Central Valley that involves spending time in the valley elderberry longhorn beetle's habitat.

34.     In 2014, I submitted regulatory comments for CBD and helped put out two press releases to publicize the threatened removal of Endangered Species Act protections for the valley elderberry longhorn beetle. CBD's advocacy and publicity with the Xerces Society for Invertebrate Conservation prevented the premature delisting of this beetle species, which is still

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD101

1  an imperiled species. Successful recovery of the valley elderberry longhorn beetle will inspire

2  and promote similar efforts for other imperiled native species.

3      35.    I am concerned that malathion will be applied in and around the valley elderberry

4  longhorn beetle's habitat without regard to the beetle's recovery. The beetle's habitat is in and

5  nearby many agricultural operations that are likely to use malathion to control other insects. I am

6  concerned that the use of malathion will harm or kill valley elderberry longhorn beetles directly

7  or inadvertently, as the killing of non-target insects by insecticides is a common phenomenon.

8      36.    I plan to look for the valley elderberry longhorn beetles in the wild, but even if I

9  do not observe the beetle, I am happy knowing that it exists in the wild. I enjoy knowing that the

10  beetle is recovering as a listed species and I look forward to its full recovery. If the remaining

11  populations of the valley elderberry longhorn beetle were extirpated because of pesticides, the

12  ecological value of the Central Valley's riparian habitat and my appreciation of these areas

13  would be diminished.

14  **California Tiger Salamander**

15      37.    I have a conservation and personal interest in the California tiger salamander

16  (*Ambystoma californiense*). I have been involved in CBD's campaigns to secure protections

17  under the state and federal Endangered Species Acts for California tiger salamander populations,

18  and worked on press releases, reports, and securing public and expert comments to protect the

19  species and educate the public about the decline of California tiger salamanders and the loss of

20  their vernal pool habitats. I have also worked on many CBD and Alameda Creek Alliance efforts

21  to stop or reduce urban development in tiger salamander habitat in the East Bay and in Sonoma

22  County.

23      38.    In 2009 I went out with a tiger salamander researcher at night to participate in

24  surveys for the California tiger salamander at Jepson Prairie Preserve in Solano County. I have

25  also seen tiger salamander larvae on several occasions in ponds in Sunol and Ohlone Regional

26  Parks in Alameda County. I plan to return to look for California tiger salamander when I

27  annually visit eastern Alameda County for the Eastern Alameda County Christmas Bird Count

28  and as part of my regular work with the Alameda Creek Alliance.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD102

39.     I am concerned that malathion will be applied in and around California tiger salamander habitat without regard to the species' recovery. These pesticides are likely to adversely affect tiger salamander recovery since these salamanders live in and nearby many agricultural operations that are likely to apply malathion, in addition to potential exposure from mosquito spraying.

**Least Bell's Vireo, Southwestern Willow Flycatcher, and Western Yellow-Billed Cuckoo**

40.     I first became interested in the least Bell's vireo (*Vireo bellii*) and southwestern willow flycatcher (*Empidonax trailii extimus*) in 1998, when I was part of CBD's campaign to force the U.S. Forest Service to amend its management plans for Southern California's four national forests to better protect riparian habitat for Bell's vireo and willow flycatcher. From 2010 to 2014 I was involved in CBD's successful campaign to reverse an Army Corps of Engineers policy that would require stripping levees of vegetation that provides important habitat for imperiled California species, including the least Bell's vireo and southwestern willow flycatcher.

41.     I saw my first least Bell's vireo in 2010. I have searched for least Bell's vireo in San Diego and the Tijuana River Valley area (September 2016, September 2017, April 2018, and May 2022); in the Salton Sea area (February 2016, September 2016, September 2017, and April 2018); in the Kern River drainage (July 2017, July 2018, and July 2019); and in Big Morongo Canyon (April 2019). I have now seen least Bell's vireo seven times. I plan to return to the Tijuana River Valley, Salton Sea, and Kern River drainage in 2026 to look for this bird species.

42.     I saw my first southwestern willow flycatcher in 2009. I have since seen this species on 61 occasions while birdwatching in Mono County, the Kern River drainage, the central California coast, Salton Sea area, and Imperial Valley area. I looked for southwestern willow flycatcher in Inyo County and Mono County in 2017 and more recently in early 2025. I plan to look for this bird in 2026 along the eastern slope of the southern Sierras.

43.     I have been lucky enough to see the elusive yellow-billed cuckoo (*Coccyzus americanus*) in Florida, Louisiana, and Texas, including 20 sightings in April and May of 2024 in Texas. These observations made me want that much more to see the western, or California,

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD103

subspecies of yellow-billed cuckoo. I have been birdwatching in suitable western yellow-billed cuckoo habitat searching for this bird at the Kern River Preserve in 2017, 2018, and 2019; and along the Sacramento River in February 2019. I plan to return to the Kern River Preserve and Sacramento River in 2026 to look again for the cuckoo.

