IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., | ) ) ) | Case No. 3:24-cv-06324-JSC |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| PAUL SOUZA, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CROPLIFE AMERICA, | ) | |
| Intervenor-Defendant. | ) ) | Honorable Jacqueline Scott Corley |

The Court has reviewed Plaintiffs' Motion for Summary Judgment, along with supporting materials, any opposition thereto, any reply, and the Parties' citations to the Administrative Record. Upon due consideration, for the reasons stated in Plaintiffs' Motion for Summary Judgment and Memorandum in Support, Plaintiffs' Motion is GRANTED.

IT IS ORDERED that:

1. The 2022 Malathion Biological Opinion issued by Defendants,' Paul Souza and U.S. Fish and Wildlife Service, is declared unlawful because it is arbitrary, capricious, and not in accordance with the Endangered Species Act for the reasons stated in Plaintiffs' Motion for Summary Judgment and Memorandum in Support;

2. The Incidental Take Statement in the Malathion Biological Opinion is hereby vacated with respect to the 1,534 species that did not receive species-specific conservation measures unless and until Defendants finalize a new biological opinion on the effects of

[PROPOSED] ORDER re: Plaintiffs' Motion For Summary Judgment
Case No. 3:24-cv-06324-JSC

registered products containing the active ingredient Malathion consistent with the Endangered Species Act and this Court's opinion and directions;

3. Defendants shall issue a new biological opinion on the effects of registered products containing the active ingredient Malathion consistent with the Endangered Species Act and this Court's opinion and directions within nin months;

4. Plaintiffs may move for interim mitigation measures to ensure protection of endangered and threatened species and their critical habitats until Defendants complete a new biological opinion on the effects of registered products containing the active ingredient Malathion consistent with the Endangered Species Act and this Court's opinion and directions;

5. This Court shall maintain jurisdiction over this action until Defendants are in compliance with the Endangered Species Act, the Administrative Procedure Act, and every order of this Court.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Jaqueline Scott Corley
                                        Judge of the United States District Court

[PROPOSED] ORDER re: PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case No. 3:24-cv-06324-JSC