IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, et al., | Case No. 3:24-cv-6324-JSC |
| *Plaintiffs,* | |
| v. | **[PROPOSED] ORDER IN FAVOR OF FEDERAL DEFENDANTS** |
| PAUL SOUZA, et al., | |
| *Federal Defendants*, | Honorable Jacqueline Scott Corley |
| and | |
| CROPLIFE AMERICA, Inc., | |
| *Defendant-Intervenors.* | |

After considering the moving and opposing papers, arguments, and all matters presented to the Court,

IT IS HEREBY ORDERED AND ADJUDGED that Federal Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED.

It is further ORDERED that judgment is entered in favor of the Federal Defendants, and that Plaintiffs' claims are DISMISSED in their entirety on the merits with prejudice.

Dated: _____    _____
Hon. Jacqueline Scott Corley
United States District Judge.