1  WILEY REIN LLP
   Mark Sweet (D.C. Bar No. 490987)*
2  msweet@wiley.law
   Hume Ross (D.C. Bar No. 888241943)*
3  hross@wiley.law
   * admitted *pro hac vice*
4
         2050 M Street NW
5        Washington, DC 20036
         Telephone: (202) 719-7000
6        Fax: (202) 719-7049

7  KAHN, SOARES & CONWAY LLP
   Ann M. Grottveit (CA Bar No. 256349)
8  agrottveit@kscsacramento.com

9        1415 L Street, Suite 400
         Sacramento, CA 95814
10       Telephone: (916) 448-3826
         Fax: (916) 448-3850
11
   *Attorneys for Intervenor-Defendant*
12 *CropLife America*

13              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                     SAN FRANCISCO DIVISION

15 | PESTICIDE ACTION NETWORK | Case No. 3:24-cv-6324-JSC |
   | NORTH AMERICA, *et al.*, | |
16 | | CROPLIFE AMERICA'S |
   | Plaintiffs, | ADMINISTRATIVE MOTION |
17 | | TO FILE PORTIONS OF MOTION |
   | v. | UNDER SEAL |
18 | | |
   | PAUL SOUZA, in his official capacity as | The Honorable Jacqueline S. Corley |
19 | Acting Director of United States Fish and | |
   | Wildlife Service; and UNITED STATES | |
20 | FISH AND WILDLIFE SERVICE, | |
21 | Defendants, | |
22 | and | |
23 | CROPLIFE AMERICA, | |
24 | Intervenor-Defendant. | |

25

26

27

28

**ADMINISTRATIVE MOTION**

Pursuant to Civil Local Rule 7-11 and the Stipulated Protective Order Governing Confidentiality and Filing Under Seal, ECF No. 45-1, which allows attaching the Protective Order in lieu of the requirements of Local Rule 79-5, Intervenor-Defendant moves to file under seal a portion of its Motion for Summary Judgment, Opposition to Plaintiffs' Motion for Summary Judgment, and Memorandum in Support that references information designated under the Protective Order. The portion CropLife wishes to seal has been redacted from the publicly filed version and is indicated in highlighting in the version filed with this Administrative Motion.

Dated: August 11, 2025                               Respectfully submitted,

/s/ *Hume Ross*
WILEY REIN LLP
Mark Sweet (D.C. Bar No. 490987)*
msweet@wiley.law
Hume Ross (D.C. Bar No. 888241943)*
hross@wiley.law
* admitted *pro hac vice*

2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Fax: (202) 719-7049

KAHN, SOARES & CONWAY LLP
Ann M. Grottveit (CA Bar No. 256349)
agrottveit@kscsacramento.com

1415 L Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 448-3826
Fax: (916) 448-3850

*Attorneys for Intervenor-Defendant CropLife America*