IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL SOUZA, in his official capacity as Acting Director of United States Fish and Wildlife Service; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>CROPLIFE AMERICA,<br><br>Intervenor-Defendant. | Case No. 3:24-cv-6324-JSC<br><br>[PROPOSED] ORDER REGARDING INTERVENOR-DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>The Honorable Jacqueline S. Corley |

Having reviewed Intervenor-Defendant's Administrative Motion to File Portions of Motion Under Seal and in accordance with the Stipulated Protective Order Governing Confidentiality and Filing Under Seal, ECF No. 45-1, the Court ORDERS that:

Intervenor-Defendant's Motion for Summary Judgment, Opposition to Plaintiffs' Motion for Summary Judgment, and Memorandum in Support shall be partially sealed until such time as the Court rules on the joint Administrative Motion to File Under Seal within 30 days of closing of briefing, as set forth in the Protective Order. Order ¶ 7.c.

Dated: _____

_____
Hon. Jacqueline Scott Corley
United States District Judge