UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA,, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARTHA WILLIAMS, et al.,<br><br>Defendants. | Case No. 24-cv-06324-JSC<br><br>**ORDER GRANTING STAY OF SUMMARY JUDGMENT BRIEFING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>Re: Dkt. No. 76 |

Before this Court is the Federal Defendants' motion for a stay of summary judgment briefing deadlines. On September 30, 2025, appropriations for the Department of Justice lapsed and the parties do not know when Congress will restore such funding. (Dkt. No. 76, at 2.) The Federal Defendants' Reply is due October 24, 2025, and the Intervenor-Defendant's Reply is due November 7, 2025. (Dkt. No. 54.) Defendants request to stay these deadlines "until Congress has restored appropriations to the Department," at which point "all current deadlines for the parties be extended commensurate with the duration of the lapse of appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations." (*Id.*) Intervenor-Defendant consents to the stay. (Dkt. No. 76, at 2.) Plaintiff opposes an indefinite stay and asks the extension of deadlines be "either commensurate with the duration of the lapse in appropriations or 24 days following the date Congress has appropriated funds for the Department of Justice." (Dkt. No. 77, at 2.)

Having considered the parties' briefings and good cause appearing, the Court **GRANTS** Defendants' motion, in part. The deadlines for the Federal Defendants' Reply and the Intervenor-Defendant's Reply shall be extended 24 days following the date Congress has appropriated funds for the Department of Justice or November 26, whichever is earlier. The Federal Defendants shall

notify the Court as soon as Congress has appropriated funds for the Department.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge