## RECOVERY PLAN

for

**Cumberland Elktoe (*Alasmidonta atropurpurea*), Oyster Mussel (*Epioblasma capsaeformis*), Cumberlandian Combshell (*Epioblasma brevidens*), Purple Bean (*Villosa perpurpurea*), and Rough Rabbitsfoot (*Quadrula cylindrica strigillata*)**

Prepared by

Robert S. Butler
and
Richard G. Biggins

Asheville Field Office
U.S. Fish and Wildlife Service
Asheville, North Carolina

for

U.S. Fish and Wildlife Service
Southeast Region
Atlanta, Georgia

Approved: _____

Acting   Regional Director, U.S. Fish and Wildlife Service

Date: May 4, 2004

Recovery plans delineate reasonable actions that are believed to be required to recover and/or protect listed species. Plans published by the U.S. Fish and Wildlife Service (Service) are sometimes prepared with the assistance of recovery teams, contractors, State agencies, and other affected and interested parties. Plans are reviewed by the public and submitted to additional peer review before they are adopted by the Service. Objectives of the plan will be attained and any necessary funds will be made available subject to budgetary and other constraints affecting the parties involved, as well as the need to address other priorities. Recovery plans do not obligate other parties to undertake specific tasks and may not represent the views nor the official positions or approval of any individuals or agencies involved in developing the plan, other than the Service. Recovery plans represent the official position of the Service **only** after they have been signed by the Director or Regional Director as **approved**. Approved recovery plans are subject to modification as dictated by new findings, changes in species status, and the completion of recovery tasks.

By approving this recovery plan, the Regional Director certifies that the data used in its development represent the best scientific and commercial information available at the time it was written. Copies of all documents reviewed in the development of this plan are available in the administrative record located at the Asheville Field Office in Asheville, North Carolina.

**Literature citations should read as follows:**

U.S. Fish and Wildlife Service. 2004. Recovery Plan for Cumberland Elktoe, Oyster Mussel, Cumberlandian Combshell, Purple Bean, and Rough Rabbitsfoot. Atlanta, Georgia. 168 pp.

# EXECUTIVE SUMMARY

**Current Status:**  The Cumberland elktoe (*Alasmidonta atropurpurea*), oyster mussel (*Epioblasma capsaeformis*), Cumberlandian combshell (*Epioblasma brevidens*), purple bean (*Villosa perpurpurea*), and rough rabbitsfoot (*Quadrula cylindrica strigillata*) are federally listed as endangered species.  All five mussels are native (endemic) to either the Cumberland River system (Cumberland elktoe), the Tennessee River system (purple bean and rough rabbitsfoot), or to both river systems (oyster mussel and Cumberlandian combshell).  They once existed in thousands of stream miles and now survive in only a few relatively small, isolated populations, many of questionable long-term viability.  The Cumberland elktoe is extant in 12 mostly small streams in the upper Cumberland River system in Kentucky and Tennessee.  The oyster mussel is extant in three streams of the Tennessee River system in Tennessee and Virginia.  The Cumberlandian combshell is extant in two streams of the Cumberland River system in Kentucky and Tennessee and three streams of the Tennessee River in Alabama, Mississippi, Tennessee, and Virginia.  The purple bean is extant in five streams, and the rough rabbitsfoot is extant in three streams, of the upper Tennessee River system in Tennessee and Virginia.

**Habitat Requirements and Limiting Factors:**  These species, which are generally adapted to live in the gravel shoals of free-flowing rivers and streams, were eliminated from much of their historical ranges due to human related (anthropogenic) factors, such as impoundments (not as significant a factor for the Cumberland elktoe and purple bean), channelization, pollution, sedimentation, and other factors.  The species and their habitats are currently being impacted by excessive sediment bed loads of smaller sediment particles, changes in turbidity, increased suspended solids (primarily resulting from nonpoint-source loading from poor land-use practices and lack of, or maintenance of, best management practices), and pesticides.  Other primarily localized impacts include coal mining, gravel mining, reduced water quality below dams, developmental activities, water withdrawal, impoundments, and alien species.  Their restricted ranges and low population levels also increase their vulnerability to toxic chemical spills and the deleterious effects of genetic isolation.

**Recovery Objective:**  Delisting.

**Recovery Strategy:**  The preservation of extant populations and the occupied habitats of these five species is the most immediate and important recovery priority for these mussels.  Preservation and protection of these populations will be achieved by continuing to use existing regulatory mechanisms, establishing partnerships with various stakeholders, using best management practices, and minimizing or eliminating threats to the species.  Each extant population must also be viable to achieve recovery.  Unless a previously unknown population is found, other viable populations within the historic range of each of the five species must be reestablished and protected to effect recovery.  Reestablishing new viable populations will require close coordination with and

iii

concurrence of the State(s) involved and with other partners that have interests at any potential reintroduction sites. Additional research into the life history and ecological requirements of these mussels as defined in this plan will help formulate the biological information necessary for the preservation of existing or reestablishment and maintenance of other viable populations. Knowledge of the effective population size is particularly critical for determining the size and demographic makeup of a viable population for these species. Due to the rarity of extant populations, propagation of laboratory or hatchery-reared progeny is the most logical means of providing individuals for the establishment of new populations. Facilities that attempt to propagate these mussels should follow the Service's established controlled propagation policy. Priorities for recovery efforts for the five species via propagation should be to develop propagation technology, augment and expand the ranges of extant populations to ensure their viability, and reestablish viable populations in other streams within their historical range that have suitable habitat and water quality. Pursuing and implementing these efforts will enable the recovery of the five species.

**Recovery Criteria:** Downlisting from endangered to threatened status will occur when the following criteria are met for the protection of extant stream populations, discovery of currently unknown stream populations, and/or reestablishment of historical stream populations: (1) five streams with distinct viable populations of the Cumberland elktoe, six streams with distinct viable populations of the oyster mussel and Cumberlandian combshell, four streams with distinct viable populations of the purple bean, and three streams with distinct viable populations of the rough rabbitsfoot have been established; (2) one distinct naturally reproduced year class exists within each of the viable populations; (3) research studies of the mussels' biological and ecological requirements have been completed and any required recovery measures developed and implemented from these studies are beginning to be successful, as evidenced by an increase in population density of approximately 20 percent and/or an increase in the length of the river reach of approximately 10 percent inhabited by the species as determined through biennial monitoring; (4) no foreseeable threats exist that would likely impact the survival of the species over a significant portion of their ranges; (5) within larger streams the species are distributed over a long enough reach that a single catastrophic event is not likely to eliminate or significantly reduce the entire population in that stream to a status of nonviable; and (6) biennial monitoring of the five species yields the results outlined in criterion (1) above over a 10-year period.

Delisting will occur when the following criteria are met for protecting extant stream populations and reestablishing viable stream populations (see "Part II, Recovery" for more specific streams and/or stream systems required for delisting): (1) seven streams with distinct viable populations of the Cumberland elktoe, nine streams with distinct viable populations of the oyster mussel, nine streams with distinct viable populations of the Cumberlandian combshell, five streams with distinct viable populations of the purple bean, and four streams with distinct viable populations of the rough rabbitsfoot have been

established; (2) two distinct naturally reproduced year classes exist within each of the viable populations; (3) research studies pertaining to the mussels' biological and ecological requirements have been completed and recovery measures developed and implemented from these studies have been successful as evidenced by an increase in population density of approximately 20 percent and/or an increase in the length of the river reach of approximately 10 percent inhabited in each of the viable populations as determined through biennial monitoring; (4) no foreseeable threats exist that would likely threaten the survival of any of the viable populations; (5) within larger streams the species are distributed over a long enough reach that a single catastrophic event is not likely to eliminate or significantly reduce the entire population in that stream to a status of nonviable; and (6) biennial monitoring of the five species yields the results outlined in criterion (1) above over a 10-year period.

**Actions Needed:**

1. Utilize existing legislation/regulations to protect current and newly discovered populations.
2. Determine the species' life history requirements and threats and reduce or alleviate those threats which threaten the species.
3. Develop and use an information/education program to solicit the assistance of local landowners, communities, and others to recover the species.
4. Search for additional populations, and through propagation activities, pursue augmentations or reintroductions in order to establish viable populations.
5. Conduct anatomical and molecular genetic analysis of the species to determine the potential occurrence of species complexes or hidden biodiversity.
6. Develop and implement a monitoring program, and annually assess the recovery program where needed.

**Date of Recovery:** The downlisting and delisting dates, although undeterminable at this time, will realistically be measured in decades. A time period of at least 10 years is needed to document the long-term viability of an average mussel population, probably longer for long-lived species (e.g., rough rabbitsfoot).

**Cost ($K):**

| YEAR | NEED 1 | NEED 2 | NEED 3 | NEED 4 | NEED 5 | NEED 6 | TOTAL |
|---|---|---|---|---|---|---|---|
| 2004 | 20.0 | 300.0 | 335.0 | 120.0 | 50.0 | 8.5 | 833.5 |
| 2005 | 20.0 | 300.0 | 320.0 | 120.0 | 50.0 | 15.5 | 825.5 |
| 2006 | 20.0 | 325.0 | 320.0 | 65.0 | 0.0 | 5.5 | 735.5 |
| 2007 | 20.0 | 310.0 | 320.0 | 45.0 | 0.0 | 15.5 | 710.5 |
| 2008 | 20.0 | 280.0 | 320.0 | 45.0 | 0.0 | 5.5 | 670.5 |
| **TOTAL** | **100.0** | **1,515.0** | **1,615.0** | **395.0** | **100.0** | **50.5** | **3,775.5** |

# TABLE OF CONTENTS

**Page**

**PART I:**
INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     1
BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     1
SPECIES DESCRIPTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     3
    Cumberland Elktoe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     3
    Oyster Mussel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     4
    Cumberlandian Combshell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     5
    Purple Bean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     6
    Rough Rabbitsfoot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     6
DISTRIBUTIONAL HISTORY AND RELATIVE ABUNDANCE . . . . . . . .     7
    General Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7
    Distributional History and Relative Abundance of the Five Species . . . . .     7
        Cumberland Elktoe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     8
        Oyster Mussel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9
        Cumberlandian Combshell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    12
        Purple Bean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    14
        Rough Rabbitsfoot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    15
HABITAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    16
    General Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    16
    Habitat of the Five Species . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18
        Cumberland Elktoe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18
        Oyster Mussel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18
        Cumberlandian Combshell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18
        Purple Bean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    19
        Rough Rabbitsfoot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    19
LIFE HISTORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    19
    Food Habits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    19
    Growth and Longevity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    20
    General Reproductive Biology of Mussels . . . . . . . . . . . . . . . . . . . . . . . .    21
    Reproductive Biology of the Five Species . . . . . . . . . . . . . . . . . . . . . . . .    26
        Cumberland Elktoe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    26
        Oyster Mussel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    26
        Cumberlandian Combshell . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    27
        Purple Bean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    27
        Rough Rabbitsfoot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    27

REASONS FOR DECLINE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
  Past and Present Threats . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
    Exploitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
      Native Americans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
      Pearling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
      Pearl Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
      Cultured Pearls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
      Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
    Habitat Alteration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
      Impoundments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
      Channelization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
      Mineral Extraction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
      Gravel Mining . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
      Contaminants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
      Toxic Spills . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
      Sedimentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
      Other Habitat-altering Activities . . . . . . . . . . . . . . . . . . . . . . 45
      Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Other Threats . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
      Predation and Parasitism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
      Alien Species . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
    Patterns of Imperilment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
      Reproductive Biology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
      Host Fish Connection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
      Recruitment Failure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
      Population Fragmentation and Genetic Considerations . . . . . . . . 51
      Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
  CONSERVATION MEASURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
    Governmental Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
    Priority Watersheds for Protection . . . . . . . . . . . . . . . . . . . . . . . . . 57
    Grassroots Support at the Watershed Level . . . . . . . . . . . . . . . . . . . 58
    Riparian Habitat Restoration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Propagation, Augmentation, and Reintroduction . . . . . . . . . . . . . . . 60
    Public Outreach and Environmental Education . . . . . . . . . . . . . . . . . 60

PART II:
  RECOVERY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
    A. Recovery Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
    B. Narrative Outline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
    C. Literature Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
    D. Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 124

**PART III:**
TABLES AND FIGURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   127

**PART IV:**
IMPLEMENTATION SCHEDULE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   150

**PART V:**
LIST OF RECIPIENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   159

# PART I

# INTRODUCTION

The Cumberland elktoe (*Alasmidonta atropurpurea* [Rafinesque, 1831]), oyster mussel (*Epioblasma capsaeformis* [Lea, 1834]), Cumberlandian combshell (*Epioblasma brevidens* [Lea, 1831]), purple bean (*Villosa perpurpurea* [Lea, 1861]), and rough rabbitsfoot (*Quadrula cylindrica strigillata* [Wright, 1898]), were federally listed as endangered species under the Endangered Species Act of 1973, as amended (Act), on January 10, 1997 (Service 1997).  These five freshwater mussels, all members of the family Unionidae, are endemic (see "Glossary") to either the Cumberland River system (Cumberland elktoe), the Tennessee River system (purple bean and rough rabbitsfoot), or to both river systems (oyster mussel and Cumberlandian combshell) (Figure 1, Page 149).  They have all undergone significant reductions in total range and population density.  Having once existed in hundreds (Cumberland elktoe, purple bean, rough rabbitsfoot) or thousands (oyster mussel, Cumberlandian combshell) of river miles, they now survive in only a few generally small, isolated populations, most of which are of questionable long-term viability.  The Cumberland elktoe is extant in 12 mostly small streams in the upper Cumberland River system in Kentucky and Tennessee.  The oyster mussel is extant in three streams of the Tennessee River system in Tennessee and Virginia.  The Cumberlandian combshell is extant in two streams of the Cumberland River system in Kentucky and Tennessee, and three streams of the Tennessee River in Alabama, Mississippi, Tennessee, and Virginia.  The purple bean is extant in five streams, and the rough rabbitsfoot is extant in three streams of the upper Tennessee River system in Tennessee and Virginia.  These five species were eliminated from much of their historical ranges by anthropogenic factors, such as impoundments (not as significant a factor for the Cumberland elktoe), channelization, pollution, sedimentation, and other significant factors.  The species and their habitats are currently being impacted by excessive sediment bed loads of smaller sediment particles, changes in turbidity, increased suspended solids (primarily resulting from nonpoint-source loading from poor land-use practices, lack of best management practices [BMPs], and maintenance of existing BMPs), and pesticides.  Other primarily localized impacts include coal mining, gravel mining, reduced water quality below dams, developmental activities, water withdrawal, impoundments, and alien species.  Their restricted ranges and low population levels also increase their vulnerability to toxic chemical spills and the deleterious effects of genetic isolation.  This recovery plan outlines the recovery objectives and criteria for the endangered Cumberland elktoe, oyster mussel, Cumberlandian combshell, purple bean, and rough rabbitsfoot and the tasks needed to conserve and recover the species so they no longer require the protection afforded by the Act.

# BACKGROUND

The North American mussel fauna includes at least 304 taxa (Turgeon et al. 1998) and represents the greatest diversity in the world (Williams and Neves 1995).  More than

90 percent of the species inhabit the Southeastern United States (Neves et al. 1997). The Cumberlandian Region (Figure 1), with 37 percent of the mussel fauna, is the primary center for North American freshwater mussel biodiversity (Ortmann 1918, 1925) and is one of six regional faunas on the continent (van der Schalie and van der Schalie 1950). The Cumberlandian Region (Figure 1) is defined as the Cumberland River and its tributaries, downstream to the vicinity of Clarksville, Montgomery County, Tennessee; the Tennessee River and its tributaries, downstream to the vicinity of Muscle Shoals, Colbert and Lauderdale Counties, Alabama; the Duck River (Tennessee River system), downstream to just below Columbia, Maury County, Tennessee (Ortmann 1924a); and the Buffalo River (a lower Duck River tributary) (van der Schalie 1973).

Historically, 94 mussel taxa (including 4 endemic and 25 Cumberlandian endemic) were found in the Cumberland River system (Gordon and Layzer 1989, Gordon 1995, Parmalee and Bogan 1998), while the Tennessee River system harbored 104 taxa (including 9 endemic and 31 Cumberlandian endemic) (Starnes and Bogan 1988, Cicerello et al. 1991, Parmalee and Bogan 1998). Collectively, 111 taxa historically inhabited the two river systems, and 35 taxa are endemic to the region (Starnes and Bogan 1988, Gordon and Layzer 1989, Cicerello et al. 1991, Gordon 1995, Parmalee and Bogan 1998).

There is evidence that mussel populations throughout the Central and Eastern United States remained relatively unchanged for centuries prior to European settlement, despite the consumption and use by Native Americans of huge numbers of mussels from numerous regional streams (Parmalee et al. 1982, Hughes and Parmalee 1999). Archeological evidence, however, suggests that the decline of Cumberlandian Region mussel populations began taking place before early researchers documented the historical fauna (Hughes and Parmalee 1999). Modern civilization began, by the late 1800s, to exploit mussel resources for pearls, as did Native Americans (Kunz 1898, Kunz and Stevenson 1908, Myer 1914, Anthony and Downing 2001); buttons (Lefevre and Curtis 1912, Anthony and Downing 2001); and even fish bait, hog feed, and occasionally human consumption (Davis 2000). Although simple mussel exploitation proved locally destructive, it was the significant alteration of aquatic habitats (primarily manifest in the conversion of riverine systems to reservoirs) that fostered the early collapse of our native mussel resources on a grand scale (Higgins 1858; Lewis 1868; Kunz 1898; Kunz and Stevenson 1908; Ortmann 1909, 1918, 1924b, 1925; van der Schalie 1938, 1973; Hughes and Parmalee 1999).

No other wide-ranging faunal group in North America has experienced, or is undergoing, as profound a degree of imperilment as are the freshwater mussels (Stein and Flack 1997, Abell et al. 2000). An assessment of the continent's entire mussel fauna recommended conservation status for 67 percent (Stein and Flack 1997) to 72 percent (Williams et al. 1993, Williams and Neves 1995) of the taxa. As many as 36 taxa (13 percent) are presumed extinct (Howells et al. 1997, Neves et al. 1997, Neves 1999a), and 69 taxa

(21 percent) are classified as federally listed, endangered or threatened species, with some of these latter species considered extinct (Neves 1999a). More than one-third of the continent's mussel fauna either became extinct or was federally listed during the past century. The primary causes of this decline are loss of suitable habitat caused by impoundments, channelization, pollution, sedimentation, and other factors (Ortmann 1909, Fuller 1974, Williams et al. 1993, Williams and Neves 1995).

The general trend of increasing mussel imperilment has been documented at the global scale (Bogan 1993, Kay 1995). Experts have reluctantly resigned themselves to the fact that numerous additional taxa are "circling the drain"; these taxa are functionally extinct and/or are expected to become extinct in the foreseeable future (Neves 1993, 1997; Shannon et al. 1993; Ricciardi et al. 1998). Habitat alteration, primarily the conversion of streams to impoundments, is the primary culprit in this decline. Nott et al. (1995) noted that North American mussels and fishes have suffered recent extinction rates in the "kilo-death" range, or three orders of magnitude higher than the rates that have been estimated for species over geological time. They predict a major increase in the global extinction rate in the near future for freshwater mussels and other mollusks compared with the past global extinction rate.

The level of imperilment in the Southeastern mussel fauna (75 percent) exceeds that of the continent as a whole (Neves et al. 1997). Further focus of the Southeastern faunal imperilment indicates that mussels in the Tennessee River system appear to have been the most severely impacted (Neves et al. 1997). There are far more mussel and fish species at risk (104) in the Cumberland and Tennessee River systems (including six of The Nature Conservancy's [TNC] top seven ranked small watershed areas for aquatic biodiversity) than in any other region in the country (Master et al. 1998). Other compilations of Cumberlandian Region species at risk recorded 68 mussel taxa, including all of the regional endemics (Williams et al. 1993), and 58 fish taxa (Warren et al. 2000). One-third (or 12 taxa) of all North American mussel species thought to be extinct were once known from, and primarily endemic to, the Cumberlandian Region. Even in the upper Clinch River system, which remains the crown jewel of current imperiled mussel populations in the Cumberlandian Region, the fauna has been slowly declining over the past century (Hampson et al. 2000).

## SPECIES DESCRIPTIONS

### Cumberland elktoe

The Cumberland elktoe has a thin, but not fragile, shell. The outside surface of the shell (periostracum) is smooth, somewhat shiny, and covered with greenish rays. Young specimens have a yellowish brown periostracum, while specimens of adults are generally much darker. The inside surface of the shell (nacre) is shiny, with the color being white, bluish white, or sometimes peach or salmon. See Clarke (1981) and Parmalee and Bogan

(1998) for a more complete description of the species and Parmalee and Bogan (1998) for a synonymy (history of name changes) of the species.

Gordon (1991) presents the following diagnostic characters to separate the Cumberland elktoe from the elktoe (*Alasmidonta marginata* [Say, 1818]):

> This species is quite similar to *Alasmidonta marginata*, but tends to differ from the latter by its darker color, less pronounced corrugations on the posterior slope, and the less acutely angular development of the posterior ridge.  In older individuals of *A. atropurpurea*, the posterior ridge may be rather high and the resulting slope may be quite steep, but the posterior ridge retains a rounded character.  The two species may occur in adjacent stream systems but do not appear to be sympatric at any locality.

**Oyster mussel**

The oyster mussel has a periostracum that is dull to sub-shiny yellowish to green in color, with numerous narrow dark green rays.  The shells of females are expanded along the posterior ventral margin and quite thin and fragile toward the shell's posterior margin. The nacre is whitish to bluish white in color.  See Johnson (1978) and Parmalee and Bogan (1998) for a more complete description of the species and Parmalee and Bogan (1998) for a synonymy of the species.

Gordon (1991) provides the following diagnostic characters:

> The pronounced development of the posterior-ventral region in females distinguishes *Epioblasma* from similarly shaped species.  [*Epioblasma*] *capsaeformis* is recognized by the typically dark coloration and fragility of the marsupial expansion and the lack of development of the posterior ridge (e.g., not angular, no knobs).  Males in comparison to similar *Epioblasma* tend to be more elliptical, have a moderately developed posterior ridge and accompanying sulcus, and have a regularly curved ventral margin.  The ventral margin in species such as *E.* [*f.*] *florentina* (Lea, 1857) [yellow blossom] and *E. turgidula* (Lea, 1858) [turgid blossom] often exhibit [sic] an emargination of the ventrum just anterior to the terminus of the posterior ridge.  Yellowish specimens of *E. capsaeformis* have been mistaken for *E.* [*florentina*] *walkeri* (Wilson and Clarke, 1914) [tan riffleshell] (including records in Johnson [1978:  as *E.* [*f.*] *florentina*). Males of *E.* [*florentina*] *walkeri* tend to be broader and have a rounded posterior ridge; females lack the distinctive darkening of the marsupial expansion.

Ortmann (1924a) was the first to note color differences in female oyster mussel mantle pads, which is presumably a host fish attractant. The mantle color appears to be sky blue to bluish white in the Clinch River, greyish to blackish in the Duck River, and nearly white in the Big South Fork population (Ortmann 1924a, J. B. Layzer, U.S. Geological Survey [USGS], personal communication [pers. comm.], 1997; J. W. Jones, USGS, letter dated June 9, 2003). In addition, the Duck River form achieves nearly twice the size of other populations. A genetics study that used limited numbers of specimens and analyzed a single gene suggested that forms of the oyster mussel in the Duck and Clinch Rivers were the same taxon and that they were also the same as the tan riffleshell (Buhay et al. 2002). Contrary to the findings of Buhay et al. (2002), a study analyzing various data sets (e.g., mantle coloration and morphology, shell shape, size differential, genetic differences) has determined that the Duck River population of the oyster mussel represents a distinct, undescribed taxon (Jones, letter dated June 9, 2003). A formal description is being prepared. This undescribed species was apparently endemic to the lower Tennessee River system. Records are known from the Tennessee River at Muscle Shoals, Shoal Creek, the Duck River, and the Buffalo River (Jones, unpublished [unpub.] data) but is now restricted to the Duck River. However, for the purpose of this recovery plan, the Duck River population will still be considered to be the oyster mussel for conservation and recovery objectives.

**Cumberlandian combshell**

The Cumberlandian combshell has a thick solid shell with a smooth to clothlike periostracum, which is yellow to tawny brown in color with narrow green broken rays. The nacre is white. The shells of females are inflated, with serrated teethlike structures along a portion of the shell margin. See Johnson (1978) and Parmalee and Bogan (1998) for a more complete description of the species and Parmalee and Bogan (1998) for a synonymy of the species.

Gordon (1991) provides the following diagnostic characters:

> The broad, yellowish shell with broken rays and the distinctive marsupial expansion of the female distinguish this species from most other mussels in the range except *Pychobranchus fasciolaris* [(Rafinesque, 1820), the kidneyshell] and *Epioblasma lenoir* (Lea, 1842) [narrow catspaw]. Male *E. brevidens* are broader than *P. fasciolaris* and the females of the latter species do not exhibit the marsupial development of the former. Raying patterns on *P. fasciolaris* usually are not developed. *Epioblasma lenoir* is a considerably smaller species, has a much lighter shell, tends to be greenish, does not have as developed a marsupial expansion, and probably is extinct.

5

**Purple bean**

The purple bean has a small to medium-sized shell.  The periostracum is usually dark brown to black with numerous closely spaced fine green rays.  The nacre is purple, but the purple may fade to white in dead specimens.  See Bogan and Parmalee (1983) and Parmalee and Bogan (1998) for a more complete description of the species and Parmalee and Bogan (1998) for a synonymy of the species.

Gordon (1991) provides the following diagnostic characters:

> *Villosa perpurpurea* most closely resembles *V. trabalis* [(Conrad, 1834), Cumberland bean].  The most obvious difference is the purple nacre of the former in comparison to the white nacre of the latter.  However, this character is somewhat variable as noted by Ortmann (1925) and the purple color may fade rapidly in dead specimens.  With regards to other shell characters, [*V.*] *perpurpurea* tends to be more compressed, thinner, slightly broader, the beak is less developed, and the emargination of the ventral margin in female shells is not as pronounced.  The base color of the periostracum in [*V.*] *trabalis* is greenish.  Simpson (1914) noted that *perpurpurea* was "less exaggerated in its particular characters than [*V.*] *trabalis*."  The glochidia of the two species are also shaped differently (Hoggarth, 1988).  *Villosa vanuxemii* [=*V. v. vanuxemensis*] (Lea, 1838) [mountain creekshell] may be sympatric with *perpurpurea* but it tends to be a bit larger.  Its [*V. v. vanuxemensis*] nacre is shiny purple but tends to be reddish or brownish in the area of the beak cavity and may be lighter around the periphery of the shell, the base color of the periostracum is brown, and raying is rather obscure.  Female shells are strongly truncated, often with a distinct notch just ventral to the terminus of the posterior ridge which runs approximately parallel to the dorsal margin.

**Rough rabbitsfoot**

The rough rabbitsfoot has an elongated, heavy, highly pustulate (bumpy) shell.  Some specimens may have low knobs on the posterior slope.  The periostracum is yellowish to greenish in color and is covered with green rays, blotches, and chevron patterns.  The nacre is silvery to white with iridescence in the posterior area of the shell.  See Bogan and Parmalee (1983) and Parmalee and Bogan (1998) for a more complete description of the species and Parmalee and Bogan (1998) for a synonymy of the species.

Gordon (1991) provides the following diagnostic characters:

> The tendency for the shell to be compressed, highly pustulate, and have low to no knobs on the posterior ridge distinguishes this morph from

*Quadrula cylindrica* s. s. [i.e., *Q. c. cylindrica* (Say, 1817), rabbitsfoot].  It is not easily confused with any other sympatric species . . . .

## DISTRIBUTIONAL HISTORY AND RELATIVE ABUNDANCE

### General Information

The Cumberland elktoe, oyster mussel, Cumberlandian combshell, purple bean, and rough rabbitsfoot are all endemic to either the Cumberland River system (Cumberland elktoe), the Tennessee River system (purple bean and rough rabbitsfoot), or to both river systems (oyster mussel and Cumberlandian combshell) (Figure 1).  Once widespread in the Cumberlandian Region, these species' ranges are currently highly fragmented, and most of their populations are of questionable long-term viability.

The downstream extent of the Cumberlandian Region approximately coincides with the westernmost portion of the Highland Rim Physiographic Province, near the Coastal Plain Physiographic Province (Mississippi embayment).  The gradient of the Cumberland and Tennessee Rivers downstream of this area decreases to the extent that the shoal habitat upon which Cumberlandian mussel species depend was historically extremely scarce or nonexistent.  Most of the larger river reaches at the western edge of the Highland Rim are now impounded by the Barkley (Cumberland River) and Kentucky (Tennessee River) Reservoirs.

The mussel fauna of the Cumberlandian Region has been the subject of numerous zoogeographic studies since the work of Lewis (1870) on the Tennessee River at Knoxville.  Extensive survey information has become available since 1960 (see Gordon and Layzer [1989] and Winston and Neves [1997] for stream-specific survey citations).  These faunal studies form the basis upon which the distributional history of the species addressed in this recovery plan are outlined (Tables 1 through 5).

### Distributional History and Relative Abundance of the Five Species

In compiling the vast amount of distributional information on the five species in this section, numerous details should be clarified for the reader.  Footnotes have been used liberally in Tables 1 through 5 in an effort to clarify erroneous, ambiguous, or otherwise complex records in these species' long distributional histories.  Note that the authority for a particular occurrence is not necessarily exclusive but that the same occurrence may have been noted by multiple authorities.  Personal communications with mussel researchers active in the Cumberlandian Region and sometimes their unpublished data have served as the authority for more recent records of these species.  Compilation studies (e.g., Johnson 1978, Bogan and Parmalee 1983, Schuster 1988, Gordon 1991) are given as an authority only when no primary authority can be identified or no significant additional dates of

collection can be verified. Schuster (1988) and Gordon (1991) records were compiled from the following museums: Academy of Natural Sciences, Philadelphia; Carnegie Museum, Pittsburgh; Ohio State University Museum of Zoology, Columbus; University of Michigan Museum of Zoology, Ann Arbor; and U.S. National Museum, Washington, D.C. Schuster (1988) also reported records from the Museum of Comparative Zoology, Harvard University, Cambridge, Massachusetts.

Records in Tables 1 through 5 are for live or fresh dead shell material unless specimens were considered to be relic or of archeological age or origin. Relic shells had nacre that lacked the luster of fresh dead specimens and had been considered dead for years if not decades. Archeological records represent specimens collected from archeological sites or specimens that are subfossil in appearance (e.g., flaky periostracum, chalky nacre, brittle shell); such material is generally construed as having been dead for centuries. In general, 1985 represented the rather arbitrary cutoff date for determining whether a species was considered extant or extirpated from a stream, unless more recently available information indicated otherwise. Exceptions to these assumptions are to be expected with further survey data. Common and scientific names follow Turgeon et al. (1998).

CUMBERLAND ELKTOE

The Cumberland elktoe is limited in distribution to the upper Cumberland River system in southeast Kentucky and north-central Tennessee, occupying streams both above and below Cumberland Falls (Table 1). A single record exists for the Collins River, in the upper Caney Fork River system above Great Falls. This species appears to have occurred only in the main stem of the Cumberland River and primarily its southern tributaries upstream from the hypothesized original location of Cumberland Falls near Burnside, Pulaski County, Kentucky (Cicerello and Laudermilk 2001). The original type locality was simply "river Cumberland," according to Clarke (1981), who, upon ascertaining that the type specimen was lost, designated a neotype from the Clear Fork, a tributary to the Big South Fork, in Fentress County, Tennessee (see Table 1, Footnote 2). All verified sites of occurrence are in the Cumberland Plateau Physiographic Province, giving it one of the most restricted ranges of any Cumberlandian species.

There has been confusion about the historical distribution of this species because of its similarity to a congener--the elktoe (Cicerello and Laudermilk 2001). Museum and literature records of *A. marginata* from the Cumberland River drainage on the Cumberland Plateau should be verified, because they may actually represent the Cumberland elktoe (see "Note" for Table 1). There is still controversy as to the proper identity of the specimen known from the upper Caney Fork system in central Tennessee (see Table 1, Footnote 5). Apparently, these two species occur sympatrically in the Rockcastle River (Cicerello and Laudermilk 2001) and Big South Fork (Ahlstedt, USGS, pers. comm., 2003), contrary to the assertion by Gordon and Layzer (1993) that they are

allopatric.  Although no syntopic records are known, they may occur together in the Big South Fork, where both have been collected in recent years.

The Cumberland elktoe has apparently been extirpated from the main stems of the Cumberland and Laurel Rivers (and its tributary, Lynn Camp Creek).  In addition, no recent records are available for the Collins River.  However, it was recently rediscovered in the heavily coal-mined New River in 2002 (Ahlstedt, pers. comm., 2003).  Based on recent records, populations of the Cumberland elktoe persist in 12 tributaries--Laurel Fork, Claiborne County, Tennessee and Whitley County, Kentucky and Marsh Creek, McCreary County, Kentucky ; Sinking Creek, Laurel County, Kentucky; Big South Fork, Scott County, Tennessee, and McCreary County, Kentucky; Rock Creek, McCreary County, Kentucky; North White Oak Creek, Fentress County, Tennessee; Clear Fork, Fentress, Morgan, and Scott Counties, Tennessee; North Prong Clear Fork and Crooked Creek, Fentress County, Tennessee; White Oak Creek, Scott County, Tennessee; Bone Camp Creek, Morgan County, Tennessee; and New River, Scott County, Tennessee (Table 1).  The latter nine streams, which comprise the Big South Fork system, may represent a single, viable metapopulation of the Cumberland elktoe; there may be suitable habitat for the species and/or its fish hosts in intervening stream reaches, potentially allowing for natural genetic interchange to occur.

Considered a "rare species" by Clarke (1981), few sites are known to have ever harbored the Cumberland elktoe.  Marsh Creek harbors the largest population known in Kentucky (Cicerello 1995), and the population in Rock Creek is also sizable (Cicerello 1996).  In both streams the Cumberland elktoe represented the second most abundant unionid species (Cicerello 1995, 1996).  The Marsh Creek population, with at least three year classes present, is viable, but the viability of the Rock Creek population is questionable (R. R. Cicerello, Kentucky State Nature Preserves Commission, pers. comm., 2000).  The population in Laurel Fork is small, difficult to find, and of questionable viability.  Though larger, the status of the Sinking Creek population is unknown (Cicerello, pers. comm., 2003).  The largest populations in Tennessee are in the Big South Fork system in the headwaters of the Clear Fork system, where several hundred specimens were found in muskrat middens in the late 1980s (Bakaletz 1991; Layzer, pers. comm., 1998).  Several age classes of the Cumberland elktoe were represented in samples taken from throughout the larger tributaries of the Big South Fork system metapopulation in Tennessee during a 1985-86 survey (Bakaletz 1991).  Based on sampling conducted in 2002, the populations in White Oak and North White Oak Creeks are among the largest viable populations rangewide (Ahlstedt, pers. comm., 2003).

OYSTER MUSSEL

The oyster mussel was described from the Cumberland River, Tennessee, possibly from Davidson County (Nashville), and historically was one of the most widely distributed Cumberlandian mussel species (Table 2).  Its range historically included four

9

physiographic provinces (i.e., Interior Low Plateau, Cumberland Plateau, Ridge and Valley, Blue Ridge) and six States (i.e., Alabama, Georgia, Kentucky, North Carolina, Tennessee, Virginia).  In the Cumberland River it occurred from the base of Cumberland Falls, McCreary and Whitley Counties, Kentucky, downstream to Stewart County, Tennessee.  In the Tennessee River it occurred throughout the main stem, downstream to Colbert and Lauderdale Counties, Alabama.  Dozens of tributaries in the Cumberland and Tennessee River systems also harbored this species.  The most downstream site known from the Cumberland River is an archeological record (P. W. Parmalee, McClung Museum, University of Tennessee, pers. comm., 1997), indicating that at least in premodern times this species occurred further downstream from the area strictly defined as the Cumberlandian Region.

Many streams no longer harbor populations of the oyster mussel (Table 2).  Although a 1984 record exists for Buck Creek, Pulaski County, Kentucky, a recent resurvey of the stream failed to produce even a relic shell (Hagman 2000).  Recent records for the oyster mussel in the Big South Fork appear to actually represent the tan riffleshell (Ahlstedt, pers. comm., 2003; Jones, letter dated June 9, 2003).  The oyster mussel is now considered extirpated from the entire Cumberland River system (Ahlstedt, pers. comm., 2003), having been eliminated from the Cumberland River main stem and all of its tributaries (e.g., Rockcastle River, Buck Creek, Big South Fork, Beaver Creek, Obey River, Caney Fork, Harpeth River).

Oyster mussel populations have also been eliminated from the entire Tennessee River main stem and numerous tributaries (e.g., Little River [in Virginia], Powell River, Wallen Creek, Poplar Creek, North Fork Holston River, Big Moccasin Creek, South Fork Holston River, Holston River, French Broad River, Little Pigeon River, West Prong Little Pigeon River, Little River [in Tennessee], Little Tennessee River, Hiwassee River, South Chickamauga Creek, Lookout Creek, Sequatchie River, Paint Rock River, Estill Fork, Larkin Fork, Hurricane Creek, Flint River, Limestone Creek, Elk River, Richland Creek, Shoal Creek, Bear Creek, Buffalo River).  The oyster mussel has also been extirpated from large portions of additional Cumberlandian streams (e.g., Clinch River above Carbo; see "Recovery Objectives" under "Part II, Recovery"), from the entire Blue Ridge Physiographic Province, and is apparently no longer found in the States of Alabama (*contra* Lydeard et al. 1999), Georgia, and North Carolina (Table 2).

Although reported from Copper Creek in 1980-81 (Ahlstedt 1981a, Barr et al. 1993-94), survey efforts in 1998 failed to reveal even a relic shell of the oyster mussel (Fraley and Ahlstedt 2000).  They thought the oyster mussel "may be extirpated" from this stream, an opinion also taken by Jones (letter dated June 9, 2003).  Similarly, the oyster mussel has not been found live in the Powell River since 1988-89 (Wolcott and Neves 1990, 1994) and is likewise now considered extirpated (Ahlstedt, pers. comm., 2003; Jones, letter dated June 9, 2003).  Recent Tennessee River system records are therefore limited to the Clinch River, Scott County, Virginia, and Hancock County, Tennessee; Nolichucky

10

River, Cocke and Hamblen Counties, Tennessee; and Duck River, Marshall County, Tennessee (Table 2).

Historically, the oyster mussel appears to have been widespread and common in the Cumberlandian Region, especially in the Tennessee River system (Johnson 1978). Wilson and Clark (1914) stated that it was "fairly common" in the lower Big South Fork, but that it was found "sparingly" in the main stem of the Cumberland River. Neel and Allen (1964) found it to be rare to abundant at main-stem sites in the Cumberland River. It was reported as being abundant throughout the Tennessee River system, particularly in the upper portion (Ortmann 1918, 1925).

A quantitative study by Ahlstedt and Tuberville (1997) between 1979 and 1994, with subsequent sampling in 1999 (Ahlstedt, unpub. data) in the Powell and Clinch Rivers in Tennessee and Virginia, provides insight into recent oyster mussel density, particularly its decline and probable extirpation in the Powell River. Sampling at 14 (1983) to 18 (1999) sites in the Powell River revealed the oyster mussel to "occur in extremely low densities," and it was found during only the first 2 years (1979 and 1983) of the sampling regime (Ahlstedt and Tuberville 1997). Taking from 432 (1983) to 542 (1999) quadrats (2.7 square feet each) per year, they found it at 3 of 15 sites in 1979, for an average density per site of occurrence of 0.03 per square foot, and at 1 of 14 sites in 1983, for a density of 0.02. Quantitative sampling for the oyster mussel at 9 sites in the Powell River in Virginia by Wolcott and Neves (1990, 1994) during 1988 and 1989 revealed no live specimens, although a single live individual was found during qualitative sampling at 15 sites. According to Ahlstedt and Tuberville (1997), a prolonged drought between 1983 and 1988 may have partially accounted for the low numbers during the sampling efforts expended in 1988, while general stream degradation was also noted (see comments on coal mining in "Past and Present Threats").

Similar sampling at 11 to 14 sites in the Clinch River in 1979, 1988, 1994, and 1999 (only 1 site sampled in 1983) revealed the oyster mussel at considerably higher densities than in the Powell (Ahlstedt and Tuberville 1997; Ahlstedt, unpub. data). At least 345 quadrats were taken per year. They found the oyster mussel at 5 of 11 sites in 1979, for an average density per site of occurrence of 0.07 per square foot; at 1 of 12 sites in 1988, for an average density of 0.01; 2 of 15 sites in 1994, for an average density of 0.04; and 4 of 15 sites (all in Tennessee) in 1999, for an average density of 0.3. However, it is apparent that the oyster mussel has rebounded remarkably in the Clinch River in Tennessee but is close to extirpation on the Virginia side of the river (Ahlstedt, pers. comm., 2003).

Neves (1991) considered the oyster mussel to be "extremely rare" throughout the upper Tennessee River system, an observation based partially on the work of Dennis (1987) that documented the recent decline of this once abundant species in the Clinch River. During 1996 and 1997, however, biologists documented evidence of recent recruitment of the

oyster mussel at certain localities in the Clinch River in both Virginia (L. M. Koch, Service, pers. comm., 1997) and Tennessee (Ahlstedt, pers. comm., 1997), indicating continued viability of this population.  The population in at least the Tennessee portion of the Clinch continues to thrive (Ahlstedt, pers. comm., 2003).  The Duck River also harbors a large and thriving population, occurring at 16 sites in a 28-mile reach of the middle portion of the stream (P. D. Johnson, Tennessee Aquarium Research Institute, letter dated June 22, 2003).  The only other extant population in the Nolichucky River is very small and of doubtful viability.  Only a single live specimen was found during sampling at 20 sites in 2000 (Tennessee Valley Authority [TVA] 2002).

CUMBERLANDIAN COMBSHELL

The Cumberlandian combshell was described from the Cumberland River in Tennessee, possibly from Davidson County (Nashville).  Historically, it ranged throughout the Cumberlandian Region (Table 3), occurring in three physiographic provinces (i.e., Interior Low Plateau, Cumberland Plateau, Ridge and Valley) and five states (i.e., Alabama, Kentucky, Mississippi, Tennessee, Virginia).  In the Cumberland River it occurred from the base of Cumberland Falls, McCreary and Whitley Counties, Kentucky, downstream to Stewart County, Tennessee.  In the Tennessee River, it occurred throughout the main stem, downstream to Benton and Humphreys Counties, Tennessee. The Cumberlandian combshell also occurred in numerous tributaries in the Cumberland and Tennessee River systems.  The most downstream records in both rivers are from archeological sites (Parmalee and Bogan 1998), indicating that at least in premodern times this species occurred further downstream from the area strictly defined as the Cumberlandian Region.

The Cumberlandian combshell has been extirpated from a large percentage of its former range (Table 3).  Main-stem populations in both the Cumberland and Tennessee Rivers are now considered extirpated (Ahlstedt, pers. comm., 2003).  This species has apparently also been eliminated from numerous tributaries in the Cumberland River system (e.g., Rockcastle River, Beaver Creek, Obey River, Caney Fork, Stones River, Red River) and the Tennessee River system (e.g., Station Creek, Wallen Creek, Holston River, Nolichucky River, West Prong Little Pigeon River, Little Tennessee River, Paint Rock River, Elk River, Little Bear Creek, Cedar Creek, Duck River) (Table 3).  The Cumberlandian combshell has also been extirpated from large portions of additional tributaries in the Cumberlandian Region (e.g., Clinch River, Powell River, North Fork Holston River, Bear Creek).

Extant Cumberland River system populations occur in Buck Creek, Pulaski County, Kentucky; and Big South Fork, Scott County, Tennessee, and McCreary County, Kentucky (Table 3).  In the Tennessee River system, populations are thought to remain in the Clinch River, Scott County, Virginia, and Hancock County, Tennessee; Powell River, Lee County, Virginia, and Claiborne and Hancock Counties, Tennessee; and Bear Creek,

Colbert County, Alabama, and Tishimingo County, Mississippi (Table 3). Although the species was found in Alabama in Cedar Creek (tributary to Bear Creek) in 1988, a recent survey of the entire Bear Creek system failed to reveal even shells of the Cumberlandian combshell at nine sites in Cedar Creek (McGregor and Garner, in press).

Historically, the Cumberlandian combshell appears to have been widespread and common at many sites in larger Cumberlandian Region streams. Neel and Allen (1964) reported it as being "very common" in the upper Cumberland River below Cumberland Falls in the late 1940s. Ortmann (1924a, 1925) reported it as relatively abundant in the upper Tennessee River system but rare in the lower Tennessee and Cumberland River systems.

A quantitative study by Ahlstedt and Tuberville (1997) in the Powell and Clinch Rivers in Tennessee and Virginia between 1979 and 1994, with subsequent sampling in 1999 (Ahlstedt, unpublished [unpub.] data), provides insight into recent Cumberlandian combshell densities and indicates a general decline in the Powell River. Taking from 432 (1983) to 542 (1999) quadrats (2.7 square feet each) per year in the Powell, they found it at 4 of 15 sites in 1979, for an average density per site of occurrence of 0.03 per square foot; at 3 of 14 sites in 1983, for an average density of 0.02; at 3 of 15 sites in 1988, for an average density of 0.01; and at 1 of 16 sites in 1994, for an average density of 0.01. Wolcott and Neves (1994) conducted both qualitative and limited quantitative sampling for mussels in the Powell River in Virginia during 1988 and 1989. Two of the five sites that qualitatively yielded Cumberlandian combshell specimens had densities of 0.03 and 0.01 per square foot, respectively. Ahlstedt and Tuberville (1997) attributed the decline in Powell River populations of this species to general stream degradation (see comments on coal mining in "Past and Present Threats"), although a prolonged drought between 1983 and 1988 may also have contributed to the low numbers during the sampling efforts expended in 1988.

Quantitative sampling at 11 to 14 sites in the Clinch River in 1979, 1988, 1994, and 1999 (only 1 site sampled in 1983) revealed the Cumberlandian combshell at slightly higher densities than in the Powell River (Ahlstedt and Tuberville 1997; Ahlstedt, unpub. data). At least 345 quadrats were taken per year. They found it at 3 of 11 sites in 1979, for an average density per site of occurrence of 0.02 per square foot; 3 of 12 sites in 1988, for an average density of 0.02; 3 of 15 sites in 1994, for an average density of 0.03; and 6 of 15 sites (3 in each state) in 1999, for an average density of 0.05. However, it is apparent that the Cumberlandian combshell population in the Clinch River has rebounded, most noticeably in the Virginia portion of the river, although densities are generally higher in Tennessee. This species has maintained its range in the Clinch better than the oyster mussel has.

The Cumberlandian combshell was considered "extremely rare" throughout its range by the 1980s, and its numbers were declining in the upper Tennessee River system, particularly in Virginia (Neves 1991, Dennis 1987). Currently, the largest extant

population of the Cumberlandian combshell occurs in the Clinch River in Tennessee (Ahlstedt, pers. comm., 2003). Biologists have recently documented the presence of significant numbers of adults and verified recent recruitment with the presence of juvenile specimens from muskrat middens in the Clinch River. The Big South Fork population is sizable and recruiting (Ahlstedt, pers. comm., 2003). Recent evidence of recruitment has also been detected in the Powell River (Jones, letter dated June 9, 2003), but populations in other stream reaches are small and of questionable long-term viability (e.g., Buck Creek, Bear Creek) (Wolcott and Neves 1994, Hagman 2000, McGregor and Garner, in press; Ahlstedt, pers. comm., 2003).

PURPLE BEAN

The purple bean is endemic to the upper Tennessee River system above its confluence with the Clinch River (Table 4). Its type locality was stated simply as "Tennessee"; therefore, the type locality is not included in Table 4. Primarily a species of the Ridge and Valley Physiographic Province, it also occurs at the eastern edge of the Cumberland Plateau. The entire range of the purple bean occurs in northeastern Tennessee and southwestern Virginia.

The purple bean has apparently been extirpated from the Powell River, North Fork Holston River, Emory River, Daddys Creek, and North Fork Beech Creek (Table 4). Extant populations are located in isolated portions of the Clinch River, Tazewell, Russell, and Scott Counties, Virginia; Indian Creek, Tazewell County, Virginia; Copper Creek, Scott County, Virginia; Obed River, Cumberland County, Tennessee; and Beech Creek, Hawkins County, Tennessee (Table 4).

Ortmann (1918) considered the purple bean as being "not rare" in the Virginia portion of the Clinch River. A recent quantitative study by Ahlstedt and Tuberville (1997) in the Clinch River in Tennessee and Virginia revealed this species to be "rare" over the 15-year sampling period. Periodic sampling (approximately 5-year intervals) of at least 345 quadrats from 11 to 14 sites in the Clinch revealed densities of 0.11 per square foot in both 1979 and 1988, but no specimens were taken during 1994. Neves (1991) reported that it was uncommon to rare throughout its range and that populations were declining.

Currently, the largest population may have occurred in the upper Clinch River and Indian Creek metapopulation (Ahlstedt, pers. comm., 1997), prior to a Clinch River chemical spill in late 1998 that resulted in the death of at least 52 specimens (see "Reasons for Decline"). Watters (1999) found 26 live purple bean specimens in Indian Creek in 1996-97, which represented 2 percent of the entire mussel fauna. The population probably numbers in the hundreds and is probably viable, as evidenced by the presence of individuals that were probably juveniles (0.9 inch in length). Neves (1991) considered the Copper Creek population to be the largest, but that population has been decimated in recent years. Fraley and Ahlstedt (2000) found only two live specimens and a single fresh

dead shell during their 1998 qualitative resurvey of Copper Creek (see Ahlstedt 1981a). The status of the Emory River system population is tenuous. It remains at six sites in the Obed River but in very low numbers (Ahlstedt et al. 2001). Its viability status is questionable (Ahlstedt, pers. comm., 2003). The Beech Creek population, the only extant purple bean population in the Holston River system, was sampled in February 2001. A total of 74 live specimens were found; most were exposed on the substrate with apparently attracting host fish (S. J. Fraley, TVA, unpub. data [currently with the North Carolina Wildlife Resources Commission]). Live individuals were located at 9 of 12 Beech Creek sites sampled, and evidence of recent recruitment was observed. Beech Creek probably harbors the largest and healthiest remaining purple bean population rangewide. However, it appears tenuous, because riparian development and agricultural impacts are prevalent in the watershed (R. S. Butler, pers. obs., 2001). This purple bean population is also thought to be declining (Ahlstedt, pers. comm., 2001).

ROUGH RABBITSFOOT

The rough rabbitsfoot is considered a subspecies of the wide-ranging rabbitsfoot (Turgeon et al. 1998). The type locality is the Clinch River in Virginia (erroneously given as "Lee Co., VA."; Ortmann 1918). The historical distribution of this taxon is generally considered to be above the Norris Reservoir (Powell and Clinch Rivers) and in the North Fork and South Fork of the Holston River in northeastern Tennessee and southwestern Virginia (Ortmann 1918). Downstream (main stem of the Tennessee River and larger tributaries), the typical form (*Quadrula c. cylindrica*) is presumed to have occurred. The rough rabbitsfoot is restricted to the upland-most portion of the Ridge and Valley Physiographic Province, making it one of the more narrowly distributed species endemic to the Cumberlandian Region (Table 5).

Ortmann (1924a) stated that the range of the rough rabbitsfoot was the headwaters of the Powell, Clinch, and Holston Rivers. Today, the entire Holston River system population of the rough rabbitsfoot has been extirpated (e.g., North Fork Holston River, South Fork Holston River, Big Moccasin Creek, Possum Creek) (Table 5). Populations of this species remain in the Clinch River in Russell, Scott, and (possibly) Tazewell Counties (but see Table 5, Footnote 1), Virginia, and Hancock County, Tennessee; Indian Creek, Tazewell County, Virginia; and the Powell River, Lee County, Virginia, and Hancock and Claiborne Counties, Tennessee (Table 5). Ahlstedt (1981a) reported it live from Copper Creek in 1980, but only relic shells were reported in 1998 by Fraley and Ahlstedt (2000). They indicated that it "may be extirpated" from the stream, which is the viewpoint taken in this recovery plan. The rough rabbitsfoot persists, however, in the Clinch River in areas adjacent to the mouth of Copper Creek (Jones, pers. comm., 2003). It is therefore possible that it will be discovered to persist in the lower portions of Copper Creek.

Recent quantitative population density information is available for the rough rabbitsfoot in the Powell and Clinch Rivers in Tennessee and Virginia. Sampling revealed

15

"extremely low densities" of the rough rabbitsfoot in the Powell, and a decline in the Clinch, over the course of the 20-year study (Ahlstedt and Tuberville 1997; Ahlstedt, unpub. data). Taking from 432 (1979) to 542 (1999) quadrats (2.7 square feet) at 14 to 18 sites per year in the Powell, they found it at densities of 0.01 per square foot at 1 of 15 sites in both 1979 and 1988 but none during 1983, 1994, and 1999 sampling. Similar sampling of from 345 (1979) to 428 (1994 and 1999) quadrats from 11 to 14 sites in the Clinch River revealed average densities of 0.05 per square foot at 3 of 11 sites in 1979, 0.02 per square foot at 2 of 14 sites in 1994, and 0.02 per square foot at 1 of 14 sites in 1999. Limited quantitative sampling in the Powell River in Virginia by Wolcott and Neves (1990, 1994) during 1988 and 1989 revealed no specimens of the rough rabbitsfoot. According to Ahlstedt and Tuberville (1997), a prolonged drought between 1983 and 1988 at least partially accounted for the low numbers detected during 1988 sampling efforts, although stream degradation also contributed to its decline (see comments on coal mining in "Past and Present Threats").

Preimpoundment historical abundance of this species was not recorded by Ortmann (1918) or any other investigator. Until relatively recently, the rough rabbitsfoot in the Scott County, Virginia, portion of the Clinch was locally abundant, particularly at Pendleton Island (Yeager and Neves 1986, Ahlstedt 1991a). Currently, it has suffered a marked decline in Virginia but is recruiting and viable in the Tennessee portion of the river (Ahlstedt, pers. comm., 2003). Its population status elsewhere appears to be much more tenuous. The Powell River population is probably not currently viable (Ahlstedt, pers. comm., 2003). Efforts by the TVA to transplant specimens into the North Fork Holston River during the mid-1970s (Ahlstedt 1980) have apparently failed (Ahlstedt, pers. comm., 1997). Restoration efforts are planned to reestablish the recently viable upper Clinch River population decimated by the 1998 chemical spill at Cedar Bluff (R. J. Neves, USGS, letter dated June 11, 2003; J. Schmerfeld, Service, pers. comm., 2003). This population is contiguous with those specimens in Indian Creek, forming a metapopulation. The Indian Creek population is very small and probably dependent on the main-stem population for long-term survival (Neves, letter dated June 11, 2003).

## HABITAT

### General Information

Adult mussels are ideally found in localized patches (beds) in streams, almost completely burrowed in the substrate with only the area around the siphons exposed (Balfour and Smock 1995). The composition and abundance of mussels are directly linked to bed sediment distributions (Vannote and Minshall 1982, Neves and Widlak 1987, Leff et al. 1990, Strayer 1997). Physical qualities of the sediment (e.g., texture, particle size) may be important in allowing the mussels to firmly burrow in the substrate (Lewis and Riebel 1984). These and other aspects of substrate composition, including bulk density (mass/volume), porosity (ratio of void space to volume), sediment sorting, and the

percentage of fine sediment, may also influence mussel densities (Brim Box 1999, Brim Box and Mossa 1999). Water velocity may be a better predictor than substrate for determining where certain mussel species are found in streams (Huehner 1987). In general, heavy-shelled species occur in stream channels with currents, while thin-shelled species occur in more backwater areas.

Stream geomorphic and substrate stability is especially crucial for mussel species and for maintaining diverse, viable mussel beds (Vannote and Minshall 1982, Hartfield 1993, Di Maio and Corkum 1995). Where substrates are unstable, conditions are generally poor for mussel habitation. The most stable portion of the bottom of a stream is oftentimes under slab boulders, an excellent microhabitat to search for numerous mussel species (Ahlstedt, pers. comm., 1999). See "Past and Present Threats" for a detailed discussion about how various activities cause channel instabilities that result in substrate conditions that are not conducive to mussels. Although several studies have related adult habitat selection with substrate composition, most mussel species tend to be habitat generalists (Tevesz and McCall 1979, Strayer 1981, Hove and Neves 1994, Strayer and Ralley 1993), with few exceptions (Stansbery 1966).

Strayer (1999a) demonstrated in field trials that mussels in streams occur chiefly in flow refuges, or relatively stable areas that displayed little movement of particles during flood events. Flow refuges conceivably allow relatively immobile mussels to remain in the same general location throughout their entire lives. He thought that features commonly used in the past to explain the spatial patchiness of mussels (e.g., water depth, current speed, sediment grain size) were poor predictors of where mussels actually occur in streams.

Habitat and stream parameter preferences for juveniles are largely unknown (Neves and Widlak 1987) and are not known for these five species. This is possibly due to a prevalent lack of evidence of recruitment, inadequate sampling methods, or reproductive failure (Coon et al. 1977; Strayer 1981; Moore 1995; McMurray et al. 1999a, 1999b). Isley (1911) stated that juveniles may prefer habitats that have sufficient oxygen, are frequented by fish, and are free of shifting sand and silt accumulation. Neves and Widlak (1987) suggested that juveniles inhabit depositional areas with low flow, where they can feed pedally (see "Food Habits") and siphon water from interstitial spaces among substrate particles (Yeager et al. 1994). Recent laboratory experiments determined that the juvenile wavyrayed lampmussel (*Lampsilis fasciola* [Rafinesque, 1820]) generally congregated in the top 0.8 inch of substrate (Neves, pers. comm., 2000). Juvenile mussels of certain species stabilize themselves by attaching to rocky and other substrates with a byssus (Frierson 1905, Isley 1911, Howard 1922).

Neves and Widlak (1987) summarized stream parameter preferences of habitat, substrate, current velocity, and presence of other bivalves for juvenile unionids. Initially, juveniles were clumped in runs and riffles, occurred primarily behind boulders, and were

significantly correlated with the presence of the fingernail clam. They surmised that the habitat of older juveniles (i.e., ages 2 to 3 years) was similar to that of adults. Nevertheless, it remains unknown if juveniles of most species experience differential survival rates among different habitat parameters, if they remain in the habitat of the host fish, or if they exhibit any habitat preference (Neves and Widlak 1987).

**Habitat of the Five Species**

CUMBERLAND ELKTOE

This species inhabits medium-sized rivers and may extend into headwater streams where it is often the only mussel present (Gordon and Layzer 1989, Gordon 1991). Gordon and Layzer (1989) reported that the species appears to be most abundant in flats, which were described by Gordon (1991) as shallow pool areas lacking the bottom contour development of typical pools, with sand and scattered cobble/boulder material, relatively shallow depths, and slow (almost imperceptible) currents. They also report the species from swifter currents and in areas with mud, sand, and gravel substrates.

OYSTER MUSSEL

This species inhabits small to medium-sized rivers (Dennis 1985), and sometimes large rivers, in areas with coarse sand to boulder substrate (rarely in mud) and moderate to swift currents (Gordon 1991). It is sometimes found associated with water-willow (*Justicia americana*) beds (Ortmann 1924a, Gordon and Layzer 1989) and in pockets of gravel between bedrock ledges in areas of swift current (Neves 1991). Gordon (1991) reports that this species, like other freshwater mussels, can bury itself below the substrate surface, but females have been observed to lie on top of the substrate while displaying and releasing glochidia.

CUMBERLANDIAN COMBSHELL

This species inhabits medium-sized streams to large rivers on shoals and riffles in coarse sand, gravel, cobble, and boulders (Dennis 1985, Gordon 1991). It is not associated with small stream habitats (Dennis 1985) and tends not to extend as far upstream in tributaries. In general, it occurs in larger tributaries than does its congener the oyster mussel. Gordon (1991) states that the species prefers depths less than 3 feet, but it appears to persist in the deep-water areas of the Old Hickory Reservoir on the Cumberland River, where there is still fairly strong flow from the Cordell Hull and Center Hill Reservoirs (Gordon and Layzer 1989).

PURPLE BEAN

This species inhabits small headwater streams (Neves 1991) to medium-sized rivers (Gordon 1991). It is found in moderate to fast-flowing riffles with sand, gravel, and cobble substrates (Neves 1991) and rarely occurs in deep pools or slack water (Ahlstedt 1991a). It is sometimes found out of the main current adjacent to water-willow beds and under flat rocks (Ahlstedt 1991a, Gordon 1991).

ROUGH RABBITSFOOT

This species inhabits medium-sized to large rivers in moderate to swift current but often exists in areas close to, but not in, the swiftest current (Gordon 1991). It is reported to live in silt, sand, gravel, or cobble in eddies at the edge of midstream currents and may be associated with macrophyte beds (Yeager and Neves 1986, Gordon 1991). The rough rabbitsfoot seldom burrows; it generally lies on its side on the stream bottom (Neves, pers. comm., 2003).

# LIFE HISTORY

## Food Habits

Adult freshwater mussels are filter feeders, orienting themselves in the substrate to facilitate the siphoning of the water column for oxygen and food (Kraemer 1979). Specific food habits of all five species are unknown, but they likely ingest food items similar to those consumed by other riverine mussels. Mussels are known to consume bacteria, detritus, assimilated organic material, diatoms, phytoplankton, zooplankton, phagotrophic protozoans, and other microorganisms (Coker et al. 1921, Churchill and Lewis 1924, Ukeles 1971, Fuller 1974, Baldwin and Newell 1991, Neves et al. 1996). Churchill (1916) concluded that mussels could absorb various sources of fat, protein, and starch dissolved in the water. An omnivorous opportunistic diet would allow mussels to take advantage of whatever food type happens to be abundant (Baldwin and Newell 1991, Neves et al. 1996).

Although algae forms a conspicuous component of adult mussel gut contents and contributes key nutrients such as vitamins A and D and phytosterols, algal carbons do not dominate soft-tissue stores (Nichols and Garling 2000). Recent evidence emphasizes the importance to riverine mussels of the uptake and assimilation of detritus and bacteria over that of algae (Silverman et al. 1997, Nichols and Garling 2000). Gordon (1991) suggested that detritus may be an important food source for the Cumberland elktoe, which inhabits small headwater streams with little available plankton. Earlier references suggesting the importance of detritus (e.g., Gordon 1991, Neves et al. 1996) may have been partially correct in that the mussels may have been assimilating the bacteria

associated with detritus to meet their nutritional needs (Johnson, letter dated June 22, 2003). Cholesterol and vitamin $B_{12}$ are also key dietary compounds for mussels (Nichols and Garling 2000), but high levels of protein appear to be unhealthy (Nichols and Garling 2002).

Juvenile mussels employ foot (pedal) feeding and are thus suspension/deposit feeders (Yeager et al. 1994). Video observations of rainbow (*Villosa iris* [Lea, 1829]) by Yeager et al. (1994) revealed juveniles occupying the top 0.4 inch of sediment and employing the following two types of feeding mechanisms: (1) collecting organic and inorganic particles that adhere to the foot and conveying them to the pedal valve gape with sweeping motions and (2) extending the foot anteriorly, pulling themselves along while picking up organic and inorganic particles on the foot. These methods of suspension feeding have been termed pedal sweep feeding and pedal locomotory feeding, respectively (Reid et al. 1992). The juvenile diet (up to 2 weeks of age) includes bacteria, algae (i.e., nonfilamentous, non-blue green), and diatoms, with some detrital and inorganic colloidal particles (Yeager et al. 1994). In juvenile freshwater mussel feeding experiments, Neves et al. (1996) found that algae were suitable as food but that a tri-algal diet high in oils resulted in better growth (Gatenby et al.1996, 1997). Silt provided some nutritional value (Gatenby et al.1996, 1997), which was also observed by Hudson and Isom (1984). Contrary to its importance for adults (Silverman et al. 1997, Nichols and Garling 2000), bacteria in riverine sediments were not deemed essential to juvenile growth and survival (Gatenby et al.1996, 1997; Neves et al. 1996).

**Growth and Longevity**

Growth rates for freshwater mussels tend to be relatively rapid for the first few years (Chamberlain 1931, Scruggs 1960, Negus 1966) then slow appreciably (Bruenderman and Neves 1993, Hove and Neves 1994). The relatively abrupt slowing in growth rate occurs at sexual maturity, probably as a result of energy being diverted from growth to gamete production. Growth rates vary among species; heavy-shelled species grow slowly relative to thin-shelled species (Coon et al. 1977, Hove and Neves 1994). Under shoal habitat conditions, where high water velocities (approximately one foot per second or more) in river shallows are characterized by increased oxygen levels and food availability per unit time, growth rates are probably higher (Bruenderman and Neves 1993). This appears to be true for the Cumberlandian combshell in the Big South Fork (Ahlstedt, pers. comm., 2000).

As a group, mussels are extremely long-lived, with maximum life spans of 100 to 200-plus years for certain species (Neves and Moyer 1988, Bauer 1992, Ziuganov et al. 2000). Heavy-shelled species, which includes many riverine forms, tend to reach higher maximum ages (Stansbery 1961). The only published age data on any of the five species was from Yeager and Neves (1986), who aged the rough rabbitsfoot at 22 years of age. The purple bean has been quantitatively aged (thin-sectioning shells; Clark 1980, Neves

and Moyer 1988) at up to 29 years based on 21 Clinch River specimens, while 16 rough rabbitsfoot specimens from the same site were aged up to 63 years (Schmerfeld, unpub. data). No age-specific information is available for the other three species, but it is probable that these species live no longer than three or four decades at most (Ahlstedt and Koch, pers. comm., 2003). Yeager and Saylor (1995) qualitatively aged (external growth ring method; Chamberlain 1931, Crowley 1957) gravid female oyster mussels at no more than 10 years, a maximum life span also estimated by Jones (letter dated June 9, 2003). This coincides well with the closely related tan riffleshell, which has been quantitatively aged at up to 11 years (Rogers et al. 2001).

**General Reproductive Biology of Mussels**

Following is a summary of freshwater mussel reproduction (see Watters [1994] for an annotated bibliography of mussel reproduction). Freshwater mussels generally have separate sexes, although hermaphroditism is known for some species (van der Schalie 1970, Bauer 1987, Downing et al. 1989). Bauer (1987) conducted an experiment with the eastern pearlshell (*Margaritifera margaritifera* [Linnaeus, 1758]), which determined that some specimens (mostly females) changed sex to hermaphrodites when moved from dense populations to unpopulated areas. He concluded that hermaphroditism may be rare in dense mussel populations but more prevalent in sparse populations, perhaps as an adaptive response to a paucity or lack of sexual counterparts. If true, this phenomenon may help explain why perpetually sparse populations of certain extremely rare species have been known to persist for decades (Neves, pers. comm., 1997).

The age of sexual maturity for mussels is variable, usually requiring from 3 years to about 10 years, when complete maturity is reached (Zale and Neves 1982; Haag and Staton, in press), and may be sex dependent (Smith 1979). Males expel clouds of sperm into the water column, although some species expel spermatozeugmata (sperm balls), which consist of thousands of sperm (Barnhart and Roberts 1997). Females draw in sperm with the incurrent water flow. Fertilization takes place in their suprabranchial chambers, and the resulting zygotes develop into specialized veliger larvae, termed "glochidia," in the water tubes of the gills.

Three subfamilies are generally recognized within the family Unionidae (Parmalee and Bogan 1998)--Unioninae (or Ambleminae) (e.g., *Quadrula*, *Pleurobema*); Anodontinae (e.g., *Alasmidonta*, *Pyganodon*); and Lampsilinae (e.g., *Epioblasma*, *Villosa*). Depending on the subfamily, all four gills or just the outer gills (Unioninae), the entire outer pair of gills (Anodontinae, some Unioninae), or discreet portions of the outer pair of gills (Lampsilinae) are used as marsupia, or brood chambers, for glochidia. However, Heard and Guckert (1970) argue that some unionines (e.g., *Elliptio*, *Lexingtonia*, *Pleurobema*) that use only the outer gills as marsupia may warrant a fourth subfamily--the Pleurobeminae. Spawning appears to be dependent on the temperature (i.e., spawning is initiated when the water temperature reaches a certain point; Zale and Neves 1982,

Bruenderman and Neves 1993) but may also be influenced by stream discharge (Hove and Neves 1994). Fertilization rates are dependent on the spatial aggregation of reproductive adults (Downing et al. 1993).

Mussels are generally categorized as either short-term summer brooders (tachytictic) or long-term winter brooders (bradytictic) (Neves and Widlak 1988). Tachytictic species have a spring fertilization period; the glochidia are then incubated for a few months and are expelled during the summer or early fall. Bradytictic species have a late summer or early fall fertilization period, with the glochidia incubating over the winter, and are expelled the following spring or early summer.

The fact that some species have glochidia that overwinter on hosts (e.g., Watters and O'Dee 1997) indicates that they do not clearly fall into either the tachytictic or bradytictic reproductive strategy. This has led Watters and O'Dee (2000) to believe that glochidial release is more a function of water temperature. They have coined new terms to better coincide with the actual reproductive strategies of mussels. Winter releasers expel glochidia when water temperatures dip below a given point, while summer releasers expel glochidia when water temperatures rise above a threshold level. The reproductive strategy where glochidia have been released in the autumn or winter to parasitize hosts (winter releasers) is termed host overwintering. This is in contrast with the strategy of parent overwintering, whose species are summer releasers. Although parent overwintering is typically associated with bradyticty, species that are strictly tachytictic may also be summer releasers (Watters and O'Dee 2000).

Glochidia may number in the tens of thousands to several million (Surber 1912, Coker et al. 1921, Yeager and Neves 1986). Mussel fecundity is thought to be positively related to body size and inversely related to glochidia size (Bauer 1994). Haag and Staton (in press) determined that fecundity was best related to shell length, but also to age. They posited that large individuals are therefore particularly important in the maintenance of mussel populations. However, based on their study, very large or old individuals tend to exhibit a decline in fecundity. Extant populations of mussels tend to be skewed toward larger adults, strongly indicating that survival rates to the adult stage must be very low.

After a variable incubation period, glochidia are expelled into the water column. The temporal release of glochidia is thought to be behavioral rather than developmental (Gordon and Layzer 1993) and may be elicited by physical contact (Haag and Warren 1999). Glochidia must come into contact with specific species of fish whose gills and fins they temporarily parasitize, although two species have been shown to possibly utilize amphibian hosts (Howard 1915, 1951; Watters 1997). Some mussel species, such as the green floater (*Lasmigona subviridis* [Conrad, 1835]), creeper (*Strophitus undulatus* [Say, 1817]), and paper pondshell (*Utterbackia imbecillis* [Say, 1829]), may not require a host fish to complete their life cycle (Lefevre and Curtis 1912, Howard 1914; G. T. Watters, Ohio Biological Survey, pers. comm., 1998). Glochidia failing to come into contact with

a suitable host will drift through the water column, surviving until their energy reserves are exhausted or for only a few days (Sylvester et al. 1984, Neves and Widlak 1988, Jansen 1990, O'Brien and Williams 2002) to a week or two (Zimmerman and Neves 2002).

Glochidia are generally released individually in netlike mucoid strands that entangles fishes (Haag and Warren 1997) or as discreet packets, termed "conglutinates," which represent all the glochidial contents (and sometimes eggs) of a single water tube packaged in a mucilaginous capsule (Ortmann 1910, 1911). A newly described method, termed a "superconglutinate" by Williams and Butler (1994), involves the expulsion of the sum of the conglutinates from discreet portions of both outer gills that are packaged in a single glochidial mass (Haag et al. 1995, Hartfield and Butler 1997, Haag et al. 1999, O'Brien and Brim Box 1999).

Each of the three basic methods of glochidial expulsion and glochidial shape facilitates attachment to specific host fish and to specific fish structures (fin versus gill), respectively (Lefevre and Curtis 1910, 1912). Although supported by field observations (Lefevre and Curtis 1912, Neves and Widlak 1988), the fish structure parasitized may, in some cases, be due to fish behavior rather than morphology (Gordon and Layzer 1989).

Anodontines are generally bradytictic (Zale and Neves 1982), broadcasting masses of hooked glochidia in netlike mucoid strands (Haag and Warren 1997, 2003a) that generally parasitize the fins of fishes (Clarke 1981, Haag and Warren 1997). Species in the subfamily Unioninae are generally tachytictic and package their glochidia in a conglutinate, which are expelled out of the excurrent aperture (Neves and Widlak 1988). Conglutinates often resemble colorful fish prey items (e.g., worms, insect larvae, fish fry) (Chamberlain 1934, Luo 1993, Hartfield and Hartfield 1996), and researchers have demonstrated that conglutinates are actively foraged by fish (Ortmann 1911; Neves and Widlak 1988; Weiss and Layzer 1995; Haag and Warren 1997, 2003a; Layzer et al. 2003). A notable exception among the Anodontinae is the creeper, which actually produces conglutinates that exhibit a writhing motion upon expulsion in order to attract a host (Watters 2002). Unionine glochidia are hookless and generally parasitize gills (Neves et al. 1985).

The Lampsilinae are generally bradytictic (Zale and Neves 1982); they utilize discreet portions of the outer pair of gills as marsupia (Ortmann 1911) and employ two methods of glochidial release. Lampsilines that have mantle modifications (e.g., *Lampsilis*, *Medionidus*) to attract fish generally do not release conglutinates; rather, they expel loose masses of glochidia out openings in the ends of the water tubes (Ortmann 1910, Neves and Widlak 1988, Richard et al. 1991). Mantle modifications include flaps, or villi (elongate papillalike structures), exhibiting bright colors, rhythmic movements, and/or actual mimicry of fish prey items (e.g., worms, insect larvae, fish fry [complete with an eyespot]) that serve to attract host fish (Ortmann 1911; Coker et al. 1921; Chamberlain

23

1934; Kraemer 1970; Zale and Neves 1982; Hartfield and Hartfield 1996; Barnhart and Roberts 1997; Haag et al. 1999; Haag and Warren 1999, 2003a). The mantle displays of two *Villosa* species took place during the day for one and at night for the other, suggesting that display times may be species-specific (Haag and Warren 2000).

Mantle displays have been shown to actively elicit attacks from fish (Haag and Warren 1999), and mantle lures potentially reduce the chances that glochidia will infest an unsuitable fish host (Haag et al. 1999). Laboratory tests have demonstrated that the presence of fish, and especially direct physical contact of host fish with mantle lures, stimulated larger releases of glochidia than when fish were absent or no physical contact occurred (Haag and Warren 2000). In the presence of fish, the swollen marsupialized gills are often extruded well beyond the edge of the shell margins between the mantle "lures" (Kraemer and Swanson 1985). Light-sensitive areas on the mantle may be stimulated by the shadow of a passing fish (Kraemer 1970, Jansen 1990, Weiss and Layzer 1995). When the mantle lure is attacked by a fish, a cloud of hookless glochidia is released into the buccal cavity, thus facilitating gill infestation. Lampsilines that lack mantle modifications (e.g., *Ptychobranchus*, *Obliquaria*, *Cyprogenia*) expel their glochidia as conglutinates, as do the Unionines outlined above.

A small group of lampsilines expel superconglutinates (Haag et al. 1995, Hartfield and Butler 1997, Haag et al. 1999, O'Brien and Brim Box 1999). The superconglutinate, which is tethered by a secreted transparent mucilaginous strand that may reach 8 feet in length, resembles a fish in size, shape, and coloration, complete with stripes and an eyespot. During the production of the superconglutinate, the water currents move the fish mimic in motions that are similar to a small fish (Haag et al. 1995, Hartfield and Butler 1997). Once detached from the female, the fate of the superconglutinate depends on the chance that the current will wrap it around a rock, branch, or any structure in the stream where it will continue to mimic prey for a piscivorous host fish (Haag et al. 1995).

As few as 1 to as many as 25 fish species are known to serve as suitable hosts for particular species of mussels (Fuller 1974, Gordon and Layzer 1989). Host specificity appears to be common in mussels (Neves 1993), with most species utilizing only a few host fishes (Lefevre and Curtis 1912; Zale and Neves 1982; Yeager and Saylor 1995; Haag and Warren 1997, 2003a). Research on these five species seems to corroborate this assertion (see "Reproductive Biology of the Five Species").

There are two types of fish immunity to glochidial infestation--natural and acquired (Watters and O'Dee 1996). Natural immunity is believed to be a tissue response (Bauer and Vogel 1987), where attempts to parasitize nonhost fish will result in rejection and glochidial death by the host's immune system, usually within 11 days (Neves et al. 1985, Yeager and Neves 1986, Waller and Mitchell 1989). However, chemically induced metamorphosis (which may prove to be a useful artificial propagation tool in cases where the host fish is not known) has been accomplished in certain species (Kirk and Layzer

1997). In the case of acquired immunity, even a suitable host fish will display decreased transformation rates with subsequent infections (Arey 1932, Bauer and Vogel 1987, Luo 1993). The number of exposures needed to initiate glochidial sloughing is highly variable (Watters and O'Dee 1996). O'Connell and Neves (1999) showed that both host and nonhost fishes had defense factors that reacted to resist glochidial infection and stressed that the identification of specific antigens was critical for physiologically determining host species. Glochidia also have been shown to display a chemosensory ability to respond positively to chemical stimuli such as fibrinogen (a blood protein crucial in coagulation and tissue repair) in fish (Henley and Neves 2001). This behavior serves to enhance infestation rates and transformation success on host species. Despite the potential for high infestation intensities, particularly from specialized lures, infestation rates tend to be very low, with few glochidia typically parasitizing an individual host fish (Haag and Warren 1999, Layzer et al. 2003).

The parasitic stage generally lasts a few weeks (Neves et al. 1985, O'Brien and Williams 2002), but can last up to six weeks or so (Yeager and Saylor 1995, Haag and Warren 1997, Zimmerman and Neves 2002), and is dependent on temperature and the species (Watters and O'Dee 2000, Zimmerman and Neves 2002). After dropping from fish hosts, newly metamorphosed juveniles passively drift with currents and ultimately settle in depositional areas with other suspended solids (Neves and Widlak 1987, Yeager et al. 1994). Juveniles must, however, come into contact with suitable habitat to begin their free-living existence (Howard 1922). Survival rates for a glochidium to metamorphosis ranges from 0.000001 (Young and Williams 1984) to 0.0001 (Jansen and Hanson 1991) percent, not factoring in predation after metamorphosis (Watters and Dunn 1993-94). The rates of recruitment needed to maintain viable mussel populations are not known.

Glochidial parasitism serves as a means of dispersal for this relatively sedentary group (Neves 1993). The intimate relationship between mussels and their host fish has therefore played a major role in mussel distributions on both a geographic (Watters 1992) and community (Haag and Warren 1998) scale. Haag and Warren (1998) thought that mussel community composition was more a function of fish community pattern variability than of microhabitat variability and that the type of strategy used by mussels for infecting host fishes was the determining factor. Host-generalist mussels without elaborate host-attracting mechanisms (e.g., anodontines) and host-specialized mussels with elaborate host-attracting mechanisms (e.g., lampsilines) were independent of host-fish densities. Conversely, host-specialist mussels without elaborate host-attractant mechanisms (e.g., unionines) were dependent on densities of host fishes. Stable numbers of hosts therefore appear to be critical for determining where unionines (e.g., rough rabbitsfoot) are able to persist (Haag and Warren 1998). Some researchers, however, are not completely convinced of the conclusions drawn by Haag and Warren (1998) (Neves, letter dated June 11, 2003). Additional research into host fish/mussel community relationships appears warranted.

25

Knowledge about the reproductive biology of many freshwater mussels remains incomplete (Jansen 1990). For example, host fish for only one-third of the 300 mussel species in North America have been identified (O'Dee and Watters 2000), although subsequent studies are gradually expanding that number (e.g., O'Brien and Williams 2002, Haag and Warren 2003a, Layzer et al. 2003). Host fish information is lacking most in the Southeast, where more than 90 percent of the freshwater mussel species occur (Neves et al. 1997).

**Reproductive Biology of the Five Species**

CUMBERLAND ELKTOE

Gordon and Layzer (1993) summarized the reproductive biology and identified fish hosts of the Cumberland elktoe. This anodontine species was found gravid from October through May, but they observed no fish infested with its glochidia until March. They found Cumberland elktoe glochidia to develop equally well on both fin and gill surfaces. Five native fish species were parasitized by Cumberland elktoe glochidia--whitetail shiner (*Cyprinella galactura*), northern hogsucker (*Hypentelium nigricans*), rock bass (*Ambloplites rupestris*), longear sunfish (*Lepomis megalotis*), and rainbow darter (*Etheostoma caeruleum*). However, under laboratory conditions, juvenile specimens transformed only on the northern hogsucker (Gordon and Layzer 1993). The period of glochidial encystment (i.e., until transformation into free-living juveniles) took 24 days, at $66.2° \pm 5.4°F$.

OYSTER MUSSEL

Spawning occurs in the lampsiline oyster mussel in late summer and early fall, with glochidia being overwintered for release in the spring (Jones, letter dated June 9, 2003). In the Powell River, Yeager and Saylor (1995) found 58 percent of the females gravid in May (water temperature from 59.0° to 64.0°F). The age of gravid females, using the qualitative external growth ring method (Chamberlain 1931, Crowley 1957), was estimated at 7 to 10 years but may be as young as 4 to 5 years (Jones, pers. comm., 2002). Gravid females move to the surface of the substrate in April and May, where they open their valves wide, exposing sky blue to bluish white mantle pads (Ahlstedt, pers. comm., 2001). Attached to the posterior region of the mantle pad are two fingerlike projections that resemble the cercae (tail) of insect larvae (e.g., stoneflies, mayflies); they rotate in a circular motion and serve as microlures for their host fishes (Jones, pers. comm., 2003). Tiny teethlike projections on the marsupial expansion of the valves are thought to temporarily grasp a host fish while it is investigating the microlures as possible prey items, while the female expels her glochidia into its buccal (throat) cavity. Approximately 12,000 to 16,000 glochidia per female have been observed (Neves, pers. comm., 2000). Seven native fish species have been identified as hosts--the wounded darter (*Etheostoma vulneratum*), redline darter (*E. rufilineatum*), bluebreast darter

(*E. camarum*), dusky darter (*Percina sciera*), banded sculpin (*Cottus carolinae*), black sculpin (*C. baileyi*), and mottled sculpin (*C. bairdi*) (Yeager and Saylor 1995; Jones and Neves, USGS, unpub. data).  Transformation took from 19 to 34 days, at 60.4° to 62.4°F (Yeager and Saylor 1995).

CUMBERLANDIAN COMBSHELL

Spawning in the lampsiline Cumberlandian combshell occurs in late summer (Gordon 1991).  Females display until the water temperature drops below approximately 50°F in the fall, burrow into the substrate to overwinter, and begin displaying again as early as March (Jones, pers. comm., 2003).  Gravid females, qualitatively estimated at 8 to 13 years of age, have been reported from early May to June at water temperatures of 59.0° to 64.0°F (Ahlstedt 1991a, Yeager and Saylor 1995).  The female has a complex mantle display that resembles the cercae of insect larvae (e.g., stoneflies) protruding from under two or three small stones (Jones, pers. comm., 2003).  One of its host fishes, the logperch (*Percina caprodes*), has the peculiar habit of flipping small stones in search of food (Etnier and Starnes 1993).  Glochidial release generally is complete by mid-June (Jones, pers. comm., 2002).  Several other native host fish species have been identified, including the wounded darter, redline darter, bluebreast darter, snubnose darter (*E. simoterum*), greenside darter (*E. blennioides*), banded sculpin, black sculpin, and mottled sculpin (Yeager and Saylor 1995; Jones and Neves, unpub. data).  Transformation took from 16 to 48 days, at 60.4° to 62.4°F (Yeager and Saylor 1995).

PURPLE BEAN

Gravid females of the purple bean, another lampsiline, have been observed in January and February (Ahlstedt 1991a; Butler, pers. obs., 2001), and they release their glochidia in May and June (Watson 1999).  The smallest gravid individual found in a study in Indian Creek was 1.5 inches (Watson 1999).  The length of the glochidia is 0.005 inch, and the width is 0.007 inch (Watson 1999).  At least four host fish species have been identified--the fantail darter (*Etheostoma flabellare*), greenside darter, black sculpin, and mottled sculpin and/or banded sculpin (Watson and Neves 1996, Watson 1999; Jones, letter dated June 9, 2003).  Transformation took from 11 to 25 days, at 70.7° to 76.1°F.

ROUGH RABBITSFOOT

Yeager and Neves (1986) summarized the reproductive biology and identified fish hosts of the unionine rough rabbitsfoot.  Spawning occurred from May through June (water temperature 68.0° to 71.6°F).  Fertilization success was high (>95 percent) through late June, but by July only unfertilized ova were found.  Unlike most unionines, 65 percent of 82 gravid females examined utilized only the outer demibranchs as marsupia.  They estimated gravidity rates (30 to 60 percent) peaked in late May then gradually declined. Females release lanceolate-shaped whitish to reddish brown conglutinates (0.4 inch long)

that contain 375 to 505 semicircular-shaped glochidia. Fecundity was estimated at 115,000 embryos per female. The age of gravid females was qualitatively estimated to be 10 to 22 years. Three cyprinid host fish species have been identified--the whitetail shiner, spotfin shiner (*C. spiloptera*), and bigeye chub (*Hybopsis amblops*). Infestation rates ranged from as few as five to ten glochidia on individual fishes. Transformation took from 13 to 23 days, at 68.9° to 71.4°F.

## REASONS FOR DECLINE

### Past and Present Threats

Two general categories of factors have impacted freshwater mussel resources for the past 500 years in Eastern North America--exploitation and habitat alteration. The former category primarily includes activities associated with the post-Mississippian Culture; pearling; the pearl button industry; and, more recently, the cultured pearl industry. Anthony and Downing (2001) provide a detailed summary of these three endeavors. The latter category includes a variety of anthropogenic activities prevalent during the past two centuries.

EXPLOITATION

*Native Americans*

The Mississippian Culture and Native Americans that followed in the Southeast used mussels in a variety of ways (Parmalee and Bogan 1998, Davis 2000). They made decorative shell jewelry such as gorgets (worn by chieftains) and drilled pearl necklaces; fashioned scrapers, hoes, utensils, and other tools from shells, and incorporated crushed shells as a way of strengthening their pottery.

But the foremost use of mussels by Native Americans was as food (Parmalee and Klippel 1974). Shell or kitchen middens of discarded mussels along large preimpounded rivers in the region stand as evidence for the prevalence of this activity and the abundance of the resource. Davis (2000) stated that "[t]he survival of [post-]Mississippian material culture--at least as practiced during the sixteenth century--was therefore closely linked to the mussels' presence and availability." Archaeological evidence suggests that mussels were commonly steamed open for consumption (Morrison 1942).

Middens excavated from the Tennessee River have contained tremendous numbers of mussels and covered areas up to 3 to 4 acres in size in deposits 3 to 15 feet in depth (Cahn 1936a). Their size indicates that some middens may have been created over several decades or possibly centuries. One large Tennessee River midden near the mouth of the Flint River in Alabama was estimated to contain 9.9 million mussels (Cahn 1936a).

Despite the fact that hundreds of millions of mussels must have been harvested for food from the Tennessee River alone, the mussel resource was not destroyed nor a single species lost (Cahn 1936a).  However, the low nutritional value of mussels indicates that they were important only as a seasonal food supplement (Parmalee and Klippel 1974).

*Pearling*

Pearling has its roots hundreds, if not thousands, of years ago (Anthony and Downing 2001).  The post-Mississippian Cultures of the Southern Appalachian region traded pearls with the Spanish in the early 1500s (Davis 2000).  Caches of pearls weighing more than a hundred pounds have been documented in Native American villages in the Southeast.  In the latter half of the eighteenth century, pearling made a resurgence in various areas, usually being sparked by the fortuitous discovery of a large, valuable specimen (Parmalee and Bogan 1998).  According to Anthony and Downing (2001), virtually all mussel species were exploited for their pearls, although some species were more actively sought than others.  Profits from late nineteenth century "pearl rushes" were relatively substantial, surpassing profits derived from mining and petroleum production (Claassen 1994).

By 1860, pearl harvesters were extensively collecting mussels for pearls in Kentucky, Tennessee, and several other states (Anthony and Downing 2001).  The Caney Fork was considered by Myer (1914) to be the birthplace of the Cumberlandian Region's pearling industry.  Wilson and Clark (1914) reported numerous sites along the Cumberland River where pearling was active.  The Muscle Shoals area of northern Alabama was also an important center of pearling.

Although pearls were collected from nearly all the major Southern Appalachian streams, the lower Clinch and Emory Rivers became the "economic heart" of the pearl industry (Davis 2000).  According to Davis (2000), place names along the Clinch River were sometimes based on the names of commonly found mussels.  These included Blue-Point (for *Amblema plicata* [Say, 1817], the threeridge), Buckhorn (for *Quadrula verrucosa* [Rafinesque, 1820], the pistolgrip), Butterfly (for *Ellipsaria lineolata* [Rafinesque, 1820]), and Pancake (for *Potamilus alatus* [Say, 1817], the pink heelsplitter).  Hundreds of residents would camp along the river during low water periods or gather for special events to search for mussels yielding pearls, with exceptional specimens bringing a thousand dollars or more (Kunz and Stevenson 1908).  Böpple and Coker (1912) reported a particularly habitat-disruptive method of harvesting, where "a plow drawn by a strong team" was sometimes used in the shallow shoals of the Clinch River, enabling harvesters to pick up mussels that had been buried in the substrate.

Considering that perhaps only 1 in 10,000 (McGregor and Gordon 1992) to 1 in 15,000 (Anthony and Downing 2001) mussels may produce a commercially valuable pearl, it may be safe to assume that hundreds of thousands, if not millions, of mussels were

29

sacrificed in regional streams by individuals hoping to "get rich quick." Some rivers were reported to have "practically been depleted" of mussels by pearl harvesters (Hickman 1937). Although not included in a list of the most actively sought species for pearls (Anthony and Downing 2001), large specimens of both the thick-shelled Cumberlandian combshell and rough rabbitsfoot may have been among the species exploited for pearls. Major impoundments in the Cumberlandian Region effectively sealed the fate of the pearling industry in the early part of the twentieth century (Neves 1999b, Davis 2000).

*Pearl Buttons*

The making of pearl buttons, which utilized the shells of specific mussel species as a raw material, began commercially in the late 1880s (Anthony and Downing 2001). Production rates and the extent to which the industry exploited mussel beds have been well documented (Claassen 1994, Anthony and Downing 2001). At least one button factory was located in the region, in Clinton, Tennessee, on the lower Clinch River (S. A. Ahlstedt, USGS, pers. comm., 2002). Annual button production topped out at more than 5.75 billion during 1916 (Classen 1994) worth more than $175 million in 1998 dollars (Anthony and Downing 2001). Pearls represented a valuable fringe resource from mussels collected for buttons, and composed up to one-third of the average annual income of commercial mussel harvesters until about 1921 (Anthony and Downing 2001).

Although none of the five species addressed in this recovery plan were included in a list of 50 mussel species "heavily exploited during the first half of the [twentieth] century" for buttons, many other species of mussels were likely killed as by-catch (Anthony and Downing 2001). The pearl button industry flourished for about 35 years and died out over the next two decades due to overexploitation of large, high-quality shells; foreign competition (mostly from Japan); and the advent of plastic buttons (Anthony and Downing 2001).

*Cultured Pearls*

The slow demise of the pearl button industry provided the blossoming cultured pearl industry with an opportunity for the alternate use of large numbers of freshwater mussel shells (Anthony and Downing 2001). Spherical beads fashioned from mussel shells have served as nuclei for pearls cultured from Pacific basin oysters since the 1920s. Globally, cultured pearls represent a three billion dollar industry employing hundreds of thousands of workers (Hubbs and Jones 1996). Although the overall value of the global cultured pearl industry is huge, the shell export portion of this venture centered in the lower Tennessee River is a much smaller industry, even when compared to the peak of the pearl button industry (Anthony and Downing 2001). Although larger specimens of the Cumberlandian combshell may have been harvested occasionally for buttons, it is

doubtful that any of the five species addressed in this recovery plan have been overly exploited for these endeavors.

*Summary*

Despite the compelling mussel exploitation argument outlined by Anthony and Downing (2001) and the hundreds of millions of mussels harvested for food by Native Americans in the Tennessee River alone, overharvesting has not been implicated in the extinction of any freshwater mussel, nor any other Temperate Zone stream organism (Allan and Flecker 1993).  The three dozen freshwater mussels thought to be extinct (see "Background") have all been driven out of existence by forces featured in the following section on "Habitat Alteration."  The harvest of Cumberlandian Region mussel species for commercial purposes is well documented.  It is doubtful, however, that the five species addressed in this recovery plan have ever been overly exploited for pearling, pearl buttons, cultured pearls, or any other exploitative activity.

HABITAT ALTERATION

Resource managers should realize that, in the majority of cases, mussel resources were widely sustained during human interactions throughout history despite the widespread, prolonged, and sometimes dramatic exploitation events outlined in the previous section. Rather, the collapse of the mussel fauna outlined in the "Background" section of this plan is by and large the result of the second broad category of impacts--habitat loss from human-induced degradation (Williams et al. 1993, Neves 1993).  Principal causes include impoundments, channelization, pollution, and sedimentation that have altered or eliminated those habitats that are essential to the long-term viability of many riverine mussel populations.  Neves et al. (1997) and Watters (2000) summarized many of these major categories of impacts, while Richter et al. (1997) identified specific stressors that threatened imperiled mussels and other aquatic species.

The mussel fauna of the Cumberlandian Region is no exception to this long-standing and general status trend (Neves 1991).  From observations made at the turn of the twentieth century, Adams (1915) commented on mine waste, industrial contamination, deforestation, and resulting sedimentation in the upper Tennessee River system.  Coupled with the increased susceptibility that certain species have to environmental perturbations, particularly members of the genus *Epioblasma* (Dennis 1987, Neves et al. 1997), it is not difficult to realize the plight of mussels stemming from major habitat alterations.

*Impoundments*

The decline, extirpation, and extinction of mussel species is overwhelmingly attributed to habitat alteration and destruction (Neves 1993), primarily manifest in the conversion of riverine systems to impoundments (Yeager 1993 1994).  The effects of dams,

31

hydrological disturbances, and other in-stream alterations of riverine habitat have been reviewed by numerous authors, including Ellis (1942), Baxter (1977), and Yeager (1993, 1994). Neves et al. (1997) and Watters (2000) reviewed the specific effects of impoundments on freshwater mollusks. Ortmann (1909) may have been the first biologist to correctly assess, but significantly underestimate, the impact of dams on the aquatic biota (Stansbery 1970). Impoundments, especially large main-stem reservoirs, have significantly altered riverine ecosystems (Baxter and Glaude 1980, Williams et al. 1992, Allan and Flecker 1993, Ligon et al. 1995, Sparks 1995) and have been a major factor in the high extinction rate of freshwater mollusks (Johnson 1978, Lydeard and Mayden 1995, Neves et al. 1997).

Impoundments result in the elimination of riffle and shoal habitats and the subsequent loss of mussel resources (Ortmann 1925; van der Schalie 1938; Scruggs 1960; Bates 1962; Neel 1963; Isom 1969, 1971; Stansbery 1970, 1973b; Fuller 1974; Schmidt et al. 1989; Williams et al. 1992; Layzer et al. 1993; Parmalee and Hughes 1993; Lydeard and Mayden 1995; Sickel and Chandler 1996; Watters 1996). Most of a river's ecological processes are also disrupted, for example, by modifying flood pulses; controlling impounded water elevations; increasing depth; decreasing habitat heterogeneity; altering water flow, sediment, nutrients, energy input and output, and the riverine biota; and causing the loss of bottom stability due to subsequent sedimentation (Williams et al. 1992, Ligon et al. 1995, Sparks 1995, Watters 2000). The elimination of current and the covering of rocky and sand substrates by fine sediments alters the habitat of riverine species (including these five, typically shoal-inhabiting, species) to the point where they can no longer reproduce, recruit, and survive under impoundment conditions (Fuller 1974, Neves et al. 1997, Hughes and Parmalee 1999).

In addition, dams can seriously alter downstream water quality and riverine habitat (Allan and Flecker 1993, Ligon et al. 1995, Collier et al. 1996) and negatively impact mussel populations in tailwaters (Cahn 1936b, Hickman 1937, Ahlstedt 1983, Miller et al. 1984, Layzer et al. 1993, Heinricher and Layzer 1999, McMurray et al. 1999b, Vaughn and Taylor 1999). These changes include thermal alterations (Neves 1993), channel characteristics, habitat availability, and flow regimes that have drastic effects on the stream biota (Krenkel et al. 1979, Allan and Flecker 1993). Altered effects also include fish community shifts (Brim 1991) and the resultant colonization by fewer native species and more alien species (Williams and Neves 1992). Daily discharge fluctuations, bank sloughing, seasonal oxygen deficiencies, cold-water releases, turbulence, high silt loads, and altered host fish distribution have contributed to limited mussel recruitment and skewed demographics (Sickel 1982, Ahlstedt 1983, Miller et al. 1984, Layzer et al. 1993, McMurray et al. 1999b).

Cold-water releases from large nonnavigational dams are the result of placing water intake structures low on the dam to increase hydropower efficiency (Krenkel et al. 1979). The release of cold water and scouring of the riverbed from highly fluctuating, turbulent

flows in tailwaters have also been implicated in the demise of Cumberlandian Region mussel faunas (Miller et al. 1984, Layzer et al. 1993, Heinricher and Layzer 1999). Specifically, tachytictic species, which depend on warm summer temperatures to initiate gametogenesis, spawning, glochidia release, and the proper host fish being present, experience reproductive failure below dams (Heinricher and Layzer 1999). Bradytictic species are also negatively affected, and the decline of mussel populations has been manifested over a period of several decades (Neves 1999a). The mussel faunas of the middle Cumberland, lower Obey, lower Caney Fork, Little Tennessee, and Elk Rivers have been profoundly impacted by cold-water releases, including populations of the Cumberlandian combshell and oyster mussel. A reduction in water temperature, rapid changes in flow releases during hydropower peaking events, and the resultant bank sloughing and channel scouring have altered habitats so profoundly below hydroelectric dams that riverine species, including these five mussels, are unable to reproduce, recruit, and survive such conditions.

The entire length of the main stems of the Tennessee and Cumberland Rivers and many of their largest tributaries are now impounded or greatly modified by the discharge of tailwaters. More than 2,300 river miles (about 20 percent) of the Tennessee River and its tributaries with drainage areas of 25 square miles or greater were impounded by the TVA by 1971 (TVA 1971). The subsequent completion of additional major impoundments on tributary streams (e.g., Duck River in 1976, Little Tennessee River in 1979) significantly increased the total miles impounded behind the 36 major dams in the Tennessee River system (Neves et al. 1997). Approximately 90 percent of the 562-mile length of the Cumberland River downstream of Cumberland Falls is either impounded (three locks and dams and the Wolf Creek Dam) or otherwise adversely impacted by cold-water discharges from the Wolf Creek Dam. Miller et al. (1984) located only two mussel specimens in a survey below the Wolf Creek Dam, which covered 68 miles of river that formerly harbored 39 species (Neel and Allen 1964). Other major U.S. Army Corps of Engineers (COE) impoundments on Cumberland River tributaries (e.g., Laurel River, Obey River, Caney Fork, Stones River) have inundated more than 125 miles of potential riverine habitat for the Cumberland elktoe, oyster mussel, and Cumberlandian combshell.

Impoundments, as barriers to dispersal, contribute to the loss of local populations by blocking postextirpation recolonization (Luttrell et al. 1999). Population losses due to impoundments have probably contributed more to the decline of the Cumberlandian combshell, oyster mussel, and rough rabbitsfoot and most other Cumberlandian Region mussels than any other single factor (as the Cumberland elktoe and purple bean generally inhabit smaller rivers, impoundments have had less of an impact on them). Stream populations of these species thought to have been lost primarily or exclusively due to impoundments include the Cumberland River, Laurel River, Lynn Camp Creek, Rockcastle River, Beaver Creek, Obey River, Caney Fork, and Stones River in the Cumberland River system; and the South Fork Holston River, Holston River, Tennessee River, Little Tennessee River, Hiwassee River, Limestone Creek, Elk River, and Shoal

33

Creek in the Tennessee River system.  Reaches in other streams with extant populations of some of these species have also been destroyed by impoundments that invariably eliminated expanses of their occupied habitat (e.g., lower Big South Fork in the Cumberland River system; lower French Broad River, lower Little River [Tennessee], lower Clinch River, lower Powell River, lower Emory River, upper and lower Bear Creek, middle Duck River in the Tennessee River system).  The majority of the extant populations of these species have been isolated due to impoundments (see "Patterns of Imperilment," "Narrative Outline," and Recovery Task 1.4.6 for a discussion of the consequences of population fragmentation), and some continue to decline and die off.

*Channelization*

Dredging and channelization activities have profoundly altered riverine habitats nationwide, with effects on streams summarized by Simons (1981), Bhowmik (1989), and Hubbard et al. (1993).  DeHaan (1998) provided an annotated bibliography of sediment transport and deposition in large rivers.  Hartfield (1993) and Neves et al. (1997) reviewed the specific effects of channelization on freshwater mollusks.  Channelization impacts a stream's physical (e.g., accelerated erosion, reduced depth, decreased habitat diversity, geomorphic instability, riparian canopy loss) and biological (e.g., decreased fish and mussel diversity, changed species composition and abundance, decreased biomass and growth rates) characteristics (Stansbery and Stein 1971, Hartfield 1993, Hubbard et al. 1993).  Since mussels need stable substrates to survive (Strayer 1999a), channel instability is probably the single most detrimental aspect of channelization (Hartfield 1993).  Channel construction for navigation has been shown to increase flood heights (Belt 1975), thus exacerbating flood events that convey to streams large quantities of sediment with adsorbed contaminants.  Channel maintenance may also result in downstream impacts (Stansbery 1970), such as increases in turbidity and sedimentation, which may smother benthic organisms.  Impacts associated with barge traffic--the construction of fleeting areas, mooring cells, docking facilities, and propeller wash--also disrupt habitat.  Although the volume of literature demonstrating the on-site and off-site environmental and economic consequences of dredging for navigation and flood control is substantial (Smith and Patrick 1991, Watters 2000), these activities continue in the Southeast.

The entire length of the Tennessee River and much of the Cumberland River is maintained as a navigation channel with a series of locks and dams--nine on the Tennessee River and four on the Cumberland River.  Although the dams themselves probably contributed more to the destruction of riverine habitat for mussels (including the oyster mussel and Cumberlandian combshell), channel maintenance activities continue to cause substrate instability and alteration in these rivers and may serve to diminish what habitat remains for the recovery of riverine species.  Other streams, notably the lower Paint Rock River (Ahlstedt 1995-96) and portions of the Bear Creek system (McGregor

and Garner, in press), have been channelized, primarily during ill-fated attempts to reduce flooding.

*Mineral Extraction*

Heavy metal-rich drainage from coal mining and associated sedimentation have adversely impacted many stream reaches (Barnhisel and Massey 1969, Ahmad 1973, Curry and Fowler 1978), destroying mussel beds and preventing natural recolonization (Simmons and Reed 1973, McCann and Neves 1992). Neves et al. (1997) reviewed the effects of various mining activities on freshwater mollusks. The low pH commonly associated with mine runoff can lead to an inability of glochidia to clamp their valves on host tissues, thus preventing proper encystment (Huebner and Pynnönen 1992). Therefore, acid mine runoff may be having local impacts on the recruitment of, particularly, the Cumberland elktoe, since most of its range is within watersheds where coal mining is still occurring. In addition, interstitial spaces in streams, which is habitat critical for juvenile mussels, are clogged by sediment runoff from mines (Branson and Batch 1972). Circumstantial evidence indicates that salinity, a by-product of oil exploration activities, is lethal to some glochidia (Liquori and Insler 1985). Increased sedimentation and turbidity (see "Sedimentation," in this section, for its effects on mussels), reduction in pH from chemicals associated with acid mine drainage, and heavy metals (see "Contaminants," in this section, for their effects on mussels) have altered habitat in many streams to the point where mussels, including these species, are unable to reproduce, recruit, and survive these conditions.

Impacts associated with coal mining activities have particularly altered upper Cumberland River system streams with diverse historical mussel faunas (Stansbery 1969, Blankenship 1971, Blankenship and Crockett 1972, Starnes and Starnes 1980, Schuster et al. 1989, Anderson et al. 1991) and have been implicated in the decline of *Epioblasma* species, especially in the Big South Fork (Neel and Allen 1964). Strip mining continues to threaten mussels in coal field drainages of the Cumberland Plateau (Anderson 1989, Warren et al. 1999) with increased sedimentation loads and acid mine drainage, including Cumberland elktoe and Cumberlandian combshell populations. The Marsh Creek population of the Cumberland elktoe has also been adversely affected and is still threatened by potential spills from oil exploration activities.

Coal mining activities also occur in portions of the upper Powell and Clinch River systems, primarily in Virginia. Scores of active and inactive mines are known from these drainages (Hampson et al. 2000). The role that coal mining has played in the decline of mussel fauna in the Powell River in Virginia was prophesied by Ortmann (1918) and has been briefly summarized by Wolcott and Neves (1990, 1994). Five mine tailings pond spills were reported from 1995 to 1999 in the upper Clinch and Powell River systems (Hampson et al. 2000), at least one of which resulted in a major fish kill (Koch, pers. comm., 1996). Research by Kitchel et al. (1981) indicates that Powell River mussel

populations were inversely correlated with coal fines in the substrate. When coal fines were present, decreased filtration times and increased movements were noted in laboratory-held mussels (Kitchel et al. 1981).

Polycyclic aromatic compounds (PAHs) are indicative of coal fines in the bottom sediments of streams. Known to be toxic to mussels and fishes, PAHs have been found at relatively high levels in the upper portions of the Clinch and Powell Rivers in Virginia (Hampson et al. 2000). In fact, Hampson et al. (2000) detected 29 different PAHs in stream sediment samples in the two watersheds. The Clinch River at Pendleton Island had concentrations of two measured PAHs, naphthalene and phenanthrene, at 400 micrograms per kilogram (µg/kg) and 570 µg/kg, respectively, both of which are above the protection guidelines for aquatic life. The Canadian probable-effect levels of 391 µg/kg and 515 µg/kg, respectively, have been established for these compounds. The probable-effect levels define concentrations above which adverse effects to aquatic organisms can be expected. Pendleton Island was once a stronghold for the rough rabbitsfoot and home to the oyster mussel, Cumberlandian combshell, and purple bean as well in the early 1980s (Ahlstedt 1991a). However, the fauna there was in marked decline less than a decade later. No live oyster mussels or Cumberlandian combshells were found in 1987 (Dennis 1989). Three other sites in the Clinch River system (i.e., lower Clinch River, Guest River, Copper Creek) had concentrations of these two compounds below the probable-effect levels. A site on the Powell River near Arthur, Tennessee, had much higher levels of naphthalene and phenanthrene (1,600 µg/kg and 1,300 µg/kg, respectively) than at Pendleton Island. In the Emory River, downstream of a population of the purple bean in the Obed River, excessive naphthalene levels were detected (610 µg/kg).

In a quantitative study in the Powell River, Ahlstedt and Tuberville (1997) attributed a 15-year decline of the oyster mussel, Cumberlandian combshell, and rough rabbitsfoot and the long-term decrease in species diversity (from 30 in 1979 to 21 in 1994) to general stream degradation due primarily to coal mining activities in the headwaters. Mining activities also likely contributed to the extirpation of the purple bean from the Powell River several decades ago. Iron and phosphate mining in the Duck River watershed was thought to have caused mussel declines in the early 1900s (Ortmann 1924a).

*Gravel Mining*

In-stream gravel mining has been implicated in the destruction of mussel populations (Stansbery 1970, Yokley and Gooch 1976, Grace and Buchanan 1981, Hartfield and Ebert 1986, Schuster et al. 1989, Hartfield 1993, Howard 1997). Lagasse et al. (1980), Kanehl and Lyons (1992), and Roell (1999) reviewed the physical and biological effects of mining sediment from streams. Negative impacts include riparian forest clearing (e.g., mine site establishment, access roads, lowered floodplain water table); stream channel modifications (e.g., geomorphic instability, altered habitat, disrupted flow patterns

36

[including lowered elevation of stream flow], sediment transport); water quality modifications (e.g., increased turbidity, reduced light penetration, increased temperature); macroinvertebrate population changes (e.g., elimination, habitat disruption, increased sedimentation); and changes in fish populations (e.g., impacts to spawning and nursery habitat, food web disruptions) (see discussion in "Sedimentation").  Once mussels have been eliminated, a decade or more may pass before recolonization occurs (Stansbery 1970, Grace and Buchanan 1981).  Substrate disturbance and sedimentation impacts can also be realized for considerable distances downstream (Stansbery 1970), and possibly upstream (Hartfield 1993).

Gravel mining activities threaten the Cumberlandian combshell populations in the Powell River and in Buck Creek, the latter stream representing one of only two remaining populations of this species in the entire Cumberland River system.  Mining activities on the Elk River (Ahlstedt 1991b) may have played a role in the extirpation of the oyster mussel and Cumberlandian combshell from that river.  Gravel removal was apparent at 12 sites along a 40-mile stretch of the lower Elk River during 1999 mussel sampling (Anonymous 1999).  Activities that occur without a permit, unless controlled, may prevent the long-term reintroduction of some of the 13 federally listed mussels that are known from the Elk.

*Contaminants*

Contaminants contained in point and nonpoint discharges can degrade water and substrate quality and adversely impact, if not destroy, mussel populations (Horne and McIntosh 1979, Neves and Zale 1982, McCann and Neves 1992, Havlik and Marking 1987).  Although chemical spills and other point sources (e.g., ditch, swale, artificial channel, drainage pipe) of contaminants may directly result in mussel mortality, widespread decreases in density and diversity may result, in part, from the subtle, pervasive effects of chronic low-level contamination (Naimo 1995).  The effects of excessive concentrations of heavy metals and other contaminants on freshwater mussels were studied by Mellinger (1972), Fuller (1974), Havlik and Marking (1987), Naimo (1995), Keller and Lydy (1997), and Neves et al. (1997).

Mussels appear to be among the most intolerant organisms to heavy metals (Keller and Zam 1991), several of which are lethal, even at relatively low levels (Havlik and Marking 1987).  Cadmium appears to be the heavy metal most toxic to mussels (Havlik and Marking 1987), although chromium, copper, mercury, and zinc also negatively affect biological processes (Jacobson et al. 1993, Naimo 1995, Keller and Zam 1991, Keller and Lydy 1997).  In laboratory experiments, mussels suffered mortality when exposed to 2.0 parts per million (ppm) cadmium, 12.4 ppm chromium, 19.0 ppm copper, and 66.0 ppm zinc (Mellinger 1972, Havlik and Marking 1987).  Most metals are persistent in the environment (Miettinen 1977), remaining available for uptake, transportation, and transformation by organisms for long periods (Hoover 1978).  Metals stored in mussel

37

tissues indicate recent or current exposure (Havlik and Marking 1987), while concentrations in shell material indicate past exposure (Imlay 1982, Mutvei et al. 1994). Highly acidic pollutants such as metals are capable of contributing to mortality by dissolving mussel shells (Stansbery 1995).

Among other pollutants, ammonia has been shown to be lethal to mussels at concentrations of 5.0 ppm (Havlik and Marking 1987). Ammonia is oftentimes associated with animal feedlots, nitrogenous fertilizers, and the effluents of older municipal wastewater treatment plants (Goudreau et al. 1993). This contaminant may become more problematic for juvenile mussels during periods of low flow, when water temperatures increase (Newton et al. 2003b). In stream systems, ammonia is most prevalent at the substrate/water interface (Frazier et al. 1996). Due to its high level of toxicity and the fact that the highest concentrations occur in the microhabitat, where mussels live, ammonia should be considered among the factors potentially limiting the survival and recovery of mussels at some locations (Augspurger et al., in press).

Certain adult species may tolerate short-term exposure (Keller 1993). However, the effects of heavy metals and other toxicants are especially profound on juvenile mussels (Robison et al. 1996) and on the glochidia, which appear to be very sensitive to toxicants such as ammonia (Goudreau et al. 1993). Low levels of some metals may inhibit glochidial attachment (Huebner and Pynnönen 1992). Juvenile mussels may inadvertently ingest contaminated silt particles while feeding (see "Food Habits"). Mussel recruitment may therefore be reduced in habitats with low but chronic heavy metal and other toxicant inputs (Yeager et al. 1994, Naimo 1995, Ahlstedt and Tuberville 1997), which may have contributed to the demise of these five species.

Common contaminants associated with households and urban areas, particularly those from industrial and municipal effluents, may include heavy metals, ammonia, chlorine, phosphorus, and numerous organic compounds. Nonpoint-source runoff from urban areas tends to have the highest levels of many pollutants, such as phosphorus and ammonia, when compared to other catchments (Mueller et al. 1995). A recent nationwide study, sampling 139 stream sites in 30 states, detected the presence of numerous pharmaceuticals, hormones, and other organic wastewater contaminants (OWCs) downstream from urban areas and livestock production (Kolpin et al. 2002). Although none of the sites were in the Cumberlandian Region, the detected OWCs (82 of the 95 they tested for) represented a wide range of residential, industrial, and agricultural sources, and some are known to have deleterious effects upon aquatic organisms. Wastewater is discharged at sites throughout the country with permits (and some without permits) issued by the National Pollution Discharge Elimination System (NPDES). Elimination sites are ubiquitous in watersheds containing rough rabbitsfoot populations, providing ample opportunities for some pollutants to enter streams. Collectively, pollutants from these sources may cause decreased dissolved oxygen levels, increased acidity, and other water chemistry changes that may be lethal to mussels (Horne and

McIntosh 1979, Rand and Petrocelli 1985, Sheehan et al. 1989, Keller and Zam 1991, Dimock and Wright 1993, Goudreau et al. 1993, Jacobson et al. 1993, Keller 1993).

Sediment from the upper Clinch River, where several of these species occur, was found to be toxic to juvenile mussels (Robison et al. 1996). Ahlstedt and Tuberville (1997) speculated that the presence of toxins in the Clinch River may explain the decline and lack of mussel recruitment at some sites in the Virginia portion of that stream. Wilcove and Bean (1994) reported that studies indicated that mussel reproduction below the site of the Appalachian Power Company's (APCO) electric generating station in Carbo, Virginia, was being inhibited by copper discharges. In addition, copper was shown to be toxic to mussels at levels below the U.S. Environmental Protection Agency (EPA) criteria established in Virginia. The Virginia State Water Control Board began proceedings to impose a special water quality standard for copper below the plant. In 1992, the State and APCO agreed on a lower standard for copper for this specific stretch of the Clinch. APCO is spending several million dollars to control copper discharge from its facility to meet the new standard (Wilcove and Bean 1994).

Although the Clean Water Act (CWA), administered by the EPA, has helped eliminate many point-source effluents, "straight pipes" (pipelines conveying untreated household effluents; e.g., chlorine, detergents, household chemicals, human waste, etc., from rural homes directly into streams) continue to discharge wastes. Fraley and Ahlstedt (2000) thought that effluents from straight pipes were partially to blame for the documented decline of the native mussel fauna in Copper Creek from 19 species in 1980 to 11 species in 1998. Included in the historical Copper Creek fauna were the oyster mussel, rough rabbitsfoot, and purple bean, although only the latter species was found live in 1998. Numerous other streams in the Cumberlandian Region doubtless also have straight pipes discharging pollutants into mussel habitat.

Agricultural sources of chemical contaminants are considerable and include two broad categories--nutrients and pesticides (Frick et al. 1998). Nutrient enrichment generally occurs as a result of runoff from livestock farms and feedlots and from fertilizers used on row crops. Various OWCs may also be associated with livestock concentrations (Kolpin et al. 2002). Nitrate concentrations are particularly high in surface waters downstream of agricultural areas (Mueller et al. 1995). Stream ecosystems are impacted when nutrients are added at concentrations that cannot be assimilated, resulting in overenrichment, a condition exacerbated by low-flow conditions. Excessive stands of filamentous algae, a common manifestation of overenrichment, alter the surface of the stream bottom and may represent a shift in algal communities that could disrupt, particularly, juvenile mussel food supplies. Juvenile mussels, utilizing interstitial habitats, are particularly affected by excessive levels of algae-consuming dissolved oxygen during nocturnal respiration (Sparks and Strayer 1998). Increased risks from bacterial and protozoan infections to eggs and glochidia may also pose a threat (Fuller 1974). Hoos et al. (2000) summarized data on nutrient loading in the lower Tennessee River system, where overenrichment was

39

the cause of impairment in 37 stream segments. Nonpoint sources, primarily agricultural inputs, accounted for the largest percentage of total nitrogen and total phosphorus in all streams tested in the study area. Relatively high levels of nutrients were prevalent in the Duck River, where a large population of the oyster mussel occurs. Nutrient levels were also analyzed in the upper Tennessee River system by Hampson et al. (2000). Overall, nutrient concentrations were generally lower than national concentrations and were relatively high only on a localized scale.

Secondly, pesticides, primarily from row crops, are a major source of agricultural contaminants. The occurrence of pesticides in stream sediments and aquatic biota was reviewed by Nowell et al. (1999). Pesticide runoff that commonly ends up in streams may have effects (based on studies with laboratory-tested mussels) that are particularly profound (Fuller 1974, Havlik and Marking 1987, Moulton et al. 1996). Commonly used pesticides have been directly implicated in a North Carolina mussel die-off (Fleming et al. 1995). Once widely used in the Southeast, organochlorine pesticides are still detected in streams and aquatic organisms decades after their use has been banned and may still be found in streams at levels that often exceed the chronic exposure criteria for the protection of aquatic life (Buell and Couch 1995, Frick et al. 1998). These highly toxic compounds are partitioned into both the sediment and the lipid reservoir of organisms (Day 1990, Burton 1992). Erosion from areas of past use is a continuing source of organochlorine pesticides in some streams. Cotton is raised extensively in parts of the middle and lower Tennessee River system. One of the most important pesticides used in cotton farming, malathion, is known to inhibit the physiological activities of mussels (Kabeer et al. 1979) and may decrease the ability of a mussel to respire and obtain food. This particular chemical may pose a continuing threat to the very localized population of the Cumberlandian combshell in the Bear Creek system. Fertilizers and pesticides are also commonly used in developed areas. Collectively, these contaminants have the potential to impact all extant populations of these five species.

*Toxic Spills*

Numerous Cumberlandian Region streams have experienced mussel kills from toxic chemical spills and other causes (Cairns et al. 1971, Crossman et al. 1973, Neves 1986, Wolcott and Neves 1994). The high number of jeopardized species in the upper Tennessee River system make accidental spills a particular concern to conservationists and resource managers (Hampson et al. 2000). The dramatic impact the chlor-alkali chemical plant in Saltville, Virginia, has had on the aquatic fauna in the North Fork Holston River is well documented (Adams 1915; Cairns et al. 1971; Stansbery and Clench 1974; Hill et al. 1975; Ahlstedt 1980, 1991c; Neves and Zale 1982; Sheehan et al. 1989; Hampson et al. 2000). Although it is considered a chronic episode, and not an "event" like most other toxic spills, it is discussed in this section simply because of the tremendous impact it has had on the river.

40

Since the plant's opening in 1893, mercury and various salts (e.g., calcium chloride, sodium chloride) from this site have polluted the North Fork Holston River and decimated the entire molluscan fauna all the way to the mouth of the river, a distance of 80 miles (Ahlstedt 1991c). Occurring in this river reach were populations of the oyster mussel, Cumberlandian combshell, purple bean, rough rabbitsfoot, and 34 other mussel species (Neves and Zale 1982). From 1950 to 1971, an estimated 75 pounds of mercury per day were discharged from this facility directly into the North Fork or into unlined floodplain holding ponds (Hampson et al. 2000). The long-term kill was so thorough that only one mussel species was reported in the early 1970s by Hill et al. (1975).

The closing of the plant in 1972 brought about the possible opportunity for natural mussel recolonization in the North Fork Holston River (Stansbery and Clench 1974). Efforts were soon made to help speed up the recovery of mussels in the North Fork. Between 1975 and 1995, three separate attempts were made transplanting thousands of specimens of 19 species of mussels (including 18 specimens of the oyster mussel; Table 2), into eight sites on the North Fork (Ahlstedt 1980, Sheehan et al. 1989, Neves 1995). Early monitoring surveys indicated that natural recolonization had not occurred by 1990 (Ahlstedt 1991c) and that transplantation success was generally very low (Sheehan et al. 1989). Surveys in the North Fork between 1991 and 1995 indicated the presence of mussels at 19 sites in Virginia below Saltville (Henley and Neves 1999). Recent recruitment, probably attributable to transplanted adults, was evident with the discovery of juveniles of four of the nine species sampled. However, the lingering effects of mercury, extremely low numbers of mussels, and possibly low numbers of fish hosts may be responsible for the general lack of mussels observed at sites within 20 miles downstream of Saltville (Henley and Neves 1995).

An alkaline fly ash pond spill in 1967 and a sulfuric acid spill in 1970 on the Clinch River at the power plant at Carbo, Virginia, caused a massive mussel kill for up to 12 miles downstream from the power plant site (Cairns et al. 1971, Crossman et al. 1973, Stansbery 1986, Sheehan et al. 1989, Wilcove and Bean 1994). Populations of the oyster mussel, Cumberlandian combshell, rough rabbitsfoot, and purple bean that may have resided in the affected river reach were undoubtably impacted by these spill events. Natural recolonization has not occurred in the impacted river reach (Stansbery 1986, Ahlstedt 1991a, Hampson et al. 2000), possibly due to copper contamination from the power plant at Carbo (Wilcove and Bean 1994). An experimental reintroduction of nonlisted mussels in 1981 and 1984 has largely failed (Sheehan et al. 1989).

An overturned tanker truck resulted in a chemical spill in the upper Clinch River on August 27, 1998, killing more than 7,000 mussel specimens of 16 species. Approximately 250 specimens of three federally listed species were found dead over a 5.5-mile reach, including at least 52 purple bean specimens and 20 rough rabbitsfoot specimens (Jones et al. 2001). According to Ahlstedt (1983), "hundreds of dead shells were observed buried in the substratum" during a 1980 Elk River survey. He attributed this kill to an unknown chemical spill.

*Sedimentation*

Sedimentation, including siltation runoff, has been implicated as the number one factor in water quality impairment in the United States (EPA 1990). Although the specific associations that mussels have with stream substrates are poorly understood (Brim Box and Mossa 1999), sedimentation is widely thought to have contributed to the decline of mussel populations (Kunz 1898; Ellis 1931, 1936; Cordone and Kelly 1961; Imlay 1972; Coon et al. 1977; Marking and Bills 1979; Wilber 1983; Dennis 1985; Schuster et al. 1989; Wolcott and Neves 1990; Houp 1993; Richter et al. 1997, Brim Box 1999; Henley et al. 2000; Fraley and Ahlstedt 2000). Sources, biological effects, and the control of sediment in streams were reviewed by Cordone and Kelly (1961) and Waters (1995), while Mount (1995) provided an overview of the effects of various land uses on stream systems. Brim Box and Mossa (1999) and Henley et al. (2000) reviewed how mussels are specifically affected by sediment, while discussing land-use practices and remediation measures that may affect mussels and stream habitats.

Specific biological impacts on mussels from excessive sediment include reduced feeding and respiratory efficiency from clogged gills, disrupted metabolic processes, reduced growth rates, increased substrate instability, limited burrowing activity, and physical smothering (Ellis 1936, Stansbery 1971, Markings and Bills 1979, Kat 1982, Vannote and Minshall 1982, Aldridge et al. 1987, Waters 1995). Brim Box (1999) showed that burying adult mussels under 5.5 inches of sediment in the Apalachicola, Chattahoochee, and Flint River basin significantly decreased their chances of surviving. Intuitively, much thinner layers of sediment may result in juvenile mortality. Such studies tend to indicate that the primary impacts of excess sediment on mussels are sublethal, with detrimental effects not immediately apparent (Brim Box and Mossa 1999). The physical effects of sediment on mussels appear to be multifold (Brim Box and Mossa 1999). They are potentially impacted by changes in suspended and bed material load; bed sediment composition associated with increased sediment production and runoff in the watershed; channel changes in form, position, and degree of stability; changes in depth or the width/depth ratio, which affects light penetration and flow regime; actively aggrading (filling) or degrading (scouring) channels; and changes in channel position that may leave them high and dry (Vannote and Minshall 1982, Kanehl and Lyons 1992, Hartfield 1993, Brim Box and Mossa 1999; see earlier discussion on "Gravel Mining").

Interstitial spaces in mixed substrates may become clogged with sediment (Gordon et al. 1992). When clogged, interstitial flow rates and spaces may become reduced (Brim Box and Mossa 1999), thus reducing habitat for juvenile mussels and some adults as well. Interstitial spaces are relatively free of sediment in the Tennessee portion of the upper Clinch River, whereas upstream, at Pendleton Island in Scott County, Virginia, interstitial spaces were clogged with sediment (Butler, pers. obs., 1999). At the former site, small juvenile mussels were found in some abundance (oftentimes 4 to 6 inches deep in the substrate) but were generally lacking at Pendleton Island (Ahlstedt, unpub. data). Salomons et al. (1987) and the National Research Council (1992) indicated that sediment

may act as a vector for delivering contaminants such as nutrients and pesticides to streams. Juveniles can readily ingest contaminants adsorbed to silt particles during normal feeding activities (see "Food Habits"). These factors may help explain, in part, why so many mussel populations appear to be experiencing recruitment failure.

Host fish/mussel interactions may be indirectly impacted by changes in stream sediment regimes through three mechanisms (Brim Box and Mossa 1999). First, fish abundance (Berkman and Rabeni 1987), diversity (Waters 1995), and reproduction (Muncy et al. 1979) may be reduced with increased sedimentation. Second, excessive sedimentation likely impedes host fish attractant mechanisms (e.g., mantle flaps, conglutinates, superconglutinates that mimic fish prey items; see "General Reproductive Biology of Mussels") (Haag et al. 1995, Burkhead et al. 1997). Third, sedimentation on shoal substrates may interfere with the ability of some species' adhesive conglutinates to adhere to rock particles (Hartfield and Hartfield 1996).

Many Southeastern streams have increased turbidity levels due to siltation (van der Schalie 1938). Some of these five species attract host fishes with visual cues, luring fish into perceiving that their glochidia are prey items (see "Reproductive Biology of the Five Species"). Such a reproductive strategy depends on clear water during the critical time of the year when mussels are releasing their glochidia (Hartfield and Hartfield 1996). Turbidity is a limiting factor impeding sight-feeding fishes (Burkhead and Jenkins 1991) and may have contributed to population declines in some of these mussel species. In addition, mussels may be indirectly affected when turbidity levels significantly reduce the amount of light available for photosynthesis and the production of unionid food items (Kanehl and Lyons 1992).

Waterborne sediment is produced by the erosion of stream banks, channels, plowed fields, unpaved roads, roadside ditches, upland gullies, and other soil disturbance sites (Brim Box and Mossa 1999). This sediment results from poorly designed and executed agricultural and silvicultural activities; clearing of riparian vegetation for agricultural, silvicultural, construction, and flood control activities; gravel mining; and those developmental and other practices that allow erosion to occur, especially during storm-water discharges. The physical characteristics of stream channels are affected when large quantities of sediment are added or removed (Allan 1995, Waters 1995). These changes include the formation of channel bars, erosion of banks, obstruction of flow, increase of flooding events, and shifting of the channel bottom.

Agricultural activities produce the most significant amount of sediment that enters streams (Waters 1995). Neves et al. (1997) stated that agriculture (including both sediment and chemical runoff) affects 72 percent of the impaired river miles in the country. Crop farming has been implicated in producing roughly 40 percent of the erosion in the United States (Meade et al. 1990), and 60 percent of the approximately $8,880 \times 10^6$ tons of soils lost annually from cropland is deposited in streams and reservoirs (U.S. Department of Agriculture [USDA] 1989). Reducing tillage not only

reduces soil exposure, but it also reduces the nutrients and other contaminants that eroded soils carry into streams (National Research Council 1992). Despite the implications, only a few studies (e.g., Cooper 1987, Stewart and Swinford 1995) have specifically attributed changes in mussel populations to sediment derived from agricultural practices. Unfortunately, the CWA does not regulate agricultural runoff, return waters, or discharge flows (D. Powell, EPA, letter dated June 20, 2003).

Armour et al. (1991) reviewed the effects of livestock grazing on riparian and stream ecosystems. Unrestricted access by livestock is a significant threat to streams (Trimble and Mendel 1995) and their mussel populations throughout much of the Cumberlandian Region (Anonymous 1999, Fraley and Ahlstedt 2000). Grazing may reduce infiltration rates and increase runoff and erosion (Brim Box and Mossa 1999). Trampling causes or accelerates stream-bank erosion, and grazing reduces a bank's resistance to erosion (Armour et al. 1991, Trimble and Mendel 1995). In addition, livestock may add nutrients to streams at levels that are not easily assimilated, particularly during low-flow conditions, resulting in overenrichment. Fraley and Ahlstedt (2000) attributed the decline of the Copper Creek mussel fauna between 1980 and 1998, among other factors, to an increase in cattle grazing and loss of riparian vegetation in the stream. They considered the oyster mussel and rough rabbitsfoot as possibly being extirpated from Copper Creek.

Erosion from silvicultural activities accounts for 6 percent of the nation's sediment pollution (Henley et al. 2000). Sedimentation impacts are more the result of logging roads than the actual harvesting of timber (Waters 1995, Brim Box and Mossa 1999). Annual runoff and/or peak flow volumes increase with timber harvests, particularly during the wet season (Allan 1995). This is partially due to the construction of logging roads, and vegetation removal tends to compact soils, reduce infiltration rates, and increase soil erosion. Increased flows and improper harvesting within stream-side management zones may result in stream channel changes (Brim Box and Mossa 1999) that may ultimately affect mussel beds.

Maintaining vegetated riparian buffers is a well-known method of reducing stream sedimentation and other runoff (Service 1980, Allan and Flecker 1993, Lenat and Crawford 1994). Buffers reduce impacts to fish and other aquatic faunas (Naiman et al. 1988, Osborne and Kovacic 1993, Belt and O'Laughlin 1994, Penczak 1995, Rabeni and Smale 1995) and are particularly crucial for mussels (Neves et al. 1997). A review of riparian buffer widths, extent, and vegetation, focusing on recent refereed scientific articles primarily in Georgia, was compiled by Wenger (1999). Schultz and Cruse (1992) evaluated their effectiveness as nutrient and sediment filters. Riparian forest removal in Southern Appalachian streams and subsequent sedimentation has been shown to be detrimental to fish communities (Burkhead et al. 1997, Jones et al. 1999). Particularly affected in the study by Jones et al. (1999) were benthic-dependent species (e.g., darters, benthic minnows, sculpins), which were found to decrease in abundance with longer deforested patches of riparian area. Benthic-dependent fishes, themselves disproportionately imperiled (Burkhead et al. 1997, Warren et al. 2000), commonly serve

as hosts for numerous imperiled mussel species (Watters 1994), including four of the five mussels addressed in this recovery plan (see "Reproductive Biology of the Five Species").

*Other Habitat-altering Activities*

Developmental activities associated with urbanization (e.g., highways, building construction, infrastructure creation, recreational facilities) may contribute significant amounts of sediment and other pollutants in quantities that may be detrimental to stream habitats (Waters 1995, Couch and Hamilton 2002). Urban development changes sediment regimes by creating impervious surfaces and drainage system installations (Brim Box and Mossa 1999). The highest erosion rates are generally associated with construction activities, which can contribute sediment at a rate 300 times greater than from forested land (USDA 1977). Stream channel erosion contributes up to two-thirds of the total sediment yield in urbanized watersheds (Trimble 1997).

With development, watersheds become more impervious, resulting in increased storm-water runoff into streams (Myers-Kinzie et al. 2002) and a doubling in annual flow rates in completely urbanized streams (DeWalle et al. 2000). Impervious surfaces may reduce sediment input into streams but result in channel instability by accelerating storm-water runoff, which increases bank erosion and bed scouring (Brim Box and Mossa 1999). Stream channels become highly unstable as they respond to increased flows by incising, which increases shear stress and bed mobilization (Doyle et al. 2000). With increasing shear stress, benthic organisms become increasingly dislodged downstream (Myers-Kinzie et al. 2002). Studies have indicated that high shear stress is associated with low mussel densities (Layzer and Madison 1995) and that peak flows and substrate movement limits mussel communities, particularly at the juvenile stage (Myers-Kinzie et al. 2002). For some of these species, a considerable amount of habitat has been lost, particularly in metropolitan areas in Tennessee (e.g., Knoxville, Nashville, Chattanooga). Streams that contain these five species, and which are currently threatened with development activities, include Sinking Creek (potential interstate highway, industrial park; Cumberland elktoe) and Buck Creek (potential interstate highway, Cumberlandian combshell), Kentucky; Bear Creek, (instream gold mining, Cumberlandian combshell), Alabama and Mississippi; and the Duck River (general development from rapid growth, oyster mussel) Tennessee (Butler, pers. obs., 2002; Cicerello, pers. comm., 2003; L. Colley, TNC, pers. comm., 2002).

Water withdrawals for agricultural irrigation and municipal and industrial water supplies are an increasing concern for all aquatic resources and are directly correlated with expanding human populations. This impact has the potential to be a particular problem for the Cumberland elktoe population in the Big South Fork system and the oyster mussel population in the Duck River. Droughts may also be a threat to these species, particularly populations occurring in smaller streams. Impacts include decreased flow velocities and depressed dissolved oxygen levels (Johnson et al. 2001). Stochastic events, such as droughts, may be exacerbated by global warming and water withdrawals. These

anthropogenic activities act insidiously to lower water tables, thus making mussel populations susceptible to depressed stream levels.

*Summary*

Currently, the species and their habitats continue to be impacted by excessive sediment bed loads of smaller sediment particles, changes in turbidity, increased suspended solids (primarily resulting from nonpoint-source loading from poor land-use practices, lack of BMPs, and maintenance of existing BMPs), and pesticides. Other primarily localized impacts include coal mining, gravel mining, reduced water quality below dams, developmental activities, water withdrawal, impoundments, and alien species. Toxic spills are also a possibility in all extant populations.

Many of the impacts discussed above occurred in the past as unintended consequences of human development in the Cumberlandian Region. An improved understanding of these consequences has led to regulatory actions (e.g., the CWA); voluntary landowner measures (e.g., BMPs for agricultural, silvicultural, and construction activities); and improved land-use practices (e.g., maintaining riparian buffers, practicing no-till agriculture). These activities and others discussed under "Conservation Measures" are contributing to a reduction in threats to these mussels. Nonetheless, the five species are highly restricted in distribution, occur in generally small populations, and show little evidence of recovering from historical habitat losses without significant human intervention.

OTHER THREATS

*Predation and Parasitism*

The different life stages of mussels are preyed upon by a variety of invertebrate and vertebrate predators and are infested by various parasites as part of natural ecosystem dynamics. Predators normally have minimal significant impacts on Cumberlandian Region fauna (Parmalee and Bogan 1998), with one potential exception. The muskrat (*Ondatra zibethicus*) has long been recognized in the literature (e.g., Apgar 1887) as probably foremost among mussel predators. Muskrat predation on rare mussels has been shown to be potentially detrimental to their recovery (Neves and Odom 1989). Apparently, it continues to be a significant, but seasonal and periodical, problem in localized stream reaches in at least the upper Tennessee River system. For instance, Watson (1999) thought that muskrats in lower Indian Creek had potentially reduced the adult and subadult purple bean population by approximately 20 percent, which, coupled with predation on the tan riffleshell, prompted a program to trap and remove the muskrat. According to Zimmerman and Neves (2003), flatworms are voracious predators on newly metamorphosed juvenile mussels in culture facilities. Young juveniles may also fall prey to various other invertebrates (e.g., hydra, nonbiting midge larvae, dragonfly larvae, crayfish) (Neves, pers. comm., 2002). The overall threat to these species, posed by

piscine and invertebrate predators, in most instances is not thought to be significant. Although parasitism is not thought to be a significant problem in mussels (Parmalee and Bogan 1998), excessive trematode infestations in their gonads have been implicated in inducing mussel senescence (Zale and Neves 1982).

*Alien Species*

Alien species refers to those species "carried outside their original ranges by human activities" (Strayer 1999b). Invasions by alien aquatic species are a factor in streams throughout most of the continent. Impacts from alien species on mussels were reviewed by Neves et al. (1997) and Strayer (1997, 1999b).

The alien Asian clam (*Corbicula flumminea* [Müller, 1774]) was first reported from the Cumberlandian Region around 1959 (Sinclair and Isom 1961). This species has been implicated as a competitor with native mussels for resources such as food, nutrients, and space (Heard 1977, Kraemer 1979, Clarke 1986), particularly as juveniles (Neves and Widlak 1987). According to Strayer (1999b), dense populations of Asian clams may ingest large numbers of unionid sperm, glochidia, and newly metamorphosed juveniles. He also thought they actively disturb sediments, so dense populations may reduce habitable space for juvenile native mussels. Periodic dieoffs may produce enough ammonia and consume enough oxygen to kill native mussels (Strayer 1999b). However, specific impacts on native mussels remain largely unresolved (Heard 1977; Leff et al. 1990; Strayer 1997, 1999b). Yeager et al. (2000) determined that high densities of Asian clams negatively impacted the survival and growth of newly metamorphosed juvenile mussels and thus reduced recruitment. From laboratory experiments, they proved that Asian clams readily ingested glochidia, clam density and juvenile mussel mortality were positively correlated, growth rates were reduced with the presence of clams, and juvenile mussels were displaced in greater numbers downstream. Yeager et al. (2000) presented the following summary:

> [a]fter eons of speciation and adaptation by native unionids . . . particularly in the Southeast, it is highly improbable that all available niches for bivalve filter-feeders [sic] were not filled by the native assemblage. There was no grand niche left vacant, such that the nonindigenous Asian clam could invade, achieve high densities, dominate in benthic biomass, and yet have no significant adverse effect on native unionids.

Densities of Asian clams are sometimes heavy in Cumberlandian Region streams, making competition with populations of some of these five species likely. Paradoxically, large, seemingly healthy, populations of unionids may coexist with Asian clams (e.g., Duck River; Johnson, pers. comm., 2003).

The invasion of the nonnative zebra mussel (*Dreissena polymorpha* [Pallas, 1773]) poses a threat to the mussel fauna of the Cumberlandian Region (Ricciardi et al. 1998). Zebra

mussels in the Great Lakes have attached, in large numbers (up to 10,000 per unionid), to the shells of live and fresh dead native mussels (Schlosser and Kovalak 1991), and they have been implicated in the loss of mussel beds (Hunter and Bailey 1992, Masteller et al. 1993, Schlosser and Nalepa 1995). Although zebra mussels are now in the Tennessee and Cumberland River systems, the extent to which they will impact native mussels is unknown. However, as zebra mussels are likely to reach higher densities in the main stems, large tributaries, and below infested reservoirs, native mussels in these areas will likely be more heavily impacted than mussels in smaller streams without upstream reservoirs. Mussel extinctions are expected as a result of the continued spread of zebra mussels in the Eastern United States (Ricciardi et al. 1998).

Other potential threats from alien species on native mussels include the black carp (*Mylopharyngodon piceus*), a native of China (Strayer 1999b). Nico and Williams (1996) prepared a risk assessment of the black carp and summarized all known aspects of its ecology, life history, and intentional introduction (since the 1970s) into North America. A molluscivore (mollusk eater), the black carp has been proposed for widespread use by aquaculturists to control snails, the intermediate host of a trematode (flatworm) parasite affecting catfish in ponds in the Southeast. Another Asian carp species intentionally brought to the United States, they are known to eat clams (*Corbicula* spp.) and unionid mussels in China, in addition to snails. They are the largest of the Asiatic carp species, reaching more than 4 feet in length and achieving a weight in excess of 150 pounds (Nico and Williams 1996). A supposedly sterile black carp specimen was also caught in March 2003 in an oxbow of the Mississippi River near the mouth of the Ohio River (Mississippi Interstate Cooperative Resource Association 2003). This confirms that the black carp can escape and survive in the wild. If these species invade Cumberlandian Region streams, they could wreak havoc on already stressed native mussel populations.

The round goby (*Neogobius melanostomus*) is another alien invader fish species released in the 1980s into the Great Lakes in ballast waters originating in southeastern Europe (Strayer 1999b). They are well established in much of the Great Lakes, and will likely move south through the Mississippi River system as has the zebra mussel (Strayer 1999b). A voracious carnivore, despite its size (generally less than 10 inches in length), the round goby will eat native mollusks, zebra mussels, and small fishes that potentially serve as hosts for mussels. Round gobies also are aggressive competitors, and may eliminate or reduce populations of sculpins and darters (Strayer 1999b). The arrival of round gobies may therefore have important indirect effects on unionid communities through negative impacts to their host fishes.

Additional alien species will invariably become established in the United States in coming years, and will disrupt native species distributions and abundance (Strayer 1999b). These include *Limnoperna fortunei*, a freshwater mussel from southeast Asia that fouls solid objects as does the zebra mussel. This species has already spread to Japan and South America, and "probably will have strong effects" on native unionids (Strayer 1999b). Alien species potentially carry diseases and parasites that may be devastating to

48

the native biota.  Because of our ignorance of mollusk diseases and parasites, "it is imprudent to conclude that alien diseases and parasites are unimportant" (Strayer 1999b).

PATTERNS OF IMPERILMENT

The fate of freshwater mussel populations is influenced by a number of complex biological and ecological factors that are, in turn, ultimately affected by anthropogenic forces (Neves 1993).  In addition, the elaborate life cycle of mussels increases the probability that weak links in their life history will preclude successful reproduction and recruitment.  Following is an attempt to explain the consequences of the many factors that have contributed to the demise of mussel populations.

*Reproductive Biology*

Egg formation and fertilization are critical phases in the life history, as many mussels fail to form eggs (Downing et al. 1989), or fertilization is incomplete (Matteson 1948).  Fertilization success has been shown to be strongly correlated with spatial aggregation, and either influences the rate of egg formation, or improves fertilization rates of individuals, or both (Downing et al. 1993).

A study of *Elliptio complanata* (Lightfoot, 1786) in a Canadian lake (Downing et al. 1993) suggested that the fertilization success of sparse populations of species having separate sexes (i.e., nonhermaphroditic) is extremely low.  Population viability in mussel beds with low densities may be intuitively questionable, and where fertilization does occur, recruits may be more homozygous than those in denser populations.  Populations with cohort dominance skewed toward only old, large mussels will have limited reproductive success due to senescence.  The occurrence of large numbers of gonad-destroying trematode parasites in old individuals of some mussel species (Zale and Neves 1982) might indicate senescence is partially a result of gonadal infestation.

The fluvial nature of riverine ecosystems would likely indicate that mussel beds would not need to be as aggregated for successful reproduction, as stream flow patterns would potentially disperse sperm over long linear distances.  Where very low densities occur, however, reproductive success would probably be minimal.  There is some evidence that hermaphroditism in certain mussel species may allow even minuscule populations to enjoy some level of reproductive viability (Neves, pers. comm., 1996).  Females changing to hermaphrodites may be an adaptive response (Bauer 1987), assuring that a recruitment class may not be lost in small populations.  Hermaphroditism has not been investigated in these five species.

*Host Fish Connection*

Host fish availability and density are significant factors influencing where certain mussel populations can persist (Haag and Warren 1998).  The apparently inefficient reproductive

cycle involving obligate fish hosts would appear to be a weak link in population recruitment (Bogan 1993). Despite the high number of glochidia produced, contact between glochidia and host fishes is a low-probability event (Neves et al. 1997), promoted by the respiratory and feeding behavior of fishes (Dartnall and Walkey 1979, Neves et al. 1985) and the behavioral characteristics of some mussel species (Davenport and Warmuth 1965, Kraemer 1970). Infestation rates are therefore generally low for riverine mussels (Neves and Widlak 1988, Bruenderman and Neves 1993), but there are some exceptions (e.g., Michaelson and Neves 1995). Although glochidia may initially attach to many fish species, immune system incompatibility results in unsuitable fish hosts quickly sloughing off the parasites (Zale and Neves 1982).

*Recruitment Failure*

Strong recruitment is a common characteristic of healthy viable mussel populations (Haag and Warren 2003b). Newly recruited individuals may even constitute a large percentage of the total population. Conversely, the sporadic or low levels of recruitment that are characteristic of many populations are likely not sustainable and are indicative of declining populations (Haag and Warren 2003b).

Despite the dearth of available quantitative information, the evidence is overwhelming that individual and combined stressors resulting from anthropogenic forces have been responsible for the demise of mussel faunas (Havlik and Marking 1987, Neves et al. 1997). Gradual reductions in recruitment and survival of vulnerable mussel species occur when anthropogenic factors act insidiously in altering sediment and water quality (Fleming et al. 1995).

Susceptibility of glochidia and host fish to altered and degraded habitats, coupled with the chance encounter between glochidia and host, can contribute to periodic recruitment failures (Zale and Neves 1982, McMurray et al. 1999a) and relic populations dominated by cohorts of older adults (Neves 1993, Stansbery 1995). Juveniles appear to be more susceptible to perturbations than adults (Ortmann 1909) and are hypothesized to be more susceptible to competitive interactions with the Asian clam for space or food (Neves and Widlak 1987). Lack of recent recruitment is apparent in many mussel populations (McMurray et al. 1999a, 1999b). It is possible that pedal-feeding juveniles that ingest contaminated sediment (see "Habitat Alteration") are precluding recruitment in some otherwise reproducing mussel populations. Unfortunately, many mussel populations are characterized by large, old, and spatially separated individuals that are commonly on their way toward extirpation (Stansbery 1995).

Mussel recolonization of impacted river reaches is achieved by dispersal of newly metamorphosed juveniles via infested host fish, passive adult movement downstream (Neves 1993), and active migration or passive movement downstream of juveniles (Kat 1982). Due to slow growth and relative immobility, however, the establishment of self-sustaining populations requires decades of immigration and recruitment, even where

50

suitable habitat exists for common species that may occur in high densities (Neves 1993). Mussel recruitment is typically low and sporadic, with population stability and viability being maintained by numerous slow-growing cohorts and occasionally good year classes (Neves and Widlak 1987). Only when a significant number of viable populations have been verified should that species be considered stable (A. E. Bogan, North Carolina State Museum of Natural Sciences, in litt., 1995).

Due to their extreme longevity, direct effects of some anthropogenic factors on mussels may not be evident for years and, in some cases, not until the species has disappeared or experienced significant range reduction (Bogan, in litt., 1995). Studies suggest that although individual impacts may be minor, cumulative effects may become lethal over time (Bogan 1993).

Determination of the relative rarity of species has been divided by Rabinowitz et al. (1986) into the following three factors: (1) geographic range, (2) habitat specificity, and (3) population abundance. Based simply on the fact that these five species currently are highly restricted in range, are habitat specialists (with the possible exception of the oyster mussel; Jones, letter dated June 9, 2003), and occur in small populations, their imperilment is made more acute.

*Population Fragmentation and Genetic Considerations*

The fragmentation of populations is the invariable result of many of the factors discussed under "Habitat Alteration." Page et al. (1997) reviewed the factors that contributed to population fragmentation and their impacts on aquatic organisms, while outlining management and restoration strategies that can mitigate fragmentation impacts. Neves (1997) presented a thorough summary of genetic considerations in freshwater mussel conservation.

Basic principles of population genetics give valuable insight into the heightened imperilment of rare species. Genomic heterogeneity is lost when the natural interchange of genetic material between populations is prohibited (Neil et al. 1975, Allendorf and Leary 1986). Population genetics has emphasized the profound negative effects the loss of genomic heterogeneity has on the overall population viability of species with restricted and fragmented ranges (Chesser 1983, Gilpin and Soulé 1986). Such isolation can eventually lead to inbreeding depression (Avise and Hambrick 1996), which can be a major detriment to a species' recovery (Frankham 1995). Inbreeding may result in decreased fitness of multiple life stages, and the loss of genetic heterozygosity results in a significantly increased risk of extinction in localized natural populations (Saccheri et al. 1998).

The effect of reduced heterozygosity on the extinction risk is most noticeable in small, isolated populations (Saccheri et al. 1998). However, even in populations exhibiting more intermediate levels of isolation, extinction risk increases dramatically with

51

decreasing heterozygosity in the smallest populations. Unfortunately, according to Soulé (1980), it is likely that some of the extremely small and geographically isolated populations of these five mussel species may already be below their effective population size (EPS) or the level required to maintain long-term genetic viability (see "Narrative Outline," Recovery Task 1.4.6, for further discussion). The fragmentation of populations is of paramount importance when considering the likelihood of the long-term survival of narrowly distributed species (Burkhead 1993). The present fragmented distribution and imperiled status of most populations of these five species in the Cumberlandian Region may be indicative of the detrimental bottleneck effect resulting when the EPS is not attained.

Once-sizable populations of most of these species occurred throughout significant portions of the main stems of the large rivers and tributary systems comprising the Cumberlandian Region. This was particularly true for the Cumberlandian combshell and oyster mussel (see "Distributional History and Relative Abundance"). Historically, there were no natural absolute barriers to genetic interchange among their tributary subpopulations and those of their host fishes (with the notable exception of Cumberland Falls; see "Distributional History and Relative Abundance," Cumberland elktoe account).

The completion of numerous dams on the main stems of the Cumberland and Tennessee Rivers and their large tributaries, primarily during the first half of the twentieth century, greatly altered the habitat for riverine mussels. In long stream reaches, their populations became extirpated when river channels were flooded behind dams, effectively isolating the remaining populations located primarily in tributaries. Small and isolated tributary populations of imperiled short-lived species (e.g., most fishes) theoretically may have died out within a decade or so after, and as a direct result of, impoundment. This scenario is predicted by the hypothesis of disrupted source/sink populations (Pulliam 1988). Long-lived mussel species may potentially take decades for their populations to expire after impoundment, possibly longer if other factors were at play in their ultimate demise. As an example, during 1983-92 sampling, Ahlstedt and McDonough (1995-96) found only old specimens of riverine mussels, with no evidence of recent recruitment, in the upper Tennessee River downstream from the Watts Bar Dam (completed in 1942) and upstream of the Chickamauga Dam (completed in 1940). This latter scenario is predicted by Levins' (1970) metapopulation model, in which reservoirs originally contributed to extirpations by disrupting the extinction/recolonization population dynamics. The date of extirpation in this model does not correlate with reservoir construction but rather with other detrimental factors.

The rough rabbitsfoot metapopulation in the upper Clinch River is an example of the importance of a healthy main-stem population for maintaining its occurrence in an adjacent tributary--Indian Creek. The rabbitsfoot is more of a main-stem species, occurring secondarily in tributaries (Neves, letter dated June 11, 2003). The few individuals found in Indian Creek are probably dependent on the source population in the adjacent Clinch River for the long-term survival of the tributary population. On the other

hand, a tributary species, like the purple bean, has a large population that is viable and probably stable enough to survive in Indian Creek without the need for a Clinch River source population (Neves, letter dated June 11, 2003).

Without the level of genetic interchange these species experienced historically (because of anthropogenic factors discussed in "Past and Present Threats"), many small and isolated populations that are now comprised predominantly of adult specimens may be slowly dying out due to various factors.  This may, in part, account for the relatively recent demise of numerous tributary populations (see "Distributional History and Relative Abundance").  Even given the improbable absence of the impacts addressed in the "Past and Present Threats" section, smaller isolated populations of these species may be lost to the devastating consequences of below-threshold EPS (see "Narrative Outline" and Recovery Task 1.4.6 for further discussion).  In reality, degradation of these isolated stream reaches, resulting in ever-decreasing patches of suitable habitat, is invariably contributing to the decline of the five species.  Populations appear viable only where there are relatively large metapopulations in relatively extensive habitat patches (e.g., Cumberlandian combshell, oyster mussel, and rough rabbitsfoot in the upper Clinch River; Cumberland elktoe in the Big South Fork system).  In order to sustain healthy populations of these species, the importance of maintaining good habitat in tributaries cannot be stressed enough.

The extreme rarity of these five species makes it problematic for resource managers to incorporate many of the genetic issues associated with maintaining a high level of genetic diversity.  Neves (1997) warned that "[i]f we let conservation genetics become the goal rather than the guidelines for restoring and recovering mussel populations, then we will be doomed to failure with rare species."  He surmised that habitat alteration, not the loss of genetic variability, was the driving force for population extirpation, a conclusion also reached by others (e.g., Caro and Laurenson 1994).  Furthermore, he suggested that because mussels are variable in their modes of reproduction (e.g., cross-fertilizing in separate sexes, potentially self-fertilizing in hermaphrodites), they have the potential to be more adaptable and ultimately more recoverable than conservation geneticists may now realize (Neves, letter dated June 11, 2003).  Therefore, typical concerns from a population genetics perspective (e.g., population fragmentation, loss of heterozygosity) "may overstate a perceived concern."

Nevertheless, issues of population size and fragmentation should be considered in order to maintain high levels of genetic heterozygosity when attempting to conserve imperiled populations and recover these rare mussels.  For instance, treating disjunct populations of once wide-ranging mussels as metapopulations would facilitate conservation management while increasing recovery options for the translocation of adults and propagated juveniles to establish viable populations (Neves 1997).  Due to the small population size and resultant reduction in genetic diversity within such populations, care generally should be taken to maximize genetic heterogeneity to avoid either inbreeding depression

(Templeton and Read 1984) or outbreeding depression (Avise and Hamrick 1996) in translocation and propagation efforts.

*Summary*

In summary, mussels are jeopardized when their population size is diminished by any factor that reduces glochidial or juvenile survivability, adult spawning stocks, and host fish abundance (Neves 1993). Furthermore, any perturbation that limits fertilization rates and survivability of the glochidia; decreases host fish abundance; decreases fish community composition; and/or alters density, aggregation, or size distribution of mussel populations is detrimental to population viability and, ultimately, the species as a whole (Downing et al. 1993, Neves 1993, Neves et al. 1997). Many, if not all, of the factors addressed in this and the previous section have probably played, and some may continue to play, roles in the demise of the five mussels addressed in this recovery plan.

## CONSERVATION MEASURES

Ecosystem management is the most effective method of protecting the greatest number of species (Doppelt et al. 1993, Shute et al. 1997). The Service, other governmental agencies, conservation organizations, and local watershed protection groups have implemented ecosystem management to conserve, restore, and recover Federal trust species and other rare aquatic species and their habitats nationwide. The Service has organized ecosystem teams, including the Southern Appalachian and Lower Tennessee/Cumberland Ecosystems in the range of these five species, to better manage each ecosystem's biota in a cross-program manner (Rappaport Clark 1999). This holistic approach to the management of biotic resources is deemed much more effective than managing single species in a complex natural and political environment. Shute et al. (1997) summarized the ecosystem approach to the management of imperiled aquatic resources, provided a literature review on the subject, and recommended a series of steps for developing and implementing an ecosystem management program. These include: (1) prioritizing the ecosystems in need of protection, (2) identifying and partnering with all potential agencies and organizations that have watershed interests, (3) prioritizing ecosystem threats, (4) identifying strategies to minimize or eliminate threats, and (5) educating ecosystem inhabitants and other stakeholders.

The Freshwater Mollusk Conservation Society was formed to conserve this highly imperiled fauna. Founding members of this organization and other individuals have published a national strategy to address mussel conservation (National Native Mussel Conservation Committee [NNMCC] 1998). Its goals are to conserve native species; ensure their continued survival; and maintain their ecological, economic, and scientific values to our society (Neves 1997). Neves (1997) presents a summary of the national strategy and outlines actions needed to implement mussel conservation and recovery on a global scale.

54

**Governmental Activities**

A number of conservation measures are available for federally listed and other species pursuant to Federal and State regulations and other Federal and State activities. Wilcove and Bean (1994) reviewed existing legislation and other activities benefitting declining faunas of streams. They outlined ways in which legislation, water quality standards, dam operation modifications, creative incentives (e.g., market forces, tradeable discharge permits), and other proactive conservation measures may serve to preserve aquatic species such as jeopardized mussels.

Conservation actions by Federal, State, and private organizations, groups, and individuals are facilitated once a species has been listed under the Act. The Act states that the Secretary shall develop and implement plans, and these plans shall have a description of site-specific management actions that (1) may be needed for recovery; (2) provide for the possible acquisition of land and waters in cooperation with the States (Section 5); (3) through cooperation with the States, provide funding to effect recovery activities (Section 6); (4) require Federal agencies to evaluate their actions with respect to any listed species (Section 7); and (5) make unlawful the taking of listed species under certain conditions (Sections 9, 10, and 11).

The CWA requires the protection, maintenance, and restoration of aquatic species and their habitat as a minimum, use where attainable (Section 101(a)(2), regardless of whether they are federally listed under the Act, and requires restoration and maintenance of the nations's waters, including water quality (Powell, letter dated June 20, 2003). Using the term "water quality standard," the CWA established three primary elements for this criterion: (1) designated use, (2) criteria (narrative and numeric) that support those designated uses, and (3) an antidegradation policy that requires all existing uses to be maintained (40 CFR Part 131). Designated uses by shellfish (e.g., mussels) are typically defined within State law as a classification of specific designated uses. Existing uses are those uses that occurred on or after November 28, 1975, regardless of whether they were identified in a State's designated uses, and would include the maintenance of these five species.

The point-source discharge of pollutants into streams has been greatly reduced due to the CWA (Neves et al. 1997). Municipalities and industries have improved wastewater treatment facilities with grants and aid from the EPA and State environmental protection departments. Nonpoint-source pollution is dealt with in a number of ways under the CWA, including providing funds through its Section 319 nonpoint-source pollution program to improve water quality and reduce nutrient loading, sedimentation, and the likelihood of other pollutants entering streams. In addition, the States, EPA, and USGS have assessed and monitored water quality in streams throughout much of the Southeast (e.g., Hoover 1978, EPA 1990, Mueller et al. 1995, Frick et al. 1998, Hampson et al. 2000, Hoos et al. 2000).

Where exceeded standards for contaminants are allowed to enter streams via point sources, the CWA can be used to help reduce excessive levels. The EPA's Municipal Separate Storm Sewer Systems (MS4) Program issues permits for point-source discharges, which may include ditches and swales in addition to effluent pipes. Typically, these systems collect storm-water runoff and discharge it into the nation's waters. The MS4 program can therefore address situations where certain contaminant levels exceed numeric criteria. Unfortunately, not all numeric criteria for contaminants apply to discharges from the MS4 permits (Powell, letter dated June 20, 2003).

A Rapid Bioassessment Protocol (RBP) has also been established by the EPA, utilizing a set of physical habitat descriptors (e.g., sediment levels, total suspended solids) that may be useful in characterizing mussel habitats. In addition to physical habitat, other components of RBP include assessing fish, invertebrate, and algal communities. From this information, the relative health of a stream segment can be characterized by identifying stressors (e.g., pollutants, reduced flow) and their effects on mussels, and the development of Total Maximum Daily Loads (TMDL) of certain pollutants can be determined (Powell, letter dated June 20, 2003).

Federal governmental involvement also includes the Fish and Wildlife Coordination Act (FWCA), which is intended to protect fish and wildlife resources and their habitats by coordinating with natural resource agencies on their projects. Programs under the USDA, particularly those administered by the Natural Resources Conservation Service (NRCS) (e.g., Conservation Reserve Enhancement Program [CREP], Environmental Quality Improvement Program, Wetland Reserve Program, Fish and Wildlife Habitat Improvement Program), are increasingly addressing restoration of impaired streams with imperiled species. For example, a proposed 10-year CREP project on the upper Green River system in Kentucky would earmark $110 million to farmers volunteering to take tens of thousands of riparian acres out of agricultural production, restoring habitat, and establishing conservation easements. Hundreds of thousands of dollars of habitat restoration funds have been granted in Cumberlandian Region watersheds that harbor populations of these species (e.g., Buck Creek, Clinch/Powell River, Duck River) or in watersheds within their historical range (e.g., Rockcastle River, Little River, Hiwassee River, Sequatchie River, Paint Rock River). The NRCS is routinely adopting animal waste management plans to reduce nutrient and sediment input into streams throughout the country.

The protection of some streams and their diverse mussel faunas may best be achieved through the creation of refuges (Johnson, letter dated June 22, 2003). The groundwork already has been laid to create a national wildlife refuge in the Clinch River corridor in Tennessee and Virginia (although no funding has been allocated for the purchase of land). The Clinch River harbors more federally listed mussels than any other stream (18) and is the only stream with extant populations of 4 of these 5 mussels (all but the Cumberland elktoe).

The Nonindigenous Aquatic Nuisance Prevention and Control Act of 1990 (NANPCA) was the first legislation authorizing the Service and the National Oceanic and Atmospheric Administration to issue regulations preventing the unintentional introduction of aquatic nuisance species. On February 2, 1999, the President issued Executive Order (EO) 13112 on invasive species. The EO places increased emphasis on efforts to prevent the introduction of invasive species; to provide for their control; and to minimize the economic, ecological, and human health impacts that invasive species cause. Regulations under the NANPCA and the EO will help prevent the incidental importation of other mollusks that are harmful to native species. The Service has developed four priorities under the title "Director's Priorities FY 1999-2000." One of the priorities is to develop and implement an aggressive program to enhance the Service's capability and leadership role to respond effectively to present and future invasive species problems and issues. All Service offices and ecosystem teams will focus efforts via three goal statements--enhance leadership, take direct action, and raise public awareness.

Certain Cumberlandian Region streams, some of which harbor populations of these five species, receive a level of State protection by being designated as outstanding resource waters or are publicly owned and managed as wildlife management areas, parks, preserves, and historic areas. Some streams have been protected by the National Park Service. Much of the Big South Fork system, with populations of the Cumberland elktoe, oyster mussel, and Cumberlandian combshell, is protected as the Big South Fork National River and Recreation Area in northern Tennessee, as is a population of the purple bean in the Obed Wild and Scenic River in east-central Tennessee.

**Priority Watersheds for Protection**

Priority drainage regions in the United States based on numbers of at-risk fish and mussel species have been assessed by Master et al. (1998). The Cumberlandian Region easily ranks first of the 48 regions nationwide in this category, with 39 more at-risk species than the second place Mobile River basin (104 versus 65). Among smaller watersheds, Cumberlandian Region streams comprise 29 of 87 (33 percent) national drainages with the most significant imperiled aquatic resources, including 6 of the top 7. Numerous small drainages in the Cumberlandian Region with populations of multiple listed mussel species rank high for watershed-based restoration efforts. The current high quality conditions of many of the priority streams will facilitate the long-term protection and management of their imperiled mussel faunas. Regional watersheds that already have community-based restoration projects are listed in the next section.

Recently, TNC established a Freshwater Initiative to develop conservation strategies on focus streams in the Southeast based primarily on their study of critical watersheds for protecting biodiversity (Master et al. 1998). The World Wildlife Fund (WWF) recently completed a conservation assessment of freshwater ecosystems in North America (Abell et al. 2000) and a regional study focused, in part, on the Cumberlandian Region (WWF 2002). The latter study represents a joint effort with TNC and discusses the biological

importance of the Cumberland and Tennessee Rivers, outlines the threats to aquatic biodiversity, prioritizes watersheds based on species richness and number of imperiled taxa, and presents potential solutions to conserve the imperiled faunas on a watershed basis. Both the WWF and American Rivers, another conservation organization promoting the welfare of rivers, have stationed regional representatives in the Southeast to work with partners to target high-biodiversity streams in the region for protection and restoration.

**Grassroots Support at the Watershed Level**

Habitat protection can best be achieved at the watershed level by voluntary community stewardship awareness, action, and planning and other activities. Numerous stakeholders have realized that wise stream management, which involves restoring and protecting riparian habitat, improves water quality (Osborne and Kovacic 1993), enhances habitat for fishes (Belt and O'Laughlin 1994, Penczak 1995, Rabeni and Smale 1995), and is crucial for mussels (Neves et al. 1997). Numerous grassroots organizations have sprung up to initiate community-based watershed restoration projects in the region. These groups, consisting of local citizenry, band together to promote water quality and an awareness of aquatic habitat issues in their focus areas. In Alabama alone, the Alabama Rivers Alliance (ARA) has identified nearly 50 "grassroots watershed guardians" (ARA 1998). Similarly, more than 40 grassroots watershed-based groups have been identified in Kentucky (K. Wynne, Kentucky Waterways Alliance, pers. comm., 2000). These respective Alliances and their constituent watershed groups work at various levels to address a broad array of conservation issues. The importance of grassroots organizations cannot be overemphasized with regard to the conservation of riverine resources; their cooperation is invaluable.

The Service's Asheville, North Carolina; Cookeville, Tennessee; Frankfort, Kentucky; Daphne, Alabama; and Southwest Virginia Field Offices and other Service facilities have partnered with a legion of stakeholders (e.g., TNC, NRCS, Resource Conservation and Development Councils, State conservation agencies, grassroots watershed groups) to initiate several riparian habitat restoration projects on streams having diverse mussel and other aquatic faunas within the Cumberlandian Region (Butler et al. 1999). Full-time Service employees work throughout the range of these five species and partner with other stakeholders to seek funding sources to further habitat restoration goals. District Conservationists for NRCS cover every county in the region and have implemented scores of projects on private land that benefit riverine habitat and improve water quality. Among the State agencies, the Kentucky Department of Fish and Wildlife Resources is particularly active, having established several resource management positions statewide to work with riparian landowners and other partners to protect aquatic habitat. Seed money, provided by the Service's Partners for Fish and Wildlife Program, Landowner Incentives Program (each of which aids private landowners in restoring riparian habitat), and other sources, has been particularly instrumental in getting individual restoration programs started. TNC and other key partners have proved extraordinarily proficient at

leveraging funds (up to a ratio of 20:1) for on-the-ground projects and other related restoration and environmental outreach endeavors. The focus for these efforts is on agricultural watersheds, which are critical for the protection of water quality and aquatic life (Master et al. 1998).

During the past decade, TNC has played a pivotal role in establishing and coordinating community-based watershed-level restoration projects in the Cumberlandian Region. Demonstrating a strong commitment to imperiled aquatic resources, and having a very similar mandate to that of the Service, they have established bioreserves and other projects on high-diversity streams that contain one or more of these five species. These include Horse Lick Creek/Rockcastle River and Buck Creek in Kentucky, the upper Clinch/Powell River in Tennessee and Virginia, Paint Rock River in Alabama and Tennessee, and Duck River in Tennessee. The upper Clinch River (including the tributary Powell River), which has more at-risk mussel and fish species than any other small watershed in the country, has also been selected by TNC as the highest-priority watershed nationwide that is critical for protecting aquatic biodiversity (Master et al. 1998). The Kentucky Chapter of TNC is proposing a project in the Big South Fork, where as many as five listed species currently occur, including two of these five species. Field representatives hired by TNC or the NRCS work closely with landowners and other stakeholders to effect riparian and aquatic habitat restoration. Partnering with State and Federal agencies and the coal industry, TNC is also working on the coal remining initiative, which addresses the complex issue of abandoned mine land (Master et al. 1998).

**Riparian Habitat Restoration**

The full protection of forested stream buffers is possibly the most important conservation action riparian landowners can take (Service 1980, Allan and Flecker 1993). A recent study of Southern Appalachian streams in a project watershed (Little Tennessee River, Macon County, North Carolina) concluded that forested buffers were absolutely critical for maintaining healthy benthic-dependent fish communities (Jones et al. 1999) and, conversely, mussel populations (Neves et al. 1997).

Restoration activities in priority watersheds conducted by governmental agencies, community-based groups, and other stakeholders have helped improve riverine habitat in agricultural and other settings in many ways. Typical among these are reducing erosion by stabilizing stream banks and using no-till agricultural methods; controlling nutrient enrichment by carefully planning heavy livestock use areas; establishing buffer zones by erecting fencing and revegetating riparian areas; developing alternative water supplies for livestock; and implementing voluntary BMPs to control runoff for a variety of agricultural, silvicultural, and construction activities. BMPs vary from State to State, as does the level of participation by landowners. In order to increase their effectiveness in protecting aquatic resources, certain BMPs may need to be more stringent in order to

minimize impacts to mussels and their habitats, and a higher level of landowner participation should be encouraged.

Despite their current level of imperilment, Neves (1999a) remains optimistic that nearly every stream with historically or currently significant mussel populations will become suitable for restoration if agricultural impacts are reduced. Perhaps the greatest accomplishment of all is that riparian landowners and other stakeholders are proving that they can be good stewards of the land by taking increased interest and pride in aquatic resources.

**Propagation, Augmentation, and Reintroduction**

Water and stream habitat quality improvements in parts of the Southeast have made it possible for mussels to potentially expand their existing populations into adjacent habitats or to recolonize or be reintroduced into historical habitats in certain river reaches. Such improvements in habitat conditions have come to fruition through the concerted efforts of the COE, TVA, EPA, and other Federal agencies; State water resource and natural resource agencies; industries; municipalities; conservation organizations; and concerned citizens. For instance, the TVA has modified water releases from several of its dams to improve water quality conditions in the tailwaters (Scott et al. 1996). Adjusting the thermal regime in the tailwaters of Cumberlandian Region dams would improve habitat and help promote reproduction for many federally listed mussels (Heinricher and Layzer 1999), including some of these five species.

State and Federal agencies and the scientific community have cooperatively developed mussel propagation and reintroduction techniques and conducted associated research that has facilitated the augmentation of extant populations and the reintroduction of mussels into historical and/or restored habitats (Watters 1994, Neves 1997, Garner 1999). A major reintroduction project is being planned for the Tennessee River at Muscle Shoals, Alabama, a site that was historically the most diverse of all known mussel beds worldwide (Ortmann 1924b, 1925; Stansbery 1964). The Service has published a proposed rule to designate experimental population status under Section 10(j) of the Act for the reintroduction of 16 federally listed mussel species and 1 aquatic snail to the remaining free-flowing habitat of the site below the Wilson Dam, in the Tennessee River. Another area in the Holston and French Broad Rivers near Knoxville, Tennessee is currently under consideration for the reintroduction of 16 mussels (some of the same species). Furthermore, studies are underway to better understand and eliminate threats to mussels from contaminants, aquatic nuisance species, and other environmental perturbations, which could ultimately open up new areas for mussel translocation efforts.

**Public Outreach and Environmental Education**

Several Federal (e.g., U.S. Forest Service, NRCS, EPA, USGS, TVA, COE) and other governmental agencies, conservation organizations, and grassroots groups have

accomplished much in the field of public outreach and environmental education and should be commended for their collective achievements. Environmental education plays a major role in the Service's recovery and restoration programs in the Cumberlandian Region. Environmental education centers, pamphlets, stakeholder guides, and other outreach materials are common components of public outreach in project watersheds in many areas of the Southeast. Working with various other Federal agencies through a private company, an imperiled streams exhibit featuring mussels was recently installed in the Tennessee Aquarium in Chattanooga (Butler et al. 2000). "Aquatic trunks" represent a host of outreach materials that will enable secondary school educators to teach students about how the public benefits from aquatic ecosystems, while stressing the need for their protection and restoration. A large series of brochures, posters, and videos on mussels and fishes and other materials have been developed for public dissemination. Recently completed projects include a video on stream restoration techniques for private landowners; *Russell the Mussel*, a storybook for children relating the plight of mussels (both produced by Virginia Polytechnic Institute and State University); and "Pearly," a mussel costume worn as an educational tool (constructed by the Service's Southwest Virginia Field Office).

# PART II

# RECOVERY

## A. Recovery Objectives

The ultimate goal of this recovery plan is to restore viable populations of the Cumberland elktoe (*Alasmidonta atropurpurea*), oyster mussel (*Epioblasma capsaeformis*), Cumberlandian combshell (*Epioblasma brevidens*), purple bean (*Villosa perpurpurea*), and rough rabbitsfoot (*Quadrula cylindrica strigillata*) to the point where their protection under the Act is no longer required.

Recovery in the near future is not likely for the five species addressed in this plan because of the extent of their decline, the relative isolation of their remaining populations, their apparent sensitivity to common pollutants (e.g., ammonia), and continued threats to their habitats (see "Reasons for Decline"). This should not be construed as a failure of the Act or of conservation biologists charged with effecting their recovery. A time period of at least 10 years is needed to document the long-term viability of an average mussel population probably longer for long-lived species (e.g., rough rabbitsfoot). Doremus and Pagel (2001) argue that for many species permanent listing under the Act should be expected, since the primary protective measures are provided by the Act itself. Protecting their extant populations and occupied habitats, therefore, is the most immediate recovery priority for these species (see "Narrative Outline of Recovery Tasks," Recovery Task 1). For most of these populations, protection can best be achieved at the watershed level by voluntary community stewardship awareness, action, and planning and other activities outlined under "Conservation Measures."

The cornerstone of recovery for these five species rests on the preservation of existing or reestablishment of other viable populations. A viable population is defined as a wild, naturally reproducing population that is large enough to maintain sufficient genetic variation to enable the species to evolve and respond to natural habitat changes without further intervention. Viable populations will therefore be stable and have multiple age classes, including newly recruited juveniles. The demographic structure and effective size of a viable population will be determined as Recovery Task 1.4.6. The number of secure viable stream populations (extant and reestablished) needed to achieve downlisting/delisting varies from species to species, depending on the extent of a species' historical range (i.e., species that were once widespread require a greater number of populations for recovery than species that were historically more restricted in distribution, regardless of the stream size they typically inhabit). A species can qualify for threatened status when it is likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range or for endangered status when it is in danger of extinction throughout all or a significant portion of its range.

62

In the establishment of criteria for downlisting and delisting the species for the purpose of this recovery plan, the Cumberland elktoe in the upper Big South Fork system is considered a single stream population without barriers to genetic interchange (i.e., Big South Fork, North White Oak Creek, Clear Fork, North Prong Clear Fork, Crooked Creek, Bone Camp Creek, White Oak Creek, New River). The purple bean in the upper Clinch River in the vicinity of, and including, Indian Creek is considered a single stream population (i.e., upper Clinch River/Indian Creek). Similarly, the purple bean in the remainder of the Clinch River and in Copper Creek is considered a separate stream population (i.e., lower Clinch River/Copper Creek). These reaches of the Clinch River are separated by an approximately 12- to 15-mile reach of the Clinch, from Carbo downstream to below St. Paul, that is thought to represent a barrier to natural genetic interchange between mussel populations due to past chemical spills and persistent habitat problems (Wilcove and Bean 1994; Neves, letter dated June 11, 2003). Additionally, two discrete stream populations of the rough rabbitsfoot are considered to exist in these reaches of the Clinch River, minus Copper Creek.

Throughout the following section, unspecified streams identified for the establishment of viable stream populations (i.e., Cumberland elktoe) indicate streams within the historical range of the species but from which valid records are not known. The Cumberland elktoe is currently known to be extant in nearly all of its streams of historical occurrence, with few exceptions. However, the historical range of this species was poorly sampled historically (Cicerello and Laudermilk 2001). Streams identified for the reestablishment of viable stream populations (i.e., oyster mussel, Cumberlandian combshell, purple bean, rough rabbitsfoot) indicate streams where historical records are known but from which the species are now considered extirpated. Potential streams for the reestablishment of viable stream populations will be explored under Recovery Task 4.4. Where population reestablishment could take place, a list of potential streams is given.

**Recovery Strategy**

The intent of recovery is to restore a species to a significant portion of its range, remove the threats that would endanger the species, and ensure that it is not in danger of extinction or of becoming an endangered species in the foreseeable future. Within the objectives of a recovery strategy for these five species, the preservation of extant populations and the occupied habitats for these five mussels is the most immediate and important activity recovery priority. Preservation and protection of these populations will be achieved by continuing to use existing regulatory mechanisms, establishing partnerships with various stakeholders, using BMPs, and minimizing or eliminating threats to the species. Each extant population must also be viable to achieve recovery. As the viability of existing populations is secured, other viable populations within the historic range of the species have to be reestablished and protected. This is necessary in order to reach the overall recovery goal for these

mussels. Additional research as defined in this plan into the life history and ecological requirements will help formulate the biological information necessary for the preservation of existing and reestablishment and maintenance of other viable populations. Knowledge of the effective population size is particularly critical for determining the size and demographic makeup of a viable population for these species.

The Cumberland elktoe is now restricted to five populations; to achieve recovery, seven viable populations must exist. The oyster mussel is now restricted to three populations; to achieve recovery, nine viable populations must exist. The Cumberlandian combshell is now restricted to five populations; to achieve recovery, nine viable populations must exist. The purple bean is now restricted to four populations; to achieve recovery, five viable populations must exist. The rough rabbitsfoot is now restricted to three populations; to achieve recovery, four viable populations must exist.

Multiple age classes within a population are necessary to ensure that adequate densities of mature adults are present to produce enough recruitment to maintain a stable population. Haag and Warren (2003b) found that in two stable mussel populations in Mississippi and Alabama, new recruits comprised an average of 11 percent of the total population, a figure highly variable among species, sites, and years. Using stochastic stage-based matrix population models, they estimated that to maintain a stable or increasing population, minimum mean annual recruitment must be greater than 5 to 12 percent, depending on the species.

The increase in the number of stream populations of these five species can occur in two basic ways. Either a previously unknown population can be found, or a population can be reestablished back into portions of its historic range. Reestablishing populations can occur in two ways—through implementation of an essential or nonessential experimental population rule (under section 10(j) of the Act) or without such a rule. Both options to reestablish new populations will require close coordination with and concurrence of the State(s) involved and other partners that have interests at any potential reintroduction sites. Implementation of a Safe Harbor Agreement is another option for reestablishing populations.

Due to the rarity of extant populations, the propagation of laboratory- or hatchery-reared progeny is the most logical means of providing individuals for the establishment of new populations (NNMCC 1998). Pursuing augmentation and reintroduction efforts in order to establish or reestablish viable populations is an essential component in the recovery strategy for these species. The Service has developed a "Policy Regarding Controlled Propagation of Species Listed under the Endangered Species Act" (65 FR 56916). The purpose of the policy is to provide specific guidance and establish consistency for the use of controlled propagation as a component of the recovery strategy for a listed species. Any controlled propagation

of these mussels should be done in accordance with this policy.  Priorities for recovery efforts for the five species via propagation should be to:  (1) develop propagation technology, (2) augment and expand the ranges of extant populations to ensure their viability, and (3) reestablish viable populations in other streams within their historical range that have suitable habitat and water quality (Neves, letter dated June 11, 2003).

Matching species to their optimal habitat is also very important in maximizing the likelihood of success.  Therefore, tributary species (e.g., Cumberland elktoe, purple bean), where feasible, should be restored to tributary streams before they are restored to main-stem rivers.  Conversely, main-stem species (e.g., oyster mussel, Cumberlandian combshell, rough rabbitsfoot), where feasible, should be restored to main-stem streams before they are restored to tributary streams (Neves, letter dated June 11, 2003).

In addition, population and habitat monitoring is necessary in order to measure progress towards recovery and support possible modifications to the recovery plan. Educating the public about watershed conservation, in general, and more specifically about the role of these mussels in their ecosystem, will contribute immeasurably to their recovery.  As aquatic animals, mussels are directly and indirectly affected by human land and water uses in the entire watershed upstream of and adjacent to their habitats.  Engaging the public as described in the "Conservation Measures" section will be critical to achieve recovery for these five mussels.

The following recovery criteria define objective and measurable conditions for reclassifying and delisting all five mussels.  The criteria in this plan address demographic measures (as outlined in the criteria below for downlisting and delisting) and threats to the species ("Listing/Recovery Factor Criteria").  Both sets of criteria will apply as standards upon which any reclassification decisions will be based (i.e., the Service must observe and document sufficient increases in numbers and range as well as sufficient reduction in threats in order to downlist or delist a species). Recovery tasks ("Narrative Outline") describe the specific actions that are necessary to effect recovery as measured by these criteria.  Recovery activities will need to be assessed annually to evaluate the overall success of the recovery program and to recommend actions needed to reach the overall recovery goal.  As more is learned about these species and their habitats, the recovery criteria and tasks may need to be modified.

**Criteria for downlisting to threatened status:**

The Cumberland elktoe, oyster mussel, Cumberlandian combshell, purple bean, and rough rabbitsfoot will be considered for reclassification to threatened status when the likelihood of their becoming extinct in the foreseeable future has been eliminated by achieving the following criteria:

1. Through the protection of extant stream populations (e.g., continuing to use existing regulatory mechanisms, establishing partnerships with various stakeholders, using BMPs, minimizing or eliminating threats), discovery of currently unknown stream populations, and/or reestablishment of historical stream populations, there exists:

   a. At least five distinct viable stream populations of the Cumberland elktoe in the Cumberland River system. This will be accomplished by:

      (1) Protecting all extant stream populations (i.e., Laurel Fork, Marsh Creek, Sinking Creek, Big South Fork system, Rock Creek) and ensuring that all of these streams have viable population status.

   b. At least six distinct viable stream populations of the oyster mussel in the Cumberland River system, upper Tennessee River system,[1] and/or lower Tennessee River system. This will be accomplished by:

      (1) Protecting all extant stream populations (i.e., lower Clinch River, Nolichucky River in the upper Tennessee River system; Duck River in the lower Tennessee River system) and ensuring that all of these have viable population status.

      (2) Reestablishing three viable stream populations in any of the following streams: (a) Cumberland River system (e.g., Rockcastle River, Buck Creek, Big South Fork, Little South Fork, Red River); (b) upper Tennessee River system (e.g., upper Clinch River, Powell River, upper Holston River/North Fork Holston River, lower Holston River, French Broad River); and/or (c) lower Tennessee River system (e.g., Paint Rock River, Elk River, Tennessee River at Muscle Shoals, Shoal Creek, Bear Creek, Buffalo River).

   c. At least six distinct viable stream populations of the Cumberlandian combshell in the Cumberland River system, upper Tennessee River system, and/or lower Tennessee River system. This will be accomplished by:

      (1) Protecting all extant populations (i.e., Big South Fork and Buck Creek in the Cumberland River system; lower Clinch River and Powell River in the upper Tennessee River system; Bear Creek in the lower Tennessee River system) and ensuring that all of these streams have viable population status.

---

[1]The dividing point between the upper and lower Tennessee River system is the Alabama/Tennessee State line near Chattanooga, Tennessee.

(2) Reestablishing a viable stream population in one of the following streams: (a) Cumberland River system (e.g., Rockcastle River, Little South Fork, Red River); (b) upper Tennessee River system (e.g., upper Holston River/North Fork Holston River, lower Holston River, lower French Broad River); or (c) lower Tennessee River system (e.g., Paint Rock River, Elk River, Tennessee River at Muscle Shoals, Duck River, Buffalo River).

d. At least four distinct viable stream populations of the purple bean in the upper Tennessee River system. This will be accomplished by:

(1) Protecting all extant stream populations (i.e., upper Clinch River/Indian Creek, lower Clinch River/Copper Creek, Obed River, Beech Creek) and ensuring that they all have viable population status.

e. At least three distinct viable stream populations of the rough rabbitsfoot in the upper Tennessee River system. This will be accomplished by:

(1) Protecting all extant stream populations (i.e., upper Clinch River/Indian Creek, lower Clinch River, Powell River) and ensuring that two of them have viable population status.

2. One distinct naturally reproduced year class exists within each of the viable populations. The year class must have been produced within 5 years prior to the time the species are reclassified from endangered to threatened. Within 1 year before the downlisting date, gravid females of the mussels and their host fish must be present in each viable population.

3. Research studies of the mussels' biological and ecological requirements have been completed and any required recovery measures developed and implemented from these studies are beginning to be successful (see Recovery Tasks 1.4.1, 1.4.2, 1.4.5, and 1.4.6), as evidenced by an increase in population density of approximately 20 percent and/or an increase in the length of the river reach of approximately 10 percent inhabited by the species as determined through biennial monitoring (see Recovery Task 5).

4. No foreseeable threats exist that would likely impact the survival of any of the species over a significant portion of their ranges (see Recovery Tasks 1.4.3 and 1.4.4).

5. Within larger streams (e.g., Rockcastle River, Big South Fork, Clinch River, Powell River, upper Holston River/North Fork Holston River, Elk River, Duck River, Buffalo River), the species are distributed over a long enough reach that a single catastrophic event is not likely to eliminate or significantly reduce the entire population in that stream to a status of nonviable (see Recovery Task 4.1).

6. Biennial monitoring of the five species yields the results outlined in "criterion 1. a-e" over a 10-year period (see Recovery Task 5).

**Criteria for removing the species from the *Federal List of Endangered and Threatened Wildlife and Plants*:**

The Cumberland elktoe, oyster mussel, Cumberlandian combshell, purple bean, and rough rabbitsfoot will be considered for removal from the *Federal List of Endangered and Threatened Wildlife and Plants* when the likelihood of their becoming endangered in the foreseeable future has been eliminated by achieving the following criteria:

1. Through the protection of extant stream populations (e.g., continuing to use existing regulatory mechanisms, establishing partnerships with various stakeholders, using BMPs, minimizing or eliminating threats), discovery of currently unknown stream populations, and/or reestablishment of historical stream populations, there exists:

   a. At least seven distinct viable stream populations of the Cumberland elktoe in the upper Cumberland River system. This will be accomplished by:

      (1) Protecting all extant stream populations (i.e., Laurel Fork, Marsh Creek, Sinking Creek, Big South Fork system, Rock Creek) and ensuring that all of these streams have viable population status.

      (2) Establishing a distinct viable stream population in one additional stream in the upper Cumberland River system.

   b. At least nine distinct viable stream populations of the oyster mussel in the Cumberland River system, upper Tennessee River system, and/or lower Tennessee River system. This will be accomplished by:

      (1) Protecting all extant stream populations (i.e., lower Clinch River and Nolichucky River in the upper Tennessee River system; Duck River in the lower Tennessee River system) and ensuring that all these populations have viable population status.

      (2) Reestablishing six viable stream populations in any of the following streams: (a) Cumberland River system (e.g., Rockcastle River, Buck Creek, Big South Fork, Little South Fork, Red River); (b) upper Tennessee River system (e.g., upper Clinch River, lower Holston River, upper Holston River/North Fork Holston River, lower French Broad River); and/or (c) lower Tennessee River system (e.g., Paint Rock River, Elk River,

68

Buffalo River, Tennessee River at Muscle Shoals, Shoal Creek, Bear Creek, Buffalo River).

c. At least nine distinct viable stream populations of the Cumberlandian combshell, including three in the Cumberland River system, four in the upper Tennessee River system, and two in the lower Tennessee River system. This will be accomplished by:

   (1) Protecting all extant stream populations (i.e., Big South Fork and Buck Creek in the Cumberland River system; lower Clinch River and Powell River in the upper Tennessee River system; Bear Creek in the lower Tennessee River system) and ensuring that all these populations have viable population status.

   (2) Reestablishing four viable stream populations in any of the following streams: (a) Cumberland River system (e.g., Rockcastle River, Little South Fork, Red River); (b) upper Tennessee River system (e.g., upper Holston River/North Fork Holston River, lower Holston River, lower French Broad River); and/or (c) lower Tennessee River system (e.g., Paint Rock River, Elk River, Tennessee River at Muscle Shoals, Duck River, Buffalo River).

d. At least five distinct viable stream populations of the purple bean in the upper Tennessee River system. This will be accomplished by:

   (1) Protecting all extant stream populations (i.e., upper Clinch River/Indian Creek, lower Clinch River/Copper Creek, Obed River, Beech Creek) and ensuring that they all have viable population status.

   (2) Reestablishing a viable stream population in the upper Tennessee River system (e.g., Powell River).

e. At least four distinct viable stream populations of the rough rabbitsfoot in the upper Tennessee River system. This will be accomplished by:

   (1) Protecting all extant stream populations (i.e., upper Clinch River/Indian Creek, lower Clinch River, Powell River) and ensuring that they all have viable population status.

2. Two distinct naturally reproduced year classes exist within each of the viable populations. Both year classes must have been produced within 10 years, and one year class must have been produced within 5 years of the recovery date. Within 1 year before the recovery date, gravid females of the mussels and their host fish must be present in each viable population.

3. Research studies pertaining to the mussels' biological and ecological requirements have been completed and recovery measures developed and implemented from these studies have been successful (see Recovery Tasks 1.4.1, 1.4.2, 1.4.5, and 1.4.6), as evidenced by an increase in population density of approximately 20 percent and/or an increase in the length of the river reach of approximately 10 percent inhabited in each of the viable populations as determined through biennial monitoring (see Recovery Task 5).

4. No foreseeable threats exist that would likely threaten the survival of any of the viable populations (see Recovery Tasks 1.4.3 and 1.4.4).

5. Within larger streams (e.g., Rockcastle River, Big South Fork, Clinch River, Powell River, upper Holston River/North Fork Holston River, Elk River, Duck River, Buffalo River), the species are distributed over a long enough reach that a single catastrophic event is not likely to eliminate or significantly reduce the entire population in that stream to a status of nonviable (see Recovery Task 4.1).

6. Biennial monitoring of the five species yields the results outlined in "criterion 1. a-e" above over a 10-year period (see Recovery Task 5).

**Listing/Recovery Factor Criteria:**

The following criteria (Factors A through E) apply equally to downlisting endangered species and eventually delisting them. These criteria are linked to specific recovery tasks and serve to measure progress in removing threats to the species that is sufficient, in combination with the population criteria, for the Service to consider downlisting or delisting the species.

**Factor A: The present or threatened destruction, modification, or curtailment of a species' habitat or range.** To provide assurance of population stability, when any one of the five species increases to the levels specified under the population criteria, threats to its habitat must be reduced as specified under this factor. Populations of the five species have declined in response to a wide variety of impacts upon streams and watersheds (see "Reasons for Decline, Habitat Alterations"). Therefore, reducing threats to their habitat must be accomplished through a broad application of measures for protecting water quality and quantity and through the restoration of stable natural stream channels and riparian zones as buffers from various developmental activities. Effective watershed conservation will not only serve to reduce habitat threats to the listed mussels but also will benefit all other native components of the aquatic ecosystem, including the host fish species essential for completing the mussels' life cycles. The following criteria shall serve to indicate a reduction in habitat threats:

1. Water quality and quantity are fully supporting a designated use for fishing and for fish and wildlife habitat (as reported by the States under Section 305(b) of the

CWA) in all streams where the five mussels occur. Give special consideration to "biocriteria" used in assessing water quality (e.g., Index of Biotic Integrity). Recovery Tasks 1.1, 1.2, and 1.4.5 will contribute toward achieving this criterion.

2. Stream systems currently supporting populations of the five mussels and those needed for recovery are not further fragmented by new dams, water withdrawals, pollution "dead zones," or other habitat alterations that may preclude the movement of host fish species between occupied sites. The stream systems that are listed above under "criterion 1" for downlisting and delisting are the areas the Service regards, for management purposes, as separate populations of the listed mussels. However, host fish species are not necessarily able to move between occupied sites within all of the stream systems due to impoundments and possibly other barriers. Any status surveys shall assess whether new barriers to fish passage have developed since listing that have genetically separated occupied sites within a stream system. Recovery Tasks 1.1, 1.4, 1.4.3, 1.4.5, and 3 will contribute toward preventing such separation.

3. Stream channels at all sites occupied by the five mussels are stable (not actively aggrading or degrading or undergoing excessive bank erosion) and adjacent riparian zones are adequately vegetated to prevent significant erosion. Recovery Task 4.1 will develop a protocol for assessing this listing/recovery criterion as part of rangewide status surveys that will collect data for the population criteria. Recovery Tasks 1.4.1, 1.4.2, 1.4.3, and 1.4.5 will contribute toward achieving this criterion.

**Factor B: Overutilization for commercial, recreational, scientific, or educational purposes.** To provide assurance of population stability, when any one of the five species increases to the levels specified under the population criteria, any overutilization for commercial, recreational, scientific, or educational purposes that threatens its continued existence must be reduced as specified under this factor. None of these five mussels have commercial value at the present time. The increasing rarity of these five species may make them more appealing to shell collectors. This potential threat is not considered to be a significant enough problem to alter the listing/recovery criteria outlined in this section. Therefore, at this time, overutilization for commercial, recreational, scientific, or educational purposes is not considered to be a limiting factor; thus, no reclassification (downlisting or delisting) criteria are necessary.

**Factor C: Disease or predation.** To provide assurance of population stability, when any one of the five species increases to the levels specified under the population criteria, disease or predation that threatens its continued existence must be reduced as specified under this factor. Disease has been suspected in mussel dieoffs in various streams (Neves 1986). Predation by muskrats is a localized and sporadic problem with some mussels, occasionally including these five species, and they may be a

71

factor in the level of success achieved by certain augmentation and/or reintroduction efforts (see Recovery Task 1.4.3). However, there is little data indicating that disease or predation are limiting factors; thus, no reclassification (downlisting or delisting) criteria are necessary.

**Factor D:  The inadequacy of existing regulatory mechanisms.**  To provide assurance of population stability, when any one of the five species increases to the levels specified under the population criteria, any inadequacy of existing regulatory mechanisms that threatens its continued existence must be reduced as specified under this factor.  The final rule determining that these five mussels are endangered stated that existing authorities, such as the CWA, may not have been fully utilized in the protection of aquatic systems.  Under Section 305(b) of the CWA, States provide designated uses for streams.  Designated use categories include:  fish and aquatic life, livestock watering and wildlife, irrigation, navigation, domestic water supply, and industrial water supply, among others.  Criteria to support the designated uses are also established and include numeric criteria for water quality parameters (e.g., ammonia, heavy metals, dissolved oxygen) and narrative criteria for biological parameters (e.g., benthic macroinvertebrates).  Streams that do not meet designated uses for certain criteria are placed on a Section 303(d) list of impaired waters.  For instance, short segments of the Powell and Clinch Rivers in Virginia are considered impaired waters due to reduced communities of benthic macroinvertebrates and fecal coliform, respectively.  An antidegradation policy establishes that all designated uses be maintained and guides the State as to which activities can or cannot be permitted in specific streams and stream reaches.  Further, the current numerical criteria for pollutants such as ammonia may not protect mussels (Augspurger et al., in press).  Recovery Tasks 1.1 and 1.2 will address these needs.  Continuing research on other threats to these species may identify areas where existing regulatory mechanisms are inadequate for their protection.  Recovery Tasks 1.4.3, 1.4.4, and 1.4.5 will address these concerns.

**Factor E:  Other natural or man-made factors affecting its continued existence.** To provide assurance of population stability, when any one of the five species increases to the levels specified under the population criteria, several natural and man-made threats to its continued existence must be reduced as specified under this factor.  These threats include the presence and potential introduction of alien species (especially the zebra mussel and black carp), insufficient densities of host fish species in streams supporting the five species, inbreeding depression and other genetic considerations, and possible weak links in the species' life cycles (see "Reasons for Decline, Patterns of Imperilment").  The following criteria shall serve to indicate a reduction in natural and other man-made threats:  (1) zebra mussels, black carp, and other alien species not presently occurring in the region are not established in the stream systems supporting the five species; (2) relatively stable, nonimperiled populations of host fish species are present in each stream system; (3) genetic diversity is sufficient within each stream system; and (4) weak links in the life cycle

72

of each species are identified and remedied through research, habitat improvement, propagation, translocation, or other means.

## B. Narrative Outline

1. **Preserve extant populations and currently inhabited habitats.** Since only a small number of populations of these five species exist, it is essential that they all be protected.

   1.1 **Continue to use existing legislation and regulations (e.g., the Act, CWA, FWCA, Federal and State surface mining laws, wetland and water quality regulations, stream alteration regulations, Federal Energy Regulatory Commission relicensing) to protect the species and their habitats.** Prior to and during implementation of this recovery plan, it is critical to the species' survival that Federal and State agencies continue to protect the extant populations with those laws and regulations that address protection and conservation of the species and their habitats.

   1.2 **Ensure that the numerical and narrative criteria established by the EPA and the States under the CWA for certain pollutants in sediments and the water column are protective of all life stages of mussels and that other suspected pollutants have numerical criteria established based on toxicity levels to mussels.** The States, under the auspices of the EPA and the CWA, have established numerical and narrative criteria for numerous contaminants. There is some evidence that currently established criteria for certain pollutants may not be adequate to protect mussels (e.g., ammonia; Newton et al. 2003a, Augspurger et al., in press; copper, Wilcove and Bean 1994) or that the standards apply only to the water column and not sediment samples. Where current numerical criteria are found not to be protective of the various life stages of mussels, these criteria should be revised in the EPA's national methodological guidance values. The EPA and the Service should request that the States revise these numeric criteria during the next triennial review. Further, the EPA should be requested to make a CWA Section 303(c)(4)(D) finding that the criteria are not adequate if the State does not make the necessary revision. Other compounds do not have numerical criteria established in sediments (e.g., only 12 of 29 PAHs detected in the Clinch and Powell Rivers have numerical criteria established, Hampson et al. 2000). The Service should work with the EPA and the States to establish numerical criteria for those pollutants that are detrimental to the various life stages of mussels. The sensitivity of different pollutants to various life stages of mussels will be determined under Recovery Task 1.4.4.

   1.3 **Solicit help in protecting the species and their essential habitats through the development of cooperative partnerships (e.g., community-based**

73

**watershed restoration projects) with Federal and State agencies, local governments, agricultural groups, mining interests, conservation organizations, local landowners, and other stakeholders.** Section 7 consultation under the Act, FWCA, and other laws and regulations can assist in the protection of species when Federal programs are involved, but the implementation of these programs alone cannot recover the species. The assistance of various stakeholders, working at the ecosystem and watershed levels, will be essential for the conservation and restoration of imperiled mussel populations (Williams and Neves 1995; see "Conservation Measures"). More importantly, the support of the local community (including agricultural, silvicultural, mining, construction, and other developmental interests; local individuals; and landowners) will be essential in order to meet these recovery goals. Without a partnership with the people who live and work in these watersheds and who have an influence on habitat quality, recovery efforts will be doomed.

**1.3.1 Meet with local government officials and regional and local planners to inform them of our plans to recover these species and request their support.** This recovery criterion is particularly important in high-growth metropolitan areas in the Cumberlandian Region.

**1.3.2 Meet with private landowners and agricultural, silvicultural, mining, construction, and other developmental interests and try to elicit their support in implementing protection and conservation actions.** The support of private landowners and these groups is essential. They should be informed of current, but strictly voluntary, BMPs that could be implemented in order to minimize the impact of their activities on aquatic resources. Where they fail to adequately prevent significant impacts to mussels, BMPs should be made more stringent (see "Conservation Measures"). These interest groups should be encouraged to promote the safe mixing, application, storage, and disposal of pesticides, herbicides, and fertilizers and to comply with current water quality regulations. Landowners should be encouraged to consider alternative pest management approaches that do not use synthetic pesticides. Lastly, stakeholder assistance should be sought in complying with contaminant levels that are appropriate for the recovery of the species.

**1.3.3 Develop cooperative ventures with private landowners to restore riparian habitat through programs like the Service's Partners for Fish and Wildlife Program and those administered by the USDA.** Federal and State natural resource agencies and conservation organizations, in cooperation with willing landowners, have begun to implement programs to restore riparian and aquatic habitat (see

74

"Conservation Measures"). These programs, which are designed to benefit both the landowner and our natural resources, should be pursued with willing landowners to help minimize soil erosion and toxic runoff and enhance habitat for these five mussels.

**1.4    Conduct life history studies and other research necessary for the species' management and recovery, determine threats, and implement management actions where needed.** Learning more about the biological traits of mussels, particularly those traits associated with disjunct populations, is critical if we are to recover imperiled mussels (Neves 1999a). Key biological factors (e.g., population isolation, low density, reproductive failure) are impeding any natural attempts of rare species to recover themselves. Garner (1999) presented an outline of research needs required for the conservation of Southeastern unionids.

**1.4.1    Conduct life history research on the species to include such factors as reproduction, food habits, age and growth, and demography.** Some limited information is available with regard to the life history of these species (see "Life History"). However, much additional life history information will be needed in order to successfully implement the recovery tasks.

**1.4.2    Characterize the species' habitats (e.g., relevant physical, biological, chemical components) for all life history stages.** These species have been able to withstand some degree of habitat degradation. However, much of their habitat has been so severely altered that the species have been extirpated from numerous stream reaches (see "Distributional History and Relative Abundance"). Knowledge of species-specific microhabitat requirements and ecological associations is needed in order to focus management and recovery efforts on explicit habitat problems. Standardization of physical descriptions of known viable populations should follow EPA's Rapid Bioassessment Protocol, specifically the physical habitat methodology.

**1.4.3    Determine the mechanisms and impacts of present and foreseeable threats at the micro- and macrohabitat level and on a watershed basis.** Impoundments, channelization, pollution, sedimentation, and other perturbations have contributed, and some may continue to contribute, to substrate, water quality, and riparian zone degradation that negatively affects these mussels. The mechanisms by which the species and their habitats are impacted by some of these factors are poorly understood (Brim Box and Mossa 1999), and the extent to which the species can withstand these impacts is not known. In particular, the effects of these impacts upon juveniles, potentially the weakest link in

their life cycle (see "Patterns of Imperilment"), should be investigated. In addition, the level of predation by muskrats should be evaluated, and a predator control program should be initiated if deemed necessary.

**1.4.4  Determine contaminant sensitivity for each life history stage.** Sensitivity of mussel glochidia, juveniles, and adults to common contaminants may vary significantly (see "Reasons for Decline"). The technology and methodology to determine sublethal and lethal levels of contaminants (e.g., pesticides, herbicides, chemical discharges) on these species or their surrogates should be developed through the CWA's Whole Effluent Toxicity methodology and special testing protocol under the NPDES program. The latter program identifies which effluent pollutants may be causing adverse effects. The effects of multiple-toxin "cocktails" should be investigated for those compounds commonly encountered in Cumberlandian Region streams.

**1.4.5  Based on the biological data and threat analyses, investigate the need for management, including habitat improvement.** Additional management actions, where needed, should be implemented in order to secure viable populations of these species. Specific components of the species' habitats may be lacking, limiting the species' potential expansion, or certain activities in the watersheds may be adversely impacting the species. Habitat improvement programs will probably be needed as a prerequisite for mussel reintroduction into historical habitat and in order to increase host fish abundance, spawning success for both mussels and host fishes, and overall survivability. Cooperative projects with willing landowners for the purpose of providing alternative water sources may be needed to help minimize the impacts of water withdrawal and livestock access to the streams (see Recovery Task 1.4.3). Such efforts will be needed to overcome some of the threats identified in Recovery Task 1.4.3. This task will also address issues associated with new barriers that may be discovered which potentially fragment mussel and/or fish host populations (see "Factor A.2" under "Listing/Recovery Factor Criteria"). If barriers cannot be removed or eliminated, mussel stocks may need to be transplanted, host fish transported, or fish passage provided.

The use of the CWA's TMDLs under Section 303(d) for restoration of streams impaired by pollutants within the jurisdiction of the CWA may help achieve this task. Where the States have found that designated uses have been impaired due to habitat modification resulting from pollutants covered by the CWA (e.g., nutrients, sediments), the resulting TMDLs should be used to identify stream segments that

historically harbored mussels, and these uses should be restored once the TMDL is met.

**1.4.6 Determine the number of individuals and the sex ratio required to maintain long-term viable natural populations.** Inbreeding depression can be a major obstacle to a species' recovery, especially if the remaining population size is small and/or has gone through some type of genetic bottleneck (Neil et al. 1975, Avise and Hambrick 1996). The actual number of individuals in a population is not necessarily a good indication of a population's genetic viability; rather, the effective population size (EPS) is critical (Neves 1997, Garner 1999). The EPS is the size of an "ideal" population in which genetic drift takes place at the same rate as in the actual population (Chambers 1983).

Franklin (1980) suggested that the inbreeding coefficient should be limited to no more than 1 percent per generation, a figure which implies that maintenance EPS, in the short term, should be no fewer than 50 individuals (Franklin 1980, Soulé 1980, Frankel and Soulé 1981). Because the EPS is typically only one-third to one-fourth the actual population size (being affected by sex ratio, overlapping generations, generally nonrandom distribution of offspring, and nonrandom mating) (Soulé 1980), a population of 150 to 200 individuals is needed for short-term population maintenance. Soulé (1980) further suggests that for long-term viability, an EPS of 500 individuals is necessary, translating into a population size of 1,500 to 2,000 individuals. However, Allendorf et al. (1997) considered stocks of Pacific salmon to be at high risk of extinction if the EPS was below 500 individuals and chronic population declines were present.

The EPS, adequate density within populations, and sex ratios for these five mussel species needs to be determined in order to calculate whether their remaining populations are capable of long-term self-maintenance or whether propagation and augmentation programs should be initiated. Allozyme and/or mitochondrial DNA studies should also be considered in order to assess genetic variability and viability in the remaining populations of the five species.

**1.4.7 Conduct detailed anatomical and molecular genetic analyses of the five species throughout their ranges.** Researchers in the Southeastern United States recognize that the taxonomic identity for many mussel taxa has probably not been determined (Butler 1989, Mulvey et al. 1997, Butler and Mayden 2003). Determining cryptic biodiversity is crucial for mussel conservation in particular (Williams and Mulvey 1997, Lydeard and Roe 1998, Roe 2000). A rigorous taxonomic study

of the oyster mussel and tan riffleshell suggests that the oyster mussel represents a species complex (Jones, letter dated June 9, 2003). The individual taxa that comprise this complex are more endangered than the oyster mussel. Accordingly, there are major implications for the recovery and management of the multiple entities comprising the species complex. In addition, the disjunct record of the Cumberland elktoe in the upper Caney Fork system has also generated controversy as to its proper taxonomic placement (see Table 1, Footnote 5). Research on molecular genetics, soft anatomy, life history, and ecology should be undertaken to determine if any population of the Cumberland elktoe and the other three species is a distinct genetic entity that may warrant specific conservation and management consideration. Genetic information (e.g., allozyme or mitochondrial DNA studies) on various populations of these species would also be useful in determining which genetic stocks should be used in particular translocation efforts (see Recovery Task 3). Otherwise, there is the risk of inadvertent genetic swamping of species via introgressive hybridization or loss of populations from outbreeding depression (Avise and Hambrick 1996, Lydeard and Roe 1998; but see discussion under "Reasons for Decline").

**2. Develop a prioritized list, by species, of streams and stream reaches that should be surveyed.** A prioritized list of streams in need of surveying would help determine where limited survey funds should be spent.

**3. Search for additional populations of the species and suitable habitat.** It is possible that some currently unknown populations of these five species may exist. An effort should be made using the list developed under Recovery Task 2 to search unsurveyed stream reaches and to resurvey stream reaches from which the species are thought to have disappeared.

**4. Determine, through research and propagation technology, the feasibility of augmenting extant populations and reintroducing the species into historical habitat.** Mussel propagation technology and subsequent translocation are fast becoming important tools in the recovery of native populations (Garner 1999). See Neves (1997) for a summary of captive propagation and mussel translocations and Watters (1994) for an annotated bibliography of mussel propagation studies. Severe range restriction and overall population declines characterize the status of these species. Their recovery is not possible without augmenting some extant populations and/or reintroducing populations into habitat within their historical ranges.

**4.1 Refine techniques and methodologies for propagating and translocating individuals as a prelude to potential augmentation and reintroduction**

78

**efforts.**  Sufficient specimens of most listed mussels are not presently available to allow for the translocation of enough adults to augment or reintroduce populations.  These methodologies will need to be tested on a variety of species in order to increase production levels and improve survival rates of captive-propagated and translocated animals.

**4.2    Determine the need, appropriateness, and feasibility of augmenting and expanding certain extant populations.**  Many extant populations may be characterized by a size or demographic composition that is insufficient to maintain long-term genetic viability (see Recovery Task 1.4.6 and "Reasons for Decline").  These populations may be able to expand naturally if environmental conditions are improved.  However, some populations may be too small and may need to be augmented to reach a sustained level of viability.

**4.3    In coordination with partners, survey efforts should be undertaken to identify and prioritize extant populations as a prerequisite for augmentation activities based on biological, ecological, and habitat characterization criteria.**  A set of biological, ecological, and habitat parameters will need to be developed to determine if an extant population will be suitable for species augmentation.  Prioritized populations for this task will be selected based on present population size, demographic composition, population trend data, potential site threats, habitat suitability, and any other limiting factors that might decrease the likelihood of long-term benefits from population augmentation efforts.

**4.4    Determine the need, appropriateness, and feasibility of reintroducing the species into prioritized stream reaches within their historical ranges.**  Numerous populations of these five species have been lost from streams and stream reaches within their historical ranges (see "Distributional History and Abundance").  Habitat and water quality improvements have recently been documented in some stream reaches where these species once occurred (see "Conservation Measures").  However, since extant populations are isolated by impoundment or otherwise long stretches of inappropriate habitat, natural repopulation of now suitable but unoccupied historical habitat is impossible.  This task will explore the possibility or reintroducing populations into unoccupied historical habitat.

**4.5    In coordination with partners, survey efforts should be undertaken to identify and prioritize sites within the species' historical ranges as a prerequisite for reintroduction activities based on biological, ecological, and habitat characterization criteria.**  A set of biological, ecological, and habitat characterization parameters will need to be developed to determine if a site will be suitable for species reintroduction.  These will include habitat suitability, substrate stability, presence of host fishes, potential site threats,

and any other limiting factors that might decrease the likelihood of long-term benefits from population reintroduction efforts.

**4.6 Identify and prioritize those streams, stream reaches, and watersheds most in need of habitat recovery and protection from further threats to these species and their host fishes.** Streams, stream reaches, and watersheds should be prioritized for protection based on a variety of factors, with emphasis on conserving the best existing habitats and stream reaches as opposed to restoring habitats. These factors include high endemicity; high diversity of imperiled species; biogeographic history of rare species; highly fragmented habitats; cost effectiveness and ease of preservation, management, recovery, and restoration; landowner complexity; watershed size; existing land-use patterns; public accessability; likelihood for success; and those systems exhibiting low resilience to disturbance (Angermeier et al. 1993, Carroll and Meffe 1994, Shute et al. 1997). Furthermore, augmentation and reintroduction activities should not be conducted at totally unprotected sites or at sites with significant uncontrollable threats.

**4.7 Augment extant populations and/or reestablish new populations within their historical ranges.** Using the techniques developed under Recovery Task 4.1, activities to augment and/or establish populations of the five species should be undertaken.

**4.8 Implement protective measures for reintroduced populations.** Some reintroduced populations may be designated nonessential experimental populations and will not receive the full protection of Sections 7 and 10 of the Act. Other laws and regulations can provide a level of protection for these populations. For instance, the CWA may be helpful if the populations are reestablishing uses that have been impaired since 1975 (see "Conservation Measures").

**5. Develop and implement a program to evaluate efforts and monitor population levels and habitat conditions and assess the long-term viability of extant, newly discovered, augmented, and reintroduced populations.** During and after the implementation of recovery actions, the program should be evaluated, and the status of the species and their habitats must be monitored to assess progress toward recovery. Information gathered from this task and Recovery Task 4.1 will aid in refining techniques and methodologies that are critical aspects of the recovery program for these species. Stream reaches with augmented and/or reintroduced populations should be monitored biennially for at least 10 years to evaluate the success of these activities. An assessment of threats should be part of the monitoring effort (e.g., erosion sources, need for predator control).

6. **Develop a comprehensive Geographic Information System (GIS) database to incorporate information on the species' distribution, population demographics, and various threats identified during monitoring activities.** A GIS database, maintained by the Service, will act as a tool to do the bookkeeping for the population criteria and, to the extent practicable, for the listing/recovery factor criteria as well. For instance, this database will facilitate monitoring the linear extent of populations in larger streams referenced under Recovery Criteria 5 for downlisting and delisting the species.

7. **Develop and utilize a public outreach and environmental education program.** A comprehensive outreach and environmental education program is an important part of the recovery process.

   7.1 **Develop a public outreach and environmental education program to promote an aquatic ecosystem management and community-based watershed restoration approach to managing water and aquatic habitat quality in the Cumberlandian Region.** The use of tools and activities (e.g., slide/video presentations, workshops, volunteer workdays, mobile displays, brochures) to achieve this task should be championed among law enforcement personnel; conservation organizations; governmental agencies; schools; agricultural, silvicultural, and developmental groups; civic and youth groups; churches; and other watershed stakeholders. Educational materials and activities that further recovery goals, with emphasis on the ecological and human benefits to be derived from maintaining and upgrading water and aquatic habitat quality, are essential for gaining public support for this recovery program and fostering pride in, and the wise stewardship of, these natural resources.

8. **Annually assess the overall success of the recovery program and recommend action (e.g., changes in recovery objectives, delist, implement new measures, conduct additional studies).** The recovery plan must be evaluated periodically to determine if it is on track and to recommend future actions. As more is learned about these species, the recovery objectives may need to be modified.

## C. Literature Cited

Abell, R. A., D. M. Olson, E. Dinerstein, P. T. Hurley, J. T. Diggs, W. Eichbaum, S. Walters, W. Wettengel, T. Allnut, C. J. Loucks, and P. Hedao. 2000. Freshwater ecoregions of North America: a conservation assessment. World Wildlife Fund, Island Press, Washington, D.C. 319 pp.

Adams, C. C. 1915. The variations and ecological distribution of the snails of the genus *Io*. National Academy of Sciences. Volume XII, 2nd Memoir. 92 pp.

Ahlstedt, S. A. 1980. Recent mollusk transplants into the North Fork Holston River in southwestern Virginia. Bulletin of the American Malacological Union, Inc., for 1979:21-23.

------. 1981a. The molluscan fauna of Copper Creek (Clinch River system) in southwestern Virginia. Bulletin of the American Malacological Union, Inc., for 1981:4-6.

------. 1981b. The molluscan fauna of the Duck River between Normandy and Columbia dams in central Tennessee. Bulletin of the American Malacological Union, Inc., for 1980:60-62.

------. 1983. The molluscan fauna of the Elk River in Tennessee and Alabama. American Malacological Bulletin 1:43-50.

------. 1986. A status survey of the little-winged pearly mussel, *Pegias fabula* (Lea, 1838). Unpublished report, U.S. Fish and Wildlife Service, Asheville, North Carolina. 38 pp.

------. 1991a. Twentieth century changes in the freshwater mussel fauna of the Clinch River (Tennessee and Virginia). Walkerana 5(13):73-122.

------. 1991b. Cumberlandian Mollusk Conservation Program: mussel surveys in six Tennessee Valley streams. Walkerana 5(13):123-160.

------. 1991c. Reintroduction of the spiny riversnail *Io fluvialis* (Say, 1825) (Gastropoda: Pleuroceridae) into the North Fork Holston River, southwest Virginia and northeast Tennessee. American Malacological Bulletin 8(2):139-142.

------. 1995-96. Status survey for federally listed endangered freshwater mussel species in the Paint Rock River system, northeastern Alabama, U.S.A. Walkerana 8(19):63-80.

Ahlstedt, S. A., and S. R. Brown. 1980. The naiad fauna of the Powell River in Virginia and Tennessee. Bulletin of the American Malacological Union, Inc., for 1979:40-43.

Ahlstedt, S. A., J. F. Connell, S. Bakaletz, and M. T. Fagg. 2001. Freshwater mussels of the National Park Service Obed Wild and Scenic River. Unpublished report, National Park Service, Oneida, Tennessee. 40 pp.

Ahlstedt, S. A., and T. A. McDonough. 1995-96. Summary of pre-operational monitoring of the mussel fauna in the upper Chickamauga Reservoir (Tennessee River) in the vicinity of TVA's Watts Bar Nuclear Plant, 1983-1993. Walkerana 8(19):107-126.

Ahlstedt, S. A., and C. Saylor. 1995-96. Status survey of the little-wing pearlymussel, *Pegias fabula* (Lea, 1838). Walkerana 8(19):81-105.

Ahlstedt, S. A., and J. M. Tuberville. 1997. Quantitative reassessment of the freshwater mussel fauna in the Clinch and Powell Rivers, Tennessee and Virginia. Pp. 72-97 *in*: K. S. Cummings, A. C. Buchanan, C. A. Mayer, and T. J. Naimo, eds. Conservation and management of freshwater mussels II: initiatives for the future. Proceedings of a UMRCC symposium, October 1995, St. Louis, Missouri. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Ahmad, M. U. 1973. Strip mining and water pollution. Groundwater 11:37-41.

Alabama Rivers Alliance. 1998. Alabama grassroots watershed guardians. River Ties 2(1):5.

Aldridge, D. W., B. S. Payne, and A. C. Miller. 1987. The effects on intermittent exposure to suspended solids and turbulence on three species of freshwater mussels. Environmental Pollution 1987:17-28.

Allan, J. D. 1995. Stream ecology. Chapman and Hall, London, UK.

Allan, J. D., and A. S. Flecker. 1993. Biodiversity conservation in running waters. BioScience 43(1):32-43.

Allendorf, F. W., and R. F. Leary. 1986. Heterozygosity and fitness in natural populations of animals. Pp. 57-76 *in*: M.E. Soulé, ed. Conservation biology: the science of scarcity and diversity. Sinauer Associates, Sunderland, Massachusetts.

Allendorf, F. W., D. Bayles, D. L. Bottom, K. P. Currens, C. A. Frissell, D. Hankin, J. A. Lichatowich, W. Nehlsen, P. C. Trotter, and T. H. Williams. 1997. Prioritizing Pacific salmon stocks for conservation. Conservation Biology 11(1):140-152.

Anderson, R. M. 1989. The effect of coal surface mining on endangered freshwater mussels (Mollusca: Unionoidea) in the Cumberland River drainage. Unpublished M.S. Thesis, Tennessee Technological University, Cookeville. 82 pp.

Anderson, R. M., J. B. Layzer, and M. E. Gordon. 1991. Recent catastrophic decline of mussels (Bivalvia: Unionidae) in the Little South Fork Cumberland River, Kentucky. Brimleyana 17:1-8.

Angermeier, P. L., R. J. Neves, and J. W. Kaufmann. 1993. Protocol to rank value of biotic resources in Virginia streams. Rivers 4:20-29.

Anonymous. 1999. Qualitative mussel survey of the Elk River, miles 27 to 77, Giles and Lincoln Counties, Tennessee. Unpublished report, U.S. Fish and Wildlife Service, Cookeville, Tennessee. 9 pp.

Anthony, J. L., and J. A. Downing. 2001. Exploitation trajectory of a declining fauna: a century of freshwater mussel fisheries in North America. Canadian Journal of Fisheries and Aquatic Sciences 58:2071-2090.

Apgar, A. C. 1887. The muskrat and the Unio. Journal of the Trenton Natural History Society 1:58-59.

Arey, L. B. 1932. A microscopical study of glochidial immunity. Journal of Morphology 53:367-379.

Armour, C. L., D. A. Duff, and W. Elmore. 1991. The effects of livestock grazing on riparian and stream ecosystems. Fisheries 16(1):7-11.

Augspurger, T., A. E. Keller, M. C. Black, W. G. Cope, and F. J. Dwyer. In press. Derivation of water quality guidance for protection of freshwater mussels (Unionidae) from ammonia exposure. Environmental Toxicology and Chemistry.

Avise, J. C., and J. L. Hambrick, eds. 1996. Conservation genetics: case histories from nature. Chapman and Hall, New York.

Bakaletz, S. 1991. Mussel survey of the Big South Fork National River and Recreation Area. Unpublished M.S. Thesis, Tennessee Technological University, Cookeville. 62 pp.

Baldwin, B. S., and R. I. E. Newell. 1991. Omnivorous feeding by planktotrophic larvae of the eastern oyster (*Crassostrea virginica*). Marine Ecology Progress Series 78:285-301.

Balfour, D. L., and L. A. Smock. 1995. Distribution, age structure, and movements of the freshwater mussel *Elliptio complanata* (Mollusca: Unionidae) in a headwater stream. Journal of Freshwater Ecology 10:254-268.

Barnhart, M. C., and A. Roberts. 1997. Reproduction and fish hosts of unionids from the Ozark Uplifts. Pp. 16-20 *in*: K. S. Cummings, A. C. Buchanan, C. A. Mayer, and T. J. Naimo, eds. Conservation and management of freshwater mussels II: initiatives for the future. Proceedings of a UMRCC symposium, October 1995, St. Louis, Missouri. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Barnhisel, R. I., and H. F. Massey. 1969. Chemical, mineralogical, and physical properties of eastern Kentucky acid-forming coal spoil materials. Soil Science 108:367-372.

Barr, W. C., S. A. Ahlstedt, G. D. Hickman, and D. M. Hill. 1993-94. Cumberlandian Mollusk Conservation Program. Activity 8: analysis of macrofauna factors. Walkerana 7(17-18):159-224.

Bates, J. M. 1962. The impact of impoundments on the mussel fauna of Kentucky Reservoir, Tennessee River. American Midland Naturalist 68:232-236.

Bates, J. M., and S. D. Dennis. 1978. The mussel fauna of the Clinch River, Tennessee and Virginia. Sterkiana 69-70:3-23.

Bauer, G. 1987. Reproductive strategy of the freshwater pearl mussel (*Margaritifera margaritifera*). Journal of Animal Ecology 56:691-704.

------. 1992. Variation in the life span and size of the freshwater pearl mussel. Journal of Animal Ecology 61:425-436.

------. 1994. The adaptive value of offspring size among freshwater mussels (Bivalvia: Unionidae). Journal of Animal Ecology 63:933-944.

Bauer, G., and C. Vogel.  1987.  The parasitic stage of the freshwater pearl mussel (*Margaritifera margaritifera* L.) I.  Host response to glochidiosis.  Archiv für Hydrobiologie Supplement 76:393-402.

Baxter, R. M.  1977.  Environmental effects of dams and impoundments.  Annual Review of Ecology and Systematics 8:255-283.

Baxter, R. M., and P. Glaude.  1980.  Environmental effects of dams and impoundments in Canada:  experience and prospects.  Canadian Bulletin of Fisheries and Aquatic Sciences 205:1-34.

Belt, C. B., Jr.  1975.  The 1973 flood and man's constriction of the Mississippi River.  Science 189:681-684.

Belt, G. W., and J. O'Laughlin.  1994.  Buffer strip design for protecting water quality and fish habitat.  Western Journal of Applied Forestry 9(2):41-45.

Berkman, H. E., and C. F. Rabeni.  1987.  Effect of siltation on stream fish communities.  Environmental Biology of Fishes 18:285-294.

Bhowmik, N. G.  1989.  Resuspension and lateral movement of sediment due to commercial navigation in the Mississippi River System.  Pp. 953-959 *in*: Proceedings of the 4th International Symposium on river sedimentation, Beijing, China, June 1989.

Blankenship, S.  1971.  Notes on *Alasmidonta fabula* (Lea) in Kentucky (Unionidae).  The Nautilus 85(2):60-61.

Blankenship, S., and D. R. Crockett.  1972.  Changes in the freshwater mussel fauna of the Rockcastle River at Livingston, Kentucky.  Transactions of the Kentucky Academy of Science 33:37-39.

Bogan, A. E.  1990.  Stability of recent unionid (Mollusca:  Bivalvia) communities over the past 6,000 years.  Pp. 112-136 *in*:  W. Miller, III, ed.  Paleocommunity temporal dynamics:  the long-term development of multispecies assemblies.  The Paleontological Society Special Publication No. 5.

------.  1993.  Freshwater bivalve extinctions (Mollusca:  Unionidae):  a search for causes.  American Zoologist 33:599-609.

Bogan, A. E., and P. W. Parmalee.  1983.  Tennessee's rare wildlife, Volume II:  the mollusks.  Tennessee Wildlife Resources Agency, Nashville.  123 pp.

Böpple, J. F., and R. E. Coker.  1912.  Mussel resources of the Holston and Clinch River, Tennessee and Virginia.  U.S. Bureau of Fisheries Document No. 765:3-13.

Branson, B. A., and D. L. Batch.  1972.  Effects of strip mining on small-stream fishes in east-central Kentucky.  Proceedings of the Biological Society of Washington 84:507-518.

Brim, J.  1991.  Coastal Plain fishes:  floodplain utilization and the effects of impoundments.  Unpublished M.S. Thesis, University of South Carolina, Columbia.  98 pp.

Brim Box, J.  1999.  Community structure of freshwater mussels (Bivalvia: Unionidae) in Coastal Plain streams of the Southeastern United States. Unpublished Ph.D. Dissertation, University of Florida, Gainesville.  107 pp.

Brim Box, J., and J. Mossa.  1999.  Sediment, land use, and freshwater mussels: prospects and problems.  Journal of the North American Benthological Society 18(1):99-117.

Bruenderman, S. A., and R. J. Neves.  1993.  Life history of the endangered fine-rayed pigtoe, *Fusconaia cuneolus* (Bivalvia:  Unionidae) in the Clinch River, Virginia.  American Malacological Bulletin 10(1):83-91.

Buell, G. R., and C. A. Couch.  1995.  National Water Quality Assessment Program: environmental distribution of organochlorine compounds in the Apalachicola-Chattahoochee-Flint River basin.  Proceedings of the 1995 Georgia Water Resources Conference, April 11-12, 1995, University of Georgia, Athens.  7 pp.

Buhay, J. E., J. M. Serb, C. R. Dean, Q. Parham, and C. Lydeard.  2002. Conservation genetics of two endangered unionid bivalve species, *Epioblasma florentina walkeri* and *E. capsaeformis* (Unionidae:  Lampsilini).  Journal of Molluscan Studies 68:385-391.

Burkhead, N. M.  1993.  Results of a status survey for two freshwater fishes, the Cherokee and Etowah darters (Pisces:  Percidae) endemic to the Etowah River system of north Georgia.  Unpublished report submitted to the U.S. Fish and Wildlife Service, Jacksonville, Florida.  34 pp.

Burkhead, N. M., and R. E. Jenkins.  1991.  Fishes.  Pp. 321-409 *in*:  K. Terwilliger, coordinator.  Virginia's endangered species.  McDonald and Woodward Publishing Co., Blacksburg, Virginia.

Burkhead, N. M., S. J. Walsh, B. J. Freeman, and J. D. Williams. 1997. Status and restoration of the Etowah River, an imperiled Southern Appalachian ecosystem. Pp. 375-441 *in*: G. W. Benz and D. E. Collins, eds. Aquatic fauna in peril: the Southeastern perspective. Special Publication 1, Southern Aquatic Research Institute, Chattanooga, Tennessee.

Burton, G. A., Jr. 1992. Assessing contaminated aquatic sediments. Environmental Services and Technology 26(10):1862-1863.

Butler, R. S. 1989. Distributional records for freshwater mussels (Bivalvia: Unionidae) in Florida and south Alabama, with zoogeographic and taxonomic notes. Walkerana 3(10):239-261.

Butler, R. S., R. G. Biggins, and N. A. Murdock. 1999. Habitat restoration, Appalachian style. Endangered Species Bulletin 24(1):20-21.

Butler, R. S., and R. L. Mayden. 2003. Cryptic biodiversity. Endangered Species Bulletin 28(2):24-26.

Butler, R. S., H. A. Vinson, and R. G. Biggins. 2000. Imperilled streams exhibit at Tennessee Aquarium. Endangered Species Bulletin 25(1/2):16-17.

Cahn, A. R. 1936a. Tennessee River shell mounds. Pp. 29-37 *in*: Three reports dealing with the clam-shell industry of the Tennessee River Valley. Unpublished report, Tennessee Valley Authority, Norris, Tennessee.

------. 1936b. The molluscan fauna of the Clinch River below Norris Dam upon completion of that structure. Pp. 1-27 *in*: Three reports dealing with the clam-shell industry of the Tennessee River Valley. Unpublished report, Tennessee Valley Authority, Norris, Tennessee.

Cairns, J., Jr., J. S. Crossman, K. L. Dickman, and E. E. Herrick. 1971. Chemical plants leave unexpected legacy in two Virginia rivers. Science 198:1015-1020.

Call, S. M., and P. W. Parmalee. 1982. The discovery of extant populations of *Alasmidonta atropurpurea* (Rafinesque) (Bivalvia: Unionidae) in the upper Cumberland River basin. Bulletin of the American Malacological Union, Inc., for 1981:42-43.

Carroll, C. R., and G. K. Meffe. 1994. Management to meet conservation goals: general principles. Pp. 307-337 *in*: G. K. Meffe and C. R. Carroll, eds. Principles of conservation biology. Sinauer Associates, Inc., Sunderland, Massachusetts.

Chamberlain, T. K.  1931.  Annual growth of freshwater mussels.  Bulletin of the U.S. Bureau of Fisheries 46:713-739.

------.  1934.  The glochidial conglutinates of the Arkansas fanshell, *Cyprogenia aberti* (Conrad).  Biological Bulletin 66:55-61.

Chambers, S. M.  1983.  Genetic principles for managers.  Pp. 44-45 *in*: C. M. Schonewald-Cox, S. M. Chambers, B. MacBryde, and W. L. Thomas, eds.  Genetics and conservation:  a reference for managing wild animal and plant populations.  Benjamin/Cummings Publishing Co., Inc., Menlo Park, California.

Chesser, R. K.  1983.  Isolation by distance:  relationship of the management of genetic resources.  Pp. 66-77 *in*:  C. M. Schonewald-Cox, S. M. Chambers, B. MacBryde, and W. L. Thomas, eds.  Genetics and conservation:  a reference for managing wild animal and plant populations.  Benjamin/Cummings Publishing Co., Inc., Menlo Park, California.

Church, G. W.  1991.  Survey of the family Unionidae in the upper Clinch River and Little River, Virginia.  Unpublished report to the Virginia Chapter of The Nature Conservancy, Charlottesville, Virginia.  23 pp.

Churchill, E. P., Jr.  1916.  The absorption of nutriment from solution by freshwater mussels.  Journal of Experimental Zoology 21(3):403-424.

Churchill, E. P., Jr., and S. I. Lewis.  1924.  Food and feeding in freshwater mussels.  Bulletin of the Bureau of Fisheries 39:439-471.

Cicerello, R. R.  1995.  A survey of the unionids (Bivalvia:  Unionidae) of Marsh Creek, McCreary County, Kentucky.  Unpublished report to the U.S. Department of Agriculture, Forest Service.  Kentucky State Nature Preserves Commission, Frankfort.  21 pp.

------.  1996.  A survey of the unionids (Bivalvia:  Unionidae) of Rock Creek, McCreary County, Kentucky.  Unpublished report to the U.S. Department of Agriculture, Forest Service.  Kentucky State Nature Preserves Commission, Frankfort.  11 pp.

Cicerello, R. R., and E. L. Laudermilk.  2001.  Distribution and status of freshwater mussels (Bivalvia:  Unionoidea) in the Cumberland River basin upstream from Cumberland Falls, Kentucky.  Journal of the Kentucky Academy of Science 62(1):26-34.

Cicerello, R. R., M. L. Warren, Jr., and G. A. Schuster. 1991. A distributional checklist of the freshwater unionids (Bivalvia: Unionoidea) of Kentucky. American Malacological Bulletin 8(2):113-129.

Claassen, C. 1994. Washboards, pigtoes, and muckets: historic musseling in the Mississippi watershed. Historical Archeology 28:1-145.

Clark, G. R. 1980. Study of molluscan shell structure and growth lines using thin sections. Pp. 603-606 *in*: D. C. Rhoads and R. A. Lutz, eds. Skeletal growth in aquatic organisms. Plenum Press, New York.

Clarke, A. H. 1981. The tribe Alasmidontini (Unionidae: Alasmidontinae), Part 1: *Pegias*, *Alasmidonta*, and *Arcidens*. Smithsonian Contributions to Zoology 326:1-101.

------. 1986. Competitive exclusion of *Canthyria* (Unionidae) by *Corbicula fluminea* (Müller). Malacology Data Net Ecosearch Series 1:3-10.

Coker, R. E., A. F. Shira, H. W. Clark, and A. D. Howard. 1921. Natural history and propagation of freshwater mussels. Bulletin of the Bureau of Fisheries 37:77-181.

Collier, M., R. H. Webb, and J. C. Schmidt. 1996. Dams and rivers: primer on the downstream effects of dams. U.S. Geological Survey Circular 1126, Tucson, Arizona. 94 pp.

Coon, T. G., J. W. Eckblad, and P. M. Trygstad. 1977. Relative abundance and growth of mussels (Mollusca: Eulamellibranchia) in pools 8, 9, and 10 of the Mississippi River. Freshwater Biology 7:279-285.

Cooper, C. M. 1987. Benthos in Bear Creek, Mississippi: effects of habitat variation and agricultural sediments. Journal of Freshwater Ecology 4:101-113.

Cordone, A. J., and D. W. Kelly. 1961. The influences of inorganic sediment on the aquatic life of streams. California Fish and Game 47:189-228.

Crossman, J. S., J. Cairns, Jr., and R. L. Kaesler. 1973. Aquatic invertebrate recovery in the Clinch River following hazardous spills and floods. Virginia Polytechnic Institute Water Resources Research Center Bulletin No. 63. 66 pp.

Crowley, T. E. 1957. Age determination in *Anodonta*. Journal of Conchology 24:201-207.

Curry, J. A., and D. K. Fowler.  1978.  Coal strip mining in Appalachia:  fish and wildlife considerations.  Pp. 23-28 *in*:  D. E. Samuel, J. R. Staufer, C. H. Hocutt, and W. T. Mason, Jr., eds.  Surface mining and fish/wildlife needs in the eastern United States:  proceedings of a symposium.  FWS/OBS-78/81, U.S. Fish and Wildlife Service, Washington, D.C.

Dartnall, H. J. G., and M. Walkey.  1979.  The distribution of the glochidia of the swan mussel, *Anodonta cygnea* (Mollusca), on the three-spine stickleback, *Gasterosteus aculeatus* (Pisces).  Journal of Zoology (London) 189:31-37.

Davenport, D., and M. Warmuth.  1965.  Notes on the relationship between the freshwater mussel *Anodonta implicata* Say and the alewife *Pomolobus pseudoharengus* (Wilson).  Limnology and Oceanography (Supplement) 10:74-78.

Davis, D. E.  2000.  Where there are mountains:  an environmental history of the Southern Appalachians.  University of Georgia Press, Athens.  320 pp.

Day, K. E.  1990.  Pesticide residue in freshwater and marine zooplankton:  a review.  Environmental Pollution 67:205-222.

DeHaan, H. C.  1998.  Large river sediment transport and deposition:  an annotated bibliography.  U.S. Geological Survey, Environmental Management Technical Center, Onalaska, Wisconsin, April 1998.  LTRMP 98-T002.  85 pp.

Dennis, S. D.  1981.  Mussel fauna of the Powell River, Tennessee and Virginia.  Sterkiana 71:1-7.

------.  1985.  Distributional analysis of the freshwater mussel fauna of the Tennessee River system, with special reference to possible limiting effects of siltation.  Unpublished report No. 85-2, Tennessee Wildlife Resources Agency, Nashville.  171 pp.

------.  1987.  An unexpected decline in populations of the freshwater mussel, *Dysnomia* (*Epioblasma*) *capsaeformis*, in the Clinch River of Virginia and Tennessee.  Virginia Journal of Science 38:281-286.

------.  1989.  Status of the freshwater mussel fauna [at] Pendleton Island Mussel Preserve, Clinch River, Virginia.  Sterkiana 72:19-27.

DeWalle, D. R., B. R. Swistock, T. E. Johnson, and K. J. McGuire.  2000.  Potential effects of climate change and urbanization on mean annual streamflow in the United States.  Water Resources Research 36:2655-2664.

Di Maio, J., and L. D. Corkum.  1995.  Relationship between the spatial distribution of freshwater mussels (Bivalvia:  Unionidae) and the hydrological variability of rivers.  Canadian Journal of Zoology 73:663-671.

Dimock, R. V., Jr., and A. H. Wright.  1993.  Sensitivity of juvenile freshwater mussels to hypoxic thermal and acid stress.  Journal of the Elisha Mitchell Scientific Society 109(4):183-192.

Doppelt, B., M. Scurlock, C. Frissel, and J. Karr.  1993.  Entering the watershed:  a new approach to save America's river ecosystems.  Island Press, Washington, D.C.

Doremus, H., and J. E. Pagel.  2001.  Why listing may be forever:  perspectives on delisting under the Endangered Species Act.  Conservation Biology 15(5):1258-1268.

Downing, J. A., J. P. Amyot, M. Pérusse, and Y. Rochon.  1989.  Visceral sex, hermaphroditism and protandry in a population of the freshwater mussel *Elliptio complanata*.  Journal of the North American Benthological Society 8:92-99.

Downing, J. A., Y. Rochon, M. Pérusse, and H. Harvey.  1993.  Spatial aggregation, body size, and reproductive success in the freshwater mussel *Elliptio complanata*.  Journal of the North American Benthological Society 12(2):148-156.

Doyle, M. W., J. M. Harbor, C. F. Rich, and A. Spacie.  2000.  Examining the effects of urbanization on streams using indicators of geomorphic stability.  Physical Geography 21:155-181.

Ellis, M. M.  1931.  Some factors affecting the replacement of the commercial fresh-water mussels.  U.S. Bureau of Fisheries Circular 7.  10 pp.

------.  1936.  Erosion silt as a factor in aquatic environments.  Ecology 17:29-42.

------.  1942.  Fresh-water impoundments.  Transactions of the American Fisheries Society, 71st Annual Meeting:80-93.

Etnier, D. A., and W. C. Starnes.  1993.  The fishes of Tennessee.  University of Tennessee Press, Knoxville.  681 pp.

Fleming, W. J., T. P. Augspurger, and J. A. Alderman.  1995.  Freshwater mussel die-off attributed to anticholinesterase poisoning.  Environmental Toxicology and Chemistry 14(5):877-879.

Fraley, S. J., and S. A. Ahlstedt.  2000.  The recent decline of the native mussels (Unionidae) of Copper Creek, Scott County, Virginia.  Pp. 189-195 *in*: P. D. Johnson and R. S. Butler, eds.  Freshwater Mollusk Symposia Proceedings--Part II:  Proceedings of the First Symposium of the Freshwater Mollusk Conservation Society, Chattanooga, Tennessee, March 1999.  Ohio Biological Survey, Columbus.

Frankel, O. H., and M. E. Soulé.  1981.  Conservation and Evolution.  Cambridge University Press, England.

Frankham, R.  1995.  Inbreeding and extinction:  a threshold effect.  Conservation Biology 9:792-799.

Franklin, R. I.  1980.  Evolutionary change in small populations.  Pp. 135-149 *in*: M. E. Soulé and B. A. Wilcox, eds.  Conservation biology, an evolutionary-ecological perspective.  Sinauer Associates, Inc., Sunderland, Massachusetts.

Frazier, B. E., T. J. Naimo, and M. B. Sandheinrich.  1996.  Temporal and vertical distribution of total ammonia nitrogen and un-ionized ammonia nitrogen in sediment pore water from the upper Mississippi River.  Environmental Toxicology and Chemistry 15:92-99.

Frick, E. A., D. J. Hippe, G. R. Buell, C. A. Couch, E. H. Hopkins, D. J. Wangsness, and J. W. Garrett.  1998.  Water quality in the Apalachicola-Chattahoochee-Flint River basin, Georgia, Alabama, and Florida, 1992-95.  U.S. Geological Survey Circular 1164.  38 pp.

Frierson, L. S.  1905.  Notes on young Unionidae.  The Nautilus 19:49-50.

Fuller, S. L. H.  1974.  Clams and mussels (Mollusca:  Bivalvia).  Pp. 215-273 *in*: C. W. Hart, Jr., and S. L. H. Fuller, eds.  Pollution ecology of freshwater invertebrates.  Academic Press, New York.

Garner, J. T.  1999.  Needs for research in biological conservation of freshwater mussels in the Southeastern United States:  an annotated outline.  Gulf of Mexico Science 1999(2):123-125.

Gatenby, C. M., R. J. Neves, and B. C. Parker.  1996.  Influence of sediment and algal food on cultured juvenile freshwater mussels.  Journal of the North American Benthological Society 15(4):597-609.

Gatenby, C. M., B. C. Parker, and R. J. Neves. 1997. Growth and survival of juvenile rainbow mussels, *Villosa iris* (Lea, 1829) (Bivalvia: Unionidae) reared on algal diets and sediment. American Malacological Bulletin 14(1):57-66.

Gilpin, M. E., and M. E. Soulé. 1986. Minimal viable populations: processes of species extinction. Pp. 19-34 *in*: M. E. Soulé, ed. Conservation Biology: the science of scarcity and diversity. Sinauer Associates, Sunderland, Massachusetts.

Goodrich, C. 1913. Spring collecting in southwest Virginia. The Nautilus 27(7):81-82, 91-95.

Gordon, M. E. 1991. Species accounts for Cumberland elktoe (*Alasmidonta atropurpurea*), oyster mussel (*Epioblasma capsaeformis*), Cumberlandian combshell (*Epioblasma brevidens*), purple bean (*Villosa perpurpurea*), and rough rabbitsfoot (*Quadrula cylindrica strigillata*). Unpublished report, The Nature Conservancy, Boston. 75 pp.

------. 1995. *Venustaconcha sima* (Lea), an overlooked freshwater mussel (Bivalvia: Unionidae) from the Cumberland River Basin of central Tennessee. The Nautilus 108(3):55-60.

Gordon, M. E., and J. B. Layzer. 1989. Mussels (Bivalvia: Unionoidea) of the Cumberland River: review of life histories and ecological relationships. U.S. Department of the Interior, Fish and Wildlife Service Biological Report 89(15). 99 pp.

------. 1993. Glochidial host of *Alasmidonta atropurpurea* (Bivalvia: Unionidae). Transactions of the American Microscopical Society 112:145-150.

Gordon, N. D., T. A. McMahon, and B. L. Finlayson. 1992. Stream hydrology: an introduction for ecologists. John Wiley and Sons, New York.

Goudreau, S., R. J. Neves, and R. J. Sheehan. 1993. Effects of wastewater treatment plant effluents on freshwater mollusks in the upper Clinch River, Virginia, U.S.A. Hydrobiologia 252(3):211-230.

Grace, T. B., and A. C. Buchanan. 1981. Naiades (mussels) of the Lower Osage River, Tavern Creek, and Maries River, Missouri. Unpublished report, Missouri Department of Conservation, Jefferson City. 147 pp.

Haag, W. R., R. S. Butler, and P. D. Hartfield.  1995.  An extraordinary reproductive strategy in freshwater bivalves:  prey mimicry to facilitate larval dispersal. Freshwater Biology 34:471-476.

Haag, W. R., and J. L. Staton.  In press.  Variation in fecundity and other life history traits in freshwater mussels.  Canadian Journal of Fisheries and Aquatic Sciences.

Haag, W. R., and M. L. Warren, Jr.  1997.  Host fishes and reproductive biology of 6 freshwater mussel species from the Mobile Basin, USA.  Journal of the North American Benthological Society 16(3):576-585.

------.  1998.  Role of ecological factors and reproductive strategies in structuring freshwater mussel communities.  Canadian Journal of Fisheries and Aquatic Sciences 55:297-306.

------.  1999.  Mantle displays of freshwater mussels elicit attacks from fish. Freshwater Biology 42:35-40.

------.  2003a.  Host fishes and infection strategies of freshwater mussels in large Mobile Basin streams, U.S.A.  Journal of the North American Malacological Society 22(1):78-91.

------.  2003b.  Levels of recruitment necessary to produce viable freshwater mussel populations.  P. 31 *in*:  Connections...a focus on habitat conservation.  Abstract for the 3rd Biennial Symposium of the Freshwater Mollusk Conservation Society, March 2003, Durham, North Carolina.

Haag, W. R., M. L. Warren, Jr., and M. Shillingsford.  1999.  Host fishes and host-attracting behavior of *Lampsilis altilis* and *Villosa vibex* (Bivalvia: Unionidae).  American Midland Naturalist 141:149-157.

Hagman, T. E.  2000.  Stress analysis and mussel (Bivalvia:  Unionidae) bed mapping of Buck Creek in Pulaski County, Kentucky, utilizing Geographic Information Systems with special emphasis on the four endangered mussel species living in the stream.  Unpublished M.S. Thesis, Eastern Kentucky University, Richmond.  90 pp.

Hampson, P. S., M. W. Treece, Jr., G. C. Johnson, S. A. Ahlstedt, and J. F. Connell. 2000.  Water quality in the upper Tennessee River basin, Tennessee, North Carolina, Virginia, and Georgia 1994-98.  U.S. Geological Survey Circular 1205.  32 pp.

Harker, D. F., Jr., M. L. Warren, Jr., K. E. Camburn, S. M. Call, G. J. Fallo, and P. Wigley. 1980. Aquatic biota and water quality survey of the upper Cumberland River basin. Unpublished report, Kentucky Nature Preserves Commission, Frankfort. 679 pp.

Hartfield, P. D. 1993. Headcuts and their effect on freshwater mussels. Pp. 131-141 *in*: K. S. Cummings, A. C. Buchanan, and L. M. Koch, eds. Conservation and Management of Freshwater Mussels. Proceedings of a UMRCC Symposium, October 1992, St. Louis, Missouri. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Hartfield, P. D., and R. S. Butler. 1997. Observations on the release of superconglutinates by *Lampsilis perovalis* (Conrad, 1834). Pp. 11-14 *in*: K. S. Cummings, A. C. Buchanan, C. A. Meyer, and T. J. Naimo, eds. Conservation and management of freshwater mussels II: initiatives for the future. Proceedings of a UMRCC symposium October 1995, St. Louis, Missouri. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Hartfield, P. D., and D. Ebert. 1986. The mussels of southwest Mississippi streams. American Malacological Bulletin 4:21-23.

Hartfield, P. D., and E. Hartfield. 1996. Observations on the conglutinates of *Ptychobranchus greeni* (Conrad, 1834) (Mollusca: Bivalvia: Unionoidea). American Midland Naturalist 135:370-375.

Hatcher, R. M., and S. A. Ahlstedt. 1982. Survey of endangered and threatened mollusks in Tennessee streams. Unpublished Report No. E-2, Tennessee Wildlife Resources Agency, Nashville. 24 pp.

Havlik, M. E., and L. L. Marking. 1987. Effects of contaminants on naiad mollusks (Unionidae): a review. U.S. Department of the Interior, Fish and Wildlife Service, Resource Publication 164. 20 pp.

Heard, W. H. 1977. Freshwater mollusca of the Apalachicola drainage. Pp. 20-21 *in*: R. J. Livingston and E. A. Joyce, Jr., eds. Proceedings of the conference on the Apalachicola drainage system, April 23-24, 1976, Gainesville, Florida. Florida Department of Natural Resources, Marine Research Laboratory, St. Petersburg.

Heard, W. H., and R. H. Guckert. 1970. A reevaluation of the recent Unionacea (Pelecypoda) of North America. Malacologia 10(2):333-355.

Heinricher, J. R., and J. B. Layzer. 1999. Reproduction by individuals of a nonreproducing population of *Megalonaias nervosa* (Mollusca: Unionidae) following translocation. American Midland Naturalist 141:140-148.

Henley, W. F., and R. J. Neves. 1999. Recovery status of freshwater mussels (Bivalvia: Unionidae) in the North Fork Holston River, Virginia. American Malacological Bulletin 15(1):65-73.

------. 2001. Behavioral responses of glochidia of freshwater mussels (Bivalvia: Unionidae) to chemical cues of fish. American Malacological Bulletin 16(1/2):131-135.

Henley, W. F., M. A. Patterson, R. J. Neves, and A. D. Lemly. 2000. Effects of sedimentation and turbidity on lotic food webs: a concise review for natural resource managers. Reviews in Fishery Science 8(2):125-139.

Hickman, M. E. 1937. A contribution to mollusca of east Tennessee. Unpublished M.S. Thesis, University of Tennessee, Knoxville. 165 pp.

Higgins, F. 1858. A catalogue of the shell-bearing species, inhabiting the vicinity of Columbus, Ohio, with some remarks thereon. Twelfth Annual Report, Ohio State Board of Agriculture for 1857:548-555.

Hill, D. H., E. A. Taylor, and C. F. Saylor. 1975. Status of faunal recovery in the North Fork Holston River, Tennessee and Virginia. Proceedings of the Annual Conference of Southeastern Game and Fish Commissioners 28:398-413.

Hinkley, A. A. 1906. Some shells from Mississippi and Alabama. The Nautilus 20(3):34-36; 20(4):40-44; 20(5):52-55.

Hinkley, A. A., and P. Marsh. 1885. List of shells collected in central Tennessee. Privately published, Aledo, Illinois.

Hoggarth, M. A. 1988. The use of glochidia in the systematics of the Unionidae (Mollusca: Bivalvia). Unpublished Ph.D. Dissertation, Ohio State University, Columbus. 340 pp.

Hoos, A. B., J. A. Robinson, R. A. Aycock, R. R. Knight, M. D. Woodside. 2000. Sources, instream transport, and trends in nitrogen, phosphorus, and sediment in the lower Tennessee River Basin, 1980-1996. U.S. Geological Survey Water-Resources Investigations Report 99-4139. 96 pp.

Hoover, T. B. 1978. Inorganic species in water: ecological significance and analytical needs. U.S. Environmental Protection Agency, EPA-600/3-78-064.

Horne, F. R., and S. McIntosh.  1979.  Factors influencing distribution of mussels in the Blanco River of central Texas.  The Nautilus 94(4):119-133.

Houp, R. E.  1993.  Observations on long-term effects of sedimentation on freshwater mussels (Mollusca:  Unionidae) in the North Fork of Red River, Kentucky. Transactions of the Kentucky Academy of Science 54:93-97.

Hove, M. C., and R. J. Neves.  1994.  Life history of the endangered James spinymussel *Pleurobema collina* (Conrad, 1837) (Mollusca:  Unionidae). American Malacological Bulletin 11(1):29-40.

Howard, A. D.  1914.  A second case of metamorphosis without parasitism in the Unionidae.  Science 40:353-355.

------.  1915.  Some experimental cases of breeding among the Unionidae.  The Nautilus 29:4-11.

------.  1922.  Experiments in the culture of fresh-water mussels.  Bulletin of the U.S. Bureau of Fisheries 38:63-89.

------.  1951.  A river mussel parasitic on a salamander.  The Chicago Academy of Sciences, Natural History Miscellanea 77.  6 pp.

Howard, J.  1997.  Land use effects on freshwater mussels in three watersheds in east central Alabama:  a Geographical Information Systems analysis.  Unpublished M.S. Thesis, University of Florida, Gainesville.  191 pp.

Howells, R. G.  1997.  New fish hosts for nine freshwater mussels (Bivalvia: Unionidae) in Texas.  Texas Journal of Science 49(3):255-258.

Howells, R. G., C. M. Mather, and J. A. M. Berbmann.  1997.  Conservation status of selected freshwater mussels in Texas.  Pp. 117-128 *in*:  K. S. Cummings, A. C. Buchanan, C. A. Meyer, and T. J. Naimo, eds.  Conservation and management of freshwater mussels II:  initiatives for the future.  Proceedings of a UMRCC symposium October 1995, St. Louis, Missouri.  Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Hubbard, W. D., D. C. Jackson, and D. J. Ebert.  1993.  Channelization.  Pp. 135-155 *in*:  E. F. Bryan and D. A. Rutherford, eds.  Impacts on warm-water streams: guidelines for evaluation.  Warmwater Stream Committee, Southern Division, American Fisheries Society, Little Rock, Arkansas.

Hubbs, D., and A. Jones.  1996.  1996 statewide commercial mussel report. Unpublished report, Tennessee Wildlife Resources Agency, Nashville.

98

Hudson, R. G., and B. G. Isom.  1984.  Rearing of juveniles of freshwater mussels (Unionidae) in a laboratory setting.  The Nautilus 98:129-135.

Huebner, J. D.,  and K. S. Pynnönen.  1992.  Viability of glochidia of *Anodonta* exposed to low pH and selected metals.  Canadian Journal of Zoology 70:2348-2355.

Huehner, M. K.  1987.  Field and laboratory determination of substrate preferences of unionid mussels.  Ohio Journal of Science 87:29-32.

Hughes, M. H., and P. W. Parmalee.  1999.  Prehistoric and modern freshwater mussel (Mollusca:  Bivalvia:  Unionoidea) faunas of the Tennessee River: Alabama, Kentucky, and Tennessee.  Regulated Rivers:  Research and Management 15:25-42.

Hunter, R. D., and J. F. Bailey.  1992.  *Dreissena polymorpha* (zebra mussel): colonization of soft substrata and some effects on unionid bivalves.  The Nautilus 106(2):60-67.

Imlay, M. J.  1972.  Greater adaptability of freshwater mussels to natural rather than to artificial displacement.  The Nautilus 86(2-4):76-79.

------.  1982.  Use of shells of freshwater mussels in monitoring heavy metals and environmental stresses:  a review.  Malacological Review 15:1-14.

Isley, F. B.  1911.  Preliminary note on the ecology of the early juvenile life of the unionidae [sic].  Biological Bulletin 20:77-80.

Isom, B. G.  1969.  The mussel resource of the Tennessee River.  Malacologia 7:397-425.

------.  1971.  Mussel fauna found in Fort Loudon Reservoir, Tennessee River, Knox County, Tennessee, in December 1970.  Malacological Review 4:127-130.

Isom, B. G., and P. Yokley.  1968a.  The mussel fauna of the Duck River in Tennessee, 1965.  American Midland Naturalist 80(1):34-42.

------.  1968b.  Mussels of Bear Creek watershed, Alabama and Mississippi, with a discussion of the area geology.  American Midland Naturalist 79(1):189-196.

------.  1973.  The mussels of the Flint and Paint Rock River systems of the southwest slope of the Cumberland Plateau in north Alabama.  American Midland Naturalist 89(2):442-446.

Isom, B. G., P. Yokley, and C. H. Gooch.  1973.  Mussels of the Elk River basin in Alabama and Tennessee, 1965-1967.  American Midland Naturalist 80:437-442.

Jacobson, P. J., J. L. Farris, D. S. Cherry, and R. J. Neves.  1993.  Juvenile freshwater mussel (Bivalvia:  Unionidae) responses to acute toxicity testing with copper. Environmental Toxicology and Chemistry 12:879-883.

Jansen, W. A.  1990.  Seasonal prevalence, intensity of infestation, and distribution of glochidia of *Anodonata grandis simpsoniana* Lea on yellow perch, *Perca flavescens*.  Canadian Journal of Zoology 69:964-971.

Jansen, W. A., and J. M. Hanson.  1991.  Estimates of the number of glochidia produced by clams (*Anodonta grandis simpsoniana* Lea), attaching to yellow perch (*Perca flavescens*), and surviving to various ages in Narrow Lake, Alberta.  Canadian Journal of Zoology 69(4):973-977.

Johnson, P. M., A. E. Liner, S. W. Golladay, and W. K. Michener.  2001.  Effects of drought on freshwater mussels and instream habitat in Coastal Plain tributaries of the Flint River, southwest Georgia (July-October, 2000).  Unpublished report, Jones Ecological Research Center, Newton, Georgia.  45 pp.

Johnson, R. I.  1978.  Systematics and zoogeography of *Plagiola* (=*Dysnomia* =*Epioblasma*), an almost extinct genus of mussels (Bivalvia:  Unionidae) from middle North America.  Bulletin of the Museum of Comparative Zoology 148:239-321.

Jones, E. B. D, III, G. S. Helfman, J. O. Harper, and P. V. Bolstad.  1999.  Effects of riparian forest removal on fish assemblages in Southern Appalachian streams. Conservation Biology 13(6):1454-1465.

Jones, J. W., R. J. Neves, M. A. Patterson, C. R. Good, and A. DiVittorio.  2001.  A status survey of freshwater mussel populations in the Upper Clinch River, Tazewell County, Virginia.  Banisteria 17:18-30.

Kabeer, A. I., M. Sethuraman, M. R. Begum, and R. K. Ramana.  1979.  Effect of malathion on ciliary activity of freshwater mussel, *Lamellidens marginalis* (Lamarck).  Comparative Physiology and Ecology 4:71-73.

Kanehl, P., and J. Lyons.  1992.  Impacts of in-stream sand and gravel mining on stream habitat and fish communities, including a survey on the Big Rib River, Marathon County, Wisconsin.  Unpublished report No. 155, Wisconsin Department of Natural Resources, Madison.  32 pp.

Kat, P. W.  1982.  Effects of population density and substratum type on growth and migration of *Elliptio complanata* (Bivalia:  Unionidae).  Malacological Review 15(1-2):119-127.

Kay, E. A.  1995.  The conservation biology of mollusks.  Occasional Paper of the IUCN Species Survival Commission 9.  81 pp.

Keller, A. E.  1993.  Acute toxicity of several pesticides, organic compounds and a wastewater effluent to the freshwater mussel, *Anodonta imbecillis, Ceriodaphnia dubia* and *Pimephales promelas*.  Bulletin of Environmental Contamination and Toxicology 51:696-702.

Keller, A. E., and M. Lydy.  1997.  Biomonitoring and the hazards of contaminants to freshwater mollusks.  Unpublished report *in*:  Freshwater mollusks as indicators of water quality:  a workshop.  U.S. Geological Survey, Biological Resources Division and National Water Quality Assessment Program.  55 pp.

Keller, A. E., and S. G. Zam.  1991.  The acute toxicity of selected metals to the freshwater mussel *Anodonta imbecilis* [sic].  Environmental Toxicology and Chemistry 10:539-546.

Kirk, S. G., and J. B. Layzer.  1997.  Induced metamorphosis of freshwater mussel glochidia on nonhost fish.  The Nautilus 110(3):102-106.

Kitchel, H. E., J. C. Widlak, and R. J. Neves.  1981.  The impact of coal-mining waste on endangered mussel populations in the Powell River, Lee County, Virginia.  Unpublished report to the Virginia State Water Control Board, Richmond.  26 pp.

Kolpin, D. W., E. T. Furlong, M. T. Meyer, E. M. Thurman, S. D. Zaugg, L. B. Barber, and H. T. Buxton.  2002.  Pharmaceuticals, hormones, and other organic wastewater contaminants in U.S. streams, 1999-2000:  a national reconnaissance.  Environmental Science and Technology 36(6):1202-1211.

Kraemer, L. R.  1970.  The mantle flap in three species of *Lampsilis* (Pelecypoda:  Unionidae).  Malacologia 10(1):225-282.

------.  1979.  *Corbicula* (Bivalia:  Sphaeriacea) *vs.* indigenous mussels (Bivalia:  Unionacea) in U.S. rivers:  a hard case for interspecific competition?  American Zoologist 19:1085-1096.

Kraemer, L. R., and C. M. Swanson.  1985.  Functional morphology of "eyespots" of mantle flaps of *Lampsilis* (Bivalvia:  Unionacea):  evidence for their role as effectors, and basis for hypothesis regarding pigment distribution in bivalve mantle tissues.  Malacologia 26(1-2):241-251.

Krenkel, P. A., G. F. Lee, and R. A. Jones.  1979.  Effects of TVA impoundments on downstream water quality and biota.  Pp. 289-306 *in*:  J. V. Ward and J. A. Stanford, eds.  The ecology of regulated rivers.  Plenum Press, New York.

Kunz, G. F.  1898.  A brief history of the gathering of fresh-water pearls in the United States.  Bulletin of the United States Fish Commission 17:321-330.

Kunz, G. F., and C. Stevenson.  1908.  The book of the pearl:  the history, art, science, and industry of the queen of gems.  Century Company, New York.

Lagasse, P. F., B. R. Winkley, and D. B. Simons.  1980.  Impact of gravel mining on river system instability.  Journal of the Waterway, Port, Coastal, and Ocean Division 13:389-404.

Layzer, J. B., B. Adair, S. Saha, and L. M. Woods.  2003.  Glochidial hosts and other aspects of the life history of the Cumberland Pigtoe (*Pleurobema gibberum*).  Southeastern Naturalist 2(1):73-84.

Layzer, J. B., M. E. Gordon, and R. M. Anderson.  1993.  Mussels:  the forgotten fauna of regulated rivers.  A case study of the Caney Fork River.  Regulated Rivers:  Research and Management 8:63-71.

Layzer, J. B., and L. M. Madison.  1995.  Microhabitat use by freshwater mussels and recommendations for determining their instream flow needs.  Regulated Rivers:  Research and Management 10:329-345.

Lefevre, G., and W. C. Curtis.  1910.  Experiments in the artificial propagation of freshwater mussels.  Bulletin of the U.S. Bureau of Fisheries 28:615-626.

------.  1912.  Studies on the reproduction and artificial propagation of freshwater mussels.  Bulletin of the U.S. Bureau of Fisheries 30:105-201.

Leff, L. G., J. L. Burch, and J. V. McArthur.  1990.  Spatial distribution, seston removal, and potential competitive interactions of the bivalves *Corbicula fluminea* and *Elliptio complanata* in a coastal plain stream.  Freshwater Biology 24:409-416.

Lenat, D. R., and J. K Crawford.  1994.  Effects of land use on water quality and aquatic biota of three North Carolina Piedmont streams.  Hydrobiologia 294:185-199.

Levins, R.  1970.  Extinction.  Pp. 77-107 *in*:  M. Gerstenhaber, ed.  Lectures on mathematics in the life sciences.  American Mathematical Society, Providence, Rhode Island.

Lewis, J.  1868.  Remarks on the mollusks of the Valley of the Mohawk.  American Journal of Conchology 4:241-245.

------.  1870.  On the shells of the Holston River.  American Journal of Conchology 6:216-226.

Lewis, J. B., and P. N. Riebel.  1984.  The effect of substrate on burrowing in freshwater mussels (Unionidae).  Canadian Journal of Zoology 62:2023-2025.

Ligon, F. K., W. E. Dietrich, and W. J. Trush.  1995.  Downstream ecological effects of dams.  BioScience 45(3):183-192.

Liquori, V. M., and G. D. Insler.  1985.  Gill parasites of the white perch: phenologies in the lower Hudson River.  New York Fish and Game Journal 32:71-76.

Luo, M.  1993.  Host fishes of four species of freshwater mussels and development of an immune response.  Unpublished M.S. Thesis, Tennessee Technological University, Cookeville.  32 pp.

Luttrell, G. R., A. A. Echelle, W. L. Fisher, and D. J. Eisenhour.  1999.  Declining status of two species of the *Macrhybopsis aestivalis* complex (Teleostei: Cyprinidae) in the Arkansas River basin and related effects of reservoirs as barriers to dispersal.  Copeia 1999(4):981-989.

Lydeard, C., J. T. Garner, P. D. Hartfield, and J. D. Williams.  1999.  Freshwater mussels in the Gulf Region:  Alabama.  Gulf of Mexico Science 1999(2):125-134.

Lydeard, C., and R. L. Mayden.  1995.  A diverse and endangered aquatic ecosystem of the southeast United States.  Conservation Biology 9(4):800-805.

Lydeard, C., and K. J. Roe.  1998.  Phylogenetic systematics:  the missing ingredient in the conservation of freshwater unionid bivalves.  Fisheries 23(11):16-17.

Marking, L. L., and T. D. Bills. 1979. Acute effects of silt and sand sedimentation on freshwater mussels. Pp. 204-211 *in*: J. R. Rasmussen, ed. Proceedings of the UMRCC symposium on Upper Mississippi River bivalve mollusks. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Masteller, E. C., K. S. Maleski, and D. W. Schlosser. 1993. Unionid bivalves of Presque Iles Bay, Erie, Pennsylvania. Journal of the Pennsylvania Academy of Science 67(3):120-126.

Master, L. L., S. R. Flack, and B. A. Stein, eds. 1998. Rivers of life: critical watersheds for protecting freshwater biodiversity. The Nature Conservancy, Arlington, Virginia. 71 pp.

Matteson, M. R. 1948. Life history of *Elliptio complanata* (Dillwyn 1817). American Midland Naturalist 40:690-723.

McCann, M. T., and R. J. Neves. 1992. Toxicity of coal-related contaminants to early life stages of freshwater mussels in the Powell River, Virginia. Unpublished report, U.S. Department of the Interior, Fish and Wildlife Service, Asheville, North Carolina. 92 pp.

McGregor, M. A., and M. E. Gordon. 1992. Commercial musseling in Tennessee. Unpublished report, Tennessee Wildlife Resources Agency, Nashville. 7 pp.

McGregor, S. W., and J. T. Garner. 1997. A survey of the Tennessee River and its tributaries in north Alabama for freshwater mussels: year three. Unpublished report, Alabama Geological Survey, Tuscaloosa. 15 pp.

------. In press. Changes in the freshwater mussel (Bivalvia: Unionidae) fauna of the Bear Creek system of northwest Alabama and northeast Mississippi. American Malacological Bulletin.

McMurray, S. E., G. A. Schuster, and B. A. Ramey. 1999a. Possible decline in reproduction in a freshwater unionid (Mollusca: Bivalvia) community in the Licking River at Butler, Kentucky. Transactions of the Kentucky Academy of Science 60(2):67-72.

------. 1999b. Recruitment in a freshwater unionid (Mollusca: Bivalvia) community downstream of Cave Run Lake in the Licking River, Kentucky. American Malacological Bulletin 15(1):57-63.

Meade, R. H., T. R. Yuzyk, and T. J. Day. 1990. Movement and storage of sediment in rivers of the United States and Canada. Pp. 255-280 *in*: M. G. Wolman and H. C. Riggs, eds. The geology of North America: surface water hydrology. Vol. 0-1. Geological Society of America, Boulder, Colorado.

Mellinger, P. J. 1972. The comparative metabolism of cadmium, mercury, and zinc as environmental contaminants in the freshwater mussel, *Margaritifera margaritifera*. Unpublished Ph.D. Dissertation, Oregon State University, Corvallis. 129 pp.

Michaelson, D. L., and R. J. Neves. 1995. Life history and habitat of the endangered dwarf wedgemussel, *Alasmidonta heterodon* (Bivalvia: Unionidae). Journal of the North American Benthological Society 14(2):324-340.

Miettinen, J. K. 1977. Inorganic trace elements as water pollutants: their implications to the health of man and aquatic biota. Pp. 113-136 *in*: F. Coulston and E. Mrak, eds. Water quality proceedings of an international symposium. Academic Press, New York.

Miller, A. C., L. Rhodes, and R. Tippit. 1984. Changes in the naiad fauna of the Cumberland River below Lake Cumberland in central Kentucky. The Nautilus 98:107-110.

Mississippi Interstate Cooperative Resource Association. 2003. Black carp escapes to the wild. River Crossings (newsletter) 12(2):4-5.

Moore, T. L. 1995. Results of two qualitative mussel dive surveys and status report of fat pocketbook mussels (*Potamilus capax*) six years after reintroduction to the upper Mississippi River, Missouri. Unpublished report, Missouri Department of Conservation, Jefferson City. 10 pp.

Morrison, J. P. E. 1942. Preliminary report on mollusks found in the shell mounds of the Pickwick Landing Basin in the Tennessee River Valley. Pp. 339-392 *in*: W. S. Webb and D. L. DeJarnette, eds. An archeological survey of Pickwick Basin in the adjacent portions of the States of Alabama, Mississippi, and Tennessee. Bureau of American Ethnology Bulletin 129.

Moulton, C. A., W. J. Fleming, and C. E. Purnell. 1996. Effects of two cholinesterase-inhibiting pesticides on freshwater mussels. Environmental Toxicology and Chemistry 15:131-137.

Mount, J. F. 1995. California rivers and streams: the conflict between fluvial process and land use. University of California Press, Berkeley.

Mueller, D. K., P. A. Hamilton, D. R. Helsel, K. J. Hitt, and B. C. Ruddy. 1995. Nutrients in ground water and surface water of the United States--an analysis of data through 1992. U.S. Geological Survey, Water-Resources Investigations Report 95-4031. 74 pp.

Mulvey, M., C. Lydeard, D. L. Pyer, K. M. Hicks, J. Brim Box, J. D. Williams, and R. S. Butler. 1997. Conservation genetics of North American freshwater mussels *Amblema* and *Megalonaias*. Conservation Biology 11(4):868-878.

Muncy, R. J., G. J. Atchison, R. M. Buckley, B. W. Menzel, L. G. Perry, and R. C. Summerfelt. 1979. Effects of suspended solids and sediment on reproduction and early life history of warm-water fishes: a review. Ecological Research Series EPA-600/3-79-042. U.S. Environmental Protection Agency, Springfield, Virginia.

Mutvei, H., T. Westmark, E. Dunca, B. Carell, S. Forberg, and A. Bignert. 1994. Methods for the study of environmental changes using the structural and chemical information in molluscan shells. Pp. 163-186 *in*: Past and present biomineralization processes: considerations about the carbonate cycle. Bulletin of the Institute of Oceanography, Monaco. Special No. 13.

Myer, W. E. 1914. Pearl fisheries of Tennessee. Transactions of the Tennessee Academy of Science 2:19-25.

Myers-Kinzie, M., A. Spacie, C. F. Rich, and M. Doyle. 2002. Relationship of unionid mussel occurrence to channel stability in urban streams. Verhandlungen Internationale Vereinigung für Theoretische und Angewandte Limnologie 28:822-826.

Naiman, R. J., H. Décamps, J. Pastor, and C. A. Johnston. 1988. The potential importance of boundaries to fluvial ecosystems. Journal of the North American Benthological Society 7:289-306.

Naimo, T. J. 1995. A review of the effects of heavy metals on freshwater mussels. Ecotoxicology 4:341-362.

National Native Mussel Conservation Committee. 1998. National strategy for the conservation of native freshwater mussels. Journal of Shellfish Research 17(5):1419-1428.

National Research Council. 1992. Impacts of emerging agricultural trends on fish and wildlife habitat. National Academy Press, Washington, D.C.

Neel, J. K. 1963. Impact of reservoirs. Pp. 575-594 *in*: D. G. Fry, ed. Limnology in North America. University of Wisconsin Press, Madison.

Neel, J. K., and W. R. Allen. 1964. The mussel fauna of the upper Cumberland Basin before its impoundment. Malacologia 1(3):427-459.

Negus, C. L. 1966. A quantitative study of growth and production of unionid mussels in the River Thames at Reading. Journal of Animal Ecology 35:513-532.

Neil, M., T. Maruyama, and R. Chakraborty. 1975. The bottleneck effect and genetic variability in populations. Evolution 29:1-10.

Neves, R. J. 1986. Recent die-offs of freshwater mussels in the United States: an overview. Pp. 7-18 *in*: R. J. Neves, ed. Proceedings of a workshop, June 23-25, 1986, on die-offs of freshwater mussels in the United States. Davenport, Iowa.

------. 1991. Mollusks. Pp. 251-319 *in*: K. Terwilliger, coordinator. Virginia's endangered species. Proceedings of a symposium. McDonald & Woodward Publishing Co., Blacksburg, Virginia.

------. 1993. A state-of-the unionid address. Pp. 1-10 *in*: K. S. Cummings, A. C. Buchanan, and L. M. Koch, eds. Conservation and management of freshwater mussels. Proceedings of a UMRCC symposium, October 1992, St. Louis, Missouri. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

------. 1995. Translocation of freshwater mussels to the North Fork Holston River below Saltville, Virginia. Unpublished report, Virginia Department of Game and Inland Fisheries, Richmond. 21 pp.

------. 1997. A national strategy for the conservation of native freshwater mussels. Pp. 1-10 *in*: K. S. Cummings, A. C. Buchanan, C. A. Mayer, and T. J. Naimo, eds. Conservation and management of freshwater mussels II: initiatives for the future. Proceedings of a UMRCC symposium, October 1995, St. Louis, Missouri. Upper Mississippi River Conservation Committee, Rock Island, Illinois.

------. 1999a. Conservation and commerce: management of freshwater mussel (Bivalvia: Unionoidea). Malacologia 41(2):461-474.

------. 1999b. Biological feasibility of freshwater mussel and pearl culture in the Gulf Coast states. Gulf of Mexico Science 1999(2):103-108.

107

Neves, R. J., A. E. Bogan, J. D. Williams, S. A. Ahlstedt, and P. W. Hartfield. 1997. Status of aquatic mollusks in the southeastern United States: a downward spiral of diversity. Pp. 43-85 *in*: G. W. Benz and D. E. Collins, eds. Aquatic fauna in peril: the southeastern perspective. Special Publication 1, Southern Aquatic Research Institute, Chattanooga, Tennessee.

Neves, R. J., and S. N. Moyer. 1988. Evaluation of techniques for age determination of freshwater mussels (Unionidae). American Malacological Union Bulletin 6(2):179-188.

Neves, R. J., F. X. O'Beirn, G. S. Schurig, and G. S. Liby. 1996. Fish host propagation studies of freshwater mussels in the upper Tennessee River drainage, Virginia and Tennessee. Unpublished report, Virginia Polytechnic Institute and State University, Blacksburg, Virginia. 271 pp.

Neves, R. J., and M. C. Odom. 1989. Muskrat predation on endangered freshwater mussels in Virginia. Journal of Wildlife Management 53(4):934-941.

Neves, R. J., L. R. Weaver, and A. V. Zale. 1985. An evaluation of host fish suitability for glochidia of *Villosa vanuxemi* and *V. nebulosa* (Pelecypoda: Unionidae). American Midland Naturalist 113(1):13-19.

Neves, R. J., and J. C. Widlak. 1987. Habitat ecology of juvenile freshwater mussels (Bivalvia: Unionidae) in a headwater stream in Virginia. American Malacological Union Bulletin 5(1):1-7.

------. 1988. Occurrence of glochidia in stream drift and on fishes of the upper North Fork Holston River, Virginia. American Midland Naturalist 119(1):111-120.

Neves, R. J., and A. V. Zale. 1982. Freshwater mussels (Unionidae) of Big Moccasin Creek, southwestern Virginia. The Nautilus 96(2):52-54.

Newton, T., M. Bartsch, J. Allran, and J. O'Donnell. 2003b. Effects of sedimentary ammonia on juvenile unionids in laboratory and field studies. Pp. 43-44 *in*: Connections...a focus on habitat conservation. Abstract for the 3rd Biennial Symposium of the Freshwater Mollusk Conservation Society, March 2003, Durham, North Carolina.

Newton, T., J. O'Donnell, M. Bartsch, L. A. Thorson, and B. Richardson. 2003a. Effects of un-ionized ammonia on juvenile unionids in sediment toxicity tests. Unpublished report, Ellipsaria 5(1):17.

Nichols, S. J., and D. Garling. 2000. Food-web dynamics and trophic-level interactions in a multispecies community of freshwater unionids. Canadian Journal of Zoology 78:871-882.

------. 2002. Evaluation of substitute diets for live algae in the captive maintenance of adult and subadult Unionidae. Journal of Shellfish Research 21(2):875-881.

Nico, L. G., and J. D. Williams. 1996. Risk assessment on black carp (Pisces: Cyprinidae). Unpublished report, U.S. Geological Survey, Gainesville, Florida. 61 pp.

Nott, M. P., E. Rogers, and S. Pimm. 1995. Modern extinctions in the kilo-death range. Current Biology 5(1):14-17.

Nowell, L. H., P. D. Capel, and P. D. Dileanis. 1999. Pesticides in stream sediments and aquatic biota: distribution, trends, and governing factors. Volume 4 of Pesticides in the Hydrologic System series. CRC Press, Boca Raton, Florida. 1,040 pp.

O'Brien, C. A., and J. Brim Box. 1999. Reproductive biology and juvenile recruitment of the shinyrayed pocketbook, *Lampsilis subangulata* (Bivalvia: Unionidae), in the Gulf Coastal Plain. American Midland Naturalist 142:129-140.

O'Brien, C. A., and J. D. Williams. 2002. Reproductive biology of four freshwater mussels (Bivalvia: Unionidae) endemic to the eastern Gulf Coastal Plain drainages of Alabama, Florida, and Georgia. American Malacological Bulletin 17(1/2):147-158.

O'Dee, S. H., and G. T. Watters. 2000. New or confirmed host identifications for ten freshwater mussels. Pp. 77-82 *in*: R. A. Tankersley, D. Warmolts, G. T. Watters, and B. Armitage, eds. Freshwater Mollusk Symposia Proceedings--Part I: Conservation, Captive Care, and Propagation symposium, March 1998, Columbus, Ohio. Ohio Biological Survey, Columbus

Ortmann, A. E. 1909. The destruction of the fresh-water fauna in western Pennsylvania. Proceedings of the American Philosophical Society 68(191):90-111.

------. 1910. The discharge of the glochidia in the Unionidae. The Nautilus 24:94-95.

------. 1911. A monograph of the najades of Pennsylvania. Memoirs of the Carnegie Museum 4:279-347.

109

------.  1918.  The nayades (freshwater mussels) of the upper Tennessee drainage with notes on synonymy and distribution.  Proceedings of the American Philosophical Society 77:521-626.

------.  1924a.  The naiad-fauna of Duck River in Tennessee.  American Midland Naturalist 9(1):18-62.

------.  1924b.  Mussel Shoals.  Science 60(1564):565-566.

------.  1925.  The naiad-fauna of the Tennessee River system below Walden Gorge.  American Midland Naturalist 9(7):321-372.

Osborne, L. L., and D. E. Kovacic.  1993.  Riparian vegetated buffer strips in water-quality restoration and stream management.  Freshwater Biology 29:243-258.

Page, L. M., M. Pyron, and K. S. Cummings.  1997.  Impacts of fragmentation on midwestern aquatic organisms.  Pages 189-212 in:  M. W. Schwartz, ed.  Conservation in highly fragmented landscapes.  Chapman and Hall, New York.

Parmalee, P. W.  1988.  A comparative study of late Prehistoric and Modern molluscan faunas of the Little Pigeon River system, Tennessee.  American Malacological Bulletin 6(2):165-178.

Parmalee, P. W., and A. E. Bogan.  1986.  Molluscan remains from aboriginal middens at the Clinch River Breeder Reactor Plant site, Roane County, Tennessee.  American Malacological Bulletin 4(1):25-37.

------.  1998.  The freshwater mussels of Tennessee.  University of Tennessee Press, Knoxville.  328 pp.

Parmalee, P. W., and M. H. Hughes.  1993.  Freshwater mussels (Mollusca:  Pelecypoda:  Unionidae) of Tellico Lake:  twelve years after impoundment of the Little Tennessee River.  Annals of the Carnegie Museum 62:81-93.

------.  1994.  Freshwater mussels (Bivalvia:  Unionidae) of the Hiwassee River in east Tennessee.  American Malacological Bulletin 11(1):21-27.

Parmalee, P. W., and W. E. Klippel.  1974.  Freshwater mussels as a prehistoric food resource.  American Antiquity 39(3):421-434.

Parmalee, P. W., W. E. Klippel, and A. E. Bogan.  1980.  Notes on the prehistoric and present status of the naiad fauna on the middle Cumberland River, Smith County, Tennessee.  The Nautilus 94(3):93-105.

Penczak, T.  1995.  Effects of removal and regeneration of bank-side vegetation on fish population dynamics in the Warta River.  Poland.  Hydrobiologia 303:207-210.

Pilsbry, H. A., and S. N. Rhoads.  1896.  Contributions to the zoology of Tennessee.  No. 4, Mollusks.  Proceedings of the Academy of Natural Sciences of Philadelphia 48:487-506.

Pulliam, H. R.  1988.  Sources, sinks, and population regulation.  American Naturalist 132:652-661.

Rabeni, C. F., and M. A. Smale.  1995.  Effects of siltation on stream fishes and the potential mitigating role of the buffering riparian zone.  Hydrobiologia 303:211-219.

Rabinowitz, D., S. Cairns, and T. Dillon.  1986.  Seven Forms of Rarity and their frequency in the flora of the British Isles.  Pp. 182-204 *in*:  M. E. Soulé, ed.  Conservation Biology:  the Science of Scarcity and Diversity.  Sinauer Associates, Sunderland, Massachusetts.

Rand, G. M., and S. R. Petrocelli.  1985.  Fundamentals of aquatic toxicology.  Hemisphere Publishing Corporation, New York.  666 pp.

Rappaport Clark, J.  1999.  The ecosystem approach from a practical point of view.  Conservation Biology 13(3):679-681.

Reid, R. G. B., R. F. McMahon, D. O. Foighil, and R. Finnigan.  1992.  Anterior inhalant currents and pedal feeding in bivalves.  Veliger 35:93-104.

Ricciardi, A., R. J. Neves, and J. B. Rasmussen.  1998.  Impending extinctions of North American freshwater mussels (Unionoida) following the zebra mussel (*Dreissena polymorpha*) invasion.  Journal of Animal Ecology 67:613-619.

Richard, P. E., T. H. Dietz, and H. Silverman.  1991.  Structure of the gill during reproduction in the unionids *Anodonta grandis*, *Ligumia subrostrata*, and *Carunculina parva texasensis*.  Canadian Journal of Zoology 69:1744-1754.

Richter, B. R., D. P. Braun, M. A. Mendelson, and L. L. Master.  1997.  Threats to imperilled freshwater fauna.  Conservation Biology 11:1081-1093.

Robison, W. A., S. R. Alexander, T. Hibner, and M. Wilson.  1996.  Clinch River Project:  sediment contaminants in the lower Clinch River.  Unpublished report, U.S. Department of the Interior, Fish and Wildlife Service, Cookeville, Tennessee.  52 pp.

Roe, K. J. 2000. The utility of DNA sequences to aid in the identification of rare or problematic species of freshwater mussels. Pp. 197-202 *in*: P. D. Johnson and R. S. Butler, eds. Freshwater Mollusk Symposia Proceedings--Part II: Proceedings of the First Symposium of the Freshwater Mollusk Conservation Society, Chattanooga, Tennessee, March 1999. Ohio Biological Survey, Columbus.

Roell, M. J. 1999. Sand and gravel mining in Missouri stream systems: aquatic resources effects and management alternatives. Unpublished report, Missouri Department of Conservation, Columbia. 34 pp.

Rogers, S. O., B. T. Watson, and R. J. Neves. 2001. Life history and population biology of the endangered tan riffleshell (*Epioblasma florentina walkeri*) (Bivalvia: Unionidae). Journal of the North American Benthological Society 20(4):582-594.

Saccheri, I., M. Kuussaari, M. Kankare, P. Vikman, W. Fortelius, and I. Hanski. 1998. Inbreeding and extinction in a butterfly metapopulation. Nature 392:491-494.

Salomons, W., N. M. de Rooij, H. Kerdijk, and J. Bril. 1987. Sediments as a source for contaminants? Hydrobiologia 149:13-30.

Schlosser, D. W., and W. P. Kovalak. 1991. Infestation of unionids by *Dreissena polymorpha* in a power plant canal in Lake Erie. Journal of Shellfish Research 10:355-359.

Schlosser, D. W., and T. F. Nalepa. 1995. Freshwater mussels in the Lake Huron-Lake Erie Corridor. Pp. 179-182 *in*: E. T. LaRoe, G. S. Farris, C. E. Puckett, P. D. Doran, and M. J. Mae, eds. Our Living Resources, a report to the nation on the distribution, abundance, and health of U.S. plants, animals and ecosystems. U.S. Department of the Interior, National Biological Service, Washington, D.C.

Schmidt, J. E., R. D. Estes, and M. E. Gordon. 1989. Historical changes in the mussel fauna (Bivalvia: Unionoidea) of the Stones River, Tennessee. Malacological Review 22:55-60.

Schultz, J., and R. Cruse. 1992. Effectiveness of vegetated buffer strips. Unpublished report, Leopold Center for Sustainable Agriculture, Ames, Iowa.

Schuster, G. A. 1988. The distribution of unionids (Mollusca: Unionidae) in Kentucky. Unpublished report No. 2-437R, Kentucky Department of Fish and Wildlife Resources, Frankfort. 1,099 pp.

Schuster, G. A., R. S. Butler, and D. H. Stansbery.  1989.  A survey of the unionids (Bivalvia:  Unionidae) of Buck Creek, Pulaski County, Kentucky.  Transactions of the Kentucky Academy of Science 50:79-85.

Scott, E. M., Jr., K. D. Gardner, D. S. Baxter, and B. L. Yeager.  1996.  Biological and water quality responses in tributary tailwaters to dissolved oxygen and minimum flow improvements.  Unpublished report, Tennessee Valley Authority, Norris, Tennessee.  211 pp.

Scruggs, G. D., Jr.  1960.  Status of fresh-water mussel stocks in the Tennessee River.  U.S. Department of the Interior, Fish and Wildlife Service, Fisheries Special Report No. 370:1-41.

Shannon, L., R. G. Biggins, and R. E. Hylton.  1993.  Freshwater mussels in peril:  perspective of the U.S. Fish and Wildlife Service.  Pp. 66-68 *in*:  K. S. Cummings, A. C. Buchanan, and L. M. Koch, eds.  Conservation and management of freshwater mussels.  Proceedings of a UMRCC symposium, October 1992, St. Louis, Missouri.  Upper Mississippi River Conservation Committee, Rock Island, Illinois.

Sheehan, R. J., R. J. Neves, and H. E. Kitchel.  1989.  Fate of freshwater mussels transplanted to formerly polluted reaches of the Clinch and North Fork Holston Rivers, Virginia.  Journal of Freshwater Ecology 5(2):139-149.

Shute, P. W., R. G. Biggins, and R. S. Butler.  1997.  Management and conservation of rare aquatic resources:  a historical perspective and recommendations for incorporating ecosystem management.  Pp. 445-466  G. W. Benz and D. E. Collins, eds.  Aquatic fauna in peril:  the southeastern perspective.  Special Publication 1, Southern Aquatic Research Institute, Chattanooga, Tennessee.

Sickel, J. B.  1982.  A survey of the freshwater mussels of the lower Cumberland River from Barkley Dam tailwaters to the Ohio River.  Unpublished report to the U.S. Army Corps of Engineers, Nashville District, Nashville, Tennessee.  24 pp.

Sickel, J. B., and C. C. Chandler.  1996.  Unionid fauna of the lower Cumberland River from Barkley Dam to the Ohio River, Kentucky (Mollusca:  Bivalvia:  Unionidae).  Transactions of the Kentucky Academy of Science 57:33-46.

Silverman, H., S. J. Nichols, J. S. Cherry, E. Achberger, J. W. Lynn, and T. H. Dietz.  1997.  Clearance of laboratory-cultured bacteria by freshwater bivalves:  differences between lentic and lotic unionids.  Canadian Journal of Zoology 75:1857-1866.

Simmons, G. M., and J. R. Reed.  1973.  Mussels as indicators of biological recovery zone.  Journal of the Water Pollution Control Federation 45:2480-2492.

Simons, D. B.  1981.  Investigation of effects of navigation traffic activities on hydrologic, hydraulic, and geomorphic characteristics.  Unpublished report, Upper Mississippi River Basin Commission, Minneapolis.  Privately printed by Bryant Walker.

Simpson, C. T.  1914.  A descriptive catalogue of the naiads or fresh-water pearly mussels.  Bryant Walker, Detroit, Michigan.  1,540 pp.

Sinclair, R. M., and B. G. Isom.  1961.  A preliminary report on the introduced Asiatic clam, *Corbicula*, in Tennessee.  Unpublished report, Tennessee Stream Pollution Control Board, Tennessee Department of Public Health, Nashville. 79 pp.

Smith, D. G.  1979.  Sexual characteristics of *Margaritifera margaritifera* (Linnaeus) populations in central New England.  Veliger 21:381-383.

Smith, L. M., and D. M. Patrick.  1991.  Erosion, sedimentation, and fluvial systems. Pp. 169-181 *in*:  G. A. Kiersch, ed.  The heritage of engineering geology:  the first hundred years.  Volume 3.  Geological Society of America, Boulder, Colorado.

Soulé, M. E.  1980.  Threshold for survival:  maintaining fitness and evolutionary potential.  Pp. 151-169 *in*:  M. E. Soulé and B. A. Wilcox, eds.  Conservation Biology.  Sinauer Associates, Inc., Sunderland, Massachusetts.

Sparks, B. L., and D. L. Strayer.  1998.  Effects of low dissolved oxygen on juvenile *Elliptio complanata* (Bivalvia:  Unionidae).  Journal of the North American Benthological Society 17(1):129-134.

Sparks, R. E.  1995.  Need for ecosystem management of large rivers and their floodplains.  BioScience 45(3):168-182.

Stansbery, D. H.  1961.  The naiads (Mollusca, Pelecypoda, Unionacea) of Fishery Bay, South Bass Island, Lake Erie.  Sterkiana 5:1-37.

------.  1964.  The Mussel (Muscle) Shoals of the Tennessee River revisited. American Malacological Union, Inc., Annual Reports for 1964:25-28.

------.  1966.  Observations on the habitat distribution of the naiad *Cumberlandia monodonta* (Say, 1829).  American Malacological Union, Inc., Annual Reports for 1966:29-30.

114

------. 1969.  Changes in the naiad fauna of the Cumberland River at Cumberland Falls in eastern Kentucky.  American Malacological Union, Inc., for 1969:16-17.

------. 1970.  Eastern freshwater mollusks (I):  the Mississippi and St. Lawrence River systems.  Pp. 9-21 *in*:  A. H. Clarke, ed.  Proceedings of the American Malacological Union Symposium on Rare and Endangered Mollusks, Malacologia 10(1).

------. 1971.  Rare and endangered molluscs in the eastern United States.  Pp. 5-18 *in*: S. E. Jorgensen and R. W. Sharpe, eds.  Proceedings of a Symposium on Rare and Endangered Mollusks (Naiads) of the United States.  U.S. Fish and Wildlife Service, Twin Cities, Minnesota.

------. 1973a.  A preliminary report on the naiad fauna of the Clinch River in the southern Appalachian Mountains of Virginia and Tennessee (Mollusca: Bivalvia:  Unionidae).  Bulletin of the American Malacological Union, Inc., for 1972:20-22.

------. 1973b.  Dams and the extinction of aquatic life.  Garden Club of America Bulletin 61:43-46.

------. 1986.  Distribution and relative abundance of unionid mollusks at Carbo, Virginia.  Unpublished report to the Appalachian Power Company, Carbo, Virginia.

------. 1995.  Comments on "Results of a status survey of eight freshwater mussels (Bivalvia:  Unionidae) endemic to eastern Gulf Slope drainages of the Apalachicolan Region of southeast Alabama, southwest Georgia, and north Florida" (R. S. Butler.  1993.  Unpublished report, U.S. Fish and Wildlife Service, Jacksonville, Florida).  Unpublished report, Museum of Biological Diversity, The Ohio State University, Columbus.  5 pp.

Stansbery, D. H., and W. J. Clench.  1974.  The Pleuroceridae and Unionidae of the North Fork Holston River above Saltville, Virginia.  Bulletin of the American Malacological Union, Inc., for 1973:33-36.

------. 1978.  The Pleuroceridae and Unionidae of the upper South Fork Holston River in Virginia.  Bulletin of the American Malacological Union, Inc., for 1977:75-79.

Stansbery, D. H., and C. B. Stein.  1971.  Stream channelization and the preservation of biological variability:  why naiades (pearly freshwater mussels) should be preserved.  Stream channelization (Part 4).  Hearing before a subcommittee of the Committee on Government Operations, House of Representatives, 92nd Congress, first session, June 14, 1971:2177-2179.

Starnes, L. B., and A. E. Bogan.  1988.  The mussels (Mollusca:  Bivalvia:  Unionidae) of Tennessee.  American Malacological Bulletin 6(1):19-37.

Starnes, L. B., and W. C. Starnes.  1980.  Discovery of a new population of *Pegias fabula* (Lea) (Unionidae).  The Nautilus 94:5-6.

Stein, B. A., and S. R. Flack.  1997.  1997 species report card:  the state of U.S. plants and animals.  The Nature Conservancy, Arlington, Virginia.  26 pp.

Stewart, P. M., and T. O. Swinford.  1995.  Identification of sediment and nutrient sources impacting a critically endangered mussel species' habitat in a small agricultural stream.  Pp. 45-64 *in* J. R. Pratt, N. Bowers, and J. R. Stauffer, eds. Making environment science.  A Festschrift in honor of John Cairns, Jr. Ecoprint, Portland, Oregon.

Strayer, D. L.  1981.  Notes on the microhabitats of unionid mussels in some Michigan streams.  American Midland Naturalist 106:411-415.

------.  1997.  Effects of alien species on freshwater mollusks in North America. Unpublished report *in*:  Freshwater mollusks as indicators of water quality:  a workshop.  U.S. Geological Survey, Biological Resources Division and National Water Quality Assessment Program.  72 pp.

------.  1999a.  Use of flow refuges by unionid mussels in rivers.  Journal of the North American Benthological Society 18(4):468-476.

------.  1999b.  Effects of alien species on freshwater mollusks in North America. Journal of the North American Benthological Society 18(1):74-98.

Strayer, D. L., and J. Ralley.  1993.  Microhabitat use by an assemblage of stream-dwelling unioneans (Bivalvia), including two rare species of *Alasmidonta*.  Journal of the North American Benthological Society 12(3):247-258.

Surber, T.  1912.  Identification of the glochidia of freshwater mussels.  U.S. Bureau of Fisheries Document No. 771.  10 pp.

Sylvester, J. R., L. E. Holland, and T. K. Kammer. 1984. Observations on burrowing rates and comments on host specificity in the endangered mussel *Lampsilis higginsi*. Journal of Freshwater Ecology 2(6):555-559.

Tennessee Valley Authority. 1971. Stream length in the Tennessee River Basin. Unpublished report, Tennessee Valley Authority, Knoxville, Tennessee. 25 pp.

------. 2002. Nolichucky Reservoir flood remediation. Draft Environmental Impact Statement, Tennessee Valley Authority, Norris, Tennessee.

Tevesz, M. J. S., and P. L. McCall. 1979. Evolution and substratum preference in bivalves (Mollusca). Journal of Paleontology 53:112-120.

Trimble, S. W. 1997. Contribution of stream channel erosion to sediment yield from an urbanizing watershed. Science 278:1442-1444.

Trimble, S. W., and A. C. Mendel. 1995. The cow as a geomorphic agent: a critical review. Geomorphology 13:233-253.

Turgeon, D. D., J. F. Quinn, Jr., A. E. Bogan, E. V. Coan, F. G. Hochberg, W. G. Lyons, P. M. Mikkelsen, R. J. Neves, C. F. E. Roper, G. Rosenberg, B. Roth, A. Scheltema, F. G. Thompson, M. Vecchione, and J. D. Williams. 1998. Common and scientific names of aquatic invertebrates from the United States and Canada: mollusks, 2nd edition. American Fisheries Society Special Publication 26, Bethesda, Maryland. 277 pp.

U.S. Department of Agriculture. 1977. Erosion and sediment inventory for North Carolina. U.S. Soil Conservation Service, Raleigh.

------. 1989. The second RCA appraisal: soil, water, and related resources on non-Federal lands in the United States: analysis of conditions and trends. U.S. Department of Agriculture, Washington, D.C.

U.S. Environmental Protection Agency. 1990. The quality of our nation's waters: a summary of the 1988 National Water Quality Inventory. Unpublished report 440/4-90-005, U.S. Environmental Protection Agency, Washington, D.C.

U.S. Fish and Wildlife Service. 1980. Streamside areas--management dividends. FWS/OBS-80/55, Washington, D.C.

------. 1997. Endangered and threatened wildlife and plants; determination of Cumberland elktoe (*Alasmidonta atropurpurea*), oyster mussel (*Epioblasma capsaeformis*), Cumberlandian combshell (*Epioblasma brevidens*), purple bean (*Villosa perpurpurea*), and rough rabbitsfoot (*Quadrula cylindrica strigillata*) to be endangered species. *Federal Register* 62(7):1647-1658.

U.S. Fish and Wildlife Service and National Oceanographic and Atmospheric Administration. 2000. Policy Regarding Controlled Propagation of Species Listed under the Endangered Species Act. *Federal Register* 65(183):56916-56922.

Ukeles, R. 1971. Nutritional requirements in shellfish culture. Pp. 42-64 *in*: K. S. Price and D. L. Mauer, eds. Proceedings of the conference on artificial propagation of commercially valuable shellfish. College of Marine Studies, University of Delaware, Newark.

van der Schalie, H. 1938. Contributing factors in the depletion of naiades in Eastern United States. Basteria 3(4):51-57.

------. 1970. Hermaphroditism among North American freshwater mussels. Malacologia 10(1):93-112.

------. 1973. Mollusks of the Duck River drainage in central Tennessee. Sterkiana 52:45-55.

van der Schalie, H., and A. van der Schalie. 1950. The mussels of the Mississippi River. American Midland Naturalist 44:448-466.

Vannote, R. L., and G. W. Minshall. 1982. Fluvial processes and local lithology controlling abundance, structure, and composition of mussel beds. Proceedings of the National Academy of Sciences 79:4103-4107.

Vaughn, C. C., and C. M. Taylor. 1999. Impoundments and the decline of freshwater mussels: a case study of an extinction gradient. Conservation Biology 13(4):912-920.

Waller, D. L., and L. G. Mitchell. 1989. Gill tissue reactions in walleye, *Stizostedion vitreum vitreum*, and common carp, *Cyprinus carpio*, to glochidia of the freshwater mussel *Lampsilis radiata siliquoidea*. Diseases of Aquatic Organisms 6:81-87.

Warren, M. L., Jr., B. M. Burr, S. J. Walsh, H. L. Bart, Jr., R. C. Cashner, D. A. Etnier, B. J. Freeman, B. R. Kuhajda, R. L. Mayden, H. W. Robison, S. T. Ross, and W. C. Starnes. 2000. Diversity, distribution, and conservation status of the native freshwater fishes of the Southern United States. Fisheries 25(10):7-29.

Warren, M. L., Jr., W. R. Haag, and B. M. Burr. 1999. Status of the mussel resources in Little South Fork Cumberland River. Unpublished report, Kentucky Department of Fish and Wildlife Resources, Frankfort. 46 pp.

Waters, T. F. 1995. Sediment in streams: sources, biological effects, and control. American Fisheries Society Monograph 7. 251 pp.

Watson, B. T. 1999. Population biology and fish hosts of several federally endangered freshwater mussels (Bivalvia: Unionidae) of the upper Tennessee River drainage, Virginia and Tennessee. Unpublished M.S. Thesis, Virginia Polytechnic Institute and State University, Blacksburg. 124 pp.

Watson B. T., and R. J. Neves. 1996. Host fishes for two federally endangered species of mussels. Unpublished report in Triannual Unionid Report 10:13.

------. 1998. A survey of the freshwater mussel fauna of Indian Creek, Tazewell County, Virginia. Unpublished report to the U.S. Fish and Wildlife Service, White Marsh, Virginia. 18 pp.

Watters, G. T. 1992. Unionids, fishes, and the species-area curve. Journal of Biogeography 19:481-490.

------. 1994. An annotated bibliography of the reproduction and propagation of the Unionoidea (primarily of North America). Ohio Biological Survey Miscellaneous Contributions No. 1. 158 pp.

------. 1996. Small dams as barriers to freshwater mussels (Bivalvia, Unionoida) and their hosts. Biological Conservation 75:79-85.

------. 1997. Glochidial metamorphosis of the freshwater mussel *Lampsilis cardium* (Bivalvia: Unionidae) on larval tiger salamanders, *Ambystoma tigrinum* ssp. (Amphibia: Ambystomidae). Canadian Journal of Zoology 75(3):505-508.

------. 2000.  Freshwater mollusks and water quality:  effects of hydrologic and instream habitat alterations. Pp. 261-274 *in*:  R. A. Tankersley, D. Warmolts, G. T. Watters, B. Armitage, P. D. Johnson, and R. S. Butler, eds.  Freshwater Mollusk Symposia Proceedings--Special Contribution:  Freshwater Mollusks as Indicators of Water Quality.  U.S. Geological Survey workshop, March 1997, Atlanta, Georgia.  Ohio Biological Survey, Columbus.

------. 2002.  The kinetic conglutinate of the creeper freshwater mussel, *Strophitus undulatus* (Say, 1817).  Journal of Molluscan Studies 68(2):155-158.

Watters, G. T., and H. L. Dunn.  1993-94.  The Unionidae of the lower Muskingum River (RM 34.1-0), Ohio, U.S.A.  Walkeriana 7(17/18):225-263.

Watters, G. T., and S. H. O'Dee.  1996.  Shedding of untransformed glochidia by fishes parasitized by *Lampsilis fasciola* Rafinesque, 1820 (Mollusca:  Bivalvia:  Unionidae):  evidence of acquired immunity in the field?  Journal of Freshwater Ecology 11(4):383-389.

------. 1997.  Overwintering of freshwater mussel glochidia on fish hosts.  Journal of the North American Benthological Society 14(1):56-57.

------. 2000.  Glochidial release as a function of water temperature:  beyond bradyticty and tachyticty.  Pp. 135-140 *in*:  R. A. Tankersley, D. Warmolts, G. T. Watters, and B. Armitage, eds.  Freshwater Mollusk Symposia Proceedings--Part I:  Conservation, Captive Care, and Propagation, Columbus, Ohio, March 1998.  Ohio Biological Survey, Columbus.

Weiss, J. L., and J. B. Layzer.  1995.  Infections of glochidia on fishes in the Barren River, Kentucky.  American Malacological Bulletin 11:153-159.

Wenger, S.  1999.  A review of the scientific literature on riparian buffer width, extent, and vegetation.  Unpublished report, Office of Public Service and Outreach, Institute of Ecology, University of Georgia, Athens.  59 pp.

Wheeler, H. E.  1935.  Timothy Abbott Conrad, with particular reference to his work in Alabama one hundred years ago.  Bulletin of American Paleontology 23(77). 157 pp.

Wilber, C. G.  1983.  Turbidity in the aquatic environment:  an environmental factor in fresh and oceanic waters.  C. C. Thomas, Springfield, Illinois.

Wilcove, D. S., and M. J. Bean, editors.  1994.  The big kill:  declining biodiversity in America's lakes and rivers.  Unpublished report, Environmental Defense Fund, Washington, D.C.  275 pp.

Williams, J. D., and R. S. Butler.  1994.  Class Bivalvia, freshwater bivalves.
Pp. 53-128, 740-742 *in*:  R. Ashton, ed.  Rare and endangered biota of Florida.
Volume 6.  Invertebrates.  University of Florida Press, Gainesville.

Williams, J. D., S. L. H. Fuller, and R. Grace.  1992.  Effects of impoundments on
freshwater mussels (Mollusca:  Bivalvia:  Unionidae) in the main channel of
the Black Warrior and Tombigbee Rivers in western Alabama.  Bulletin of the
Alabama Museum of Natural History 13:1-10.

Williams, J. D., and M. Mulvey.  1997.  Recognition of freshwater mussel taxa:  a
conservation challenge.  Pp. 64-65 *in*:  G. K. Meffe and C. R. Carroll, eds.
Principles of conservation biology, 2nd edition.  Sinauer Associates, Inc.,
Sunderland, Massachusetts.

Williams, J. D., and R. J. Neves.  1995.  Freshwater mussels:  a neglected and
declining aquatic resource.  Pp. 177-179 *in*:  E. T. LaRoe, G. S. Farris,
C. E. Puckett, P. D. Doran, and M. J. Mae, eds.  Our living resources:  a report
to the nation on the distribution, abundance, and health of U.S. plants, animals,
and ecosystems.  U.S. Department of the Interior, National Biological Service,
Washington, D.C.

Williams, J. D., M. L. Warren, Jr., K. S. Cummings, J. L. Harris, and R. J. Neves.
1993.  Conservation status of freshwater mussels of the United States and
Canada.  Fisheries 18(9):6-22.

Williams, J. E., and R. J. Neves.  1992.  Introducing the elements of biological
diversity in the aquatic environment.  Transactions of the 57th North American
Wildlife and Natural Resources Conference (1992):345-354.

Wilson, C. B., and H. W. Clark.  1914.  The mussels of the Cumberland River and its
tributaries.  Report to the U.S. Commission of Fisheries for 1912, Special
Papers.  63 pp.

Winston, M. R., and R. J. Neves.  1997.  Survey of the freshwater mussel fauna of
unsurveyed streams of the Tennessee River drainage, Virginia.  Banisteria
10:3-8.

Wolcott, L. T., and R. J. Neves.  1990.  Impacts of siltation on the mussel fauna of the
Powell River, Virginia.  Unpublished report to the U.S. Fish and Wildlife
Service, Asheville, North Carolina.  116 pp.

------.  1994.  Survey of the freshwater mussels of the Powell River, Virginia.
Banisteria 3:3-14.

World Wildlife Fund. 2002. Tennessee, Cumberland, and Mobile River basins at risk: a biological assessment and vision. Unpublished report, Nashville, Tennessee.

Wright, B. H. 1898. New varieties of Unionidae. The Nautilus 11(11):123-124.

Yeager, B. L. 1993. Dams. Pp. 57-113 *in*: C. F. Bryan and D. A. Rutherford, eds. Impacts on warmwater streams: guidelines for evaluation. Warmwater Stream Committee, Southern Division, American Fisheries Society, Little Rock, Arkansas.

------. 1994. Impacts of reservoirs on the aquatic environment of regulated rivers. Unpublished report, Tennessee Valley Authority, Resource Group Water Management, TVA/WR-93/1.

Yeager, B. L., and R. J. Neves. 1986. Reproductive cycle and fish hosts of the rabbit's foot [sic] mussel, *Quadrula cylindrica strigillata* (Mollusca: Unionidae) in the upper Tennessee River drainage. American Midland Naturalist 116:329-340.

Yeager, B. L., and C. F. Saylor. 1995. Fish hosts for four species of freshwater mussels (Pelecypoda: Unionidae) in the upper Tennessee River drainage. American Midland Naturalist 133:1-6.

Yeager, M. M., D. S. Cherry, and R. J. Neves. 1994. Feeding and burrowing behaviors of juvenile rainbow mussels, *Villosa iris* (Bivalvia: Unionidae). Journal of the North American Benthological Society 13(2):217-222.

Yeager, M. M., R. J. Neves, and D. S. Cherry. 2000. Competitive interactions between early life stages of *Villosa iris* (Bivalvia: Unionidae) and adult Asian clams (*Corbicula fluminea*). Pp. 253-259 *in*: P. D. Johnson and R. S. Butler, eds. Freshwater Mollusk Symposia Proceedings--Part II: Proceedings of the First Symposium of the Freshwater Mollusk Conservation Society, Chattanooga, Tennessee, March 1999. Ohio Biological Survey, Columbus.

Yokley, P., Jr., and C. H. Gooch. 1976. The effect of gravel dredging on reservoir primary production, invertebrate production, and mussel production, July 1, 1974-June 30, 1976. Unpublished report No. 76-56, Tennessee Wildlife Resources Agency, Nashville. 32 pp.

Young, M. R., and J. Williams. 1984. The reproductive biology of the freshwater pearl mussel *Margaritifera margaritifera* (Linn.) in Scotland. Archiv für Hydrobiologie 99(4):405-422.

122

Zale, A. V., and R. J. Neves.  1982.  Fish hosts of four species of lampsiline mussels (Mollusca:  Unionidae) in Big Moccasin Creek, Virginia.  Canadian Journal of Zoology 60:2535-2542.

Zimmerman, L. L., and R. J. Neves.  2002.  Effects of temperature on duration of viability for glochidia of freshwater mussels (Bivalvia:  Unionidae).  American Malacological Bulletin 17:31-35.

------.  2003.  Control of predaceous flatworms *Macrostomum* sp. in culturing juvenile freshwater mussels.  North American Journal of Aquaculture 65:28-32.

Ziuganov, V., E. San Miguel, R. J. Neves, A. Longa, C. Fernández, R. Amaro, V. Beletsky, E. Popkovitch, S. Kaliuzhin, and T. Johnson.  2000.  Life span variation of the freshwater pearl shell:  a model species for testing longevity mechanisms in animals.  Ambio 29(2):102-105.

### D. Glossary

**Allopatric:**  Pertaining to populations of two or more species whose ranges do not occupy the same geographical area.

**Anthropogenic:**  Activities involving the impact of man on nature.

**Benthic:**  Refers to the bottom of surface water bodies and the organisms that live there.

**Bioreserve:**  A discreet geographic region, such as a watershed, that has been established by a conservation organization as a focus area for habitat restoration and other concerted conservation efforts.

**Byssus:**  A protein thread secreted by juvenile mussels as a means of attachment to hard surfaces; byssal thread.

**Chemosensory:**  The ability of species to sense chemical cues in the environment.

**Cohort:**  All the organisms produced in a single breeding season; year class.

**Contra:**  Latin for against.  Herein used in reference to a published finding that is contradictory to that previously published (e.g., *contra* Lydeard et al. 1999).

**Endemic:**  Native or confined to a certain region and having a relatively restricted distribution.

**Extant:**  Currently existing populations of species.

**Genetic Bottleneck:**  When the number of breeding specimens in a population is reduced to a level that results in the loss of genetic variation as a consequence of decreased random genetic drift.

**Geomorphic:**  Relating to earth, its shape, or surface configuration.  Herein used in reference to stream channel morphology.

**Glochidia, Glochidium:**  The bivalve larvae of freshwater mussels in the superfamily Unionoidea which are generally parasitic upon vertebrates, typically fish.

**Hermaphrodyte:**  A sexual condition where male and female reproductive tissues are found in the same specimen.

**Holotype:**  The single specimen chosen for designation of a new species and housed in a museum.

124

**Lanceolate:**  Pointed or lance-shaped

**Lateral Teeth:**  The elongated, raised, and interlocking structures located dorsally along the hinge line of the inside of the valves of mussels.

**Marsupia:**  The portion of the gills of a female mussel that are used to incubate glochidia.

**Metapopulation:**  Several populations that have the potential for natural genetic interchange.

**Midden:**  A collection of discarded mussel shells harvested for food by Native Americans or muskrats.

**Nacre:**  The interior iridescent, thin layer of a mussel shell; mother of pearl.

**Neotype:**  The single specimen designated as a replacement when no other type specimen is thought to exist.

**Nonindigenous:**  Organisms that are intentionally imported or accidentally introduced from another or foreign area; exotic, nonnative, or alien.

**Periostracum:**  Exterior or outside protein-comprised layer of the shell.

**Phagotrophic:**  The act of an organism ingesting or engulfing solid particles of food.

**Phytoplankton:**  The plant organisms comprising plankton.

**Piscivorous:**  Organisms that habitually feed on fish.

**Pseudocardinal Teeth:**  Triangular-shaped hinge teeth near the anterior-dorsal margin of the inside of the valves.

**Riverine:**  Found in or characteristic of rivers.

**Sympatric:**  Pertaining to populations of two or more species which occupy identical or overlapping geographical areas.

**Syntopic:**  Pertaining to populations of two or more species which occur together at a given site.

**Translocation:**  A management tool that involves the movement of organisms from one location to another.

125

**Type Locality:**  The locality from where the holotype for a newly described species was collected.

**Umbo, Umbonal:**  The raised, inflated area of the bivalve shell, centrally or anteriorly placed along the dorsal margin of the valve.  The oldest portion of the shell.

**Unionid:**  Freshwater bivalve mollusks that belong to the superfamily Unionoidea, family Unionidae.

**Valve:**  The left or right half of a bivalve shell, such as a mussel.

**Viable Population:**  A wild, naturally reproducing population that is large enough to maintain sufficient genetic variation to enable the species to evolve and respond to natural habitat changes without further intervention.  Viable populations will therefore have multiple age classes, including newly recruited juveniles.

**PART III**

**TABLES AND FIGURE**

**Table 1.  Cumberland elktoe occurrences by stream (working downstream), county, and state; authority; and chronology of occurrence for primary literature and other records.**

| Stream, County, State | Authority | Date |
|---|---|---|
| **Cumberland River System** | | |
| Laurel Fork, Whitley County, KY | Cicerello and Laudermilk (2001) | 1996, 1993 |
| Cumberland River, McCreary and Whitley Counties, KY | Schuster (1988)<br>Clarke (1981) | 1935<br>? |
| Laurel River, Laurel County, KY[1] | R. R. Cicerello (Kentucky State Nature Preserves Commission, personal communication [pers. comm.], 1997) | 1948 |
| Lynn Camp Creek, Whitley County, KY | Clarke (1981) | ? |
| Marsh Creek, McCreary County, KY | Cicerello and Laudermilk (2001)<br>Call and Parmalee (1982) | 1994<br>1979-80 |
| Sinking Creek, Laurel County, KY | Cicerello (pers. comm., 2000) | 1999 |
| Big South Fork, Pulaski County, KY | Clarke (1981) | ? |
| Big South Fork, McCreary County, KY | Bakaletz (1991) | 1986 |
| Rock Creek, McCreary County, KY | Cicerello (1996)<br>D. H. Stansbery (Ohio State University Museum of Zoology, pers. comm., 1998)<br>Call and Parmalee (1982) | 1995<br>1987<br><br>1979 |
| Big South Fork, Scott County, TN | S. A. Ahlstedt (U.S. Geological Survey [USGS], pers. comm., 2001)<br>P. W. Shute (Tennessee Valley Authority, pers. comm., 1998)<br>Bakaletz (1991)<br>Hatcher and Ahlstedt (1982) | 2000, 1998<br><br>1996<br><br>1986<br>1980 |
| North White Oak Creek, Fentress County, TN | Ahlstedt (pers. comm., 1999) | 1998-99 |
| Clear Fork, Scott County, TN | Ahlstedt (pers. comm., 2002)<br>Bakaletz (1991)<br>Hatcher and Ahlstedt (1982) | 2002<br>1986<br>1980 |
| Clear Fork, Fentress and Morgan Counties, TN [Type Locality][2, 3] | Gordon and Layzer (1993)<br>Bakaletz (1991)<br>Call and Parmalee (1982)<br>Clarke (1981) | 1988-89<br>1985-86<br>1980<br><1897[4] |
| North Prong Clear Fork, Fentress County, TN | J. B. Layzer (USGS, letter dated June 10, 2003)<br>Gordon and Layzer (1993) | 2001<br><br>1988-89 |

| Stream, County, State | Authority | Date |
|---|---|---|
| Crooked Creek, Fentress County, TN | Ahlstedt (pers. comm., 2002) | 2001 |
| White Oak Creek, Morgan County, TN | Call and Parmalee (1982) | 1980 |
| White Oak Creek, Scott County, TN | Ahlstedt (pers. comm., 2002) Bakaletz (1991) | 2002 1986 |
| Bone Camp Creek, Morgan County, TN | Gordon and Layzer (1993) | 1988-89 |
| New River, Scott County, TN | Ahlstedt (pers. comm., 2002) Gordon (1991) | 2002 <1991 |
| Collins River, Grundy County, TN[5] | Clarke (1981, Call and Parmalee (1982) | 1978 |

[1]This museum record for *Strophitus rugosus* (=*Strophitus undulatus*) by Neel and Allen (1964) actually represents, in part, *Alasmidonta atropurpurea*.

[2]Clarke (1981:71) in his "Remarks" section of the *Alasmidonta atropurpurea* species account designated a neotype (U.S. National Museum of Natural History [USNM] 150522) for this species (Rafinesque's type material is lost), giving the locality as "South Fork, Cumberland River, Fentress Co., Tennessee collected by B. H. Wright." The South Fork does not flow through Fentress County, but a tributary, Clear Fork, does (forming the Fentress/Morgan County line), which better coincides with a locality Clarke (1981:71) presented in his "Geographical Records," "South Fork Cumberland River, Armathwaite, Fentress County, Tenn." (despite naming "J. Lewis! [Museum of Comparative Zoology (MCZ)]" and not "B. H. Wright! [USNM]" as the alleged collector and the museum of deposition, respectively, for this record). As further evidence on the clarification of this matter, Wright (1898) mentions a collection from "A branch of the South Fork of the Cumberland River at Armathwaite, Fentress Co., Tenn." of *Margaritana raveneliana* (=*Alasmidonta raveneliana* [Lea, 1834], the Appalachian elktoe), actually *Alasmidonta atropurpurea*. In reality, this collection was made by Mr. E. F. Hassler, not Wright. This collection undoubtably refers to the Clear Fork site and represents the material upon which Clarke (1981) designated the neotype for *Alasmidonta atropurpurea*. The correct type locality should therefore read "Clear Fork, near Armathwaite and Rugby, Fentress/Morgan Counties, Tennessee," probably in the vicinity of the Tennessee Highway 52 crossing (see Footnote 3 below).

[3]In the *Alasmidonta marginata* account's "Geographical Records," under "Clinch River Drainage," Clarke (1981:66) reports "Clear Fork Creek, Rugby, Morgan Co. Tenn. (MCZ)." This record is probably for *A. atropurpurea* and presumably refers to the Clear Fork site in the Big South Fork system from which he designated the neotype for *A. atropurpurea* (see Footnote 2 above). Rugby (Morgan County) is approximately 5 miles from Armathwaite (Fentress County) on Tennessee Highway 52, with the Clear Fork crossing approximately halfway between the two towns.

[4]Clarke (1981:71) mentions that this collection of four specimens attributed to B. H. Wright (and from which the neotype was selected; see Footnote 2 above) was originally cataloged as USNM 783317 in January 1897.

[5]This record collected from a muskrat midden by A. E. Bogan (A. E. Bogan, North Carolina State Museum of Natural Sciences, pers. comm., 2003) has generated much controversy over the years. At the time of its collection, both Bogan and Clarke (1981) identified it to be *Alasmidonta atropurpurea*. Gordon (1995) considered it to be a misidentification of *A. marginata*, while R. M. Anderson (USGS [now U.S. Fish and Wildlife Service], pers. comm., 1998) thought that it possibly represents an undescribed taxon. Indeed, the Collins River is in the upper Caney Fork system above Great Falls, a watershed known for its high level of aquatic endemism, including two fishes (Etnier and Starnes 1993) and three mussels (Gordon 1995; Parmalee and Bogan 1998; M. E. Gordon, New Mexico Museum of Natural History, pers. comm., 2000). Although it is on the Cumberland Plateau, the Collins River site is highly

129

disjunct from other populations in the Big South Fork and the rest of the upper Cumberland River system, making its distribution somewhat suspect strictly on zoogeographic grounds.  The specimen and the issue of its proper identity was recently revisited by Ahlstedt and Dr. Paul Parmalee, McClung Museum, University of Tennessee (where the species is housed).  They were in agreement that it represents *Alasmidonta atropurpurea* (Ahlstedt, pers. comm., 2003).  Additional specimens should be sought and a taxonomic study initiated to determine its true identity (see Recovery Task 1.4.7).

**NOTE:**  Other erroneous localities (see Footnote 2 above) are given for *Alasmidonta atropurpurea* by Clarke (1981):  (1) the "North Fork Cumberland River (B. H. Wright! [USNM])" record given under "Geographical Records" is presumed to be from the main stem of the Cumberland River in Kentucky, as there is no North Fork Cumberland River; (2) his caption for the neotype (USNM 150522) illustrated in Figure 22 (p. 69) as being from the "Cumberland River, Tennessee," is actually the same locality for the neotype (Clear Fork) as stated under his "Remarks" section (p. 71; see Footnote 2 above); and (3) the locality given in Table 15, "South Fork, Cumberland River, Fentress County, Tennessee (University of Michigan Museum of Zoology 11190)" also represents the Clear Fork type locality (see Footnote 2 above). A record from Horse Lick Creek, Jackson County, Kentucky (Ahlstedt 1986), ". . . could represent a misidentification" of *A. marginata* (Cicerello et al. 1991).  Accordingly, when the unpublished report record of Ahlstedt (1986) was published (Ahlstedt and Saylor 1995-96), the record was changed to *A. marginata*.  Interestingly, *A. atropurpurea* has now been verified from the Rockcastle River system (Cicerello and Laudermilk 2001), but it occurs much further downstream (Sinking Creek) from Horse Lick Creek.

**CODES:**  < = collected prior to (date).

**Table 2.  Oyster mussel occurrences by stream (working downstream), county, and state; authority; and chronology of occurrence for primary literature and other records.**

| Stream, County, State | Authority | Date |
|---|---|---|
| **Cumberland River System** | | |
| Cumberland River, McCreary and Whitley Counties, KY | Neel and Allen (1964) | 1947-49 |
| Rockcastle River, Laurel and Pulaski Counties, KY | Neel and Allen (1964) | 1948 |
| Cumberland River, Pulaski County, KY | R. R. Cicerello (Kentucky State Nature Preserves Commission, personal communication [pers. comm.], 1997) | ? |
| Buck Creek, Pulaski County, KY | Schuster et al. (1989) Gordon (1991) H. D. Athearn (Museum of Fluviatile Mollusks, pers. comm., 1997) | 1984, 1982 1980-81, 1974-75, 1971 1959 |
| Big South Fork, Scott County, TN[1] | Bakaletz (1991) | 1986 |
| Big South Fork, McCreary County, KY[1] | Gordon (1991) Bakaletz (1991) Schuster (1988) Harker et al. (1980) | ~1990 1986 1986 1979 |
| Big South Fork, Pulaski and Wayne Counties, KY[1] | Neel and Allen (1964) Wilson and Clark (1914) | 1948 1910-12 |
| Cumberland River, Wayne County, KY | Wilson and Clark (1914) | 1910-12 |
| Cumberland River, Russell County, KY | Neel and Allen (1964) Wilson and Clark (1914) | 1947 1910-12 |
| Beaver Creek, Russell County, KY | Neel and Allen (1964) | 1947-48 |
| Cumberland River, Clinton County, KY | Wilson and Clark (1914) | 1911 |
| Cumberland River, Cumberland County, KY | Neel and Allen (1964) | 1947 |
| Obey River, Pickett County, TN | Gordon (1991) Johnson (1978) | 1911 ? |
| Cumberland River, Smith County, TN | Parmalee et al. (1980) | A |
| Cumberland River, Davidson County, TN [Type Locality?] | Ortmann (1924a) | <1834? |

131

| Stream, County, State | Authority | Date |
|---|---|---|
| Harpeth River, Williamson County, TN | Athearn (pers. comm., 1997)<br>Johnson (1978) | 1964<br>? |
| Harpeth River, Davidson County, TN | Pilsbry and Rhoads (1896)<br>Johnson (1978) | 1895<br>? |
| Red River, Robertson County, TN | J. W. Jones (U.S. Geological Survey [USGS], pers. comm., 2003) | 1966 |
| Cumberland River, Stewart County, TN | P. W. Parmalee (University of Tennessee, pers. comm., 1997) | A |
| **Tennessee River System** | | |
| Clinch River, Tazewell County, VA | Church (1991)[3]<br>Gordon (1991)<br>Goodrich (1913)<br>Ortmann (1918) | 1989-90<br>1965<br>1913<br>1912-13 |
| Clinch River, Russell County, VA | Gordon (1991)<br>P. W. Shute (Tennessee Valley Authority [TVA], pers. comm., 1998)<br>Athearn (pers. comm., 1997)<br>Goodrich (1913)<br>Ortmann (1918) | 1985, 1963<br>1980<br><br>1967<br>1913<br>1913, 1899 |
| Clinch River, Wise County, VA | Gordon (1991)<br>Goodrich (1913)<br>Ortmann (1918) | 1965, 1963<br>1913<br>1912-13, 1899 |
| Clinch River, Scott County, VA | L. M. Koch (U.S. Fish and Wildlife Service [Service], pers. comm., 1997)<br>Ahlstedt and Tuberville (1997)<br>Gordon (1991)<br>Dennis (1989)<br>Ahlstedt (1991a)<br>Dennis (1985)<br>Athearn (pers. comm., 1997)<br>Ortmann (1918)<br>Böpple and Coker (1912) | 1997<br><br>1994, 1983, 1979<br>1990, 1970, 1963, 1944<br>1987<br>1978-83<br>1973-75<br>1968-69, 1955, 1953<br>1913, 1899<br>1909 |
| Little River, Russell County, VA | Shute (pers. comm., 1998) | 1989 R |
| Copper Creek, Scott County, VA | Barr et al. (1993-94)<br>Ahlstedt (1981a)<br>Gordon (1991) | 1981<br>1980<br>1970, 1965 |

132

| Stream, County, State | Authority | Date |
|---|---|---|
| Clinch River, Hancock County, TN | S. A. Ahlstedt (USGS, pers. comm. 2002) | 2000-02 |
| | Ahlstedt (unpublished data) | 1999 |
| | Ahlstedt and Tuberville (1997) | 1994, 1988, 1979 |
| | Barr et al. (1993-94 | 1981 |
| | Ahlstedt (1991a) | 1978-83 |
| | Dennis (1985) | 1973-75 |
| | Gordon (1991) | 1967 |
| | Ortmann (1918) | 1899 |
| Clinch River, Claiborne and Grainger Counties, TN | Gordon (1991) | 1968, 1965 |
| | Athearn (pers. comm., 1997) | 1956, 1949 |
| | Ortmann (1918) | 1915, 1913 |
| | Böpple and Coker (1912) | 1909 |
| Clinch River, Union County, TN | Ortmann (1918) | 1915, 1899 |
| | Böpple and Coker (1912) | 1909 |
| Clinch River, Anderson County, TN | Hickman (1937) | 1935-37 |
| | Cahn (1936b) | 1936 |
| | Ortmann (1918) | 1914-15 |
| Powell River, Lee County, VA | Wolcott and Neves (1990, 1994) | 1988-89 |
| | Ahlstedt (pers. comm., 1997)[4] | 1983, 1979 |
| | Barr et al. (1993-94) | 1981 |
| | Ahlstedt (1991b) | 1979 |
| | Ahlstedt and Brown (1980) | 1975-78 |
| | Dennis (1981) | 1973-78 |
| | Athearn (pers. comm., 1997) | 1951 |
| Wallen Creek, Lee County, VA[5] | Gordon (1991) | ? |
| Powell River, Hancock County, TN | Barr et al. (1993-94) | 1981 |
| | Ahlstedt (1991b) | 1979 |
| | Ahlstedt and Tuberville (1997) | 1979 |
| | Ahlstedt and Brown (1980) | 1975-78 |
| | Dennis (1981) | 1973-78 |
| Powell River, Claiborne County, TN | Ahlstedt and Tuberville (1997) | 1979 |
| | Ahlstedt (1991b) | 1979 |
| | Ahlstedt and Brown (1980) | 1975-78 |
| | Dennis (1981) | 1973-78 |
| | Athearn (pers. comm., 1997) | 1964 |
| | Ortmann (1918) | 1915, 1913, 1899 |
| Powell River, Campbell and Union Counties, TN | Ortmann (1918) | 1899 |
| Clinch River, Anderson and Knox Counties, TN | Ortmann (1918) | 1914 |
| | Parmalee and Bogan (1986) | A |
| Poplar Creek, Roane County?, TN | Gordon (1991) | ? |

| Stream, County, State | Authority | Date |
|---|---|---|
| North Fork Holston River, Washington County, VA | Ahlstedt (1980)<br>Ortmann (1918) | 1975 T<br>1900 |
| North Fork Holston River, Scott County, VA | Neves (1995)<br>Ahlstedt (1980)<br>Ortmann (1918)<br>Böpple and Coker (1912) | 1991-95 R<br>1978, 1976 T<br>1913, 1901<br>1909 |
| North Fork Holston River, Hawkins and Sullivan Counties, TN | Gordon (1991)<br>Ortmann (1918) | 1950<br>1913 |
| Big Moccasin Creek, Scott County, VA | Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1963<br>1915, 1913 |
| Middle Fork Holston River, Smyth County, VA[6] | Gordon (1991) | 1914? |
| Middle Fork Holston River, Washington County, VA[7] | Gordon (1991) | ~1900 |
| South Fork Holston River, Washington County, VA[8] | Gordon (1991) | 1901 |
| South Fork Holston River, Sullivan County, TN | Ortmann (1918) | 1914 |
| Holston River, Hawkins County, TN | Ortmann (1918) | 1914 |
| Holston River, Hamblen County, TN | Böpple and Coker (1912)<br>Gordon (1991) | 1909<br>~1900 |
| Holston River, Grainger County, TN | Ortmann (1918) | 1913-14 |
| Holston River, Jefferson and Knox Counties, TN | Gordon (1991)<br>Ortmann (1918) | <1954[2]<br>1913-15 |
| French Broad River, Buncombe County, NC | Ortmann (1918) | <1913 |
| French Broad River, ? County, TN | D. H. Stansbery (Ohio State University Museum of Zoology, pers. comm., 1998) | ~1886 |
| Nolichucky River, Greene County, TN | Gordon (1991)<br>Athearn (pers. comm., 1997) | 1968<br>1964 |
| Nolichucky River, Cocke and Hamblen Counties, TN | TVA (2002)<br>Ahlstedt (pers. comm., 1997)<br>Ahlstedt (1991a)<br>Gordon (1991)<br>Ortmann (1918) | 2000<br>1997<br>1980<br>1969<br>1913 |

| Stream, County, State | Authority | Date |
|---|---|---|
| Little Pigeon River, Sevier County, TN | Gordon (1991)<br>Parmalee (1988)<br>Ortmann (1918) | 1988<br>1985-87<br>1914 |
| West Prong Little Pigeon River, Sevier County, TN | Parmalee (1988) | 1985-87, A |
| Tennessee River, Knox County, TN | Ortmann (1918)<br>Lewis (1870) | <1918<br><1870 |
| Little River, Blount County, TN | Hatcher and Ahlstedt (1982) | 1981 |
| Little Tennessee River, Monroe County, TN | Bogan (1990) | A |
| Little Tennessee River, Loudon County, TN | Ortmann (1918) | <1918 |
| Tennessee River, Meigs and Rhea Counties, TN | Parmalee et al. (1982) | A |
| Hiwassee River, Polk County, TN[9] | Parmalee and Hughes (1994) | A |
| South Chickamauga Creek, Catoosa County, GA | Athearn (pers. comm., 1997) | 1961, 1958 |
| South Chickamauga Creek, Hamilton County, TN | Athearn (pers. comm., 1997) | 1964 |
| Lookout Creek, Dade County, GA | Athearn (pers. comm., 1997) | 1970 |
| Sequatchie River, Sequatchie County, TN | Hatcher and Ahlstedt (1982)<br>Athearn (pers. comm., 1997)<br>Gordon (1991) | 1980<br>1955<br>~1900 |
| Sequatchie River, Marion County, TN | Athearn (pers. comm., 1997) | 1958 |
| Tennessee River, Jackson County, AL | Bogan (1990), Hughes and Parmalee (1999) | A |
| Paint Rock River, Jackson County, AL | Ahlstedt (1991b)<br>Gordon (1991)<br>Isom and Yokley (1973)<br>Athearn (pers. comm., 1997)<br>Ortmann (1925) | 1980<br>1976, 1973, ~1925<br>1965, 1967<br>1957<br><1920[10] |
| Estill Fork, Jackson County, AL | Gordon (1991) | 1976, 1973, 1966 |
| Larkin Fork, Jackson County, AL | Gordon (1991)<br>Athearn (pers. comm., 1997) | 1976<br>1966 |
| Hurricane Creek, Jackson County, AL | Ahlstedt (1991b)<br>Gordon (1991) | 1980<br><1920[10] |
| Flint River, Madison County, AL | Gordon (1991) | <1920[10] |

135

| Stream, County, State | Authority | Date |
|---|---|---|
| Limestone Creek, Limestone County, AL | Ortmann (1925) | <1925 |
| Elk River, Franklin County, TN | Isom et al. (1973)<br>Bogan (1990) | 1965-67<br>A |
| Elk River, Lincoln County, TN | Gordon (1991)<br>Isom et al. (1973)<br>Ortmann (1925) | 1966, 1957, 1953<br>1965<br><1920[10] |
| Richland Creek, Giles County, TN | Ortmann (1925) | 1923 |
| Tennessee River, Colbert and Lauderdale Counties, AL | Ortmann (1925)<br>Athearn (pers. comm., 1997)<br>Morrison (1942), Hughes and Parmalee (1999)[11] | <1920[10]<br>1900<br>A |
| Shoal Creek, Lauderdale County, AL | Ortmann (1925)<br>Athearn (pers. comm., 1997)<br>Gordon (1991) | <1920[10]<br>1914<br>1909 |
| Bear Creek, Franklin County, AL | Ortmann (1925) | <1920[10] |
| Duck River, Coffee County, TN | Isom and Yokley (1968a) | 1965 |
| Duck River, Bedford County, TN | Isom and Yokley (1968a)<br>Bogan (1990) | 1965<br>A |
| Duck River, Marshall County, TN | Ahlstedt (pers. comm., 2001)<br>Shute (pers. comm., 1998)<br>Gordon (1991)<br>Barr et al. (1993-94)<br>Ahlstedt (1991b)<br>Ahlstedt (1981b)<br>Isom and Yokley (1968a)<br>Athearn (pers. comm., 1997)<br>van der Schalie (1973)<br>Ortmann (1924a) | 2000-01<br>1991<br>1988, 1982<br>1981<br>1979<br>1976-78<br>1965<br>1956<br>1931<br>1923 |
| Duck River, Maury County, TN | Ahlstedt (pers. comm., 2001)<br>Isom and Yokley (1968a)<br>Gordon (1991)<br>Ortmann (1924a) | 2000-01, <1900<br>1965<br>1937, 1891<br>1921-23 |
| Buffalo River, Perry County, TN | van der Schalie (1973) | 1931 |

[1]Apparently, both *Epioblasma capsaeformis* and *E. florentina walkeri* historically occurred in the Big South Fork in Kentucky and Tennessee. Considering the confusion that has resulted from these two taxa, the records contained herein may pertain to one, the other, or both taxa. However, malacologists now recognize that *E. florentina walkeri* is the only one of these two species remaining in the Big South Fork (Ahlstedt, pers. comm., 2002).

[2]This record is based on a collection by C. Goodrich who died in 1954.

136

[3]Church's (1991) record of this species from Tazewell County during 1989-90 sampling may actually have been *E. florentina walkeri* (R. J. Neves, USGS, pers. comm., 2003). The oyster mussel has not been verified from the upper Clinch River above approximately river mile 235 (Scott County) in recent years (Ahlstedt, pers. comm., 2003) and is considered extirpated upstream from this point.

[4]These records represent data from Ahlstedt and Tuberville (1997) that was inadvertently omitted during publishing.

[5]Gordon (1991) presents a record from "Virginia, Lee County, Waldens Creek" (U.S. National Museum of Natural History [USNM] 133474) and another record as "Wallens Creek, Virginia" (University of Michigan Museum of Zoology [UMMZ] 90708). These both presumably refer to Wallen Creek, a stream from which several species are recorded by Ortmann (1918).

[6]Gordon (1991) presents this Ortmann (1918) collection record (from Chilhowie, Smyth County) as UMMZ 90700. Ortmann (1918) gives the exact same locality for *Epioblasma florentina walkeri*, a species easily confused with, but that he distinguished from, *E. capsaeformis*. This locality record for *E. capsaeformis* needs verification, as the two species rarely occur together, and no other records for *E. capsaeformis* are available for the Middle Fork.

[7]Gordon's (1991) Washington County record is based on an Adams collection that Ortmann (1918) omitted (missed?), as Ortmann's only Middle Fork records were from Smyth County, Virginia. This locality record for *E. capsaeformis* also needs verification (see Footnote 5 above).

[8]Gordon (1991) presents this record as "Holston River, Virginia, Wyeth [Wythe] Co., Barren Spring, coll. C. C. Adams" (UMMZ 90699). Ortmann (1918) listed a site where he reported *Epioblasma florentina walkeri,* but not *E. capsaeformis*, that both he (in 1913) and Adams (in 1901) collected labeled simply as "Barron" on the South Fork in Washington County. Stansbery and Clench (1978) gave Ortmann's locality as "Alvarado (Barron Station)," reiterating that both Ortmann and Adams collected at this site in 1913 and 1901, respectively. This locality therefore probably refers to the South Fork, Washington County. This *E. capsaeformis* record should also be verified (see Footnote 5 above), despite the fact that Ortmann (1918) reported it from the South Fork in Sullivan County, Tennessee.

[9]Parmalee and Hughes (1994) present this record as *Epioblasma* cf. (to be compared with) *capsaeformis*.

[10]This record is based on a collection by H. H. Smith who died in 1920.

[11]This archeological site is located near the Mississippi border, a considerable distance downstream of Ortmann's (1925) Muscle Shoals locality.

**NOTE:** General drainage records where specific localities were not given: (1) Bates and Dennis (1978) represents 1972 collections from Clinch River Mile 190-280 (Russell County, Virginia, to Hancock County, Tennessee); (2) Dennis (1985) represents 1972-76 collections from Duck River Mile 15-180 (Marshall to Humphreys Counties, Tennessee); (3) Dennis (1985) represents 1978 collections from the North Fork Holston River (Scott County, Virginia, to Hawkins County, Tennessee); and (4) Stansbery (1973a) represents 1963-71 collections from the Clinch River system above the Norris Reservoir (Tazewell County, Virginia, to Claiborne County, Tennessee).

**CODES:** < = collected prior to (date); A = archeological record; R = relic shells only; and T = translocated specimens.

**Table 3.  Cumberlandian combshell occurrences by stream (working downstream), county, and state; authority; and chronology of occurrence for primary literature and other records.**

| Stream, County, State | Authority | Date |
|---|---|---|
| **Cumberland River System** | | |
| Rockcastle River, Laurel, Pulaski, and Rockcastle Counties, KY | Schuster (1988)<br>Neel and Allen (1964) | 1973, 1968, 1963<br>1948 |
| Cumberland River, Pulaski County, KY | Schuster (1988) | 1902 |
| Buck Creek, Pulaski County, KY | Hagman (2000)<br>G. A. Schuster (Eastern Kentucky University, personal communication [pers. comm.], 1997)<br>Ahlstedt and Saylor (1995-96)<br>Gordon (1991)<br>Schuster et al. (1989)<br>H. D. Athearn (Museum of Fluviatile Mollusks, pers. comm., 1997) | 1998<br>1997<br><br><br>1985<br>1985, 1971<br>1975-84<br>1959 |
| Big South Fork, Scott County, TN | S. A. Ahlstedt (U.S. Geological Survey, pers. comm., 2000)<br>Bakaletz (1991) | 2000<br><br>1985-86 |
| Big South Fork, McCreary County, KY | Ahlstedt (pers. comm., 2001)<br>Gordon (1991)<br>Bakaletz (1991)<br>Harker et al. (1980) | 2000<br>~1990<br>1986<br>1979 |
| Big South Fork, Pulaski County, KY | Wilson and Clark (1914) | 1910 |
| Cumberland River, Wayne County, KY | Neel and Allen (1964)<br>Wilson and Clark (1914) | 1947<br>1910 |
| Cumberland River, Russell County, KY | Schuster (1988)<br>Neel and Allen (1964)<br>Wilson and Clark (1914) | 1982 R<br>1947<br>1910 |
| Beaver Creek, Russell County, KY | Neel and Allen (1964)<br>Wilson and Clark (1914) | 1947-48<br>1910-12 |
| Cumberland River, Cumberland County, KY | Neel and Allen (1964) | 1947 |
| Cumberland River, Jackson County, TN | Wilson and Clark (1914)<br>Bogan (1990) | 1910-12<br>A |
| Obey River, Clay and Pickett Counties, TN | Gordon (1991) | ? |
| Cumberland River, Smith County, TN | Ahlstedt (pers. comm., 2002)<br>Parmalee et al. (1980) | 1983, 1976<br>1977-79, A |

| Stream, County, State | Authority | Date |
|---|---|---|
| Cumberland River, Trousdale and Wilson Counties, TN | Parmalee et al. (1980)<br>Ahlstedt (pers. comm., 2002) | 1977-79<br>1976 |
| Caney Fork, Dekalb County, TN | Athearn (pers. comm., 1997) | 1961 R |
| Caney Fork, Smith County ?, TN | Layzer et al. (1993)<br>Gordon (1991) | ~1990 R<br>1981 R |
| Caney Fork, Putnam County, TN | Wilson and Clark (1914) | 1910-12 |
| Stones River, Davidson and Rutherford Counties, TN | Schmidt et al. (1989)<br>Gordon (1991)<br>Johnson (1978) | 1965-68<br>1964-65<br>? |
| Cumberland River, Davidson County, TN [Type Locality?] | Ortmann (1924a)<br>Johnson (1978) | ~1831[1]<br>? |
| Red River, Robertson County, TN | Gordon (1991) | 1966 |
| Red River, Montgomery County, TN | Athearn (pers. comm., 1997) | 1967 |
| Cumberland River, Stewart County, TN | P. W. Parmalee (University of Tennessee, pers. comm., 1997) | A |
| **Tennessee River System** | | |
| Clinch River, Scott County, VA | Ahlstedt (unpublished [unpub.] data)<br>L. M. Koch (U.S. Fish and Wildlife Service [Service], pers. comm., 1997)<br>Gordon (1991)<br>Ahlstedt and Tuberville (1997)<br>Dennis (1989)<br>Ahlstedt (1991a)<br>Dennis (1985)<br>Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1999<br>1997<br><br>1990, 1929<br>1988, 1979<br>1987<br>1978-83<br>1973-75<br>1968, 1965, 1953<br>1913, 1899 |
| Clinch River, Hancock County, TN | R. G. Biggins (Service, personal observation)<br>Ahlstedt (unpub. data)<br>Ahlstedt and Tuberville (1997)<br>Barr et al. (1993-94)<br>Ahlstedt (1991a)<br>Dennis (1985)<br>Athearn (pers. comm., 1997) | 2000, 1997<br><br>1999<br>1994, 1988, 1979<br>1981<br>1978-83<br>1973-75<br>1968 |
| Clinch River, Claiborne and Grainger Counties, TN | Ortmann (1918)<br>Böpple and Coker (1912) | 1915, 1913<br>1909 |
| Clinch River, Union County, TN | Ortmann (1918) | 1915, 1899 |
| Clinch River, Anderson County, TN | Hickman (1937)<br>Cahn (1936b)<br>Ortmann (1918) | 1935-37<br>1936<br>1914-15 |

139

| Stream, County, State | Authority | Date |
|---|---|---|
| Powell River, Lee County, VA | Ahlstedt (pers. comm., 1997)[2]<br><br>Gordon (1991)<br>Wolcott and Neves (1990, 1994)<br>Barr et al. (1993-94)<br>Ahlstedt (1991b)<br>Ahlstedt and Brown (1980)<br>Dennis (1981)<br>Ortmann (1918) | 1997, 1994, 1988, 1983, 1979<br>1990, 1983, 1932<br>1988-89<br>1981<br>1979<br>1975-78<br>1973-78<br>1901 |
| Station Creek, Lee County, VA[3] | Johnson (1978) | ? |
| Wallen Creek, Lee County, VA[4] | Gordon (1991) | ? |
| Powell River, Hancock County, TN | Ahlstedt (pers. comm., 2001)<br>Gordon (1991)<br>Ahlstedt and Tuberville (1997)<br>Barr et al. (1993-94)<br>Ahlstedt (1991b)<br>Ahlstedt and Brown (1980)<br>Dennis (1981) | 1998, 1994<br>1990, 1983, 1980<br>1988, 1983, 1979<br>1981<br>1979<br>1975-78<br>1973-78 |
| Powell River, Claiborne County, TN | Ahlstedt (pers. comm., 1997)<br>Ahlstedt and Tuberville (1997)<br>Gordon (1991)<br>Ahlstedt (1991b)<br>Ahlstedt and Brown (1980)<br>Dennis (1981)<br>Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1988<br>1983, 1979<br>1983, 1967<br>1979<br>1975-78<br>1973-78<br>1964<br>1915, 1913, 1899 |
| Powell River, Union County, TN | Ortmann (1918) | 1899 |
| Powell River, Campbell County, TN | Bogan and Parmalee (1983)<br>Johnson (1978) | ?<br>? |
| Clinch River, Roane County, TN | Gordon (1991)<br>Parmalee and Bogan (1986) | <1954[5]<br>A |
| North Fork Holston River, Scott County, VA | Neves (1995)<br>Gordon (1991)<br>Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1991-95 R<br>1977<br>1950<br>1913, 1901 |
| North Fork Holston River, Hawkins and Sullivan Counties, TN | Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1950<br>1913 |
| Holston River, Grainger, Hamblen, and Hawkins Counties, TN | Ortmann (1918)<br>Böpple and Coker (1912) | 1913-14<br>1909 |
| Holston River, Jefferson and Knox Counties, TN | Ortmann (1918) | 1913-1915 |

| Stream, County, State | Authority | Date |
|---|---|---|
| Nolichucky River, ? County, TN | Johnson (1978) | ? |
| West Prong Little Pigeon River, Sevier County, TN | Parmalee (1988) | A |
| Tennessee River, Knox County, TN | Gordon (1991) <br> Lewis (1870) | <1920[6] <br> <1870 |
| Little Tennessee River, Monroe County, TN | Bogan (1990) | A |
| Tennessee River, Loudon and Roane Counties, TN | Hughes and Parmalee (1999) | A |
| Tennessee River, Meigs and Rhea Counties, TN | Parmalee et al. (1982), Hughes and Parmalee (1999) | A |
| Tennessee River, Jackson County, AL | Gordon (1991) <br> Bogan (1990), Hughes and Parmalee (1999) | ? <br> A |
| Paint Rock River, Jackson County, AL | Ahlstedt (pers. comm., 1997) <br> Ortmann (1925)[7] | 1976 <br> <1914 |
| Tennessee River, Marshall and Morgan Counties, AL | Hughes and Parmalee (1999) | A |
| Tennessee River, Colbert and Lauderdale Counties, AL[8] | Hinkley (1906) <br> Ortmann (1925) <br> Morrison (1942), Hughes and Parmalee (1999) | 1904 <br> <1920[6] <br> A |
| Elk River, Lincoln County, TN | Gordon (1991) <br> Athearn (pers. comm., 1997) <br> Johnson (1978) | 1966 <br> 1957 <br> ? |
| Elk River, Limestone County, AL[9] | Ortmann (1925) | 1833 |
| Bear Creek, Colbert County, AL | McGregor and Garner (1997) | 1997 |
| Bear Creek, Tishomingo County, MS | R. Jones (Mississippi Museum of Natural Science, pers. comm., 2002) <br> Isom and Yokley (1968b) | 2002 <br><br> 1965 |
| Little Bear Creek, Franklin County, AL | P. W. Shute (Tennessee Valley Authority, pers. comm., 1998) | 1978 |
| Cedar Creek, Franklin County, AL | J. T. Garner (Alabama Division of Wildlife and Freshwater Fisheries, pers. comm., 1997) <br> Isom and Yokley (1968b) | 1988 <br><br><br> 1965 |
| Cedar Creek, Tishomingo County, MS | Isom and Yokley (1968b) | 1965 |

141

| Stream, County, State | Authority | Date |
|---|---|---|
| Tennessee River, Hardin County, TN | Athearn (pers. comm., 1997) | <1900? |
| Tennessee River, Decatur and Perry Counties, TN | Hughes and Parmalee (1999) | A |
| Tennessee River, Benton and Humphreys Counties, TN | Hughes and Parmalee (1999) | A |
| Duck River, Bedford County, TN | Ahlstedt (pers. comm., 2001) | 2001 R |
| Duck River, Marshall County, TN | Ahlstedt (pers. comm., 2001)<br>Shute (pers. comm., 1998)<br>Ahlstedt (1981b)<br>Gordon (1991)<br>Isom and Yokley (1968a)<br>Athearn (pers. comm., 1997)<br>Ortmann (1924a) | 2001 R, 1988<br>1991 R<br>1976-78<br>1973, 1964<br>1965<br>1956, 1953<br>1923 |
| Duck River, Maury County, TN | L. J. Levine (Cumberland Science Museum, pers. comm., 1997)<br>van der Schalie (1973)<br>Ortmann (1924a)[10]<br>Hinkley and Marsh (1885) | 1997 R<br><br>1931<br>1921-22<br><1885 |

[1]The fact that Ortmann (1924a) mentions that Conrad, who was actively studying unionids in the 1830s, reported *Epioblasma brevidens* from the Cumberland River at Nashville (Davidson County), lends support to this site being the type locality.

[2]These records represent data from Ahlstedt and Tuberville (1997) that was inadvertently omitted by the publisher.

[3]Johnson (1978) includes Station Creek, Lee County, Virginia, as a tributary of the Clinch River, but it is actually a tributary of the upper Powell River.

[4]Gordon (1991) presents a record from "Virginia, Lee County, Waldens Creek" (U.S. National Museum of Natural History [USNM] 133471). This presumably refers to Wallen Creek, a stream from which several species are recorded by Ortmann (1918).

[5]This record is based on a collection by C. Goodrich who died in 1954.

[6]This record is based on a collection by H. H. Smith who died in 1920.

[7]Ortmann (1925) stated that Simpson (1914) reported *Epioblasma metastriata* (Conrad, 1840), the southern combshell, from "Woodville, Alabama," which is on the Paint Rock River. As *E. metastriata* appears to be the Mobile River basin sister taxon to *E. brevidens*, this record probably represents *E. brevidens*, whose occurrence in the Paint Rock River was verified in 1976 by Ahlstedt (pers. comm., 1997).

[8]Morrison's (1942) archeological site is located near the Mississippi border, a considerable distance downstream of Ortmann's (1925) Muscle Shoals locality.

[9]Ortmann (1925) reported this species as having been collected by Conrad from the lower Elk River. The only visit Conrad made to the Elk River was in 1833 (Wheeler 1935).

[10]Ortmann (1924a) reported on central Tennessee mussel collections made by Hinkley and Marsh (1885), "[a] number of [them] from Duck River at Columbia, Maury Co., Tenn." This record probably came from this locality.

**NOTE**: General drainage records where specific localities were not given: (1) Bates and Dennis (1978) represents 1972 collections from Clinch River Mile 190-280 (Russell County, Virginia, to Hancock County, Tennessee); (2) Dennis (1985) represents 1972-76 collections from Duck River Mile 15-180

(Marshall to Humphreys Counties, Tennessee); (3) Dennis (1985) represents 1976-83 collections from the Cumberland River, Tennessee (counties unknown); and (4) Stansbery (1973a) represents 1963-71 collections from the Clinch River system above the Norris Reservoir (Tazewell County, Virginia, to Claiborne County, Tennessee).

**CODES:**  < = collected prior to (date); A = archeological record; and R = relic shells only.

143

**Table 4.  Purple bean occurrences by stream (working downstream), county, and state; authority; and chronology of occurrence for primary literature and other records.**

| Stream, County, State | Authority | Date |
|---|---|---|
| **Tennessee River System** | | |
| Clinch River, Tazewell County, VA | Jones et al. (2001)<br>Winston and Neves (1997)<br>Ahlstedt and Tuberville (1997)<br>Church (1991)<br>D. H. Stansbery (Ohio State University Museum of Zoology, personal communication [pers. comm.], 1998)<br>Ortmann (1918) | 1998[1]<br>1995-96 R<br>1994<br>1989-90<br>1981<br><br><br>1912-13 |
| Indian Creek, Tazewell County, VA | Watson and Neves (1998)<br>Winston and Neves (1997) | 1996-97<br>1995-96 R |
| Clinch River, Russell County, VA | J. W. Jones (U.S.Geological Survey [USGS], letter dated June 9, 2003)<br>Stansbery (1986)<br>Ahlstedt (1991a)<br>Ortmann (1918) | 2001<br><br>1985-86, 1965<br>1978-83<br>1913, 1899 |
| Clinch River, Wise County, VA | Stansbery (pers. comm., 1998)<br>Ortmann (1918) | 1963<br>1913 |
| Clinch River, Scott County, VA | Jones (letter dated June 9, 2003)<br>L. M. Koch (U.S. Fish and Wildlife Service [Service], pers. comm., 1997)<br>S. A. Ahlstedt (USGS, pers. comm., 1997)<br>Ahlstedt (1991a)<br>Ortmann (1918) | 1998<br>1997<br><br>1988, 1979<br><br>1978-83<br>1913 |
| Copper Creek, Scott County, VA | Fraley and Ahlstedt (2001)<br>Ahlstedt (pers. comm., 1997)<br>Barr et al. (1993-94)<br>Ahlstedt (1981a)<br>Stansbery (pers. comm., 1998) | 1998<br>1997, 1991<br>1981<br>1980<br>1965, 1962 R |
| Clinch River, Hancock County, TN | Ahlstedt (pers. comm., 1997)<br>Ahlstedt (1991a)<br>H. D. Athearn (Museum of Fluviatile Mollusks, pers. comm., 1997)<br>Ortmann (1918) | 1997 R<br>1978-83<br>1950 R<br><br>1913 |
| Clinch River, Claiborne and Grainger Counties, TN | Böpple and Coker (1912) | 1909 |
| Powell River, Lee County, VA | Ortmann (1918) | 1899 |

| Stream, County, State | Authority | Date |
|---|---|---|
| Emory River, Morgan County, TN | R. M. Anderson (USGS, pers. comm., 1998) | ~1987 R |
| Emory River, Roane County, TN | Ortmann (1918) | 1915 |
| Obed River, Morgan County, TN | Ahlstedt (pers. comm., 2001) Athearn (pers. comm., 1997) Gordon (1991) | 2000 1967 ? |
| Obed River, Cumberland County, TN | Ahlstedt (pers. comm., 2001) Gordon (1991) | 2000, 1998, 1996 ? |
| Daddys Creek, Morgan County, TN | Ahlstedt (pers. comm., 2001) | 1968 |
| North Fork Holston River, Washington County, VA | Ortmann (1918) | 1913 |
| North Fork Holston River, Scott County, VA | Ortmann (1918) | 1913 |
| North Fork Holston River, Hawkins and Sullivan Counties, TN | Ortmann (1918) | 1913 |
| Beech Creek, Hawkins County, TN | S. J. Fraley (Tennessee Valley Authority [TVA], unpublished [unpub.] data) Ahlstedt (1982, 1991a) | 1999-2002 <1982 |
| North Fork Beech Creek, Hawkins County, TN | Fraley (unpub. data) | 2001 R |

[1]This record is the result of a toxic chemical spill at Cedar Bluff in the fall of 1998, which resulted in the death of approximately 250 specimens of three federally listed species, including at least 52 *Villosa perpurpurea* (Jones et al. 2001, see "Reasons for Decline").

[2]This record is based on Museum of Fluviatile Mollusks specimens misidentified as *Villosa trabalis.*

**NOTE:** General drainage records where specific localities were not given: (1) Stansbery (1973a) represents 1963-71 collections from the Clinch River system above the Norris Reservoir (Tazewell County, Virginia, to Claiborne County, Tennessee); and (2) Stansbery (pers. comm., 1998) had a 1974 collection from the Obed River, Tennessee, which may refer to one (or both) of the Gordon (1991) records from that stream.

**CODES:** < = collected prior to (date); R = relic shells only.

**Table 5.  Rough rabbitsfoot occurrences by stream (working downstream), county, and state; authority; and chronology of occurrence for primary literature and other records.**

| Stream, County, State | Authority | Date |
|---|---|---|
| **Tennessee River System** | | |
| Clinch River, Tazewell County, VA | L. M. Koch (U.S. Fish and Wildlife Service [Service], personal communication [pers. comm.], 1999) | 1998[1] |
| | P. W. Shute (Tennessee Valley Authority, pers. comm., 1998) | 1995 R |
| | Church (1991) | 1989-90 R |
| | D. H. Stansbery (Ohio State University Museum of Zoology, pers. comm., 1998) | 1981 |
| | Ortmann (1918) | 1912-13 |
| Indian Creek, Tazewell County, VA | Watson and Neves (1998) | 1996 |
| Clinch River, Russell County, VA | Ahlstedt and Tuberville (1997) | 1994 |
| | Church (1991) | 1989-90 R |
| | Stansbery (pers. comm., 1998) | 1985 |
| | Ahlstedt (1991a) | 1978-83 |
| | H. D. Athearn (Museum of Fluviatile Mollusks, pers. comm., 1997) | 1967 |
| | Ortmann (1918) | 1913 |
| Clinch River, Scott County, VA | Koch (pers. comm., 1997) | 1997 |
| | Ahlstedt and Tuberville (1997) | 1994, 1979 |
| | Dennis (1989) | 1987 |
| | Yeager and Neves (1986) | 1982-83 |
| | Ahlstedt (1991a) | 1978-83 |
| | Dennis (1985) | 1973-75 |
| | Athearn (pers. comm., 1997) | 1969 |
| | Ortmann (1918) | 1913 |
| Copper Creek, Scott County, VA | Fraley and Ahlstedt (2001) | 1998 R |
| | S. A. Ahlstedt (U.S. Geological Survey [USGS], pers. comm., 1997) | 1991 |
| | Shute (pers. comm., 1998) | 1987-89 |
| | Ahlstedt (1981a) | 1980 |
| | Athearn (pers. comm., 1997) | 1961, 1955 |

| Stream, County, State | Authority | Date |
|---|---|---|
| Clinch River, Hancock County, TN | R. G. Biggins (Service, personal observation)<br>Barr et al. (1993-94)<br>Ahlstedt and Tuberville (1997)<br>Ahlstedt (1991a)<br>Dennis (1985)<br>Athearn (pers. comm., 1997) | 2000<br><br>1981<br>1979<br>1978-83<br>1973-75<br>1968, 1956, 1950-51 |
| Powell River, Lee County, VA | Koch (pers. comm., 1997)<br>Shute (pers. comm., 1998)<br>Wolcott and Neves (1990, 1994)<br>Barr et al. (1993-94)<br>Ahlstedt (1991b)<br>Ahlstedt and Brown (1980)<br>Dennis (1981)<br>Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1997<br>1994, 1989, 1987<br>1988-89<br>1981<br>1979<br>1975-78<br>1973-78<br>1951<br>1899 |
| Powell River, Hancock County, TN | J. W. Jones (USGS, letter dated June 9, 2003)<br>R. J. Neves (USGS, pers. comm., 1998)<br>Yeager and Neves (1986)<br>Ahlstedt and Tuberville (1997)<br>Ahlstedt (1991b)<br>Ahlstedt and Brown (1980)<br>Dennis (1981)<br>Athearn (pers. comm., 1997) | 1998-2002<br><br>1997<br><br>1982-83<br>1979<br>1979<br>1975-78<br>1973-78<br>1964 |
| Powell River, Claiborne County, TN | Ahlstedt and Tuberville (1997)<br>Ahlstedt (1991b)<br>Ahlstedt and Brown (1980)<br>Dennis (1981)<br>Ortmann (1918) | 1988<br>1979<br>1975-78<br>1973-78<br>1899 |
| Clinch River, Claiborne County, TN | Ahlstedt (1991a) | 1978-83 |
| North Fork Holston River, Washington County, VA | Ahlstedt (1980)<br>Ortmann (1918) | 1975 T<br>1913 |
| North Fork Holston River, Scott County, VA | Ahlstedt (1980)<br>Ortmann (1918) | 1975-78 T<br>1913, 1901 |
| Big Moccasin Creek, Scott County, VA | Athearn (pers. comm., 1997)<br>Ortmann (1918) | 1963<br>1915, 1913 |
| Possum Creek, Scott County, VA | Winston and Neves (1997) | 1995-96 R |
| North Fork Holston River, Hawkins and Sullivan Counties, TN | Ortmann (1918) | 1913 |
| South Fork Holston River, Sullivan County, TN | Ortmann (1918) | 1914 |

147

[1]This record is the result of a toxic chemical spill at Cedar Bluff in the fall of 1998, which resulted in the death of approximately 250 specimens of three federally listed species, including at least 20 *Quadrula c. strigillata* (Jones et al. 2001, see "Reasons for Decline").

**NOTE:**  General drainage records where specific localities were not given:  (1) Bates and Dennis (1978) represents 1972 collections from Clinch River Mile 190-280 (Russell County, Virginia, to Hancock County, Tennessee); and (2) Stansbery (1973a) represents 1963-71 collections from the Clinch River system above the Norris Reservoir (Tazewell County, Virginia, to Claiborne County, Tennessee).

**CODES:**  < = collected prior to (date); R = relic specimens only; and T = translocated specimens.

148



**Figure 1. Cumberlandian Region Drainages**

149

## PART IV

## IMPLEMENTATION SCHEDULE

Recovery plans are intended to assist the Service and other stakeholders in planning and implementing actions to recover and/or protect endangered and threatened species.  The following Implementation Schedule indicates task priorities; task numbers; task descriptions; task duration; potential stakeholders and responsible agencies; and, lastly, estimated costs.  It is a guide for planning and meeting the objectives discussed in Part II of this plan.  The Implementation Schedule outlines recovery actions and their estimated costs for the first 5 years of this recovery program.  Downlisting and delisting dates cannot be estimated at this time.  Recovery Task 5 addresses the monitoring component of the recovery plan to ensure that these data will be collected and evaluated in order to estimate downlisting and delisting dates.  The costs are broad estimates and identify foreseeable expenditures that could be made to implement the specific recovery tasks during a 5-year period.  **Actual expenditures by identified agencies and other partners will be contingent upon appropriations and other budgetary constraints.**

Priorities in column one of the Implementation Schedule are assigned as follows:

1.  Priority 1 - An action that **must** be taken to prevent extinction or to prevent the species from declining irreversibly in the **foreseeable** future.

2.  Priority 2 - An action that must be taken to prevent a significant decline in species population/habitat quality or some other significant negative impact short of extinction.

3.  Priority 3 - All other actions necessary to meet the recovery objective.

While the Act assigns a strong leadership role to the Service for the recovery of listed species, it also recognizes the importance of other Federal agencies, States, and other stakeholders in the recovery process.  The "Responsible Agency" column of the Implementation Schedule identifies partners who can make significant contributions to specific recovery tasks.  **The identification of agencies and other stakeholders within the Implementation Schedule does not constitute any additional legal responsibilities beyond existing authorities (e.g., Act, CWA).  Recovery plans do not obligate other stakeholders to undertake specific tasks and may not represent the views nor the official positions or approval of any agencies or stakeholders involved in developing the plan, other than the Service.**

150

**Key to Acronyms Used in This Implementation Schedule**

**Federal Agencies:**
FWS      U.S. Fish and Wildlife Service
ES           Ecological Services Division, FWS
FI            Fisheries Division, FWS
LE           Law Enforcement Division, FWS
R4          Region 4 (Southeast Region), FWS
R5          Region 5 (Northeast Region), FWS
COE      U.S. Army Corps of Engineers
EPA      U.S. Environmental Protection Agency
NPS      National Park Service
OSM     Office of Surface Mining
TVA      Tennessee Valley Authority
USDA   U.S. Department of Agriculture (includes Forest Service and Natural Resources Conservation Service)
USGS   U.S. Geological Survey

**State Agencies:**
ADEM   Alabama Department of Environmental Management
ADWFF  Alabama Division of Wildlife and Freshwater Fisheries
AGS      Alabama Geological Survey
KDFWR Kentucky Department of Fish and Wildlife Resources
KNREPC Kentucky Natural Resources and Environmental Protection Cabinet
KSNPC  Kentucky State Nature Preserves Commission
MDEQ   Mississippi Department of Environmental Quality
MDWFP  Mississippi Department of Wildlife, Fisheries, and Parks
TDEC    Tennessee Department of Environment and Conservation
TWRA   Tennessee Wildlife Resources Agency
VDEQ   Virginia Department of Environmental Quality
VDGIF   Virginia Department of Game and Inland Fisheries

**Nongovernmental Organizations:**
AR         American Rivers
TNARI   Tennessee Aquarium Research Institute
TNC      The Nature Conservancy
WWF    World Wildlife Fund
NGO     Other nongovernmental organizations

**Other Partners and Stakeholders:**
These may include businesses, industries, agribusiness, forestry, miners, developers, planners, research institutions, universities, museums, other Federal and State agencies, county and municipal (local) governments, private landowners, concerned citizens, etc.

151

| IMPLEMENTATION SCHEDULE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Priority | Task No. | Task Description | Task Duration | Responsible Agency | | Cost Estimates ($K) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS | Other | FY04 | FY05 | FY06 | FY07 | FY08 | |
| 1 | 1.1 | Continue to use existing legislation and regulations to protect the species and their habitats. | Continuous | R4 and R5; ES and LE | EPA, OSM, TVA, NPS, ADEM, AR, COE, MDEQ, KNREPC, TDEC, VDEQ, WWF, TNC, and local governments | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | |
| 1 | 1.2 | Ensure that criteria for pollutants are protective of mussels and that other suspected pollutants have criteria established. | Continuous | R4 and R5; ES and LE | EPA, ADEM, AR, WWF, KNREPC, MDEQ, TDEC, and VDEQ | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | |
| 1 | 1.3.1 | Meet with local government officials and planners to inform them of our plans for recovery and request their support. | Continuous | R4 and R5; ES | All Federal, State, and local agencies and all NGOs | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | |
| 1 | 1.3.2 | Meet with private landowners and special interest groups and try to elicit their support in implementing protection and conservation actions. | Continuous | R4 and R5; ES | All Federal, State, and local agencies; all NGOs; private landowners; businesses; miners; industries; forestry; agribusiness; and developers | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | |

152

| | | | | Responsible Agency | | Cost Estimates ($K) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Priority** | **Task No.** | **Task Description** | **Task Duration** | **FWS** | **Other** | **FY04** | **FY05** | **FY06** | **FY07** | **FY08** | **Comments** |
| 1 | 1.4.3 | Determine the mechanisms and impacts of present and foreseeable threats. | Continuous | R4 and R5; ES and FI | EPA, OSM, TVA, NPS, USGS, NGO, ADWFF, TWRA, COE, KDFWR, VDGIF, KSNPC, AGS, MDWFP, AR, TNC, and WWF | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | |
| 1 | 1.4.6 | Determine the number of individuals and sex ratio required to maintain long-term viable natural populations. | 5 years | R4 and R5; ES and FI | USGS, universities, museums, and research institutions | 150.0 | 150.0 | 100.0 | 100.0 | 100.0 | This task is critical for maintaining viable populations. |
| 1 | 4.1 | Refine techniques and methodologies for propagating and translocating individuals as a prelude to potential augmentation and reintroduction efforts. | 3 years | R4 and R5; ES and FI | USGS, NGO, TWRA, ADWFF, KDFWR, VDGIF, and TNARI | 20.0 | 20.0 | 20.0 | _ | _ | |
| 1 | 4.2 | Determine the need, appropriateness, and feasibility of augmenting and expanding certain populations. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, and MDWFP | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |

**IMPLEMENTATION SCHEDULE**

153

# IMPLEMENTATION SCHEDULE

| Priority | Task No. | Task Description | Task Duration | Responsible Agency | | Cost Estimates ($K) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FWS | Other | FY04 | FY05 | FY06 | FY07 | FY08 | |
| 1 | 4.3 | Coordinate with partners to identify and prioritize extant populations as a prerequisite for augmentation activities. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, and MDWFP | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |
| 1 | 4.4 | Determine the need, appropriateness, and feasibility of reintroducing populations. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, and MDWFP | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |
| 1 | 4.5 | Coordinate with partners to identify and prioritize sites for reintroduction. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, and MDWFP | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |
| 1 | 4.6 | Identify and prioritize streams, stream reaches, and watersheds in need of habitat recovery and protection from further threats. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, COE, KDFWR, VDGIF, KSNPC, AGS, MDWFP, TNARI, TNC, and WWF | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |

154

| | | | | Responsible Agency | | Cost Estimates ($K) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IMPLEMENTATION SCHEDULE** | | | | | | | | | | | |
| **Priority** | **Task No.** | **Task Description** | **Task Duration** | **FWS** | **Other** | **FY04** | **FY05** | **FY06** | **FY07** | **FY08** | **Comments** |
| 1 | 4.7 | Augment extant populations and/or reestablish new populations. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, and MDWFP | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | This task will be continuous, at least over the near future. |
| 2 | 1.3.3 | Develop cooperative ventures with private landowners to restore riparian habitat. | Continuous | R4 and R5; ES | USDA, COE, KDFWR, TNC, and other NGOs | 200.0 | 200.0 | 200.0 | 200.0 | 200.0 | |
| 2 | 1.4.1 | Conduct life history research. | 4 years | R4 and R5; ES and FI | USGS, TNARI, and research institutions | 30.0 | 30.0 | 30.0 | 30.0 | _ | |
| 2 | 1.4.2 | Characterize the species habitat for adults and juveniles. | 3 years | R4 and R5; ES and FI | USGS, TNARI, and research institutions | 15.0 | 15.0 | 15.0 | _ | _ | |
| 2 | 1.4.4 | Determine sensitivity to contaminants. | Continuous | R4 and R5; ES and FI | EPA, USGS, and research institutions | _ | _ | 75.0 | 75.0 | 75.0 | This task will be continuous, at least over the near future. |
| 2 | 1.4.5 | Based on the biological data and threat analyses, investigate the need for management, including habitat improvement. | Continuous | R4 and R5; ES | TNC, WWF, AR, USGS, ADWFF, TWRA, KSNPC, MDWFP, VDGIF, AGS, TNARI, TVA, and KDFWR | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |

155

| IMPLEMENTATION SCHEDULE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Responsible Agency | | Cost Estimates ($K) | | | | | |
| Priority | Task No. | Task Description | Task Duration | FWS | Other | FY04 | FY05 | FY06 | FY07 | FY08 | Comments |
| 2 | 1.4.7 | Conduct detailed anatomical and molecular genetic analyses of the five species throughout their ranges. | 2 years | R4 and R5; ES | USGS, universities, museums, and research institutions | 50.0 | 50.0 | – | – | – | |
| 2 | 2 | Develop a prioritized list, by species, of streams and stream reaches that should be surveyed. | 2 years | R4 and R5; ES | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, MDWFP, TNARI, TNC, and WWF | 5.0 | 5.0 | – | – | – | |
| 2 | 3 | Search for additional populations of the species and suitable habitat. | 2 years | R4 and R5; ES | TVA, NPS, USGS, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, MDWFP, and TNARI | 50.0 | 50.0 | – | – | – | |
| 2 | 4.8 | Implement protective measures for reintroduced populations. | Continuous | R4 and R5; ES and FI | TVA, NPS, USGS, NGO, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, and MDWFP | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | This task will be continuous, at least over the near future. |

156

| | | | | Responsible Agency | | Cost Estimates ($K) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IMPLEMENTATION SCHEDULE** | | | | | | | | | | | |
| **Priority** | **Task No.** | **Task Description** | **Task Duration** | **FWS** | **Other** | **FY04** | **FY05** | **FY06** | **FY07** | **FY08** | **Comments** |
| 2 | 5 | Develop and implement a program to evaluate efforts and monitor population levels and habitat conditions and assess the long-term viability of all populations. | Biennial | R4 and R5; ES and FI | TVA, NPS, USGS, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, MDWFP, and TNARI | _ | 10.0 | _ | 10.0 | _ | |
| 2 | 6 | Develop a comprehensive GIS database to monitor distribution, populations, and threats. | Biennial | R4 and R5; ES and FI | TVA, NPS, USGS, ADWFF, TWRA, KDFWR, VDGIF, KSNPC, AGS, MDWFP, and TNARI | 8.0 | 5.0 | 5.0 | 5.0 | 5.0 | |
| 2 | 7.1 | Develop a public outreach and environmental education program to promote an aquatic ecosystem management and community-based watershed restoration approach. | 1 year, then continuous | R4 and R5; ES | TNC, WWF, USDA, other NGOs, and other agencies | 25.0 | 10.0 | 10.0 | 10.0 | 10.0 | |
| 3 | 8 | Annually assess the overall success of the recovery program and recommend action. | Continuous | R4 and R5; ES | Potentially, all partners and stakeholders | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | |

157

# PART V

# LIST OF RECIPIENTS

Copies of this recovery plan were mailed to the following agencies, organizations, and individuals.  This does not imply that they provided comments or endorsed the contents of this plan.

Mr. Gary Myers, Executive Director
Tennessee Wildlife Resources Agency
Ellington Agricultural Center
P.O. Box 40747
Nashville, Tennessee 37204

Superintendent
Big South Fork National River and Recreation Area
4564 Leatherwood Road
Oneida, Tennessee 37841

Mr. Terry Wallace
County Executive
Marshall County Courthouse
Lewisburg, Tennessee 37091

Mr. Roy Baker
County Executive
Hancock County Courthouse
Sneedville, Tennessee 37869

County Executive
Hamblen County Courthouse
Morristown, Tennessee 37814

County Executive
Franklin County Courthouse
Winchester, Tennessee 37398

County Executive
Moore County Courthouse
Lynchburg, Tennessee 37352

County Executive
Maury County Courthouse
Columbia, Tennessee 38401

County Executive
Cumberland County Courthouse
2 N. Main Street, Suite 203
Crossville, Tennessee 38555

County Executive
Claiborne County Courthouse
Tazewell, Tennessee 37879

County Executive
Lincoln County Courthouse
Fayetteville, Tennessee 37334

County Executive
Fentress County
P.O. Box 1128
Jamestown, Tennessee 38556

County Executive
Cocke County Courthouse
Newport, Tennessee 37821

County Executive
Hawkins County Courthouse
Rogersville, Tennessee 37857

County Executive
Sevier County Courthouse
Sevierville, Tennessee 37862

County Executive
Coffee County Courthouse
Manchester, Tennessee 37355

County Executive
Scott County Courthouse
Huntsville, Tennessee 37756

County Executive
Morgan County Courthouse
Wartburg, Tennessee 37887

Mr. C. E. Hackett
County Executive
Smith County Courthouse
Carthage, Tennessee 37030

Mr. Jerry Garrison
Operations Manager
Catoosa Utility District
P.O. Box 2689
Crossville, Tennessee 38557

Mr. Tom Bennett, Commissioner
Kentucky Department of Fish and Wildlife Resources
#1 Game Farm Road
Frankfort, Kentucky 40601

Forest Supervisor
Daniel Boone National Forest
1700 Bypass Road
Winchester, Kentucky 40391

County Judge/Executive
McCreary County Courthouse
P.O. Box 699
Whitley City, Kentucky 42653

County Judge/Executive
Pulaski County Courthouse
P.O. Box 712
Somerset, Kentucky 42502

Mr. William Woodfin, Director
Virginia Department of Game and Inland Fisheries
4010 W. Broad Street
P.O. Box 1104
Richmond, Virginia 23230-1104

Mr. Patrick Loggans
County Administrator
112 Water Street, Suite #1
Gate City, Virginia 24251

County Administrator
Tazewell County Courthouse
315 School Street, Box 2
Tazewell, Virginia 24651

County Administrator
Smyth County Courthouse
121 Bagley Circle, Suite 100
Marion, Virginia 24354

County Administrator
Lee County Courthouse
P.O. Box 96
Jonesville, Virginia 24263

County Administrator
Washington County Courthouse
174 E. Main Street
Abingdon, Virginia 24201

County Commissioner
Scott County Courthouse
104 E. Jackson Street, Suite 6
Gate City, Virginia 24251

County Commissioner
Russell County Courthouse
P.O. Box 517
Lebanon, Virginia 24266

Mr. Bill Adams, Director
Division of Field Services
Kentucky Natural Resources and Environmental
    Protection Cabinet
5th Floor, Capital Plaza Tower
Frankfort, Kentucky 40601

Rural Economic and Community Development
    Service
4121 Carmichael Road, Suite 601
Sterling Centre Building
Montgomery, Alabama 36106-3683

Federal Highway Administration
500 Eastern Boulevard, Suite 200
Montgomery, Alabama 36117

State Programs Administrator
Room 279
Industrial Relations Building
Montgomery, Alabama 36130

Division Administrator
Federal Highway Administration
330 West Broadway
Frankfort, Kentucky 40601

*Mr. Steven A. Ahlstedt
U.S. Geological Survey
1820 Midpark Drive
Knoxville, Tennessee 37921

Ms. Elizabeth Estill
Regional Forester
U.S. Forest Service
1720 Peachtree Road, NW., Suite 800
Atlanta, Georgia 30367

Farm Service Agency
P.O. Box 235013
Montgomery, Alabama 36123-5013

Ms. Charlotte Baldwin, Secretary
Kentucky Natural Resources and Environmental
    Protection Cabinet
Capital Plaza Tower
Frankfort, Kentucky 40601

Mr. Eric Bartsch, Director
Division of Water Programs
Virginia Office of Health Protection
James Madison Building
109 Governor Street
Richmond, Virginia 23219

160

Mr. Harry Walls
Environmental Specialist
U.S. Department of Housing and Urban Development
40 Marietta Street
Atlanta, Georgia 30303

Ms. Sandra J. Blanchard
Alvin C. York Agricultural Institute
P.O. Box 70
Jamestown, Tennessee 38556

Commonwealth of Virginia
Department of Environmental Quality
P.O. Box 10009
Richmond, Virginia 23219

Dr. Arthur E. Bogan
North Carolina State Museum of Natural Sciences
Bicentennial Plaza
P.O. Box 29555
Raleigh, North Carolina 27626-0555

Aquatics Resources Center
P.O. Box 345
College Grove, Tennessee 37046

Mr. Bud Bristow
Executive Director
Virginia Department of Game and Inland Fisheries
4010 W. Broad Street, Box 11104
Richmond, Virginia 23230

Mr. Wm. Horace Brown, Chairperson
Kentucky Environmental Quality Commission
18 Reilly Road, Ash Annex
Frankfort, Kentucky 40601

Mr. Keith J. Buttleman, Administrator
Virginia Council on the Environment
903 Ninth Street Office Building
Richmond, Virginia 23219

Dr. Arthur Clarke
Ecosearch, Inc.
325 E. Bayview
Portland, Texas 78374

Alabama Forestry Commission
531 Madison Avenue
Montgomery, Alabama 36130

County Commissioner
Lauderdale County Courthouse
P.O. Box 1059
Florence, Alabama 35631

County Commissioner
Colbert County Courthouse
201 North Main Street
Tuscumbia, Alabama 35674

Fentress County Planning Committee
P.O. Box 1128
Jamestown, Tennessee 38556

The Nature Conservancy of Tennessee
2021  21st Avenue South, Suite 400
Nashville, Tennessee 37212

The Nature Conservancy
490 Westfield Road
Charlottesville, Virginia 22901

The Nature Conservancy
2821  2nd Avenue, South, #C
Birmingham, Alabama 35233-2811

Ms. Nicole Capuano
Association for Biodiversity Information
11 Avenue de Lafayette
Boston, Massachusetts 02111

The Nature Conservancy
4245 Fairfax Drive, #100
Arlington, Virginia 22203-1637

Mr. Fran Curci, Commissioner
Kentucky Department of Parks
10th Floor - Capital Plaza Building
Frankfort, Kentucky 40601

Dr. Donald Edward Davis
Division of Social Sciences
Dalton State College
Liberal Arts Building, Room 242
213 North College Drive
Dalton, Georgia 30720

Mr. Wayne Davis
Kentucky Department of Fish and Wildlife Resources
#1 Game Farm Road
Frankfort, Kentucky 40601

Mr. William Davis, Director
Division of Environmental Services
Kentucky Natural Resources and Environmental
    Protection Cabinet
5th Floor, Capital Plaza Tower
Frankfort, Kentucky 40601

Alabama Department of Transportation
Environmental Technical Section
1409 Coliseum Boulevard
Montgomery, Alabama 36130-3050

Mr. Donald S. Dott, Jr., Director
Kentucky State Nature Preserves Commission
801 Schenkel Lane
Frankfort, Kentucky 40601-1403

Director
Office of Hydropower Licensing
Federal Energy Regulatory Commission
825 North Capital Street, NE.
Washington, DC 20426

Mr. Corky Pugh, Director
Division of Wildlife and Freshwater Fisheries
Alabama Department of Conservation and Natural
    Resources
64 N. Union Street, Suite 567
Montgomery, Alabama 36130

Regional Director
Federal Railroad Administration
Department of Transportation
61 Forsyth Street, SW., Suite 16T20
Atlanta, Georgia 30303

Mr. Reginald Reeves, Director
Natural Heritage Division
Tennessee Department of Environment and
    Conservation
401 Church Street
14th Floor, L&C Tower
Nashville, Tennessee 37243-0447

Alabama Department of Environmental Management
Water Quality Programs
State Capitol
Montgomery, Alabama 36130

County Executive
Jackson County Courthouse
Scottsboro, Alabama 35768

Mr. Roland B. Geddes, Director
Virginia Division of Soil and Water Conservation
203 N. Governor Street, Suite 206
Richmond, Virginia 23219

Mr. Elmore C. Grim, Commissioner
Department for Surface Mining Reclamation and
    Enforcement
Kentucky Natural Resources and Environmental
    Protection Cabinet
5th Floor, Capital Plaza Tower
Frankfort, Kentucky 40601

Mr. Donald C. Haney
Director and State Geologist
Geological Survey
311 Breckinridge Hall
University of Kentucky
Lexington, Kentucky 40506

Mr. Donald Harker, Director
Division of Water
Kentucky Natural Resources and Environmental
    Protection Cabinet
5th Floor, Capital Plaza Tower
Frankfort, Kentucky 40601

Mr. Stephen A. Coleman, Director
Division of Conservation
Kentucky Natural Resources and Environmental
    Protection Cabinet
663 Teton Trail
Frankfort, Kentucky 40601

Dr. Nicholas R. Holler
Alabama Cooperative Fish and Wildlife
    Research Unit
331 Funchess Hall, Room 302
Auburn University
Auburn, Alabama 36849-5414

*Mr. Don Hubbs
Tennessee Wildlife Resources Agency
P.O. Box 70
Camden, Tennessee 38320

Mr. Richard Dutton, Acting Director
Kentucky Department of Highways
Division of Environmental Analysis
125 Holmes Street
Frankfort, Kentucky 40622

Mr. Kenneth C. Imes, Commissioner
Department for Natural Resources
Kentucky Natural Resources and Environmental
    Protection Cabinet
5th Floor, Capital Plaza Tower
Frankfort, Kentucky 40601

Ms. Rhedona Rose
Director of Public Affairs
Tennessee Farm Bureau Federation
P.O. Box 313
Columbia, Tennessee 38401

Mr. Lou Karibo, Commissioner
Kentucky Department of Parks
10th Floor Capital Plaza Building
Frankfort, Kentucky 40601

Lt. Col. John Whisler
Nashville District Engineer
U.S. Army Corps of Engineers
P.O. Box 1070
Nashville, Tennessee 37202-1070

Ms. Laura Knoth
Director of Environmental Affairs
Kentucky Farm Bureau Federation
P.O. Box 20700
Louisville, Kentucky 40250-0700

*Dr. Jim Layzer
Tennessee Technological University
Cooperative Fishery Research Unit
P.O. Box 5114
Cookeville, Tennessee 38505

Mr. James W. Ford
U.S. Natural Resources Conservation Service
U.S. Courthouse, Room 675
801 Broadway
Nashville, Tennessee 37203

Mr. Michael Lipford
Department of Conservation and Recreation
Virginia Natural Heritage Program
203 Governor Street, Suite 402
Richmond, Virginia 23219

Natural Resources Program Manager
HQMC-LFL
Washington, DC 20380-0001

Mr. Charles W. Martin
Acting Commissioner
Kentucky Department for Surface Mining
     Reclamation and Enforcement
Capital Plaza Tower, 3rd Floor
Frankfort, Kentucky 40622

Mr. James D. Martin, Commissioner
Alabama Department of Conservation and Natural
     Resources
64 N. Union Street
Montgomery, Alabama 36130

Mr. Don R. McCormick
Kentucky Department of Fish and Wildlife Resources
#1 Game Farm Road
Frankfort, Kentucky 40601

Dr. Scott Mettee
Geological Survey of Alabama
P.O. Drawer O
University Station
Tuscaloosa, Alabama 35486

Mr. George C. Miller, Director
Knoxville Field Office
Office of Surface Mining
Reclamation and Enforcement
530 Gay Street, SW., Suite 500
Knoxville, Tennessee 37902

Mr. William J. Kovacic
Office of Surface Mining
2675 Regency Road
Lexington, Kentucky 40503-2922

Mr. David G. Sawyer
U.S. Natural Resources Conservation Service
771 Corporate Drive, Suite 110
Lexington, Kentucky 40503-5479

Fentress County Utility District
1026 Taylor Place Road
Jamestown, Tennessee 38556

*Dr. Richard J. Neves
106 Cheatham Hall
Virginia Cooperative Fish and Wildlife
     Research Unit
Virginia Polytechnic Institute and State University
Blacksburg, Virginia 24061-0321

Division Administrator
Federal Highway Administration
640 Grassmere Park Road, Suite 211
Nashville, Tennessee 37211

Mr. Steve Parks
Chief Administrative Officer
Duck River Agency
201 East Depot Street
Shelbyville, Tennessee 37160

Dr. Paul W. Parmalee
Department of Anthropology
The University of Tennessee
Knoxville, Tennessee 37916

Mr. Jimmie Patterson
County Executive
Harden County Courthouse
Savannah, Tennessee 38372

Mr. Leigh Pegues, Director
Alabama Department of Environmental Management
1751 Congressman W. L. Dickinson Drive
Montgomery, Alabama 36130

163

Colonel David E. Peixotto
District Engineer
U.S. Army Corps of Engineers
P.O. Box 59
Louisville, Kentucky 40201-0059

Mr. Benjy Kinman, Director
Kentucky Department of Fish and Wildlife Resources
Department of Fisheries
Arnold L. Mitchell Building
#1 Game Farm Road
Frankfort, Kentucky 40601

Mr. Malcolm Pierson
Alabama Power Company, GSC #8
P.O. Box 2641
Birmingham, Alabama 35291

Environmental Planner
Department of the Air Force
60 Forsyth Street, SW., Suite 8M80
Atlanta, Georgia 30303-8801

Alabama Natural Heritage Program
Huntingdon College
Massey Hall
1500 East Fairview Avenue
Montgomery, Alabama 36106-2148

Director, Environmental Programs
DAEN-CWZ-P
Pulaski Building
Washington, DC 20314

Mr. Mike Turner (PD-R)
U.S. Army Corps of Engineers
Louisville District
P.O. Box 59
Louisville, Kentucky 40201

Mr. Jim Powell, Director
Atlanta Support Office
U.S. Department of Energy
75 Spring Street, SW., Suite 200
Atlanta, Georgia 30303-3308

Regional Administrator
Attention: Endangered Species Coordinator
U.S. Environmental Protection Agency
Atlanta Federal Center
61 Forsyth Street, SW.
Atlanta, Georgia 30303-3104

Ms. Peggy Shute
Tennessee Valley Authority
P.O. Box 1589
Norris, Tennessee 37828-1589

Mr. A. Stephen Reeder, Commissioner
Kentucky Department of Highways
Capital Plaza Tower
Frankfort, Kentucky 40601

Dr. Guenter A. Schuster, Professor
Department of Biological Sciences
Eastern Kentucky University
Richmond, Kentucky 40475-0950

National Park Service
Interior Building
P.O. Box 37127
Washington, DC 20013-7127

U.S. Natural Resources Conservation Service
P.O. Box 33
Auburn, Alabama 36830

Dr. James B. Sickel
Murray State University
Department of Biology
Murray, Kentucky 42071

U.S. Geological Survey, WRD/SR
Spalding Woods Office Park - Suite 160
3850 Holcomb Bridge Road
Norcross, Georgia 30092-2202

Dr. David H. Stansbery
Ohio State University
Museum of Biological Diversity
1315 Kinnear Road
Columbus, Ohio 43212-1192

Director
Division of Abandoned Lands
Department for Surface Mining Reclamation and
    Enforcement
Kentucky Natural Resources and Environmental
    Protection Cabinet
2125 Laurenceburg Road
Frankfort, Kentucky 40601

Geologist/Oil and Gas Supervisor
Geological Survey of Alabama
P.O. Box 869999
Tuscaloosa, Alabama 35486-6999

U.S. Geological Survey
Water Resources Division
520 19th Avenue
Tuscaloosa, Alabama 35401

164

Mr. T. Michael Taimi, Commissioner
Department for Environmental Protection
Kentucky Natural Resources and Environmental
    Protection Cabinet
18 Reilly Road
Frankfort, Kentucky 40601

Mr. Ron C. Taylor, P.E.
J. R. Wauford and Company
Consulting Engineers
2835 Lebanon Road
Nashville, Tennessee 37214

Mr. J. Franklin Townsend, Chairman
Virginia Soil and Water Conservation Board
Route 1, Box 185
King William, Virginia 23086

Dr. G. Thomas Watters
Aquatic Ecology Laboratory
Ohio State University
1314 Kinnear Road
Columbus, Ohio 43212

Mr. David Whitehurst
Fish Division
Virginia Department of Game and Inland Fisheries
4010 W. Broad Street, Box 11104
Richmond, Virginia 23230

Dr. Paul Yokley, Jr.
Department of Biology
University of North Alabama
Florence, Alabama 35630

Ms. Alice L. Gustin
Publisher/Editor
*Land Use Chronicle*
P.O. Box 468
Riverton, Wyoming 82501

Ms. Debra Owen
North Carolina Department of Environment and
    Natural Resources
Water Quality Section
4401 Reedy Creek Road
Raleigh, North Carolina 27607

Dr. Gary B. Blank
North Carolina State University
Box 8002
Raleigh, North Carolina 27695-8002

Mr. Charles P. Nicholson
Endangered Species Specialist
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1499

Mr. William Beuter
Virginia Department of Transportation
Environmental Division
1201 E. Broad Street
Richmond, Virginia 23219

Mr. Dennis Sanders
District Administrator
Virginia Department of Transportation
P.O. Box 1768
Bristol, Virginia 24203

Traffic U.S.A.
World Wildlife Fund
1250  24th Street, NW., Suite 500
Washington, DC 20037

Mr. Tim Slone
Wildlife Diversity Program Coordinator
Kentucky Department of Fish and Wildlife Resources
#1 Game Farm Road
Frankfort, Kentucky 40601

The North Carolina Arboretum
100 Frederick Law Olmsted Way
Asheville, North Carolina 28806

Mr. Al Sherk
U.S. Geological Survey
Biological Resources Division
12201 Sunrise Valley Drive, Mail Stop 301
Reston, Virginia 20192

Ms. Sue A. Bruenderman
Missouri Department of Conservation
1110 S. College Avenue
Columbia, Missouri 65201

Environmental Protection Agency
Hazard Evaluation Division - EEB (TS769C)
401 M Street, SW.
Washington, DC 20460

Project Manager (7507C)
Endangered Species Protection Program
Environmental Field Branch, OPP
U.S. Environmental Protection Agency
401 M Street, SW.
Washington, DC 20460

Fish and Wildlife Reference Service
5430 Grosvenor Lane, Suite 110
Bethesda, Maryland 20814

The Nature Conservancy
642 West Main Street
Lexington, Kentucky 40508-2018

The Nature Conservancy
Southern Resource Office
6114 Fayetteville Road, Suite 109
Durham, North Carolina 27713-6284

Ms. Robin Roecker
U.S. Forest Service
4931 Broad River Road
Columbia, South Carolina 29210

Mr. Fred C. Schmidt
Head, Documents Department - KW
The Libraries
Colorado State University
Fort Collins, Colorado 80523-1019

U.S. Forest Service
Wildlife, Fisheries, and Range
1720 Peachtree Road, NW.
Atlanta, Georgia 30367

U.S. Fish and Wildlife Service
Athens Field Office
247 South Milledge Avenue
Athens, Georgia 30605

U.S. Fish and Wildlife Service
Brunswick Field Office
4270 Norwich Street
Brunswick, Georgia 31520

U.S. Fish and Wildlife Service
Jacksonville Field Office
6620 Southpoint Drive, South, Suite 310
Jacksonville, Florida 32216-0912

U.S. Fish and Wildlife Service
Panama City Field Office
1601 Balboa Avenue
Panama City, Florida 32405

U.S. Fish and Wildlife Service
Daphne Field Office
P.O. Box 1190
Daphne, Alabama 36526

U.S. Fish and Wildlife Service
Frankfort Field Office
3761 Georgetown Road
Frankfort, Kentucky 40601

U.S. Fish and Wildlife Service
Jackson Field Office
6578 Dogwood View Parkway, Suite A
Jackson, Mississippi 39213

U.S. Fish and Wildlife Service
Cookeville Field Office
446 Neal Street
Cookeville, Tennessee 38501

U.S. Fish and Wildlife Service
Southwestern Virginia Field Office
P.O. Box 2345
Abingdon, Virginia 24212

Mr. Paul Nickerson
Ecological Services Division
U.S. Fish and Wildlife Service
300 Westgate Center Drive
Hadley, Massachusetts 01035-9589

Dr. Mark Hughes
International Paper
Southlands Experimental Forest
719 Southlands Road
Bainbridge, Georgia 31717

Mr. Richard Kirk, Director
Nongame Program
Tennessee Wildlife Resources Agency
Ellington Agricultural Center
P.O. Box 40747
Nashville, Tennessee 37204

Dr. Monte McGregor, Malacologist
Kentucky Department of Fish and Wildlife Resources
1 Game Farm Road
Frankfort, Kentucky 40601

Mr. Steve McMurray
Kentucky Division of Water
18 Reilly Road
Frankfort, Kentucky 40601

Dr. Jim Williams
U.S. Geological Survey, BRD
Florida Carribean Science Center
7920 NW 71st Street
Gainesville, Florida 32606

Ms. Susan Rogers
Twin Cities Field Office
U.S. Fish and Wildlife Service
4101 E. 80th Street
Bloomington, Minnesota 55425

Mr. Doug Shelton, President
Alabama Malacological Associates
2370G Hillcrest Road #236
Mobile, Alabama 36695

166

Mr. Jeff Garner, State Malacologist
Alabama Division of Fisheries
350 County Road 275
Florence, Alabama 35633

Mr. Doug Fears, Director
Paint Rock River Project
6124 U.S. Highway 72, Suite F
Gurley, Alabama 35748

Dr. Chuck Lydeard
Department of Biological Sciences
University of Alabama
P.O. Box 870345
Tuscaloosa, Alabama 35487

Mr. Gerry Dinkins
7103 Bayless Lane
Powell, Tennessee 37849

*Dr. Paul Johnson
Tennessee Aquarium Research Institute
5385 Red Clay Road
Cohutta, Georgia 30710

Mr. Herb Athearn, Curator
Museum of Fluviatile Mollusks
5819 Benton Pike NE
Cleveland, Tennessee 37323

Mr. Kevin Cummings
Illinois Natural History Survey
607 East Peabody Drive
Champaign, Illinois 61820

Mr. Steve Bakalitz
National Park Service
Big South Fork National River and Recreational Area
4564 Leatherwood Road
Oneida, Tennessee 37841

Dr. Mark Gordon
13 Lauro Road
Santa Fe, New Mexico 87508

*Mr. Jess Jones
Virginia Polytechnic Institute and State University
Department of Fisheries and Wildlife Sciences
100 Cheatham Hall
Blacksburg, Virginia 24061

Dr. Bob Jones
Mississippi Museum of Natural Science
2148 Riverside Drive
Jackson, Mississippi 39202

Ms. Leslie Colley, Director
Duck River Project
The Nature Conservancy
715 Main Street
Columbia, Tennessee 38401

Ms. Wendy Smith, Director
WWF - Southeast Rivers and Streams Project
2021  21st Avenue S., Suite C-110
Nashville, Tennessee 37212

Mr. Mike Strunk, Director
Buck Creek Project
The Nature Conservancy
100 Parkway Drive, Suite 2
Somerset, Kentucky 42503

Mr. Jim Hays, Director
Rockcastle River Project
The Nature Conservancy
620 Dormitory Street
London, Kentucky 40741

Mr. Jeffrey R. Powell
U.S. Fish and Wildlife Service
1208-B Main St., P.O. Drawer 1190
Daphne, Alabama 36526

Dr. Wendell Haag
U.S. Forest Service
Forest Hydrology Lab
1000 Front Street
Oxford, Mississippi 38655

Dr. Melvin Warren
U.S. Forest Service
Forest Hydrology Lab
1000 Front Street
Oxford, Mississippi 38655

Mr. Leo C. Snead
Environmental Division
Virginia Department of Transportation
1201 East Broad Street
Richmond, Virginia 23219

Mr. Bruce Bauer
BHE Environmental, Inc.
7041 Maynardville Highway
Knoxville, Tennessee 37918

Mr. Steve Fraley
North Carolina Wildlife Resources Commission
10257 Rush Fork Road
Clyde, North Carolina 28721

Ms. Sheila Campbell
Columbus Zoo
9990 Riverside Drive
Powell, Ohio 40365

Ms. Rebecca Winterringer
CCR Environmental, Inc.
3783 Presidential Parkway, Suite 123
Atlanta, Georgia 30340

Ms. Margaret McMillan
Endangered Species Specialist
Environmental Defense
1875 Connecticut Avenue, NW
Washington, DC 20009

Mr. Ronald Lambert
The Nature Conservancy - Tennessee Chapter
Clinch River Community Project
P.O. Box 347
Sneedville, Tennessee 37869

Dr. Braven Beatty
The Nature Conservancy - Virginia Chapter
Clinch Valley Bioreserve Office
151 West Main Street
Abingdon, Virginia 24210

Mr. Andy Roberts
U.S. Fish and Wildlife Service
Ecological Services
608 East Cherry Street, Room 200
Columbia, Missouri 65203

Mr. Peter Connelly
National Parks Conservation Association
706 Walnut Street, Suite 200
Knoxville, Tennessee 37902

Mr. Doug Stephens
Southeastern Fishery District
Kentucky Department of Fish and Wildlife Resources
2073 North Hwy. 25W
Williamsburg, Kentucky 40769

Mr. Marty Bray
113 Orange Blossom Drive
Nicholasville, Kentucky 40356

Mr. William Chelsey Olson
Third Rock Consultants
2514 Regency Road, Suite 104
Lexington, Kentucky 40503

Dr. Catherine Gatenby
White Sulphur Springs National Fish Hatchery
400 East Main StreetWhite Sulphur Springs, West Virginia 24986

Dr. Harriet Gillett
World Conservation Monitoring Centre
219 Huntingdon Road
Cambridge CB3 0DL
United Kingdom

**\*Independent Peer Reviewers**