UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PESTICIDE ACTION NETWORK NORTH AMERICA, et al.,

Plaintiffs,

v.

MARTHA WILLIAMS, et al.,

Defendants.

Case No.  24-cv-06324-JSC

**ORDER RE: MOTIONS TO SEAL**

Re: Dkt. No. 61, 71, 74

Before the Court are three administrative motions to seal.  (Dkt. Nos. 61, 71, 74.)  All three motions seek to redact portions of the parties' summary judgment briefs describing data regarding pesticide usage for mosquito control.  (*See* Dkt. No. 61-1 at 23, 28, 41, 42; Dkt. No. 71-3 at 29 n.8; Dkt. No. 74-3 at 16-17, 17-18.)  The Court DENIES all three motions, without prejudice.  A motion to seal "must include," among other things, "an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient[.]" N.D. Cal. L.R. 79-5(c)(1).  Neither motion explains why this information should be sealed; instead, each motion attaches a stipulated protective order "in lieu of the requirements of Local Rule 79-5." (*See generally* Dkt. Nos. 61, 71, 74.)  Relatedly, the protective order provides:

> **Procedures to Govern the Filing of Protected Information**
>
> […]
>
> c. Within 30 days after the close of the relevant briefing period, the parties shall file with the Court one joint motion to seal using the "Administrative Motion to File Under Seal" event. That motion will include the required contents set forth in Local Rule 79-5 (c) for all materials and information the parties filed under seal in the course of briefing.

United States District Court
Northern District of California

(Dkt. No. 45 at 6.)  It has been more than 30 days since the hearing on the parties' cross-motions, and the parties have not filed "one joint motion to seal" as the protective order contemplates.  (*Id.*) Any such motion must be filed within 30 days of this Order.

This Order disposes of Docket Nos. 61, 71, and 74.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

2