44.    I am concerned that malathion will be applied in and around western yellow-billed cuckoo, least Bell's vireo, and southwestern willow flycatcher habitat without regard to the species' recovery. These pesticides are likely to adversely affect these species' recovery. These species can live in and nearby and can migrate through many agricultural operations that are likely to apply malathion, in addition to the potential for exposure from mosquito spraying. They eat insects that will be killed by malathion, reducing their ability to find food and increase their chances of getting poisoned themselves. I am concerned that the use of malathion will kill and harm these bird species directly and inadvertently. If the small number of these remaining bird species were reduced or extirpated because of the use of malathion, the ecological value of the natural environment and my appreciation of these areas would be diminished.

**Delta Smelt**

45.    In my capacity at CBD I helped prepare petitions to increase federal and state Endangered Species Act protections for Delta smelt. In 2006 we submitted a petition to uplist Delta smelt from threatened to endangered under the federal Endangered Species Act. In 2007 we submitted a petition to uplist Delta smelt from threatened to endangered under the California state Endangered Species Act. In 2009 our petition was granted, and Delta smelt was protected as endangered under the California state Endangered Species Act. I was involved in working with other conservation groups, and writing 13 press releases, web site materials and action alerts for these protective efforts. My recent visits to the Delta included Bethel Island, Brannan Island State Recreation Area, Isleton, lower Mokelumne River, Woodbridge Ecological Reserve, and Suisun Slough in 2016; and Cosumnes River Preserve and Rio Vista in 2018. I plan to make future trips to the Delta to view and look for Delta smelt, including in 2026.

46.    I am concerned that malathion will be applied in and around Delta smelt's habitat without regard to the species' recovery. These pesticides are likely to adversely affect the species

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD104

recovery and frustrate all the work CBD and myself have done to help preserve the species. The Delta Smelt's habitat is in and nearby many agricultural operations that are likely to apply malathion. I am concerned that the use of these and similar pesticides will kill and harm the Delta Smelt directly and inadvertently.

47.    In summary, I have professional, recreational, aesthetic, and spiritual interests in the conservation and preservation of many imperiled native species in California, such as the valley elderberry longhorn beetle, San Joaquin kit fox, Delta smelt, western yellow-billed cuckoo, least Bell's vireo, southwestern willow flycatcher, California tiger salamander, and their habitats. I derive benefits from visiting, observing, and restoring intact natural riparian ecosystems which are habitat for some of these species, and my enjoyment of these habitat areas for recreational, professional, and spiritual purposes is dependent upon healthy ecosystems and wildlife populations.

48.    As a lifetime conservationist, I have aesthetic, spiritual and moral interests in these species. It is important to me that these and other species survive and thrive in their natural habitat, whether or not I am able to encounter them. It is my belief that no wildlife species should be allowed to be driven extinct by the actions of humans and that no species should be allowed to go extinct if it can be prevented. My spiritual fulfillment comes from interacting with nature and protecting wild places, wildlife, and intact native ecosystems. The loss of these species will injure my aesthetic and spiritual enjoyment of native habitats in my home state. I believe that biodiversity has inherent value and it would be a moral and spiritual failure of our society to not protect our most vulnerable wildlife.

49.    As a conservationist, I have a professional interest in protecting and recovering these species. The protection and recovery of these and other species are essential to my work to promote funding, take regulatory action, advocate, and organize citizen involvement in efforts to protect endangered species.

50.    These interests are being harmed by the U.S. Fish and Wildlife Service's failure to assess the full impacts of malathion, which could poison, harm, kill, and further imperil these species and other endangered and threatened species. The agency's failures make these species

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD105

more vulnerable to habitat destruction, injury, death, and population declines. If these species decline or become extinct, the loss would deprive me of all the benefits I currently enjoy from their existence and recovery. If it had been well-supported and in compliance with the ESA, the malathion Biological Opinion could have resulted in more protective measures, including avoidance, mitigation, and minimization of take, to ensure the conservation and recovery of these species, ensuring that my interests would be free from injury.

51.    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 8, 2025, at Ashland, Oregon.

By: _____

Jeff Miller

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JEFFREY K. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD106

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br>     450 Golden Gate Ave. <br>     San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD107

I, Juliet Whitsett, declare as follows:

1.      I am a resident of Austin, Texas. I have lived here for 20 years.

2.      As a longtime resident of central Texas, I derive aesthetic, educational, moral, spiritual, conservation, and recreational benefits from the region's wildlife and the habitat on which they depend.

3.      I am a member of the Center for Biological Diversity. The Center has worked to protect and conserve wildlife for decades, and I support their objectives. The Center is a national, non-profit conservation organization incorporated in California and headquartered in Tucson, Arizona, with offices throughout the United States. The Center works through science, law, and policy to protect imperiled wildlife and their habitat.

4.      I earned my master's degree in Community-Based Arts Education from the University of Texas at Austin. I earned my Bachelor of Science in Art Education and a Certificate in Art and Special Education from the University of Wisconsin-Madison.

5.      I am an artist, art educator, and environmental educator with more than 25 years' experience. I have served as an arts and education consultant to individuals and organizations both domestically and internationally.

6.      I have designed public programs and family events for institutions such as the High Line in New York, University of Texas' Planet Texas 2050, Botanical Research Institute of Texas—Fort Worth Botanic Garden, the Bullock Texas State History Museum, the Elisabet Ney Museum, Westcave Outdoor Research Center, Wild Basin Creative Research Center, the Thinkery, and the Lady Bird Johnson Wildflower Center.

7.      My artistic work focuses on endangered and threatened species projects and community arts installations. Some of my installations focused on endangered and threatened species include the co-creation and curation of @reallysmallmuseum_atx (2021- 2023, Eco Museum), nature-immersed Threatened Texas Art Walks (2021, 2022), audio-based Audio Wild series (2023–Red Bluff Nature Preserve, 2022–Wild Basin Creative Research Center). From 2022 to 2023, I also served as an Artist Fellow for the University of Texas' Planet Texas 2050 Initiative.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD108

8.      One of my most artistic projects is entitled *S I G H T I N G S.* This series samples the colors of the incredible diversity of rare and endangered species in Texas to create palettes highlighting the important links of our world's biodiversity at risk of being lost. To create these palettes, I research the species, reach out to experts in the field, and sample colors from actual images of each unique species to create unique color palettes inspired by each individual species, including the fountain darter and Comal Springs dryopid beetle.

9.      In February 2024, in anticipation of the total eclipse in Texas, I performed a piece entitled *ESPILCE | ECLIPSE* that highlighted endangered wildlife in the path of the totality by utilizing a diverse set of data sources including eclipse maps, iNaturalist observations, and Texas' Rare, Threatened, and Endangered Species data.[1] The performance piece spotlights 62 species in total, including the Georgetown salamander, fountain darter, Comal Springs riffle beetle, Comal Springs dryopoid beetle, and Salado Springs salamander.

10.     I live within the Edwards Aquifer recharge area and use the habitat of these species as inspiration for my art and to develop art curriculum. use the habitat of the Edwards Aquifer as inspiration for my art and to develop art curriculums to teach my students about the lives of these unique, subterranean fish, insects, and salamanders. I have taught classes themed on these specific species in the Edwards Aquifer region.

11.     I have an interest in seeing and enjoying these species in the wild around Austin and elsewhere in Texas but acknowledge the difficulty in seeing some of the rare, subterranean species that inspire my art. Nevertheless, I recreate, including swimming, paddling, tubing, camping and hiking, in and around the freshwater ecosystems of the Edwards Aquifer, and I hike, walk, and kayak with my family among species in the recharge zone in and around known locations for the Georgetown salamander, fountain darter, Comal Springs riffle beetle, Comal Springs dryopoid beetle, and Salado Springs salamander.

---

[1] https://www.youtube.com/watch?v=xINXa_rrka4
CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Photographs I have taken on my travels around the Edwards Aquifer region.*

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD110

12.     I frequent the San Marcos Springs watershed where the foundation darter is known to occur, having seen this illusive fish in person at an interpretive exhibit at the Meadows Center for Water and the Environment in San Marcos, which is directly adjacent to the namesake San Marcos Springs. I intend to return to San Marcos Springs, hoping to one day see the fountain darter not only in a glass tank, but abundant in its natural habitat.



*Photo I took of the fountain darter near San Marcos Springs.*

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD111

13.     The fountain darter is one of many species that share the Edwards Aquifer, which is significantly vulnerable to pesticide contamination from both agricultural runoff and urban development. While the Fish and Wildlife Service acknowledged that some species within the aquifer – like the Malda Cave meshweaver – deserve species-specific protections, I am concerned that species like the fountain darter that share the same habitat and are equally at risk received no specific protections to mitigate the potential threat of malathion.

14.     Other Edwards Aquifer species, including the Helotes cave mold beetle, also received specific protections to mitigate the potential threat of malathion, but species like the Comal Springs riffle beetle and Comal Spring dryopid beetle – insects that are similarly affected by the chemical at issue – received no species-specific protections and were thus left exposed to potential harm from malathion.

15.     I am injured by the Fish and Wildlife Service's failure to meaningfully consider these species and ensure that they are specifically protected from malathion in the Edwards Aquifer. The arbitrary decision to leave some species protected and some species at risk upsets me knowing that only a handful of species in the region have been protected from malathion. Each of these species is a priceless part of our natural heritage, and each one should be protected from the co-equal threats malathion presents. The further decline and extinction of these species would represent a profound personal loss because it would not only deprive me of the ability to see and enjoy them, but also limit my educational and artistic work, which is deeply rooted in the region's biodiversity.

16.     A favorable decision in this case would ensure that these species – the fountain darter, Comal Springs riffle beetle, and Comal Springs dryipod beetle are protect in the same way as the many other Edwards Aquifer species. This would redress my injuries by ensuring continued protection of each species from malathion and giving these species a meaningful chance at survival and recovery.

I declare under penalty of perjury that the foregoing is true and correct.

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD112

**Executed this 27th day of May 2025 in Austin, Texas.**

_____

Juliet Whitsett

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JULIET WHITSETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD113

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF JAMES D. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br> 450 Golden Gate Ave. <br> San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JAMES D. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD114

I, James D. Williams, declare as follows:

1.    I am over the age of 21 and currently reside in Gainesville, Florida, where I have lived for 37 years.

2.    I have a PhD in Biology from the University of Alabama. I am retired from the U.S. Department of the Interior, U.S. Geological Survey, Biological Resources Division, and the Florida Fish and Wildlife Conservation Commission where my much of my work involved the biological research of aquatic species in the southeastern United States, especially as it related to the population and conservation status of those species. Previously, when I was a biologist for the U.S. Fish and Wildlife Service, I worked in the Endangered Species Office in Washington, DC, from 1974–1987 and was responsible for researching, evaluating, and proposing freshwater fishes for endangered and threatened status. I also served as the chief of the Biodiversity Branch, U.S. Fish and Wildlife Service and U.S. Geological Survey, in Gainesville, Florida. For approximately nine years I taught an annual workshop on freshwater mussels of the Apalachicola basin, Alabama, Florida, and Georgia. I have also received the Freshwater Mollusk Conservation Society Lifetime Achievement Award in recognition for singular accomplishments and long-term contributions that have advanced the conservation and science of freshwater mollusks at a national and international level. I am currently a research associate in the Florida Museum of Natural History.

3.    I have authored over 175 publications, reports, presentations, or books with a primary focus on mussels and fishes of the southeastern United States.  For example, I was recently an author on articles of the conservation status of freshwater mussels in the United States and Canada. I was also primary author of the books "Freshwater Mussels of Florida" and "Freshwater Mussels of Alabama and the Mobile Basin in Georgia, Mississippi and Tennessee."

4.    I have been a member of the Center for Biological Diversity since 2009. The Center is a nonprofit organization committed to the preservation, protection, and restoration of native species and the ecosystems upon which they depend. As a member of the Center, I participate in activities pertaining to endangered species issues. I helped organize the review of southeastern fishes and mussels included in a petition to the U.S. Fish and Wildlife Service to list

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JAMES D. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD115

those fishes and mussels under the Endangered Species Act. I also reviewed all the mussel taxa included in the petition, as well as some of the fishes. I rely upon the Center in part to represent my interests in protecting endangered species and their habitat, especially the aquatic species found in the United States.

5.    I am particularly interested in the conservation of aquatic species in the southeastern United States including the following:

**Fishes**

*Percina antesella*, Amber Darter

*Cyprinella caerulea*, Blue Shiner

*Etheostoma wapiti*, Boulder Darter

*Etheostoma scotti*, Cherokee Darter

*Percina aurolineata*, Goldline Darter

*Acipenser oxyrinchus desotoi*, Gulf Sturgeon

**Mussels**

*Medionidus acutissimus*, Alabama Moccasinshell

*Elliptio chipolaensis*, Chipola Slabshell

*Medionidus parvulus*, Coosa Moccasinshell

*Amblema neislerii*, Fat Threeridge

*Hamiota altilis*, Finelined Pocketbook

*Medionidus penicillatus*, Gulf Moccasinshell

*Pleurobema taitianum*, Heavy Pigtoe

*Medionidus simpsonianus*, Ochlockonee Moccasinshell

*Pleurobema pyriforme*, Oval Pigtoe

*Elliptoideus sloatianus*, Purple Bankclimber

*Reginaia rotulata*, Round Ebonyshell

*Hamiota subangulata*, Shinyrayed Pocketbook

*Pleurobema decisum*, Southern Clubshell

*Epioblasma penita*, Southern Combshell

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JAMES D. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD116

*Ptychobranchus jonesi*, Southern Kidneyshell

*Pleurobema georgianum*, Southern Pigtoe

*Ptychobranchus greenii*, Triangular Kidneyshell

6.      I have worked in the southeastern United States, where these species occur, for the past 50 plus years. During this time, I have sampled, studied, and published papers on most of the species listed in this declaration. I have observed these species and continue to participate in research projects involving most of them. I described or named 2 (*Etheostoma wapiti* and *Percina antesella*) of the 8 fishes listed in this declaration. As a research biologist I have participated in professional meetings evaluating conservation status of southeastern freshwater mussels and fishes, including all taxa listed in this declaration. I am also interested in study and research regarding the highly endangered *Scaphirhynchus suttkusi*, Alabama Sturgeon.

7.      I also have an aesthetic interest in these species and take joy in knowing that we have incredible aquatic biological diversity in the southeastern United States. The fact that many of these species are declining and we have lost forever numerous species does detract from my enjoyment of our aquatic biodiversity. Harm to these species, their populations, and their ecosystems also harms my own aesthetic interest in observing and enjoying them.

8.      I believe very strongly that we have a moral obligation to pass on to future generations the incredible diversity that we have. Our aquatic biological diversity has inherent value and we have the responsibility to protect these species. Humankind does not have the right to eliminate or drive to extinction any living species.

9.      The use of pesticides, including malathion, in and around watersheds inhabited by these species is harmful and reduces the likelihood that I will be able to observe and study them in the future. The broad application of pesticides, including the insecticide malathion, to control agricultural pests, for mosquito control, and to address terrestrial and aquatic plants or pests, results in subsequent pesticide pollution in aquatic systems inhabited by species I am interested in and exposes them to various levels of these chemicals. I think the impacts of pesticides are generally underestimated due to the pervasiveness and accumulative nature of some of the

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF JAMES D. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO SUPPLEMENT

ADD117

chemicals used. My interests are harmed when the U.S. Fish and Wildlife Service finalized a

biological opinion on the effects of malathion that does not analyze the effects specific to each

fish and mussel that I study and care about, fails to require avoidance or meaningful mitigation to

avoid jeopardy or adverse modification, and fails to require meaningful terms and conditions to

minimize the take of these species.  I am further harmed when that lack of analysis results in

inadequate water pollution permits issued by the Environmental Protection Agency, and the EPA

fails to account for the harms to threatened and endangered species in developing adequate water

quality permits related to pesticides.

10.     I will return to the habitats of these species in the coming years as I complete

various research projects on the biology, evolution, and conservation of these taxa. My research

involves fieldwork and site investigations into habitat of these aquatic species so I visit habitat

areas for these species on a periodic basis throughout the years to further my research. For

example, in 2014 I completed a book on the freshwater mussels of Florida, which involved

visiting the habitats of 8 of the mussel species included this declaration (Medionidus acutissimus,

Alabama Moccasinshell; Elliptio chipolaensis, Chipola Slabshell; Amblema neislerii, Fat

Threeridge; Medionidus penicillatus, Gulf Moccasinshell; Medionidus simpsonianus,

Ochlockonee Moccasinshell; Pleurobema pyriforme, Oval Pigtoe; Elliptoideus sloatianus, Purple

Bankclimber; and Hamiota subangulata, Shinyrayed Pocketbook; Reginaia rotulata, Round

Ebonyshell; and Ptychobranchus jonesi, Southern kidneyshell). The remaining species

(Medionidus parvulus, Coosa Moccasinshell; Hamiota altilis, Finelined Pocketbook; Pleurobema

taitianum, Heavy Pigtoe; Pleurobema decisum, Southern Clubshell; Epioblasma penita, Southern

Combshell; Pleurobema georgianum, Southern Pigtoe; and Ptychobranchus greenii, Triangular

Kidneyshell) will be included as part of a study of the impacts of impoundments on freshwater

mussels in the southeastern United States. In addition to these mussels, 2 fishes in this

declaration (Cyprinella caerulea, Blue Shiner and Acipenser oxyrinchus desotoi, Gulf Sturgeon)

are included in this study. Rivers inhabited by these species are visited to evaluate existing

habitat and impacts of dams. Streams inhabited by the remaining fishes in this declaration

(Percina antesella, Amber Darter; Etheostoma wapiti, Boulder Darter; Etheostoma scotti,

Cherokee Darter; and Percina aurolineata, Goldline Darter) will continue to be visited as part of a long-term conservation evaluation of endangered and threatened fish habitat.

11.     Because my research work has included these species, any further decline of any of these taxa would affect my current and future research. Harm to these species, their populations, and their ecosystems would harm my professional interests focused on research surrounding these species.

12.     My interests in these species have been, and will continue to be, harmed by the federal government's inadequate protections for wildlife affected by pesticides, including the U.S. Fish and Wildlife Service's failure to issue a final biological opinion on the effects of uses of malathion that is supported by sufficient analysis, thereby failing to avoid or mitigate harms to or minimize take of these species, and the Environmental Protection Agency's failure to require a water quality permit to adequately protect threatened and endangered species.

13.     In sum, my interest in these species ranges from purely aesthetic to research and conservation. I also believe that we have a moral obligation to protect these species from further decline and extinction. I believe that failures by the U.S. Fish and Wildlife Service and Environmental Protection Agency to follow the law in protecting these species from pesticides makes these species more likely to suffer further population declines. If these species decline or become extinct, this loss would deprive me of the benefits I currently receive from the existence of these rare animals. Full compliance with laws such as the Endangered Species Act and Clean Water Act could result in protective measures aimed at reducing impacts of pesticides on these species, which is important to ensure that my interests in these species are preserved and remain free from injury.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2025, in Gainesville, Florida.

_____
James D. Williams PhD

Stephanie M. Parent (OSB 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Email: SParent@biologicaldiversity.org

John William ("J.W.") Glass (DC Bar No. 1780210)*
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(813) 833-5301
JWGlass@biologicaldiversity.org

Additional Counsel in signature block

Counsel for Plaintiffs
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PAUL SOUZA, et al., <br><br> *Defendants,* <br><br> and <br><br> CROPLIFE AMERICA, <br><br> *Intervenor-Defendant.* | Case No.: 3:24-cv-06324-JSC <br> **DECLARATION OF ANDY WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT** <br><br> Date: January 8, 2026 <br> Time: 10:00 am <br> Place: Courtroom 8 <br>       450 Golden Gate Ave. <br>       San Francisco, California <br><br> Honorable Jacqueline Scott Corley |

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ANDY WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUPPLEMENT

ADD120

I, Andy Wood, declare as follows:

1. I am over eighteen and currently reside in Hampstead, NC, where I have lived for over 20 years.

2. I have a Bachelor's of Science degree in Wildlife management from Texas A&M University (1981). From 1987-2000, I served as the Curator of education for the North Carolina Aquarium at Fort Fisher and subsequently worked for 11 years as the Education Director for Audubon North Carolina. I am now director of the Coastal Plain Conservation Group, a North Carolina non-profit organization established to provide ecosystem research and habitat management, with special attention to protecting threatened and endangered species in southeastern North Carolina's longleaf pine, pocosin, and bottomland swamp forests.[1] Coastal Plain Conservation Group also purchased and manages a 10.5 acre tract of longleaf pine habitat, previously threatened with being converted entirely into horse pasture, to benefit hundreds of plant and wildlife species that comprise the community of life sharing the biodiverse longleaf pine habitat, including the red-cockaded woodpecker (*Picoides borealis*), and Carolina gopher frog (*Lithobates capito capito*).

3. I am also Conservation Consultant with Habitats Gardens, LLC, an environmental conservation consulting company that provides services to business and industry involved in developing and maintaining our built environments and the infrastructures that support them. In addition to my professional career, I have provided nature commentaries for public radio station WHQR for more than 25 years, which were compiled into the book "Backyard Carolina: Two Decades of Public Radio Commentary" published in 2006.[2]

4. Part of my research has involved research into pollution and the impacts on wildlife. For example, I led an exhaustive study of derelict fishing gear with emphasis on impacts of ghost crab pots on diamondback terrapin (*Malaclemys terrapin*), a small saltmarsh

---

[1] Coastal Plain Conservation Group, https://coastalplainconservationgroup.org/
[2] https://www.whqr.org/people/andy-wood

ADD121

turtle.  One of my first assignments in the environmental field in 1970, helped document

pollution from a chemical plant discharging raw waste into a Connecticut stream.

5.      Since 1992, I have also led research and protection efforts to prevent the

extinction of imperiled species of invertebrates and in particular, freshwater snails once found in

streams and beaver ponds in southeastern North Carolina.  Specifically, I have studied and

worked to protect the last living members of two freshwater species of snails: the endangered

magnificent ramshorn (*Planorbella magnifica*) and a related species called the Greenfield

ramshorn (*Helisoma eucosmium*).

6.      I have been a member of the Center for Biological Diversity since 2010.  The

Center is a non-profit organization committed to the preservation, protection, and restoration of

native species and the ecosystems upon which they depend.  As a member of the Center, I

respond to action alerts and keep up with North Carolina activities.  I rely in part upon the Center

to represent my interests in protecting endangered species and their habitat, especially North

Carolina species. I appreciate the Center's work to get wildlife protected under the federal

Endangered Species Act because it provides crucial tools for the protection and recovery of

endangered species. For example, in 2012, the Center petitioned to list the Carolina gopher frog

(*Lithobates capito capito*). In 2015, the U.S. Fish and Wildlife Service determined that the

petition contained substantial scientific information indicating that listing may be warranted. 80

Fed. Reg. 37568, 37547 (July 1, 2015). Unfortunately, the status of this species is still under

review.

7.      I am harmed by the negative impacts of pesticides, including malathion, on

endangered and threatened aquatic species and their habitats, including the endangered Cape

Fear shiner (*Notropis mekistocholas*), and the endangered magnificent snail.  In addition to the

impacts of pesticides to aquatic species, I am also harmed by land-based pesticide impacts to

endangered plants and wildlife such as the threatened red-cockaded woodpecker, endangered

rough-leaved loosestrife (*Lysimachia asperulaefolia*), threatened wood stork (*Mycteria

americana*), and the candidate Carolina gopher frog (*Lithobates capito capito*). Pesticides pose

an insidious and often poorly understood threat to people, wildlife, and the habitats we share.

Many pesticides are used without full understanding of their long-term impacts.  Pesticides have been proven to have endocrine disrupting impacts on wildlife and people, especially when different pesticides are used in the same area or mix in a waterbody such as a retention pond, river or lake.

8.     I have a deep personal and professional appreciation for all wildlife, but especially for aquatic wildlife.  My work studying and protecting some of the last known populations of the magnificent and Greenfield ramshorn snail has been recognized by the United States Fish and Wildlife Service for its importance in saving the species from extinction.[3] These rare snails are on the brink of extinction – pushed out of its natural habitat by the loss of its freshwater habitat from intrusion of salt water and loss of beaver ponds. During the storm brought by Hurricane Fran that hit North Carolina's coast in 1996, I rescued as many of the magnificent ramshorn as possible from the refuge I had built in my backyard—the last place on earth the rare snail was known to exist at the time. I have created a snail sanctuary, now consisting of several 300-gallon tank ecosystems, and learned how to maintain a population of ramshorns snails in captivity. While the snails have been successfully breeding in captivity, the wild population, if one still exists, has continued a slow and steady decline.  A magnificent ramshorn has not been observed in the wild since 2004 and it is now believed that the snail may now only exist in captivity.

9.     I live in the lower Cape Fear River basin located in the coastal plain of southeast North Carolina. I conduct research in and around the lower Cape Fear River focusing on birds, diamondback terrapins, and two critically rare freshwater endemic snails: the magnificent ramshorn and Greenfield ramshorn.

10.     My work involves diligent sampling of aquatic and terrestrial habitats to confirm population presence/absence of expected or predicted species. My interest with wildlife includes

---

[3] One Man's Mission to Save a Magnificent Mollusk, Sarah McRae, U.S. Fish and Wildlife Service, https://www.fws.gov/endangered/news/episodes/bu-Spring-Summer2014/story1/index.html

the study of how species use habitats during all or part of their full life cycle, including salamanders and frogs that require aquatic habitat as nursery for eggs and larvae, and terrestrial habitat for juvenile and adult life stages. I also study the interactions of predators and their prey, including fishes and the invertebrates they eat, and birds and the fishes they eat. My work also includes study of anadromous American eels (*Anguilla rostrata*) and an eel-eating snake called the rainbow snake (*Farancia erytrogramma*) a reptile in decline due to habitat loss and decline of eels; the snake's primary prey.

11.     Because I live and research in the Cape Fear River basin, I have explored many areas of the Cape Fear River, including much of the intact bottomland swamps extending from the piedmont to the coast, and intend to continue visiting those areas in the future for my personal enjoyment and professional work.  I am currently working in the field, last week I was in Pender County, NC.  I sometimes travel to the Cape Fear shiner's habitats, and I consider their habitats crucial to the integrity of the Cape Fear River and its associated plants and wildlife they support. In addition to being important to the Cape Fear shiner, riverine swamps provide essential habitat for the wood stork that uses Cape Fear River swamps during all or part of their full life cycle. As predators of aquatic animals negatively impacted by pesticide biomagnification, storks are especially vulnerable to consequences of pesticide biomagnification.

12.     I would love to see the Cape Fear shiner, and I have tried to observe the species.  I searched for the species in its natal habitats during the early 1990s, while I was developing the storyline for an Aquarium exhibit. I knew the species was known from the areas I explored but its scarcity prevented me from finding any specimens. I intend to continue looking for the Cape Fear shiner and wood stork on my future travels in the Cape Fear River basin.

13.     In addition, I regularly visit North Carolina State Parks that have property in and around the range of the Cape Fear shiner, wood stork, and ramshorn snails.  My visits to those parks are enriched by my knowledge that the species dwell there and I will continue to return to them in the future.

14.     I am aware that use of pesticides, including malathion, has contributed to the decline of many native wildlife species.  Agricultural activities have led to the conversion of

natural habitat and resulted in elevated nutrient and pesticide levels in streams and ground water from runoff or infiltration of manure, fertilizer, or pesticides.  I know that malathion is used widely to kill mosquitos, to kill insects considered agricultural pests, and sold for residential use on fruits, vegetables, roses and other ornamentals, and that malathion can harm wildlife, including threatened and endangered species.  I am harmed by the negative effects this has on wildlife, their habitats, and the recovery of threatened and endangered species.

15.     In the future, I will continue to seek out opportunities to observe native wildlife in North Carolina, including species such as the Cape Fear shiner ramshorn snails, wood stork, red-cockaded woodpecker, and rough-leaved loosestrife. My work as a conservation educator requires me to explore and observe habitats and the plants and wildlife they support in many areas in North Carolina, to help me write articles for popular and scientific journals, along with educational programs for other media including television and radio. I also lead outdoor explorations for organized groups, to introduce people to the habitats and ecosystem services they provide to the benefit of people, plants and wildlife. In short, my livelihood depends on having access to intact and healthy habitats that support wild species in their natural environments and I plan to continue visiting those natural areas in North Carolina for personal and professional benefit.

16.     I am interested in threatened and endangered species from many perspectives, especially as a biologist and educator.  Much of my work as a professional biologist and educator has to do with the lower reaches of the Cape Fear River.  It is my belief that the future of endangered species, such as the Cape Fear Shiner, portends the future of species inhabiting the lower reaches river systems in North Carolina. This especially applies to Wood stork, American alligator (*Alligator mississippiensis*), and bald eagle (*Haliaeetus leucocephalus*), a species protected by the Bald and Golden Eagle Protection Act, and an apex riverine predatory species. As an educator, I lead numerous guided treks on the Cape Fear River and its tributaries Northeast Cape Fear River and Black River. Participants in these trips are enthralled by the sighting of bald eagle, wood stork, and American alligator.

17.    As a biologist I am interested in the smaller and less glamorous species, including obscure snails and fishes. The lower trophic level species are the first indicators of health and stability of ecosystems.  The Cape Fear shiner and ramshorn snails are in a sense, "canaries in the coal mine." They are also keystone species that, combined with other related species, provide ecosystem services from nutrient cycling in aquatic habitats, to being in turn, food for larger species that people pursue and capture for food or recreation. As an indicator of environmental health, we need to assure their long-term perpetuity if only to be sure the same environment that sustains endangered species is also healthy enough to sustain people. As an example, the plight of imperiled ramshorn snails and the Cape Fear shiner tells us there is something wrong with riverine swamps that support them and us. In the case of the Cape Fear shiner, evidence suggests a direct correlation between chemical contaminants, including pesticides and fertilizers, and decline of shiner health. Other Cape Fear River keystone species include American alligator, an apex aquatic predator of fishes, amphibians, other reptiles (turtles especially), and mammals.

18.    I believe people have a responsibility to minimize our negative impacts on the environment and when our activities are shown to be detrimental to the environment we inhabit, it is an ethical responsibility for people to correct the problems we create.  I feel I am as beholden to the magnificent ramshorn as the Cousteau Society is to the blue whale.

19.    My spiritual connection to the environment is very personal. I have spent a lifetime exploring the natural world around me as a source of wonderment and knowledge. When species or habitats are lost, I feel the loss as a librarian might feel the loss of a book, or a reader might feel the loss of a chapter. Regardless of considerations pertaining to a Creator, as a species itself, thinking, sentient humans are smart enough to know we must protect the integrity of our planet's natural systems if we hope to survive into the future.

20.    I find joy in knowing that endangered species, such as the Cape Fear shiner, ramshorn snails, red-cockaded woodpecker, and rough-leaved loosestrife, still exist even when I don't have the opportunity to observe one.  But if I see one in the wild, I know I will be moved, in both a scientific and spiritual manner. As a conservation educator working to introduce people

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ANDY WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD126

to nature outdoors, my programs are highlighted and made more meaningful when my program participants observe bald eagle, wood stork, American alligator, and endangered species.

21.     I believe humans are the single greatest change agent in respect to habitats and the ecosystem services they provide to our benefit. I believe the future of humanity is tied to the future of biodiversity because we are at the top of all major multi-trophic ecosystem food chains. We depend on wild plants and animals for our continued survival; few, if any, wild species are inextricably dependent on humans for their survival. Protecting the health and wellbeing of ecosystems and the plants and animals that inhabit them is only a moral obligation if we have a moral obligation to protect humanity.  Endangered species are an essential part of this biodiversity, and their loss would be both a moral and ethical loss.

22.     For these reasons, I would be deeply saddened and harmed if the Cape Fear shiner, ramshorn snails, red-cockaded woodpecker, rough-leaved loosestrife, bald eagle, wood stork, American alligator, and Carolina gopher frog were to suffer further declines or even become extinct because of pesticide impacts or other threats.

23.     As someone who is deeply concerned about the fate of imperiled wildlife, I am upset that the U.S. Fish and Wildlife Service has failed to adequately assess the impacts of malathion on endangered species and their habitats.  I believe that this agency in particular has a responsibility to investigate impacts of malathion to the fullest of their abilities.  Without supportable assessments, the U.S. Fish and Wildlife Service has not taken all available steps to ensure that use of malathion does not, or will not, harm or kill species of ecological value and human benefit.

24.     In sum, I have professional, aesthetic, spiritual, and scientific interests in the preservation of the Cape Fear shiner, ramshorn snails, red-cockaded woodpecker, rough-leaved loosestrife, bald eagle, wood stork, American alligator, and Carolina gopher frog, and their habitats.  These interests are being harmed by the U.S. Fish and Wildlife Service's failures to assess the impacts of malathion on these species and their habitats.  I believe that these failures make the species more likely to suffer further population declines.  And if the species decline or become extinct, this loss would deprive me of the benefits I currently enjoy from the mere

existence of these very rare animals.  If the U.S. Fish and Wildlife Service conducted a well-supported assessment, it could result in protective measures aimed at reducing impacts of malathion on these species and their habitats, which is important to ensure that my interests in the species are preserved and remain free from injury, as well as ensuring the interests of human health are considered and held to account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2025, in Hampstead, NC.

_ANDY WOOD_

_____

Andy Wood

CASE NO. 3:24-CV-06324-JSC
DECLARATION OF ANDY WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND MOTION TO SUPPLEMENT

ADD128